UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A. 04-CV-10913-WGY |
| THE GILLETTE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

## NOTICE OF APPEARANCES

Please enter the appearances of Richard M. Gelb and Daniel C. Hohler as attorneys for defendant The Gillette Company in the above-captioned action.

        DEFENDANT THE GILLETTE COMPANY,

        By its attorneys,

        /s/ Richard M. Gelb
        /s/ Daniel C. Hohler

        Richard M. Gelb (BBO#188240)
        rgelb@gelbgelb.com
        Daniel C. Hohler (BBO#633065)
        dhohler@gelbgelb.com
        GELB & GELB LLP
        20 Custom House Street
        Boston, MA  02110
        Tel: (617) 345-0010
        Fax: (617) 345-0009

DATED: June 2, 2004