UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. 04-CV-10913-WGY<br>)<br>)<br>)<br>)<br>) |

**ASSENTED-TO MOTION TO EXTEND TIME FOR DEFENDANT**
**TO RESPOND TO THE COMPLAINT**

Defendant The Gillette Company hereby moves that this Court grant an extension of time for The Gillette Company to respond to the Complaint in the above-captioned action until and through July 2, 2004. Plaintiff Photographic Illustrators Corporation assents to the motion.

　　　　　　　　　　　　　　　　　　　　DEFENDANT THE GILLETTE
　　　　　　　　　　　　　　　　　　　　COMPANY,

　　　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　　　/s/ Richard M. Gelb
　　　　　　　　　　　　　　　　　　　　/s/ Daniel C. Hohler

　　　　　　　　　　　　　　　　　　　　Richard M. Gelb (BBO#188240)
　　　　　　　　　　　　　　　　　　　　rgelb@gelbgelb.com
　　　　　　　　　　　　　　　　　　　　Daniel C. Hohler (BBO#633065)
　　　　　　　　　　　　　　　　　　　　dhohler@gelbgelb.com
　　　　　　　　　　　　　　　　　　　　GELB & GELB LLP
　　　　　　　　　　　　　　　　　　　　20 Custom House Street
　　　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　　　Tel: (617) 345-0010
　　　　　　　　　　　　　　　　　　　　Fax: (617) 345-0009

DATED: June 2, 2004