UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)　C.A. 04-CV-10913-WGY<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT THE GILLETTE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant The Gillette Company, a non-governmental corporate party, does not have any parent corporation and no publicly held company owns 10% or more of The Gillette Company's stock.

　　　　　　　　　　　　　　　　　　DEFENDANT THE GILLETTE
　　　　　　　　　　　　　　　　　　COMPANY,

　　　　　　　　　　　　　　　　　　By its attorneys,

　　　　　　　　　　　　　　　　　　/s/ Richard M. Gelb
　　　　　　　　　　　　　　　　　　/s/ Daniel C. Hohler

　　　　　　　　　　　　　　　　　　Richard M. Gelb (BBO#188240)
　　　　　　　　　　　　　　　　　　rgelb@gelbgelb.com
　　　　　　　　　　　　　　　　　　Daniel C. Hohler (BBO#633065)
　　　　　　　　　　　　　　　　　　dhohler@gelbgelb.com
　　　　　　　　　　　　　　　　　　GELB & GELB LLP
　　　　　　　　　　　　　　　　　　20 Custom House Street
　　　　　　　　　　　　　　　　　　Boston, MA  02110
　　　　　　　　　　　　　　　　　　Tel: (617) 345-0010
　　　　　　　　　　　　　　　　　　Fax: (617) 345-0009

Dated: June 2, 2004