UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. 04-CV-10913-WGY<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF APPEARANCES

Please enter the appearances of Richard M. Gelb and Daniel C. Hohler as attorneys for defendant The Gillette Company in the above-captioned action.

                                      DEFENDANT THE GILLETTE COMPANY,

                                      By its attorneys,

                                      /s/ Richard M. Gelb
                                      /s/ Daniel C. Hohler

                                      Richard M. Gelb (BBO#188240)
                                      rgelb@gelbgelb.com
                                      Daniel C. Hohler (BBO#633065)
                                      dhohler@gelbgelb.com
                                      GELB & GELB LLP
                                      20 Custom House Street
                                      Boston, MA 02110
                                      Tel: (617) 345-0010
                                      Fax: (617) 345-0009

DATED: June 2, 2004