UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | C.A.  04-CV-10913-WGY |
| THE GILLETTE COMPANY, | ) ) ) | |
| Defendant. | ) ) | |

UNOPPOSED MOTION OF THE GILLETTE COMPANY TO ADMIT PRO HAC VICE MARIE DRISCOLL, PATRICK PERKINS AND DAVID DONAHUE

Pursuant to Local Rule 83.5.3(b), attorneys Richard M. Gelb and Daniel C. Hohler, attorneys who are admitted to appear and practice before this Court, hereby move for the admission of Marie Driscoll, Patrick Perkins and David Donahue to appear and practice before this Court in the above-captioned action pro hac vice on behalf of The Gillette Company.  The motion should be allowed inasmuch as each of the above-named attorneys have filed contemporaneously herewith Local Rule 83.5.3(b) Certificates.  Counsel for Photographic Illustrators Corporation does not oppose the motion.

WHEREFORE, defendant The Gillette Company hereby respectfully requests that the motion be allowed and that Marie Driscoll, Patrick Perkins and David Donahue be admitted to appear and practice before this Court pro hac vice.

          DEFENDANT THE GILLETTE COMPANY,

          By its attorneys,

          /s/ Richard M. Gelb
          /s/ Daniel C. Hohler

          Richard M. Gelb (BBO#188240)
          rgelb@gelbgelb.com
          Daniel C. Hohler (BBO#633065)
          dhohler@gelbgelb.com
          GELB & GELB LLP
          20 Custom House Street
          Boston, MA  02110
          Tel: (617) 345-0010
          Fax: (617) 345-0009

Dated: June 14, 2004