UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                   )
PHOTOGRAPHIC ILLUSTRATORS          )
CORPORATION,                       )
               Plaintiff,          )
                                   )
v.                                 )   C.A. 04-CV-10913-WGY
                                   )
THE GILLETTE COMPANY,              )
                                   )
               Defendant.          )
_____)

## LOCAL RULE 85.5.3(b) CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, David Donahue, hereby certify as follows:

1. I am a member of the bar of New York State, the United States Court of Appeals for the Ninth Circuit and the United States District Court for the Eastern and Southern Districts of New York and am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Respectfully submitted,

*[signature]*

David Donahue

Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 phone
(212) 813-5901 fax

DATED: June 10, 2004