UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS )
CORPORATION, )
        Plaintiff, )
)
v. ) C.A. 04-CV-10913-WGY
)
THE GILLETTE COMPANY, )
)
        Defendant. )

## LOCAL RULE 85.5.3(b) CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, Marie V. Driscoll, hereby certify as follows:

1. I am a member of the bar of the State of New York, the United States Supreme Court, the United States Court of Appeals for The Federal Circuit, the Second Circuit Court of Appeals, and the United States District Courts for the Southern and Eastern Districts of New York. I am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

                                              Respectfully submitted,

                                              *Marie V. Driscoll*
                                              Marie V. Driscoll

                                              Fross Zelnick Lehrman & Zissu, P.C.
                                              866 United Nations Plaza
                                              New York, NY 10017
                                              (212) 813-5900 phone
                                              (212) 813-5901 fax

DATED: June 10, 2004

I:\MORTIZ\GLTC\MVD CERTIFICATE OF GS.doc