UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br>     Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>     Defendant. | C.A. 04-CV-10913-WGY |

## LOCAL RULE 85.5.3(b) CERTIFICATE

Pursuant to Local Rule 83.5.3(b), I, Patrick T. Perkins, hereby certify as follows:

1. I am a member of the bars of the State of New York, the United States Court of Appeals for the Second, Third and Ninth Circuits, the United States District Court for the Southern and Eastern Districts of New York and the District of Colorado, and am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar of any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

          Respectfully submitted,

          _____
          Patrick T. Perkins

          Fross Zelnick Lehrman & Zissu, P.C.
          866 United Nations Plaza
          New York, NY 10017
          (212) 813-5900 phone
          (212) 813-5901 fax

DATED: June 10, 2004

I:\MORTIZ\GLTC\PTP CERTIFICATE OF GS.doc