UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>    Defendant. | Civil Action No. 04-10913 WGY |

## DEFENDANT'S MOTION TO DISMISS IN PART
## AND FOR A MORE DEFINITE STATEMENT

Defendant The Gillette Company ("Gillette") hereby moves to dismiss in part the Amended Complaint of Plaintiff Photographic Illustrators Corporation ("PIC") pursuant to Federal Rules of Civil Procedure 9(b), 12(b)(1) and 12(b)(6). Gillette also moves for a more definite statement pursuant to Federal Rule of Civil Procedure 12(e).

Gillette's motion should be granted because: (1) Count III for Breach of Contract, Count IV for Fraud and Count V for Unfair And Deceptive Trade Practices Under Mass. Gen. L. Ch. 93A are preempted by the Copyright Act and, as such, fail to state a claim upon which relief can be granted; (2) Count IV for Fraud fails to plead fraud with sufficient particularity and fails to state a claim upon which relief can be granted; (3) Count V for Unfair And Deceptive Trade Practices Under Mass. Gen. L. ch. 93A fails to state a claim upon which relief can be granted; (4) Counts I and II for Copyright Infringement fail to meet the minimum notice pleading requirements and the Court lacks subject matter jurisdiction over such claims; (5) to the extent PIC's claims survive dismissal, PIC should be required to provide a more definite statement pursuant to Rule 12(e) to allow Gillette to prepare its responsive pleading.

1

In further support of this motion, Gillette submits concurrently herewith Defendant's Memorandum of Law in Support of its Motion to Dismiss in Part and for a More Definite Statement.

### REQUEST FOR A HEARING

Gillette respectfully requests, pursuant to Local Rule 7.1(d), that the Court allow Gillette to be heard on its Motion to Dismiss in Part and for a More Definite Statement.

July 15, 2004                                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
Patrick T. Perkins (Admitted *pro hac vice*)
David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

GELB & GELB LLP

By:  /Daniel C. Hohler/
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Daniel C. Hohler (BBO#633065)
dhohler@gelbgelb.com

20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Patrick T. Perkins, do hereby certify that on June 28, 2004 and July 13, 2004 I communicated with Michael Albert, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rule 7.1(a)(2) to resolve or narrow the issues raised in this motion.

By: _____
Patrick T. Perkins (Admitted *pro hac vice*)