# theEssentials.com

sponsored by The Gillette Company

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Checkout

**My Basket**
- Items: 0
- Subtotal: $0.00

### June Special - Free Shipping
Free standard shipping on all orders over $30. Click for details

Search [GO!]

**Shop By Brand**
- Braun
- Duracell
- Gillette
- Oral-B

**Shop By Category**
- Batteries / Flashlights
- Housewares
- Oral Care
- Parts & Accessories
- Personal Care
- Shaving

## Braun Deluxe Juice Extractor MP80





**BRAUN**

designed to make a difference

☑ Email this page to a friend

**Item #5071**
In Stock
Our Price: $89.99
Quantity: 1  [Buy]

**May we suggest :**
Braun PowerMax Jug Blender MX2050



Price: $59.99

☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285



Price: $99.99

☐ Include with Purchase

- Automatic pulp ejection
- Extracts healthy juices from fruits and vegetables
- Practical fruit tray
- Easy to remove pulp container
- Easy foam separation with special container
- Double safety lock



Gillette Young Guns Merchandise

Need Help?
Can't Find Something?
Call 1-800-???-????

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status | Privacy

©2003 The Gillette Company **Legal Terms and Conditions**




Braun Deluxe Juice Extractor MP80

http://www.theessentials.com/store/prodinfo.asp?number=5071

6/30/2004