# theEssentials.com

*Sponsored by The Gillette Company*

BRAUN | DURACELL | Gillette | Oral-B | REMBRANDT

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Checkout

My Basket
- Items: 0
- Subtotal: $0.00

**Search**

**Shop By Brand**
- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun

**Shop By Category**
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories



## Braun Multiquick Handblender MR 430 HC



Item #5063
In Stock
Our Price: $34.99
Quantity: 1   [Buy]

**May we suggest:**
Braun Citromatic Pulp Control Juicer MPZ9



Price: $24.99

☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285



Price: $99.99

☐ Include with Purchase

**BRAUN**
designed to make a difference

☑ Email this page to a friend

Versatile and convenient. Mashes and purees right in the pan. Ideal for making fresh and healthy baby food. Unique blade for extremely smooth and even blending. Chopper attachment with special shape makes fine chopping easy. Stainless steel whisk attachment whips a variety of cream desert toppings.

- Soft touch grip: easy to use hold.
- Detachable blender shaft for greater convenience
- Dishwater-safe: blender shaft, chopper and beaker.

**Braun Multiquick Handblender MR 430 HC**



- Includes chopper attachment, stainless steel whisk attachment, clear beaker with lid and wallholder.

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status | Privacy

©2003 The Gillette Company Legal Terms and Conditions