# theEssentials.com

*Sponsored by The Gillette Company*
BRAUN  DURACELL  Gillette  Oral-B  Oral-B REMBRANDT

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Checkout

My Basket
- Items: 0
- Subtotal: $0.00

Search 

**Shop By Brand**
- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun

**Shop By Category**
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories



## Braun Deluxe Juice Extractor MP80



BRAUN
designed to make a difference

☑ Email this page to a friend

**Item #5071**
In Stock
Our Price: **$89.99**
Quantity: 1   [Buy]

**May we suggest:**
Braun PowerMax Jug Blender MX2050



Price: $59.99
☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285

Price: $99.99
☐ Include with Purchase

- Automatic pulp ejection
- Extracts healthy juices from fruits and vegetables
- Practical fruit tray
- Easy to remove pulp container
- Easy foam separation with special container
- Double safety lock





Braun Deluxe Juice Extractor MP80

Sitemap | **Customer Service** | **How to Shop** | **FAQ** | **Shipping** | **Contact Us** | **Order Status** | **Privacy**
©2003 The Gillette Company **Legal Terms and Conditions**




http://www.theessentials.com/store/prodinfo.asp?number=5071