

**The Gillette Company**

*World-Class Brands, Products, People*

Leon Bechet
Assistant Trademark Counsel
Office of the Trademark Counsel

Prudential Tower Building
Boston, MA 02199-8004
Tel   617.421.7884
Fax  617.421.7866
Leon_Bechet@gillette.com

May 19, 2004

<u>**CONFIDENTIAL**</u>

Michael A. Albert
Wolf, Greenfield & Sacho, P.C.
600 Atlantic Avenue
Boston, MA 02210

RE: *PIC v. Gillette*

Sir:

I enjoyed our conversation. In reply to yours of the 18th, please be advised that no representation was made to you regarding an "investigation" undertaken by Gillette. Also, no representation was made to you regarding an index of photographic materials belonging to your client.

I look forward to receiving your settlement proposal. Thank you.

Regards,

Leon Bechet
Assistant Trademark Counsel