Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU _____
EFFECTIVE DATE OF REGISTRATION

_____

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

2004 Photographic Illustrators Corp.'s Images For Gillette

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Photos; Approximatly 17 Photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: **Volume ▼**          **Number ▼**          **Issue Date ▼**          **On Pages ▼**

## 2

**a**

**NAME OF AUTHOR ▼**

Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

**DATES OF BIRTH AND DEATH**
Year Born ▼          Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____ United States
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☑ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼          Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____
Domiciled in ____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture     ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork       ☐ Photograph   ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** **Year in Which Creation of This Work Was Completed**

2004
◄ Year
This Information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work** Approx. Mar 1 – Mar 30, 200
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
◄ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Photographic Illustrators Corp., 467 Sagamore Street, Hamilton, MA 01936

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**DO NOT WRITE HERE / OFFICE USE ONLY**

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                      • See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE<br>Yes | FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                         **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210 - - Attn: Michael N. Rader, Esq.

b

Area code and daytime telephone number    ( 617 ) 646-8000                Fax number    ( 617 ) 720-2441

Email  mrader@wolfgreenfield.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Photographic Illustrators Corp.
}

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael N. Rader

Date  July 16, 2004

Handwritten signature (X) ▼

X

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | Name ▼<br>Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader | YOU MUST:<br>• Complete all necessary spaces<br>• Sign your application in space 8 |
|---|---|---|
| | Number/Street/Apt ▼<br>600 Atlantic Avenue | SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:<br>1. Application form<br>2. Nonrefundable filing fee in check or money<br>order payable to Register of Copyrights<br>3. Deposit material |
| | City/State/ZIP ▼<br>Boston, MA 02210 | MAIL TO:<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 |

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov,
write the Copyright
Office, or call
(202) 707-3000.

**9**

\*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper                U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⟳ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

---

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

---

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

---

Page _____ of _____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **1** | Title of Photograph Braun 3D Excel Toothbrush | |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) | Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| **2** | Title of Photograph Braun Professional Care Toothbrush | |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) | Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| **3** | Title of Photograph Braun Activator Shaver | |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) | Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| **4** | Title of Photograph Braun Syncro Shaver 8595 | |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) | Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| **5** | Title of Photograph Braun Syncro Shaver In Holder | |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) | Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number 6 | Title of Photograph Freeglider Shaver | **B** |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | |

| Number 7 | Title of Photograph Braun Syncro Shaver 7680 |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 8 | Title of Photograph Braun Thermoscan On End |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 9 | Title of Photograph Braun Thermoscan On Side |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 10 | Title of Photograph Braun Chrome HT600 Toaster |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 11 | Title of Photograph Braun Black HT500 Toaster |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 12 | Title of Photograph Braun White HT500 Toaster |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 13 | Title of Photograph Braun Juicer |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 14 | Title of Photograph Braun KF600 Coffeemaker Side View |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 15 | Title of Photograph Braun KF600 Coffeemaker |
| | Date of First Publication March (Month) 1 (Day) 2004 (Year) Nation of First Publication United States |
| | Description of Photograph (Optional) |

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)                (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page _____ of _____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 16**
Title of Photograph    Braun Percolator WK600
Date of First Publication    March    1    2004    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 17**
Title of Photograph    Collection of Medical Supplies
Date of First Publication    March    1    2004    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number**
Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number**
Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number**
Title of Photograph _____
Date of First Publication _____ Nation of First Publication _____
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004



At least as early as March 1, 2004

10



At least as early as March 1, 2004

11



At least as early as March 1, 2004



At least as early as March 1, 2004

13



At least as early as March 1, 2004



At least as early as March 1, 2004

15



At least as early as March 1, 2004

16

