Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at *www.copyright.gov*, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
**For a Work of the Visual Arts**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____

VA _____ VAU

EFFECTIVE DATE OF REGISTRATION

Month _____ Day _____ Year _____

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

2002 Photographic Illustrators Corp.'s Image For Gillette

**NATURE OF THIS WORK ▼** See instructions

Photograph

**Previous or Alternative Titles ▼**

Group Registration / Photos; Approximately 143 Photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give:   **Volume ▼**        **Number ▼**        **Issue Date ▼**        **On Pages ▼**

## 2

**NAME OF AUTHOR ▼**

a

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

**NOTE**

Under the law,
the "author" of
a "work made
for hire" is
generally the
employer, not
the employee
(see instruc-
tions). For any
part of this
work that was
"made for hire"
check "Yes" in
the space
provided, give
the employer
(or other
person for
whom the work
was prepared)
as "Author" of
that part, and
leave the
space for dates
of birth and
death blank.

Was this contribution to the work a
"work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____ United States
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**Nature of Authorship** Check appropriate box(es).**See instructions**
☐ 3-Dimensional sculpture      ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork        ☑ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

**Name of Author ▼**

b

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was this contribution to the work a
"work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?     ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either
of these questions is
"Yes," see detailed
instructions.

**Nature of Authorship** Check appropriate box(es).**See instructions**
☐ 3-Dimensional sculpture      ☐ Map             ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph      ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design  ☐ Architectural work

## 3

a **Year in Which Creation of This Work Was
Completed**   2002
This information
must be given
Year   in all cases.

b **Date and Nation of First Publication of This Particular Work**
Complete this information   Month _____ Day _____ Year _____
ONLY if this work
has been published.   U.S.A.
Approx. Jan. 1 ~ Oct. 31, 2002
Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Photographic Illustrators Corp., 467 Sagamore Street, Hamilton, MA 01936

See instructions
before completing
this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
| --- | --- |
| CHECKED BY | |

| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |
| --- | --- |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼     **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**a**

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**b**

**6**

See instructions before completing this space.

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼     **Account Number** ▼

**a**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210 - - Attn: Michael N. Rader, Esq.

**b**

**7**

Area code and daytime telephone number  ( 617 ) 646-8000     Fax number  ( 617 ) 720-2441

Email  mrader@wolfgreenfield.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Photographic Illustrators Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
}

**8**

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael N. Rader     Date  July 23, 2004

**Handwritten signature (X)** ▼

X _[signature]_

| Certificate will be mailed in window envelope to this address: | **Name** ▼ Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader |
| --- | --- |
| | **Number/Street/Apt** ▼ 600 Atlantic Avenue |
| | **City/State/ZIP** ▼ Boston, MA 02210 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ♻ Printed on recycled paper     U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page _____1_____ of _____20_____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone__

Name of Copyright Claimant __Photographic Illustrators Corp.__

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph __Mach 3 Turbo Shave Gel__
Date of First Publication __January__ (Month) __1__ (Day) __2002__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 2**
Title of Photograph __Mach 3 Turbo Combo Array__
Date of First Publication __January__ (Month) __1__ (Day) __2002__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 3**
Title of Photograph __Mach 3 Turbo Combos__
Date of First Publication __February__ (Month) __1__ (Day) __2002__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 4**
Title of Photograph __Digital Chrome Oral B Indicator__
Date of First Publication __February__ (Month) __1__ (Day) __2002__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 5**
Title of Photograph __Digital Chrome Oral B Indicator__
Date of First Publication __February__ (Month) __1__ (Day) __2002__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 6**

Title of Photograph   Digital Chrome Oral B Indicator

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 7**

Title of Photograph   Digital Chrome Oral B Indicator

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 8**

Title of Photograph   New Interdental

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 9**

Title of Photograph   New Indicator

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 10**

Title of Photograph   Buzz EB10-1 Pack

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 11**

Title of Photograph   Princess EB10-1 Pack

Date of First Publication   **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 12**

Title of Photograph   D2 Brush head Cover

Date of First Publication **February**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 13**

Title of Photograph   Household - coffee

Date of First Publication   **March**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 14**

Title of Photograph   Household - Mixers, etc.

