Copyright Office fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA              VAU

EFFECTIVE DATE OF REGISTRATION

_____
Month        Day        Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**

2001 Photographic Illustrators Corp.'s Images For Gillette

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Photos; Approximately 262 Photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:  Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**

Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ___ United States ___
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☑ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture        ☐ Map            ☐ Technical drawing
☐ 2-Dimensional artwork          ☐ Photograph     ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design ☐ Architectural work

---

**3**

**a**

**Year in Which Creation of This Work Was Completed**
2001
This information must be given in all cases.
Year

**b**

**Date and Nation of First Publication of This Particular Work** Approx. Jan 1 - Dec 31, 200_
Complete this information ONLY if this work has been published.
Month _____  Day UNITED STATES  Year _____  Nation

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Photographic Illustrators Corp., 467 Sagamore Street, Hamilton, MA 01936

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.        • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☑ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼                **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼                                                      **Account Number** ▼

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210 - - Attn: Michael N. Rader, Esq.

b

Area code and daytime telephone number    ( 617 ) 646-8000                          Fax number    ( 617 ) 720-2441

Email    mrader@wolfgreenfield.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Photographic Illustrators Corp.
  Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael N. Rader                                                         Date  July 28, 2004

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

**Name** ▼
Wolf, Greenfield & Sacks, P.C. -- Attn: Michael N. Rader

**Number/Street/Apt** ▼
600 Atlantic Avenue

**City/State/ZIP** ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS**
**IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000   Web Rev: June 2002   ⊛ Printed on recycled paper                          U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

· Space A of this sheet is intended to identify the author and claimant.

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

· Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

· Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page ___1___ of ___36___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

---

**B**

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph ___CVS #4___
Date of First Publication ___February___ ___1___ ___2001___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 2**
Title of Photograph ___CVS #5___
Date of First Publication ___February___ ___1___ ___2001___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 3**
Title of Photograph ___CVS #6___
Date of First Publication ___February___ ___1___ ___2001___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 4**
Title of Photograph ___CVS #7___
Date of First Publication ___February___ ___1___ ___2001___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 5**
Title of Photograph ___CVS #8___
Date of First Publication ___February___ ___1___ ___2001___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 6**

Title of Photograph  CVS #9

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 7**

Title of Photograph  CVS #13

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 8**

Title of Photograph  CVS #10

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 9**

Title of Photograph  CVS #11

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 10**

Title of Photograph  CVS #12

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 11**

Title of Photograph  CVS #1

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 12**

Title of Photograph  CVS #2

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 13**

Title of Photograph  CVS #3

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 14**

Title of Photograph  Oral-B D3013

Date of First Publication  April    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**Number 15**

Title of Photograph  396252A CA with NCAA 12 dz. Floorstand

Date of First Publication  February    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
   order payable to Register of Copyrights
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page ____3____ of ____36____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant  Photographic Illustrators Corp.

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 16**
Title of Photograph  HP396252 Cross Action Generic 12 dz. Floorstand
Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 17**
Title of Photograph  396251 Cross Action Generic 6 dz. Floor Stand
Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 18**
Title of Photograph  39650B CA with Milk Promo 3 dz. Versa Box
Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 19**
Title of Photograph  396250A CA with NCAA 3 dz. Versa Box
Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 20**
Title of Photograph  396250 Cross Action Generic 3 dz. Versa Box
Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**Number 21**

Title of Photograph  396211 B Advantage/Adv Plus Generic 3 dz. Versa Box

Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**B**

Registration for Group of Published Photographs (continued)

**Number 22**

Title of Photograph  396162 B Advantage/Adv Plus/Kids Generic 6+2 Floorstand

Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 23**

Title of Photograph  396161B Adv. Plus Generic 6 oz / Cough Cold Rev. Header

Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 24**

Title of Photograph  396145B Advantage/Adv. Plus/Kids Generic 10+2 Floorstand

Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 25**

Title of Photograph  Plak Control 6pk #2

Date of First Publication  March  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 26**

Title of Photograph  Advantage B1G1 36 ct. Display

Date of First Publication  August  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 27**

Title of Photograph  Plak Control 6 pk. #1

Date of First Publication  March  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 28**

Title of Photograph  Braun Turbo

Date of First Publication  November  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 29**

Title of Photograph  Braun Turbo

Date of First Publication  March  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 30**

