Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA            VAU

EFFECTIVE DATE OF REGISTRATION

_____
Month     Day     Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

Title of This Work ▼

2000 Photographic Illustrators Corp.'s Images For Gillette

NATURE OF THIS WORK ▼ See instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Photos; Approximatly 231 Photographs

Publication as a Contribution If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼        Number ▼             Issue Date ▼          On Pages ▼

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

NAME OF AUTHOR ▼

**a** Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of    United States
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☑ No
Pseudonymous?   ☐ Yes  ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es).See instructions
☐ 3-Dimensional sculpture       ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork         ☑ Photograph        ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

Name of Author ▼

**b**

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
     Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship Check appropriate box(es).See instructions
☐ 3-Dimensional sculpture       ☐ Map               ☐ Technical drawing
☐ 2-Dimensional artwork         ☐ Photograph        ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design    ☐ Architectural work

**3**

**a** Year In Which Creation of This Work Was Completed
2000
This information must be given Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Approx. Jan. 1 – Dec. 31, 2000
Month _____ Day _____ Year _____
U.S.A.                                            Nation

**4**

See instructions before completing this space.

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Photographic Illustrators Corp., 467 Sagamore Street, Hamilton, MA 01936

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

DO NOT WRITE HERE
OFFICE USE ONLY

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                     • See detailed instructions.            • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of _____ pages

| EXAMINED BY | | FORM VA |
|---|---|---|

CHECKED BY

☐ CORRESPONDENCE
Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ **Yes** ☑ **No** If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

**a.** ☐ This is the first published edition of a work previously registered in unpublished form.

**b.** ☐ This is the first application submitted by this author as copyright claimant.

**c.** ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼        **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

**a. Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

*a*

See instructions
before completing
this space.

**b. Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

*b*

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼        **Account Number** ▼

**7**

*a*

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210 - - Attn: Michael N. Rader, Esq.

*b*

Area code and daytime telephone number    ( 617 ) 646-8000        Fax number    ( 617 ) 720-2441

Email    mrader@wolfgreenfield.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of _Photographic Illustrators Corp._
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

**Typed or printed name and date** ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Michael N. Rader

**Date** July 26, 2004

**Handwritten signature (X)** ▼

X _____[signature]_____

| **Certificate will be mailed in window envelope to this address:** | **Name** ▼<br>Wolf, Greenfield & Sacks, P.C. -- Attn: Michael N. Rader<br><br>**Number/Street/Apt** ▼<br>600 Atlantic Avenue<br><br>**City/State/ZIP** ▼<br>Boston, MA 02210 | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application in space 8<br>**SEND ALL 3 ELEMENTS<br>IN THE SAME PACKAGE:**<br>1. Application form<br>2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*<br>3. Deposit material<br>**MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000. |

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

 **FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___1___ of ___32___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant  Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph  1 RT 3020 with Case
Date of First Publication  March (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 2**
Title of Photograph  1 RT 3020
Date of First Publication  March (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 3**
Title of Photograph  Oral-B D17
Date of First Publication  December (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 4**
Title of Photograph  KF16 Denim
Date of First Publication  January (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph  (Optional)

**Number 5**
Title of Photograph  KF16 Green
Date of First Publication  January (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph  (Optional)

| Number 6 | Title of Photograph KF16 Orange | **B** |
| | Date of First Publication January (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States | |
| | Description of Photograph (Optional) | **Registration for Group of Published Photographs (continued)** |

| Number 7 | Title of Photograph KF16 Green and Denim |
| | Date of First Publication January (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 8 | Title of Photograph Thermoscan Gift Set Display |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 9 | Title of Photograph Thermoscan Kangaroo #1 |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 10 | Title of Photograph Thermoscan Kangaroo #2 |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 11 | Title of Photograph Kangaroo with Lens Filters |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 12 | Title of Photograph Kangaroo with Unit and Lens Filters |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 13 | Title of Photograph Thermoscan Wall Unit Filled |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 14 | Title of Photograph Termoscan Special Value Display |
| | Date of First Publication August (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

| Number 15 | Title of Photograph Thermoscan Wall Unit Empty |
| | Date of First Publication March (Month)  1 (Day)  2000 (Year)  Nation of First Publication United States |
| | Description of Photograph (Optional) |

