Copyright Office fees are subject to change.
For current fees, check the Copyright Office
website at www.copyright.gov, write the Copy-
right Office, or call (202) 707-3000.

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

_____
VA            VAU
EFFECTIVE DATE OF REGISTRATION

_____  _____  _____
Month    Day      Year

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

---

**1**

**Title of This Work ▼**
2000 Photographic Illustrators Corp.'s Images For Gillette

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Photos; Approximatly 29 Photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give: Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**

**NAME OF AUTHOR ▼**
Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

**DATES OF BIRTH AND DEATH**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of ____United States____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☑ No
Pseudonymous? ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☑ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b**

**Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼   Year Died ▼

**Was this contribution to the work a "work made for hire"?**
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
     Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?   ☐ Yes  ☐ No
Pseudonymous? ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See Instructions**
☐ 3-Dimensional sculpture      ☐ Map           ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph    ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**
2000  Year
This Information must be given in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Approx. Jan. 1 – Dec. 31, 2000
Complete this information ONLY if this work has been published.
Month _____ Day _____ Year _____
Nation ____U.S.A.____

---

**4**

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Photographic Illustrators Corp., 467 Sagamore Street, Hamilton, MA 01936

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

**MORE ON BACK ▶**  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
                      • See detailed instructions.    • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of _____ pages

| EXAMINED BY | FORM VA |
|---|---|
| CHECKED BY | |
| ☐ CORRESPONDENCE Yes | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: **Previous Registration Number** ▼          **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**
a
See instructions before completing this space.
b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
**Name** ▼          **Account Number** ▼

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/ZIP ▼

Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210 - - Attn: Michael N. Rader, Esq.

**7**
a
b

Area code and daytime telephone number  ( 617 ) 646-8000          Fax number  ( 617 ) 720-2441
Email  mrader@wolfgreenfield.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  Photographic Illustrators Corp.
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Michael N. Rader                                                              Date  July 28, 2004

Handwritten signature (X) ▼
X  /s/ Michael N. Rader

| Certificate will be mailed in window envelope to this address: | Name ▼ Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader |
|---|---|
| | Number/Street/Apt ▼ 600 Atlantic Avenue |
| | City/State/ZIP ▼ Boston, MA 02210 |

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8
**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to *Register of Copyrights*
3. Deposit material
**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**9**

*17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev: August 2003—30,000  Web Rev: June 2002  ♲ Printed on recycled paper          U.S. Government Printing Office: 2003-496-605/60,029

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page __1__ of __4__ pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A — Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant: Photographic Illustrators Corp.

## B — Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

**Number 1**
Title of Photograph: HPL Clip Strip 2B
Date of First Publication: January 1 2000   Nation of First Publication: United States
Description of Photograph:

**Number 2**
Title of Photograph: HPL Clip Strip 2A
Date of First Publication: January 1 2000   Nation of First Publication: United States
Description of Photograph:

**Number 3**
Title of Photograph: HPL Clip Strip 1B
Date of First Publication: January 1 2000   Nation of First Publication: United States
Description of Photograph:

**Number 4**
Title of Photograph: HPL Clip Strip 1A
Date of First Publication: January 1 2000   Nation of First Publication: United States
Description of Photograph:

**Number 5**
Title of Photograph: Advantage with Ricola
Date of First Publication: October 1 2000   Nation of First Publication: United States
Description of Photograph:

| Number | Title of Photograph | Date of First Publication | Nation of First Publication |
|---|---|---|---|
| 6 | Cross Action with Travel Case | October 1, 2000 | United States |
| 7 | Cross Action with Satin Floss | October 1, 2000 | United States |
| 8 | Advanced Oral Care Display | October 1, 2000 | United States |
| 9 | Duracell and Competitors Product Array | December 1, 2000 | United States |
| 10 | Satin Care Duo | November 1, 2000 | United States |
| 11 | Precision Series 105 | October 1, 2000 | United States |
| 12 | Flex Integral 6525 Clamshell | December 1, 2000 | United States |
| 13 | Interface 3615 Clamshell | December 1, 2000 | United States |
| 14 | Syncro 7505 Clamshell | December 1, 2000 | United States |
| 15 | Independent C20 | September 1, 2000 | United States |

**B** Registration for Group of Published Photographs (continued)

---

**Certificate will be mailed in window envelope to this address:**

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

**YOU MUST:**
- Complete all necessary spaces
- Sign your application

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

**C** Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

# CONTINUATION SHEET FOR FORM VA
## for Group Registration of Published Photographs

**FORM GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- If at all possible, try to fit the information called for into the spaces provided on Form VA, which is available with detailed instructions.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page __3__ of __4__ pages

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

**A** Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author: Photographic Illustrators Corp., Employer for hire of Paul Kevin Picone

Name of Copyright Claimant: Photographic Illustrators Corp.

**B** Registration for Group of Published Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number **16**
Title of Photograph: 370 Pocket Twist Plus
Date of First Publication: December 1 2000   Nation of First Publication: United States
Description of Photograph:

Number **17**
Title of Photograph: Pivot Plus 10+2 PK
Date of First Publication: June 1 2000   Nation of First Publication: United States
Description of Photograph:

Number **18**
Title of Photograph: Custom Plus Clip Strip
Date of First Publication: August 1 2000   Nation of First Publication: United States
Description of Photograph:

Number **19**
Title of Photograph: MR 430 HC White Retouched
Date of First Publication: November 1 2000   Nation of First Publication: United States
Description of Photograph:

Number **20**
Title of Photograph: MR 430 HC White
Date of First Publication: October 1 2000   Nation of First Publication: United States
Description of Photograph:

**B** Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| 21 | Title of Photograph | KWF1 & KWF2 |
| | Date of First Publication | December 1 2000 (Month/Day/Year) Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 22 | Title of Photograph | KMM30 White |
|---|---|---|
| | Date of First Publication | October 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 23 | Title of Photograph | Syncro 7570 Alone |
|---|---|---|
| | Date of First Publication | July 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 24 | Title of Photograph | Syncro 7546 Alone |
|---|---|---|
| | Date of First Publication | October 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 25 | Title of Photograph | Duracell Display |
|---|---|---|
| | Date of First Publication | December 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 26 | Title of Photograph | KF12 Black |
|---|---|---|
| | Date of First Publication | September 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 27 | Title of Photograph | Beacer |
|---|---|---|
| | Date of First Publication | September 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 28 | Title of Photograph | Braun KSM2 |
|---|---|---|
| | Date of First Publication | June 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| 29 | Title of Photograph | Duracell Flashlight Array |
|---|---|---|
| | Date of First Publication | April 1 2000 Nation of First Publication United States |
| | Description of Photograph (Optional) | |

| Number | Title of Photograph | |
|---|---|---|
| | Date of First Publication | (Month) (Day) (Year) Nation of First Publication |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Wolf, Greenfield & Sacks, P.C. -- Attn. Michael N. Rader, Esq.

Number/Street/Apt ▼
600 Atlantic Avenue

City/State/Zip ▼
Boston, MA 02210

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to *Register of Copyrights*
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, S.E.
Washington, D.C. 20559-6000

Fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov or call (202) 707-3000.

June 2002 — 20,000   Web: June 2002   ⊕ Printed on recycled paper