Date of First Publication   **March**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

**Number 15**

Title of Photograph   Household - iron without plate

Date of First Publication   **March**   **1**   **2002**
(Month) (Day) (Year)   Nation of First Publication   **United States**

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼

**Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.**

Number/Street/Apt ▼

**600 Atlantic Avenue**

City/State/Zip ▼

**Boston, MA 02210**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___3___ of ___20___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **16** | Title of Photograph  Household - iron with plate | |
| | Date of First Publication  March  1  2002  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| **17** | Title of Photograph  Thermoscan | |
| | Date of First Publication  March  1  2002  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| **18** | Title of Photograph  Shavers | |
| | Date of First Publication  March  1  2002  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| **19** | Title of Photograph  Oral Care Manual | |
| | Date of First Publication  March  1  2002  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph _____ (Optional) | |

| Number | | |
|---|---|---|
| **20** | Title of Photograph  Oral Care Power | |
| | Date of First Publication  March  1  2002  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph _____ (Optional) | |

**Number 21**

Title of Photograph   Freestyle #3

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**B** Registration for Group of Published Photographs (continued)

**Number 22**

Title of Photograph   Old Hand Blender

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 23**

Title of Photograph   Freestyle #2

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 24**

Title of Photograph   Freestyle #1

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 25**

Title of Photograph   Oral B Advantage Plus

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 26**

Title of Photograph   Oral B Advantage Plus

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 27**

Title of Photograph   Oral B Advantage Plus

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 28**

Title of Photograph   Cross Action Floorstand

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 29**

Title of Photograph   Cross Action Counter Tray

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

**Number 30**

Title of Photograph   Cross Action Stadium Tray

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph   (Optional)

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⊘ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___5___ of ___20___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 31**
Title of Photograph   Cross Action Generic
Date of First Publication   March (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 32**
Title of Photograph   Oral B Stages Versabox
Date of First Publication   January (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 33**
Title of Photograph   Oral B Stages Stadium Tray
Date of First Publication   January (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 34**
Title of Photograph   Oral B Stages Floorstand/wing
Date of First Publication   January (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 35**
Title of Photograph   K Mart 3-D2
Date of First Publication   January (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 36**

Title of Photograph  Oral B Indicator Versabox Display

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 37**

Title of Photograph  Oral B Floorstand

Date of First Publication  March  (Day)  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 38**

Title of Photograph  Cross Action with Travel Case

Date of First Publication  March  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 39**

Title of Photograph  Oral B Cross Action Floorstand

Date of First Publication  June  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 40**

Title of Photograph  Satin Care Melon Splash 2.5oz. Gel

Date of First Publication  March  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 41**

Title of Photograph  Interdental Inverted

Date of First Publication  March  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 42**

Title of Photograph  Interdental Refill Inverted

Date of First Publication  March  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 43**

Title of Photograph  Oral B Brush Inverted

Date of First Publication  March  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 44**

Title of Photograph  Interdental Clear Inverted

Date of First Publication  April  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 45**

Title of Photograph  D-Four Face-On

Date of First Publication  June  1  2002  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA

*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page ___7___ of ___20___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author     Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant     Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **46** | Title of Photograph  D-Four Angled | |
| | Date of First Publication  June  1  2002   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **47** | Title of Photograph  #3 Mens | |
| | Date of First Publication  June  1  2002   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **48** | Title of Photograph  #3 Womens | |
| | Date of First Publication  June  1  2002   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **49** | Title of Photograph  #3 Mens and Womens | |
| | Date of First Publication  June  1  2002   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **50** | Title of Photograph  #3 Men's 4 Pack | |
| | Date of First Publication  June  1  2002   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