Title of Photograph  3D Plaque Remover in Clamshell

Date of First Publication  March  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page _____ 5 _____ of _____ 36 _____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 31**
Title of Photograph    E8 15-4 Clamshell
Date of First Publication    March    1    2001    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**Number 32**
Title of Photograph    Cross Action Green #1
Date of First Publication    December    1    2001    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**Number 33**
Title of Photograph    Cross Action Green #2
Date of First Publication    December    1    2001    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**Number 34**
Title of Photograph    Home Depot #2
Date of First Publication    February    1    2001    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**Number 35**
Title of Photograph    Home Depot #3
Date of First Publication    February    1    2001    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph    (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| **36** | Title of Photograph Home Depot #4 | |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **37** | Title of Photograph Home Depot #5 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **38** | Title of Photograph Home Depot #6 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **39** | Title of Photograph Home Depot #7 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **40** | Title of Photograph Home Depot #8 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **41** | Title of Photograph Home Depot #9 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **42** | Title of Photograph Home Depot #1 |

Date of First Publication February 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **43** | Title of Photograph Braun 541 |

Date of First Publication January 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **44** | Title of Photograph Braun 5416 |

Date of First Publication January 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

| Number | |
|---|---|
| **45** | Title of Photograph Braun 6520 out of package |

Date of First Publication January 1 2001    Nation of First Publication United States
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page  7  of  36  pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| 46 | Title of Photograph | Mickey Brush Head | | |
| | Date of First Publication | April (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication | United States |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 47 | Title of Photograph | Indicator | | |
| | Date of First Publication | April (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication | United States |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 48 | Title of Photograph | Mickey Brush Head 2 pk. | | |
| | Date of First Publication | April (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication | United States |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 49 | Title of Photograph | Oral B Manual - General Use | | |
| | Date of First Publication | May (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication | United States |
| | Description of Photograph (Optional) | | | |

| Number | | | | |
|---|---|---|---|---|
| 50 | Title of Photograph | Cross Action Red | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication | United States |
| | Description of Photograph (Optional) | | | |

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| **51** | Title of Photograph | Cross Action Yellow | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **52** | Title of Photograph | Cross Action Green | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **53** | Title of Photograph | Cross Action Orange | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **54** | Title of Photograph | Cross Action Array #3 | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **55** | Title of Photograph | Cross Action Array #2 | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **56** | Title of Photograph | Cross Action Array #1 | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **57** | Title of Photograph | Cross Action Blue | | | |
| | Date of First Publication | July (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **58** | Title of Photograph | Indicator Twin Pk. 2B | | | |
| | Date of First Publication | September (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **59** | Title of Photograph | Indicator Twin Pk. 2A | | | |
| | Date of First Publication | September (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| **60** | Title of Photograph | Indicator Twin Pk. 2A | | | |
| | Date of First Publication | September (Month) | 1 (Day) | 2001 (Year) | Nation of First Publication United States |
| | Description of Photograph | (Optional) | | | |

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov* or call (202) 707-3000.

June 2002 — 20,000    Web: June 2002    ℗ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**✪ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page _____ 9 _____ of _____ 36 _____ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

---

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 61**
Title of Photograph    Indicator Twin Pk. 1B
Date of First Publication    September    1    2001    Nation of First Publication    United States
(Month) (Day) (Year)
Description of Photograph    (Optional)

**Number 62**
Title of Photograph    Indicator Twin Pk. 1A
Date of First Publication    September    1    2001    Nation of First Publication    United States
(Month) (Day) (Year)
Description of Photograph    (Optional)

**Number 63**
Title of Photograph    Cross Action on Grey
Date of First Publication    November    1    2001    Nation of First Publication    United States
(Month) (Day) (Year)
Description of Photograph    (Optional)

**Number 64**
Title of Photograph    Cross Action on Setting
Date of First Publication    November    1    2001    Nation of First Publication    United States
(Month) (Day) (Year)
Description of Photograph    (Optional)

**Number 65**
Title of Photograph    Power Brushes on Grey
Date of First Publication    November    1    2001    Nation of First Publication    United States
(Month) (Day) (Year)
Description of Photograph    (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 66 | Title of Photograph | Power Brushes on Setting |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 67 | Title of Photograph | Power Brush Green |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 68 | Title of Photograph | Power Brush Purple |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 69 | Title of Photograph | Power Brush Blue |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 70 | Title of Photograph | Power Brush Pink |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 71 | Title of Photograph | Interdental Blue #1 |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 72 | Title of Photograph | Interdental Blue #2 |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 73 | Title of Photograph | Cross Action Head |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 74 | Title of Photograph | Cross Action Blue |
| | Date of First Publication | November  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 75 | Title of Photograph | 2 Kids Battery Toothbrushes Power Brush Array |
| | Date of First Publication | December  1  2001 |
| | | (Month)  (Day)  (Year)    Nation of First Publication  United States |
| | Description of Photograph | (Optional) |

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**C**

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

June 2002 — 20,000   Web: June 2002   ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year) .