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---------|-------|--------|

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page ___3___ of ___32___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number **16**
Title of Photograph ___Arctic Peak Shelf Talker___
Date of First Publication ___April___ ___1___ ___2000___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Number **17**
Title of Photograph ___Gillette Foamy Array___
Date of First Publication ___August___ ___1___ ___2000___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Number **18**
Title of Photograph ___3 Steps to Perfect Shave___
Date of First Publication ___April___ ___1___ ___2000___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Number **19**
Title of Photograph ___Artic Peak Shelf Dangler___
Date of First Publication ___April___ ___1___ ___2000___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

Number **20**
Title of Photograph ___Oral-B Toothbrush Display___
Date of First Publication ___April___ ___1___ ___2000___ Nation of First Publication ___United States___
(Month) (Day) (Year)
Description of Photograph _____ (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

**Number 21**

Title of Photograph  Oral-B Change Your Brush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 22**

Title of Photograph  Oral-B Toothbrush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 23**

Title of Photograph  Oral-B Toothbrush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 24**

Title of Photograph  Oral-B Toothbrush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 25**

Title of Photograph  Oral-B Toothbrush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 26**

Title of Photograph  Oral-B Toothbrush Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 27**

Title of Photograph  Oral-B Floss Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 28**

Title of Photograph  Oral-B Cross Action Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 29**

Title of Photograph  Oral-B Cross Action Action Packed Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

**Number 30**

Title of Photograph  Oral-B Display

Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States

Description of Photograph (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page _____ 5 _____ of _____ 32 _____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 31**
Title of Photograph    Oral-B Toothbrush Display
Date of First Publication    April    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____
(Optional)

**Number 32**
Title of Photograph    Oral-B Toothbrush Display
Date of First Publication    April    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____
(Optional)

**Number 33**
Title of Photograph    Oral-B Toothbrush Display
Date of First Publication    April    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____
(Optional)

**Number 34**
Title of Photograph    Oral-B Cross Action Buy One Get One Free Display
Date of First Publication    April    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____
(Optional)

**Number 35**
Title of Photograph    Oral-B Early Warning System Display
Date of First Publication    April    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| 36 | Title of Photograph  Oral-B Toothbrush with Travel Case Display | **B** |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

**Registration for Group of Published Photographs (continued)**

| Number | |
|---|---|
| 37 | Title of Photograph  Oral-B Indicator 2 Pack |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 38 | Title of Photograph  HBC Array |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 39 | Title of Photograph  Braun Array for Light Box |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 40 | Title of Photograph  Gillette Shave Array |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 41 | Title of Photograph  HBC Grooming - NACDS |

Date of First Publication  April    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 42 | Title of Photograph  Family  - NACDS |

Date of First Publication  May    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 43 | Title of Photograph  HBC Oral - NACDS |

Date of First Publication  May    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 44 | Title of Photograph  Blades - Razors #1 |

Date of First Publication  May    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 45 | Title of Photograph  Blades - Razors |

Date of First Publication  May    1    2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

June 2002 — 20,000    Web: June 2002     Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page ___7___ of ___32___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 46**
Title of Photograph ___Deodorant Array___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___ (Optional)

**Number 47**
Title of Photograph ___Timmy Clock___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___ (Optional)

**Number 48**
Title of Photograph ___Diaper Bag___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___ (Optional)

**Number 49**
Title of Photograph ___Walgreen Ad___
Date of First Publication ___June___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___ (Optional)

**Number 50**
Title of Photograph ___Yellow Thermoscan Kangaroo___
Date of First Publication ___July___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___ (Optional)

| Number | | |
|---|---|---|
| 51 | Title of Photograph  1 RT 3020 | **B** |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States | Registration for Group of Published Photographs (continued) |
| | (Month) (Day) (Year) | |
| | Description of Photograph  (Optional) | |

| Number | |
|---|---|
| 52 | Title of Photograph  Thermoscan Pro 3000 |
| | Date of First Publication  May  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 53 | Title of Photograph  Clean and Charge CCR2 |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 54 | Title of Photograph  3600 Foil / Block |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 55 | Title of Photograph  1000 Foil / Block |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 56 | Title of Photograph  3000 Foil / Block |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 57 | Title of Photograph  Micron 2000 Foil and Block |
| | Date of First Publication  December  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 58 | Title of Photograph  Syncro 7000 Head |
| | Date of First Publication  December  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 59 | Title of Photograph  Flex Integral 6000 Head |
| | Date of First Publication  December  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

| Number | |
|---|---|
| 60 | Title of Photograph  6001 Foil / Block |
| | Date of First Publication  July  1  2000  Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph  (Optional) |

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov* or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

· This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.