**Number 51**

Title of Photograph  #3 Men's 8 Pack

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 52**

Title of Photograph  #3 Men's 8 and 4 Pack

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 53**

Title of Photograph  #3 Women's 4 Pack

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 54**

Title of Photograph  #3 Women's Razor 8 Pack

Date of First Publication  June  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 55**

Title of Photograph  #3 Women's 8 and 4 Pack

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 56**

Title of Photograph  #3 Men's and Women's Razors 4 and 8 Packs

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 57**

Title of Photograph  Old Hand Blender

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 58**

Title of Photograph  Old Hand Blender #2

Date of First Publication  February  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 59**

Title of Photograph  Plak Control Ultra

Date of First Publication  April  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

**Number 60**

Title of Photograph  Braun Explorer Front View

Date of First Publication  June  1  2002  Nation of First Publication  United States
(Month) (Day) (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___9___ of ___20___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author     Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant     Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **61** | Title of Photograph | Braun Explorer Side View |
| | Date of First Publication | June (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States |
| | Description of Photograph | (Optional) |
| **62** | Title of Photograph | Oral-B Family |
| | Date of First Publication | June (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States |
| | Description of Photograph | (Optional) |
| **63** | Title of Photograph | Braun Personal Care |
| | Date of First Publication | June (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States |
| | Description of Photograph | (Optional) |
| **64** | Title of Photograph | Braun Coffee Maker and Juicer |
| | Date of First Publication | June (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States |
| | Description of Photograph | (Optional) |
| **65** | Title of Photograph | Oral B Indicator Floorstand |
| | Date of First Publication | February (Month)  1 (Day)  2002 (Year)   Nation of First Publication   United States |
| | Description of Photograph | (Optional) |

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 66 | Title of Photograph   Oral B Indicator Toothbrush | |

Date of First Publication   August   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 67 | Title of Photograph   Oral B Indicator Floorstand Display | |

Date of First Publication   February   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 68 | Title of Photograph   Oral B Display Incomplete | |

Date of First Publication   October   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 69 | Title of Photograph   Oral B Advantage Plus Display | |

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 70 | Title of Photograph   Oral B Advantage Plus Floorstand Display | |

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 71 | Title of Photograph   Oral B Cross Action Display | |

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 72 | Title of Photograph   Oral B Cross Action Floorstand | |

Date of First Publication   June   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 73 | Title of Photograph   Cross Action with Travel Case 4dz. Floorstand | |

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 74 | Title of Photograph   Oral B Change Your Brush Floorstand | |

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 75 | Title of Photograph   Oral B Indicator Versabox Display | |

Date of First Publication   February   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
   order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA

*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___11___ of ___20___ pages

### DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **76** | Title of Photograph  Cross Action Generic 3 dz. PDQ | |
| | Date of First Publication  March (Month)  1 (Day)  2002 (Year)  Nation of First Publication  United States | |
| | Description of Photograph ____ (Optional) | |
| **77** | Title of Photograph  Cross Action with Travel Case 3 dz. Stadium Tray | |
| | Date of First Publication  March (Month)  1 (Day)  2002 (Year)  Nation of First Publication  United States | |
| | Description of Photograph ____ (Optional) | |
| **78** | Title of Photograph  Cross Action Generic 6 dz. Floorstand | |
| | Date of First Publication  March (Month)  1 (Day)  2002 (Year)  Nation of First Publication  United States | |
| | Description of Photograph ____ (Optional) | |
| **79** | Title of Photograph  Cross Action Generic 4 dz. Counter Tray | |
| | Date of First Publication  March (Month)  1 (Day)  2002 (Year)  Nation of First Publication  United States | |
| | Description of Photograph ____ (Optional) | |
| **80** | Title of Photograph  Satin Care Melon Splash 2.5 oz. Gel | |
| | Date of First Publication  March (Month)  1 (Day)  2002 (Year)  Nation of First Publication  United States | |
| | Description of Photograph ____ (Optional) | |