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___11___ of ___36___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 76**
Title of Photograph   Power Brush Array
Date of First Publication   December   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 77**
Title of Photograph   Interdental Array
Date of First Publication   November   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 78**
Title of Photograph   Oral B Competitors
Date of First Publication   December   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 79**
Title of Photograph   Interdental Clear
Date of First Publication   November   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 80**
Title of Photograph   GUM Proxabrush
Date of First Publication   November   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | |
|---|---|
| 81 | |

Title of Photograph  Cross Action Purple #1

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 82 | |

Title of Photograph  Cross Action Purple #2

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 83 | |

Title of Photograph  Cross Action Pink #1

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 84 | |

Title of Photograph  Cross Action Pink #2

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 85 | |

Title of Photograph  Cross Action Blue #1

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 86 | |

Title of Photograph  Cross Action Blue #2

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 87 | |

Title of Photograph  Oral-B Array #2

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 88 | |

Title of Photograph  Oral-B Array #1

Date of First Publication  December   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 89 | |

Title of Photograph  Battery Toothbrush Clam Front

Date of First Publication  March   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | |
|---|---|
| 90 | |

Title of Photograph  Battery Toothbrush Clam Back

Date of First Publication  March   1   2001   Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __13__ of __36__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author __Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone__

Name of Copyright Claimant __Photographic Illustrators Corp.__

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 91**
Title of Photograph __Battery Toothbrush Clam Left__
Date of First Publication __March__ (Month) __1__ (Day) __2001__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 92**
Title of Photograph __Battery Toothbrush Clam Right__
Date of First Publication __March__ (Month) __1__ (Day) __2001__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 93**
Title of Photograph __Aquafresh Flex__
Date of First Publication __October__ (Month) __1__ (Day) __2001__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 94**
Title of Photograph __Plak Control Blister__
Date of First Publication __May__ (Month) __1__ (Day) __2001__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**Number 95**
Title of Photograph __396259 Adv/Adv. Plus + Floss 6+2 Floorstand__
Date of First Publication __July__ (Month) __1__ (Day) __2001__ (Year) Nation of First Publication __United States__
Description of Photograph _____ (Optional)

**B**

Registration for Group of Published Photographs (continued)

**Number 96**

Title of Photograph  396364 Adv. B2G1 6 dz. Floorstand

Date of First Publication  July  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 97**

Title of Photograph  CR-V3 Lithium + Ultra

Date of First Publication  February  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 98**

Title of Photograph  Duracell + Competitors Array #2

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 99**

Title of Photograph  TGS Bonus Ounce Feature

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 100**

Title of Photograph  TGS Bonus Ounce Gel Array

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 101**

Title of Photograph  EP100 Beard Trimmer

Date of First Publication  March  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 102**

Title of Photograph  Syncro 7505 Clamshell

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 103**

Title of Photograph  Flex Integral 5416 Clamshell

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 104**

Title of Photograph  Interface 3612 Clam

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number 105**

Title of Photograph  Flex Integral 6520 Clamshell

Date of First Publication  January  1  2001  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___15___ of ___36___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **106** | Title of Photograph M880 | |
| | Date of First Publication March 1 2001 Nation of First Publication United States | |
| | Description of Photograph (Optional) | |
| **107** | Title of Photograph C20 Clamshell | |
| | Date of First Publication January 1 2001 Nation of First Publication United States | |
| | Description of Photograph (Optional) | |
| **108** | Title of Photograph C205 Clamshell | |
| | Date of First Publication January 1 2001 Nation of First Publication United States | |
| | Description of Photograph (Optional) | |
| **109** | Title of Photograph Silk Epil 2170 | |
| | Date of First Publication October 1 2001 Nation of First Publication United States | |
| | Description of Photograph (Optional) | |
| **110** | Title of Photograph Silk Epil 2270 | |
| | Date of First Publication October 1 2001 Nation of First Publication United States | |
| | Description of Photograph (Optional) | |