· If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.

· If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.

· If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.

· Space A of this sheet is intended to identify the author and claimant.

· Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.

· Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.

· Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ___9___ of ___32___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

# A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

# B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 61**
Title of Photograph    Flex Control 4000 Head
Date of First Publication    December    1    2000    Nation of First Publication    United States
                            (Month)      (Day)   (Year)
Description of Photograph    (Optional)

**Number 62**
Title of Photograph    Sensor Excel Razor
Date of First Publication    March    1    2000    Nation of First Publication    United States
                            (Month)   (Day)  (Year)
Description of Photograph    (Optional)

**Number 63**
Title of Photograph    Sensor Excel Cartridges 5 Pack
Date of First Publication    March    1    2000    Nation of First Publication    United States
                            (Month)   (Day)  (Year)
Description of Photograph    (Optional)

**Number 64**
Title of Photograph    Sensor Excel Cartridges 10 Pack
Date of First Publication    March    1    2000    Nation of First Publication    United States
                            (Month)   (Day)  (Year)
Description of Photograph    (Optional)

**Number 65**
Title of Photograph    Mach 3 Combo Pack
Date of First Publication    March    1    2000    Nation of First Publication    United States
                            (Month)   (Day)  (Year)
Description of Photograph    (Optional)

| Number | | |
|---|---|---|
| 66 | Title of Photograph  Mach 3 Holiday Display | **B** |
| | Date of First Publication  March  1  2000     Nation of First Publication  United States | |
| | (Month) (Day) (Year) | Registration for Group of Published Photographs (continued) |
| | Description of Photograph (Optional) | |

| Number | |
|---|---|
| 67 | Title of Photograph  Sensor Excel for Women |
| | Date of First Publication  February  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 68 | Title of Photograph  Sensor Excel Combo Pack |
| | Date of First Publication  March  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 69 | Title of Photograph  Duracell Ultra Big 5 |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 70 | Title of Photograph  Oral-B Toothbrush Display |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 71 | Title of Photograph  Oral-B Toothbrush Floorstand |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 72 | Title of Photograph  Oral-B Early Warning System Toothbrush Floorstand |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 73 | Title of Photograph  Oral-B Cross Action Floorstand |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 74 | Title of Photograph  Oral-B Kids with Bag #3 |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Number | |
|---|---|
| 75 | Title of Photograph  Oral-B Kids with Bag #4 |
| | Date of First Publication  April  1  2000     Nation of First Publication  United States |
| | (Month) (Day) (Year) |
| | Description of Photograph (Optional) |

| Certificate will be mailed in window envelope to this address: | Name ▼  Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq. | **YOU MUST:**<br>• Complete all necessary spaces<br>• Sign your application | **C** |
|---|---|---|---|
| | Number/Street/Apt ▼  600 Atlantic Avenue | **SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**<br>1 Application form<br>2 Nonrefundable fee in check or money order payable to Register of Copyrights<br>3 Deposit material |  |
| | City/State/Zip ▼  Boston, MA 02210 | **MAIL TO:**<br>Library of Congress<br>Copyright Office<br>101 Independence Avenue, S.E.<br>Washington, D.C. 20559-6000 | Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov* or call (202) 707-3000. |

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⊘ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page ____11____ of ____32____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author  Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant  Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 76**
Title of Photograph  Oral-B Kids with Bag #1
Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph (Optional)

**Number 77**
Title of Photograph  Soft and Dry Small Array
Date of First Publication  November (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph (Optional)

**Number 78**
Title of Photograph  Oral-B Kids with Bag #2
Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph (Optional)