**Number 81**

Title of Photograph   Interdental Inverted

Date of First Publication   March   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 82**

Title of Photograph   Interdental Refill Inverted

Date of First Publication   March   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 83**

Title of Photograph   Oral B Brush Inverted

Date of First Publication   Mach   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 84**

Title of Photograph   Interdental Clear Inverted

Date of First Publication   April   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 85**

Title of Photograph   D-Four Face-On

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 86**

Title of Photograph   D-Four Angled

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 87**

Title of Photograph   #3 Men's

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 88**

Title of Photograph   #3 Women's

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 89**

Title of Photograph   #3 Men's and Women's

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

**Number 90**

Title of Photograph   #3 Men's 4 Pack

Date of First Publication   June   1   2002   Nation of First Publication   United States
                           (Month)  (Day)  (Year)

Description of Photograph
                          (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
   order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page __13__ of __20__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone__

Name of Copyright Claimant __Photographic Illustrators Corp.__

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**91** Title of Photograph #3 Men's 8 Pack
Date of First Publication June 1 2002 Nation of First Publication United States
Description of Photograph

**92** Title of Photograph #3 Men's 8 and 4 Pack
Date of First Publication June 1 2002 Nation of First Publication United States
Description of Photograph

**93** Title of Photograph #3 Women's 4 Pack
Date of First Publication June 1 2002 Nation of First Publication United States
Description of Photograph

**94** Title of Photograph #3 Women's Razor 8 Pack
Date of First Publication June 1 2002 Nation of First Publication United States
Description of Photograph

**95** Title of Photograph #3 Women's 8 and 4 Pack
Date of First Publication June 1 2002 Nation of First Publication United States
Description of Photograph

**Number 96**

Title of Photograph  Men's and Women's Razors 4's and 8's

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

B

Registration for Group of Published Photographs (continued)

**Number 97**

Title of Photograph  Old Hand Blender #1

Date of First Publication  February (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 98**

Title of Photograph  Old Hand Blender #2

Date of First Publication  February (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 99**

Title of Photograph  Plak Control Ultra

Date of First Publication  April (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 100**

Title of Photograph  Braun Explorer Front View

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 101**

Title of Photograph  Braun Explorer Side View

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 102**

Title of Photograph  Oral-B Family

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 103**

Title of Photograph  Braun Personal Care

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 104**

Title of Photograph  Braun Coffee Maker and Juicer

Date of First Publication  June (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 105**

Title of Photograph  Oral B Indicator Floorstand

Date of First Publication  February (Month)  1 (Day)  2002 (Year)   Nation of First Publication  United States

Description of Photograph  (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



C

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET FOR FORM VA

*for Group Registration of Published Photographs*

**Ⓔ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ___15___ of ___20___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 106**
Title of Photograph ___Oral B Indicator Toothbrush___
Date of First Publication ___August___ (Month) ___1___ (Day) ___2002___ (Year) Nation of First Publication ___United States___
Description of Photograph _____ (Optional)

**Number 107**
Title of Photograph ___Oral B Indicator Floorstand___
Date of First Publication ___February___ (Month) ___1___ (Day) ___2002___ (Year) Nation of First Publication ___United States___
Description of Photograph _____ (Optional)

**Number 108**
Title of Photograph ___Oral B Advantage Plus Display___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2002___ (Year) Nation of First Publication ___United States___
Description of Photograph _____ (Optional)

**Number 109**
Title of Photograph ___Oral B Cross Action Display___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2002___ (Year) Nation of First Publication ___United States___
Description of Photograph _____ (Optional)

**Number 110**
Title of Photograph ___Oral B Display Incomplete___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2002___ (Year) Nation of First Publication ___United States___
Description of Photograph _____ (Optional)

**Number 111**

Title of Photograph   Oral B Advantage Plus Floorstand

Date of First Publication   October   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 112**

Title of Photograph   Oral B

Date of First Publication   February   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 113**