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 111 | Title of Photograph  Silk Epil 2270 | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 112 | Title of Photograph  Silk Epil 2170 | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 113 | Title of Photograph  Silk Epil 2370 | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 114 | Title of Photograph  2270 #2 | |

Date of First Publication  November    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 115 | Title of Photograph  2270 with Ice Pack | |

Date of First Publication  November    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 116 | Title of Photograph  2370 #2 | |

Date of First Publication  November    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 117 | Title of Photograph  7630 Supplemental | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 118 | Title of Photograph  7650 | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 119 | Title of Photograph  7630 | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 120 | Title of Photograph  7630 Supplemental in Charger | |

Date of First Publication  October    1    2001    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ___17___ of ___36___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 121**
Title of Photograph   6510
Date of First Publication   October   1   2001   Nation of First Publication   United States
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number 122**
Title of Photograph   5612
Date of First Publication   October   1   2001   Nation of First Publication   United States
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number 123**
Title of Photograph   7680
Date of First Publication   October   1   2001   Nation of First Publication   United States
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number 124**
Title of Photograph   8610 in Charger
Date of First Publication   October   1   2001   Nation of First Publication   United States
(Month) (Day) (Year)
Description of Photograph (Optional)

**Number 125**
Title of Photograph   7650 in Charger
Date of First Publication   October   1   2001   Nation of First Publication   United States
(Month) (Day) (Year)
Description of Photograph (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 126 | | |

Title of Photograph  7630 in Charger

Date of First Publication  October (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 127 | | |

Title of Photograph  5612 in Charger

Date of First Publication  October (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 128 | | |

Title of Photograph  7680 in Charger

Date of First Publication  October (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 129 | | |

Title of Photograph  Syncro 7680 in Package

Date of First Publication  October (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 130 | | |

Title of Photograph  5441 in Charger

Date of First Publication  December (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 131 | | |

Title of Photograph  5441 Alone

Date of First Publication  December (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 132 | | |

Title of Photograph  6520 in Clamshell

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 133 | | |

Title of Photograph  Interface 3615 Clamshell

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 134 | | |

Title of Photograph  Flex Integral 5416 Clam

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 135 | | |

Title of Photograph  Syncro 7526 in Package

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph _____ (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ____19____ of ____36____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 136**
Title of Photograph    Syncro 7505 Clamshell
Date of First Publication    March (Month)    1 (Day)    2001 (Year)    Nation of First Publication    United States
Description of Photograph    (Optional)

**Number 137**
Title of Photograph    Interface 3612 Clamshell
Date of First Publication    March (Month)    1 (Day)    2001 (Year)    Nation of First Publication    United States
Description of Photograph    (Optional)

**Number 138**
Title of Photograph    Flex Integral 6520 Clam
Date of First Publication    March (Month)    1 (Day)    2001 (Year)    Nation of First Publication    United States
Description of Photograph    (Optional)

**Number 139**
Title of Photograph    Flex Integral 5414 Clam
Date of First Publication    March (Month)    1 (Day)    2001 (Year)    Nation of First Publication    United States
Description of Photograph    (Optional)

**Number 140**
Title of Photograph    Interface 3105 Clamshell
Date of First Publication    March (Month)    1 (Day)    2001 (Year)    Nation of First Publication    United States
Description of Photograph    (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 141 | Title of Photograph  Venus Road Show Kit #1 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 142 | Title of Photograph  Venus Road Show Kit #2 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 143 | Title of Photograph  Venus Road Show Kit #3 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 144 | Title of Photograph  Venus Road Show Kit #4 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 145 | Title of Photograph  Venus with Brush Offer #1 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 146 | Title of Photograph  Venus with Brush Offer #2 | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 147 | Title of Photograph  Custom Plus 10 Pack Array | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 148 | Title of Photograph  CP Pivot for Women 10 Pack | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 149 | Title of Photograph  Custom Plus 10 Pack | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

| Number | | |
|---|---|---|
| 150 | Title of Photograph  Custom Plus for Women 10 Pack | |
| | Date of First Publication  May   1   2001   Nation of First Publication  United States | |
| | Description of Photograph ___ (Optional) | |