**Number 79**
Title of Photograph  Oral-B
Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph (Optional)

**Number 80**
Title of Photograph  Oral-B
Date of First Publication  April (Month)  1 (Day)  2000 (Year)  Nation of First Publication  United States
Description of Photograph (Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 81 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 82 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 83 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 84 | | |

Title of Photograph  Oral-B Radical Control

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 85 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 86 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 87 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 88 | | |

Title of Photograph  Oral-B Fam Pack Blues Clues

Date of First Publication  March  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 89 | | |

Title of Photograph  Oral-B

Date of First Publication  April  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 90 | | |

Title of Photograph  Oral-B Family Pack Radical Control

Date of First Publication  March  1  2000    Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

 **FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

Page ___13___ of ___32___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author   Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant   Photographic Illustrators Corp.

**B**

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 91**
Title of Photograph   Pre/Post Shave - Gen Use #2
Date of First Publication   May (Month)   1 (Day)   2000 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 92**
Title of Photograph   Gillette Shave Products
Date of First Publication   May (Month)   1 (Day)   2000 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 93**
Title of Photograph   Blades and Razors #2
Date of First Publication   May (Month)   1 (Day)   2000 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 94**
Title of Photograph   Blades and Razors #1
Date of First Publication   May (Month)   1 (Day)   2000 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**Number 95**
Title of Photograph   Stationary - Business Brochure #1
Date of First Publication   May (Month)   1 (Day)   2000 (Year)   Nation of First Publication   United States
Description of Photograph _____ (Optional)

**B**

**Registration for Group of Published Photographs (continued)**

| Number | | |
|---|---|---|
| **96** | Title of Photograph  Stationary - Business Brochure #2 | |

Date of First Publication  May   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **97** | Title of Photograph  Pre/Post Shave - General use #1 | |

Date of First Publication  May   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **98** | Title of Photograph  Daisy 10 + 2 Pack | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **99** | Title of Photograph  Gillette Plus 10 + 2 Pack | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **100** | Title of Photograph  Gillette 12 Pack Array | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **101** | Title of Photograph  Custom Plus 10 + 2 Pack | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **102** | Title of Photograph  Oral-B Toothbrushes | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **103** | Title of Photograph  Sesame Street Bag | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **104** | Title of Photograph  Rugrats Bag | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

| Number | | |
|---|---|---|
| **105** | Title of Photograph  Nickelodeon Bag | |

Date of First Publication  June   1   2000    Nation of First Publication  United States
(Month)   (Day)   (Year)

Description of Photograph  (Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

FORM GR/PPh/CON
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

Page _____ 15 ____ of ____ 32 ____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 106**
Title of Photograph    Blues Clues Bag
Date of First Publication    June    1    2000    Nation of First Publication    United States
                           (Month)  (Day)  (Year)
Description of Photograph _____ (Optional)

**Number 107**
Title of Photograph    Rugrats Set
Date of First Publication    June    1    2000    Nation of First Publication    United States
                           (Month)  (Day)  (Year)
Description of Photograph _____ (Optional)

**Number 108**
Title of Photograph    Oral-B Toothbrushes
Date of First Publication    June    1    2000    Nation of First Publication    United States
                           (Month)  (Day)  (Year)
Description of Photograph _____ (Optional)

**Number 109**
Title of Photograph    Sesame Street Set
Date of First Publication    June    1    2000    Nation of First Publication    United States
                           (Month)  (Day)  (Year)
Description of Photograph _____ (Optional)

**Number 110**
Title of Photograph    Oral-B Toothbrushes
Date of First Publication    June    1    2000    Nation of First Publication    United States
                           (Month)  (Day)  (Year)
Description of Photograph _____ (Optional)

| Number | | |
|---|---|---|
| 111 | Title of Photograph _Blues Clues in Bag_ | **B** |
| | Date of First Publication _June_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ | Registration for Group of Published Photographs (continued) |
| | Description of Photograph _(Optional)_ | |