Title of Photograph   Toothbrush

Date of First Publication   February   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 114**

Title of Photograph   Oral B Inverted

Date of First Publication   April   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 115**

Title of Photograph   Oral B Inverted

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 116**

Title of Photograph   Brush Inverted

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 117**

Title of Photograph   Toothbrush Inverted

Date of First Publication   March   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 118**

Title of Photograph   Oral B Advantage Plus Display

Date of First Publication   April   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 119**

Title of Photograph   Oral B Advantage Plus Display

Date of First Publication   April   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

**Number 120**

Title of Photograph   Oral B Cross Action Twin Pack Display

Date of First Publication   April   1   2002   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.



# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __17__ of __20__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 121**
Title of Photograph   Oral B Cross Action Floorstand
Date of First Publication   March (Month)   1 (Day)   2002 (Year)   Nation of First Publication   United States
Description of Photograph   (Optional)

**Number 122**
Title of Photograph   Oral B Stages Floorstand
Date of First Publication   March (Month)   1 (Day)   2002 (Year)   Nation of First Publication   United States
Description of Photograph   (Optional)

**Number 123**
Title of Photograph   Oral B Advantage Plus Floorstand
Date of First Publication   March (Month)   1 (Day)   2002 (Year)   Nation of First Publication   United States
Description of Photograph   (Optional)

**Number 124**
Title of Photograph   Oral B Cross Action Angled Floorstand
Date of First Publication   March (Month)   1 (Day)   2002 (Year)   Nation of First Publication   United States
Description of Photograph   (Optional)

**Number 125**
Title of Photograph   Oral B Advantage Plus Display
Date of First Publication   March (Month)   1 (Day)   2002 (Year)   Nation of First Publication   United States
Description of Photograph   (Optional)

**Number 126**

Title of Photograph __Braun Ultra__

Date of First Publication __April__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

---

**Number 127**

Title of Photograph __Braun Ultras__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 128**

Title of Photograph __Oral B Toothbrushes__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 129**

Title of Photograph __Oral B Stages__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 130**

Title of Photograph __Braun Hair Care Items__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 131**

Title of Photograph __Braun Electric Shavers__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 132**

Title of Photograph __Braun 3D__

Date of First Publication __November__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 133**

Title of Photograph __Braun Shaver Head 7000__

Date of First Publication __May__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 134**

Title of Photograph __Braun Shaver Head 6001__

Date of First Publication __May__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

**Number 135**

Title of Photograph __Braun Shaver Head 6000__

Date of First Publication __May__ (Month) __1__ (Day) __2002__ (Year)    Nation of First Publication __United States__

Description of Photograph _____ (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
**Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.**

Number/Street/Apt ▼
**600 Atlantic Avenue**

City/State/Zip ▼
**Boston, MA 02210**

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
  order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___19___ of ___20___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 136**
Title of Photograph    Shaver Head 3000
Date of First Publication    May    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 137**
Title of Photograph    Shaver Head 3600
Date of First Publication    May    1    2002    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 138**
Title of Photograph    Shaver Head 4000
Date of First Publication    May    1    2002    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 139**
Title of Photograph    Shaver Head 1000
Date of First Publication    May    1    2002    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 140**
Title of Photograph    Clean and Charge Refills
Date of First Publication    May    1    2002    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 141**

Title of Photograph  Shaver Head 2000

Date of First Publication  May          1          2002          Nation of First Publication  United States
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**B**
Registration
for Group of
Published
Photographs
(continued)

**Number 142**

Title of Photograph  Oral B Display

Date of First Publication  October          1          2002          Nation of First Publication  United States
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number 143**

Title of Photograph  Oral B Stages Floorstand

Date of First Publication  October          1          2002          Nation of First Publication  United States
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

**Number**

Title of Photograph _____

Date of First Publication _____          Nation of First Publication _____
(Month)          (Day)          (Year)

Description of Photograph _____
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.