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
   order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __21__ of __36__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 151**
Title of Photograph    Custom Plus Pivot 10 Pack
Date of First Publication    May    1    2001    Nation of First Publication    United States
            (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**Number 152**
Title of Photograph    Good News 64 Value Pack
Date of First Publication    September    1    2001    Nation of First Publication    United States
            (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**Number 153**
Title of Photograph    Venus Combo Pack
Date of First Publication    March    1    2001    Nation of First Publication    United States
            (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**Number 154**
Title of Photograph    Schick ST 5 Pack
Date of First Publication    March    1    2001    Nation of First Publication    United States
            (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**Number 155**
Title of Photograph    Super Max 3 for Men
Date of First Publication    February    1    2001    Nation of First Publication    United States
            (Month)  (Day)  (Year)
Description of Photograph    (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 156**

Title of Photograph  Noxema Bikini

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 157**

Title of Photograph  Super Max 3 for Women

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 158**

Title of Photograph  Super Max 3 Duo

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 159**

Title of Photograph  Bic Softwim for Women

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 160**

Title of Photograph  Bic Softwin

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 161**

Title of Photograph  Schick ST 10 Pack

Date of First Publication  March   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 162**

Title of Photograph  Bic Softwin Men

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 163**

Title of Photograph  Noxema K-3 Blades

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 164**

Title of Photograph  Noxema Skin Fitness

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

**Number 165**

Title of Photograph  Noxema K-3 for Women

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

June 2002 — 20,000   Web: June 2002   ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___23___ of ___36___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov,* write the Copyright Office, or call (202) 707-3000.

## DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| 166 | Title of Photograph **Noxema K-3 with Blades** | |
| | Date of First Publication **February** (Month) **1** (Day) **2001** (Year) | Nation of First Publication **United States** |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 167 | Title of Photograph **Noxema Women + Skin Fitness** | |
| | Date of First Publication **February** (Month) **1** (Day) **2001** (Year) | Nation of First Publication **United States** |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 168 | Title of Photograph **Schick Silk Effects Plus** | |
| | Date of First Publication **February** (Month) **1** (Day) **2001** (Year) | Nation of First Publication **United States** |
| | Description of Photograph 1 (Optional) | |

| Number | | |
|---|---|---|
| 169 | Title of Photograph **Noxema for Women** | |
| | Date of First Publication **February** (Month) **1** (Day) **2001** (Year) | Nation of First Publication **United States** |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 170 | Title of Photograph **MP80** | |
| | Date of First Publication **March** (Month) **1** (Day) **2001** (Year) | Nation of First Publication **United States** |
| | Description of Photograph (Optional) | |

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| 171 | | |

Title of Photograph **MPZ22 Citromatic**

Date of First Publication **February** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 172 | | |

Title of Photograph **MP27**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 173 | | |

Title of Photograph **M880**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 174 | | |

Title of Photograph **MR550MCA**

Date of First Publication **February** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 175 | | |

Title of Photograph **Replacement Carafes**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 176 | | |

Title of Photograph **KWF2 Filters**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 177 | | |

Title of Photograph **UGF4**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 178 | | |

Title of Photograph **KSM2**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 179 | | |

Title of Photograph **KSM4s Black and White**

Date of First Publication **March** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 180 | | |

Title of Photograph **KF420 White**

Date of First Publication **February** **1** **2001** Nation of First Publication **United States**
(Month) (Day) (Year)

Description of Photograph _____
(Optional)

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov* or call (202) 707-3000.

June 2002 — 20,000     Web: June 2002     ⊙ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

⊘ **FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

· Space A of this sheet is intended to identify the author and claimant.

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

· Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

· Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___ 25 ___ of ___ 36 ___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___ Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant ___ Photographic Illustrators Corp.

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| **181** | KF420 Black | February 1 2001 | United States |
| | Description of Photograph | | |
| **182** | KF400 White | February 1 2001 | United States |
| | Description of Photograph | | |
| **183** | KF400 Black | February 1 2001 | United States |
| | Description of Photograph | | |
| **184** | EB17-3ES | April 1 2001 | United States |
| | Description of Photograph | | |
| **185** | Braun OD17-1 | April 1 2001 | United States |
| | Description of Photograph | | |

**Number 186**

Title of Photograph  Syncro Charger

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**B**

Registration for Group of Published Photographs (continued)

**Number 187**

Title of Photograph  Syncro Charger

Date of First Publication  March (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 188**

Title of Photograph  BP 2510

Date of First Publication  July (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 189**

Title of Photograph  Precision Sensor Tabletop

Date of First Publication  August (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 190**