| Number | |
|---|---|
| 112 | Title of Photograph _Blues Clues Set_ |
| | Date of First Publication _June_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 113 | Title of Photograph _Rugrats in Bag_ |
| | Date of First Publication _June_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 114 | Title of Photograph _Sesame Street in Bag_ |
| | Date of First Publication _June_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 115 | Title of Photograph _Gillette Custom Plus #2_ |
| | Date of First Publication _May_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 116 | Title of Photograph _Schick Silk Effects_ |
| | Date of First Publication _July_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 117 | Title of Photograph _Gillette Custom Plus #1_ |
| | Date of First Publication _May_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 118 | Title of Photograph _Schick Silk Effects Package_ |
| | Date of First Publication _July_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 119 | Title of Photograph _Duracell M3 Array #2_ |
| | Date of First Publication _August_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

| Number | |
|---|---|
| 120 | Title of Photograph _Duracell Array #1_ |
| | Date of First Publication _July_ (Month) _1_ (Day) _2000_ (Year)   Nation of First Publication _United States_ |
| | Description of Photograph _(Optional)_ |

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___17___ of ___32___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author — Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant — Photographic Illustrators Corp.

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 121**
Title of Photograph — Duracell Array #2
Date of First Publication — July (Month) 1 (Day) 2000 (Year)   Nation of First Publication — United States
Description of Photograph (Optional)

**Number 122**
Title of Photograph — Duracell Array #2
Date of First Publication — July (Month) 1 (Day) 2000 (Year)   Nation of First Publication — United States
Description of Photograph (Optional)

**Number 123**
Title of Photograph — Syncro 7526 Beside Charger
Date of First Publication — July (Month) 1 (Day) 2000 (Year)   Nation of First Publication — United States
Description of Photograph (Optional)

**Number 124**
Title of Photograph — Mach 3 Cool Blue Alone
Date of First Publication — July (Month) 1 (Day) 2000 (Year)   Nation of First Publication — United States
Description of Photograph (Optional)

**Number 125**
Title of Photograph — Thermoscan Display
Date of First Publication — June (Month) 1 (Day) 2000 (Year)   Nation of First Publication — United States
Description of Photograph (Optional)

| Number | | |
|---|---|---|
| 126 | Title of Photograph __Mach 3 Cool Blue with Towel__ | **B** |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ | **Registration for Group of Published Photographs (continued)** |
| | (Month) (Day) (Year) | |
| | Description of Photograph _____ (Optional) | |

| Number | |
|---|---|
| 127 | Title of Photograph __Mach 3 Cool Blue Down__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 128 | Title of Photograph __3600 Foil__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 129 | Title of Photograph __Syncro 7526__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 130 | Title of Photograph __Syncro System 7546__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 131 | Title of Photograph __Syncro System 7505__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 132 | Title of Photograph __Soft and Dry Array__ |
| | Date of First Publication __November__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 133 | Title of Photograph __Soft and Dry Aerosols__ |
| | Date of First Publication __November__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 134 | Title of Photograph __Syncro System 7526__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

| Number | |
|---|---|
| 135 | Title of Photograph __Syncro System 7570__ |
| | Date of First Publication __July__ __1__ __2000__  Nation of First Publication __United States__ |
| | (Month) (Day) (Year) |
| | Description of Photograph _____ (Optional) |

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000



**C**

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

June 2002 — 20,000   Web: June 2002   ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ____19____ of ____32____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

---

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number **136**
Title of Photograph    Syncro 7540
Date of First Publication    July    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph ____ (Optional)

Number **137**
Title of Photograph    Syncro 7540 Alone
Date of First Publication    July    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph ____ (Optional)

Number **138**
Title of Photograph    Syncro 7540 Beside Charger
Date of First Publication    July    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph ____ (Optional)

Number **139**
Title of Photograph    Syncro 7570 Beside Charger
Date of First Publication    July    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph ____ (Optional)

Number **140**
Title of Photograph    2000 Foil/Block
Date of First Publication    July    1    2000    Nation of First Publication    United States
(Month)    (Day)    (Year)
Description of Photograph ____ (Optional)