Title of Photograph  BP2550

Date of First Publication  July (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 191**

Title of Photograph  BP2005

Date of First Publication  July (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 192**

Title of Photograph  Precision Sensor Floor Stand

Date of First Publication  August (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 193**

Title of Photograph  Precision Sensor Small Prepack

Date of First Publication  August (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 194**

Title of Photograph  Precision Sensor Wire Rack

Date of First Publication  August (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

**Number 195**

Title of Photograph  Satin Care Orange Swirl

Date of First Publication  August (Month)  1 (Day)  2001 (Year)  Nation of First Publication  United States

Description of Photograph  (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___27___ of ___36___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 196**
Title of Photograph    Satin Care with Blistex
Date of First Publication    September    1    2001    Nation of First Publication    United States
                            (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 197**
Title of Photograph    Satin Care Orange #2
Date of First Publication    August    1    2001    Nation of First Publication    United States
                            (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 198**
Title of Photograph    Satin Care Gel Array
Date of First Publication    September    1    2001    Nation of First Publication    United States
                            (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 199**
Title of Photograph    Orange Swirl with Blistex
Date of First Publication    September    1    2001    Nation of First Publication    United States
                            (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 200**
Title of Photograph    Melon Splash with Blistex
Date of First Publication    September    1    2001    Nation of First Publication    United States
                            (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 201 | Title of Photograph  Flower Twist with Blistex | |

Date of First Publication  September   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 202 | Title of Photograph  Wild Berry with Blistex | |

Date of First Publication  September   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 203 | Title of Photograph  Unpacking Mod #1 | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 204 | Title of Photograph  Unpacking Mod #2 | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 205 | Title of Photograph  Unpacking Mod #3 | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 206 | Title of Photograph  CR-V3 Lithium Battery | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 207 | Title of Photograph  Ultra + Copper Top Mods | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 208 | Title of Photograph  Duracell Ultra Mod | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 209 | Title of Photograph  Copper Top + Ultra Cases | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 210 | Title of Photograph  Copper Top Mod | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
   order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page ___29___ of ___36___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

---

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 211**
Title of Photograph   Duracell Ultra Front
Date of First Publication   February   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 212**
Title of Photograph   Duracell Ultra L Side
Date of First Publication   February   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 213**
Title of Photograph   Duracell Ultra R Side
Date of First Publication   February   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 214**
Title of Photograph   Duracell Ultra Case
Date of First Publication   February   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**Number 215**
Title of Photograph   Old Duracell Mod
Date of First Publication   February   1   2001   Nation of First Publication   United States
(Month)   (Day)   (Year)
Description of Photograph _____ (Optional)

**B**

| Number | | |
|---|---|---|
| **216** | Title of Photograph  Duracell Ultra Mod Separating | |
| | Date of First Publication  February   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **217** | Title of Photograph  Duracell Mod Opening | |
| | Date of First Publication  February   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **218** | Title of Photograph  Duracell Mod Sleeve | |
| | Date of First Publication  February   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **219** | Title of Photograph  Battery Center | |
| | Date of First Publication  January   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **220** | Title of Photograph  Duracell Display in Store | |
| | Date of First Publication  January   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **221** | Title of Photograph  S16285 #2 | |
| | Date of First Publication  November   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **222** | Title of Photograph  S16285 #3 | |
| | Date of First Publication  November   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **223** | Title of Photograph  S16285 #4 | |
| | Date of First Publication  November   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **224** | Title of Photograph  S16285 #1 | |
| | Date of First Publication  November   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **225** | Title of Photograph  SI 6245 #2 | |
| | Date of First Publication  November   1   2001   Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

*Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.*

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⊘ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page __31__ of __36__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 226**
Title of Photograph  SI6245 #3
Date of First Publication  November  1  2001  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 227**
Title of Photograph  Si 4000 #1
Date of First Publication  November  1  2001  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 228**
Title of Photograph  SI 4000 #2
Date of First Publication  November  1  2001  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 229**
Title of Photograph  SI 4000 #3
Date of First Publication  November  1  2001  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 230**
Title of Photograph  SI 6225
Date of First Publication  November  1  2001  Nation of First Publication  United States
Description of Photograph  (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| **231** | Title of Photograph  SI 6225 #3 | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **232** | Title of Photograph  MR 5550 MHC + BC #1 | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **233** | Title of Photograph  MR 5550 MHC + BC #2 | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **234** | Title of Photograph  MR 5550 MHC + BC | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **235** | Title of Photograph  MR 5550 #1 | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **236** | Title of Photograph  SI 6285 #1 | |

Date of First Publication  November   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **237** | Title of Photograph  Water Filter | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **238** | Title of Photograph  Changing Filter | |

Date of First Publication  March   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **239** | Title of Photograph  MR550MCA Graphics Close-Up | |

Date of First Publication  February   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **240** | Title of Photograph  MR550MCA Assembly | |

Date of First Publication  March   1   2001   Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application
**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
   order payable to *Register of Copyrights*
3 Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.