**B**

**Registration for Group of Published Photographs (continued)**

| Number | | |
|---|---|---|
| 141 | Title of Photograph **7000 Foil/Block** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 142 | Title of Photograph **4000 Foil/Block** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 143 | Title of Photograph **6000 Foil/Block** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 144 | Title of Photograph **5424764** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 145 | Title of Photograph **5422763** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 146 | Title of Photograph **5524762** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 147 | Title of Photograph **5597770** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 148 | Title of Photograph **5586766** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 149 | Title of Photograph **6000 Foil/Block Blister** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| 150 | Title of Photograph **5504766** | |
| | Date of First Publication **July** **1** **2000** Nation of First Publication **United States** | |
| | (Month) (Day) (Year) | |
| | Description of Photograph (Optional) | |

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
**Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.**

Number/Street/Apt ▼
**600 Atlantic Avenue**

City/State/Zip ▼
**Boston, MA 02210**

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to change. For current fees, check the Copyright Office website at **www.copyright.gov** or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |
|---|---|---|

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __21__ of __32__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 151**
Title of Photograph    2000 Foil
Date of First Publication    July (Month)    1 (Day)    2000 (Year)    Nation of First Publication    United States
Description of Photograph (Optional)

**Number 152**
Title of Photograph    KF12 White
Date of First Publication    July (Month)    1 (Day)    2000 (Year)    Nation of First Publication    United States
Description of Photograph (Optional)

**Number 153**
Title of Photograph    KF12 Black
Date of First Publication    July (Month)    1 (Day)    2000 (Year)    Nation of First Publication    United States
Description of Photograph (Optional)

**Number 154**
Title of Photograph    KF12 Black
Date of First Publication    July (Month)    1 (Day)    2000 (Year)    Nation of First Publication    United States
Description of Photograph (Optional)

**Number 155**
Title of Photograph    Daisy 10 + 4
Date of First Publication    November (Month)    1 (Day)    2000 (Year)    Nation of First Publication    United States
Description of Photograph (Optional)

| Number | | |
|---|---|---|
| 156 | Title of Photograph  Good News 10 + 4 Array | **B** |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

**Registration for Group of Published Photographs (continued)**

| Number | |
|---|---|
| 157 | Title of Photograph  Mach 3 Cool blue Combo |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 158 | Title of Photograph  Mach 3 Cool Blue Combo |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 159 | Title of Photograph  Mach 3 Cool Blue Straight Comp. |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 160 | Title of Photograph  Cool Blue One-Up |

Date of First Publication  September  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 161 | Title of Photograph  Mach 3 Cool Blue in Case |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 162 | Title of Photograph  Arctic Peak Combo |

Date of First Publication  August  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 163 | Title of Photograph  1 RT 3520K Gift Set |

Date of First Publication  July  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 164 | Title of Photograph  Procell Rack #1 |

Date of First Publication  September  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 165 | Title of Photograph  Procell Rack #2 |

Date of First Publication  September  1  2000  Nation of First Publication  United States
(Month)  (Day)  (Year)

Description of Photograph _____
(Optional)

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

June 2002 — 20,000     Web: June 2002     ⊕ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**⊘ FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___23___ of ___32___ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

**A**
Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

**B**
Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Number **166** | Title of Photograph  Sensor Excel Green | |
| | Date of First Publication  October (Month)  1 (Day)  2000 (Year) | Nation of First Publication  United States |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number **167** | Title of Photograph  Sensor Excel Pink | |
| | Date of First Publication  October (Month)  1 (Day)  2000 (Year) | Nation of First Publication  United States |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number **168** | Title of Photograph  Sensor Excel Array | |
| | Date of First Publication  October (Month)  1 (Day)  2000 (Year) | Nation of First Publication  United States |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number **169** | Title of Photograph  Sensor Excel Orange | |
| | Date of First Publication  October (Month)  1 (Day)  2000 (Year) | Nation of First Publication  United States |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number **170** | Title of Photograph  396161A | |
| | Date of First Publication  October (Month)  1 (Day)  2000 (Year) | Nation of First Publication  United States |
| | Description of Photograph (Optional) | |

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| **171** | Title of Photograph 396162A | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **172** | Title of Photograph 396145A | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **173** | Title of Photograph 396211A | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **174** | Title of Photograph Advantage Array | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **175** | Title of Photograph Advantage Plus Save .55 | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **176** | Title of Photograph Cross Action Array | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **177** | Title of Photograph Indicator Array | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **178** | Title of Photograph Water Kettle | |