June 2002 — 20,000   Web: June 2002   ♻ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

 **FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)                    (Year)

CONTINUATION SHEET RECEIVED

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

· Space A of this sheet is intended to identify the author and claimant.

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

· Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

· Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___33___ of ___36___ pages

---

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

 **A**
Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author          Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant          Photographic Illustrators Corp.

---

**B**
Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| **241** | Title of Photograph   MR550MCA Top | |
| | Date of First Publication   March   1   2001   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

| Number | | |
|---|---|---|
| **242** | Title of Photograph   Juicer Application | |
| | Date of First Publication   March   1   2001   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

| Number | | |
|---|---|---|
| **243** | Title of Photograph   Braun Product Array | |
| | Date of First Publication   June   1   2001   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

| Number | | |
|---|---|---|
| **244** | Title of Photograph   Oral-B Product Array | |
| | Date of First Publication   June   1   2001   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

| Number | | |
|---|---|---|
| **245** | Title of Photograph   Gillette Power Brands | |
| | Date of First Publication   February   1   2001   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 246 | Title of Photograph  Gillette Power Brands | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 247 | Title of Photograph  Gillette, Braun, Duracell, and Venus Array | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 248 | Title of Photograph  Gillette, Braun, Duracell, and Venus Array | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 249 | Title of Photograph  396266 Indicator and Kids 10+2 Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 250 | Title of Photograph  396268 Indicator Twin Pack 4 oz. Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 251 | Title of Photograph  396267 Indicator twin W155 IRC + Satin Floss 4+1 Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 252 | Title of Photograph  396268 Indicator Twin Pack 4 oz. Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 253 | Title of Photograph  396260 Advantage with Ricola Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 254 | Title of Photograph  396263 Advantage and Indicator 6+2 Floorstand | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| 255 | Title of Photograph  396264 Indicator + Kids 2+1 Versa Box | |
| | Date of First Publication  February  1  2001  Nation of First Publication  United States | |
| | (Month)  (Day)  (Year) | |
| | Description of Photograph  (Optional) | |

---

Certificate
will be mailed
in window
envelope to
this address:

**Name ▼**
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

**Number/Street/Apt ▼**
600 Atlantic Avenue

**City/State/Zip ▼**
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⊚ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page __35__ of __36__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 256**
Title of Photograph   39625 Indicator and Kides 6+2 Floorstand
Date of First Publication   February   1   2001   Nation of First Publication   United States
                         (Month)   (Day)   (Year)
Description of Photograph   (Optional)

**Number 257**
Title of Photograph   396252B CA with Milk Promo 12 dz. Floorstand
Date of First Publication   February   1   2001   Nation of First Publication   United States
                         (Month)   (Day)   (Year)
Description of Photograph   (Optional)

**Number 258**
Title of Photograph   396253 CA Twin Pack 4 dz. Floorstand
Date of First Publication   February   1   2001   Nation of First Publication   United States
                         (Month)   (Day)   (Year)
Description of Photograph   (Optional)

**Number 259**
Title of Photograph   396257 CA + Blues Clues Combo Pack 4+2 Floorstand
Date of First Publication   February   1   2001   Nation of First Publication   United States
                         (Month)   (Day)   (Year)
Description of Photograph   (Optional)

**Number 260**
Title of Photograph   396258 Advantage/Adv. Plus + Kids 3 dz. Versa Box
Date of First Publication   February   1   2001   Nation of First Publication   United States
                         (Month)   (Day)   (Year)
Description of Photograph   (Optional)

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| **261** | Title of Photograph  396251A CA with NCAA 6 oz. Floorstand | |
| | Date of First Publication  February   1   2001   Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| **262** | Title of Photograph  396251B CA with Milk Promo 6 dz. Floorstand | |
| | Date of First Publication  February   1   2001   Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | |
| | Date of First Publication  Nation of First Publication  United States | |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.