Date of First Publication   September   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **179** | Title of Photograph Cordless Styling Cells | |

Date of First Publication   October   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | | |
|---|---|---|
| **180** | Title of Photograph Independent C20 | |

Date of First Publication   September   1   2000   Nation of First Publication   United States
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

June 2002 — 20,000    Web: June 2002    ⊛ Printed on recycled paper

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __25__ of __32__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ___Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone___

Name of Copyright Claimant ___Photographic Illustrators Corp.___

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 181**
Title of Photograph ___Independent Steam Styler C20S___
Date of First Publication ___September___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___(Optional)___

**Number 182**
Title of Photograph ___Indicator 2 Pack Save .55___
Date of First Publication ___October___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___(Optional)___

**Number 183**
Title of Photograph ___Cross Action Value Pack___
Date of First Publication ___October___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___(Optional)___

**Number 184**
Title of Photograph ___Indicator Save .55___
Date of First Publication ___October___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___(Optional)___

**Number 185**
Title of Photograph ___Cross Action Club Packs___
Date of First Publication ___October___ (Month) ___1___ (Day) ___2000___ (Year)  Nation of First Publication ___United States___
Description of Photograph ___(Optional)___

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| **186** | | |

Title of Photograph   Gillette 10 + 4 Array

Date of First Publication   November   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **187** | | |

Title of Photograph   Good News Plus 10 + 4

Date of First Publication   November   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **188** | | |

Title of Photograph   Good News 10 + 4

Date of First Publication   November   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **189** | | |

Title of Photograph   Pivot Plus 10 + 4

Date of First Publication   November   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **190** | | |

Title of Photograph   KSM4 Grinder

Date of First Publication   October   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **191** | | |

Title of Photograph   Oral-B D4

Date of First Publication   December   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **192** | | |

Title of Photograph   Oral-B D4 in Package

Date of First Publication   December   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **193** | | |

Title of Photograph   Oral-B On-The-Go

Date of First Publication   December   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **194** | | |

Title of Photograph   Oral-B On-The-Go Blue and White

Date of First Publication   December   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

| Number | | |
|---|---|---|
| **195** | | |

Title of Photograph   Oral-B D17 Personal

Date of First Publication   December   1   2000   Nation of First Publication   United States
 (Month)        (Day)    (Year)

Description of Photograph
 (Optional)

---

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
 order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

**USE ONLY WITH FORM VA**

EFFECTIVE DATE OF REGISTRATION

(Month)        (Day)        (Year)

CONTINUATION SHEET RECEIVED

Page ____27____ of ____32____ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author        Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant        Photographic Illustrators Corp.

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| 196 | Title of Photograph   Oral-B D17 | |
| | Date of First Publication   December   1   2000   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |
| 197 | Title of Photograph   Braun Timer | |
| | Date of First Publication   December   1   2000   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |
| 198 | Title of Photograph   Braun 5416 Shaver | |
| | Date of First Publication   December   1   2000   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |
| 199 | Title of Photograph   Braun 6520 Shaver | |
| | Date of First Publication   December   1   2000   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |
| 200 | Title of Photograph   Syncro 7546 | |
| | Date of First Publication   October   1   2000   Nation of First Publication   United States | |
| | Description of Photograph   (Optional) | |

| Number | | |
|---|---|---|
| 201 | Title of Photograph  Braun 6105 Out of Package | |

Date of First Publication  December    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| 202 | Title of Photograph  Syncro 7546 Beside Charger | |

Date of First Publication  October    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 203 | Title of Photograph  Syncro 7570 | |

Date of First Publication  July    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 204 | Title of Photograph  Syncro 7570 Alone | |

Date of First Publication  October    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 205 | Title of Photograph  Syncro 7526 Alone | |

Date of First Publication  July    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 206 | Title of Photograph  Oral-B D4 | |

Date of First Publication  December    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 207 | Title of Photograph  Foam Dollop #7 | |

Date of First Publication  November    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 208 | Title of Photograph  Foam Dollop #8 | |

Date of First Publication  November    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 209 | Title of Photograph  Foam Dollop #5 | |

Date of First Publication  November    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

| Number | | |
|---|---|---|
| 210 | Title of Photograph  Foam Dollop #4 | |

Date of First Publication  November    1    2000    Nation of First Publication  United States
(Month)    (Day)    (Year)

Description of Photograph
(Optional)

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money
   order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**



Fees are subject to
change. For current
fees, check the
Copyright Office
website at
www.copyright.gov or
call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

(Month)          (Day)          (Year)

CONTINUATION SHEET RECEIVED

Page ___29___ of ___32___ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**



**A**

Identification
of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

**B**

Registration
for Group of
Published
Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| 211 | Title of Photograph  Foam Dollop #3 | |
| | Date of First Publication  November  1  2000  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 212 | Title of Photograph  Foam Dollop #2 | |
| | Date of First Publication  November  1  2000  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 213 | Title of Photograph  Gillette Foamy Array | |
| | Date of First Publication  November  1  2000  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 214 | Title of Photograph  Gillette Foamy Regular | |
| | Date of First Publication  November  1  2000  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 215 | Title of Photograph  Foam Dollop #1 | |
| | Date of First Publication  November  1  2000  Nation of First Publication  United States | |
| | | (Month)  (Day)  (Year) |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| 216 | Title of Photograph __Gillette Foamy Protection__ | **B** |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

**Registration for Group of Published Photographs (continued)**

| Number | |
|---|---|
| 217 | Title of Photograph __Gillette Satin Care__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 218 | Title of Photograph __Satin Care Dry Skin__ |

Date of First Publication __October__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 219 | Title of Photograph __Satin Care Dry Skin__ |

Date of First Publication __October__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 220 | Title of Photograph __Venus and Soft and Dry__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 221 | Title of Photograph __Satin Care 2.5 oz.__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 222 | Title of Photograph __Venus and Soft and Dry__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 223 | Title of Photograph __Soft and Dry__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 224 | Title of Photograph __Soft and Dry Clear Gels__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| 225 | Title of Photograph __Soft and Dry__ |

Date of First Publication __November__ __1__ __2000__
(Month)        (Day)        (Year)        Nation of First Publication __United States__

Description of Photograph _____
(Optional)

---

Certificate will be mailed in window envelope to this address:

Name ▼
**Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.**

Number/Street/Apt ▼
**600 Atlantic Avenue**

City/State/Zip ▼
**Boston, MA 02210**

**YOU MUST:**
· Complete all necessary spaces
· Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

 **C**

Fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov* or call (202) 707-3000.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

| (Month) | (Day) | (Year) |

CONTINUATION SHEET RECEIVED

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

Page __31__ of __32__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author    Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant    Photographic Illustrators Corp.

## B
**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 226**
Title of Photograph    Soft and Dry and Venus Razor
Date of First Publication    November    1    2000    Nation of First Publication    United States
                           (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 227**
Title of Photograph    Soft and Dry Sm. Solid
Date of First Publication    November    1    2000    Nation of First Publication _____
                           (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 228**
Title of Photograph    Soft and Dry Clear Gel Sky
Date of First Publication    November    1    2000    Nation of First Publication _____
                           (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 229**
Title of Photograph    Soft and Dry Aerosol
Date of First Publication    November    1    2000    Nation of First Publication _____
                           (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

**Number 230**
Title of Photograph    Soft and Dry Large Solid
Date of First Publication    November    1    2000    Nation of First Publication _____
                           (Month)    (Day)    (Year)
Description of Photograph _____ (Optional)

| Number | |
|---|---|
| 231 | Title of Photograph <u>Soft and Dry Invisible Solids</u> |

Date of First Publication <u>November</u>   <u>1</u>   <u>2000</u>   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph : _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

| Number | |
|---|---|
| | Title of Photograph _____ |

Date of First Publication _____   _____   _____   Nation of First Publication _____
(Month)   (Day)   (Year)

Description of Photograph _____
(Optional)

---

**Certificate
will be mailed
in window
envelope to
this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
• Complete all necessary spaces
• Sign your application

**SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:**
1 Application form
2 Nonrefundable fee in check or money
  order payable to *Register of Copyrights*
3 Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C**

Fees are subject to
change. For current
fees, check the
Copyright Office
website at
*www.copyright.gov* or
call (202) 707-3000.