UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | ) ) ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. 04-CV-10913-WGY |
| | ) | |
| THE GILLETTE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

ASSENTED-TO MOTION TO WITHDRAW OF DANIEL C. HOHLER
AS ATTORNEY FOR DEFENDANT THE GILLETTE COMPANY

Defendant The Gillette Company hereby moves pursuant to Local Rule 83.5.2(c) for an order withdrawing Daniel C. Hohler as counsel for defendant The Gillette Company in the matter referred to above. The motion should be allowed because: (1) Richard M. Gelb, a partner with Gelb & Gelb LLP, who already has made an appearance in the above-captioned action is continuing to represent defendant The Gillette Company along with Marie Driscoll, Patrick Perkins, and David Donahue of Fross Zelnick Lehrman & Zissu, P.C.; and (2) plaintiff Photographic Illustrators Corporation assents to the motion.

WHEREFORE, defendant The Gillette Corporation respectfully requests that this Court allow the motion and withdraw Daniel C. Hohler as an attorney of record for defendant the Gillette Corporation.

DEFENDANT THE GILLETTE COMPANY,

By its attorneys,

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: /s/ David Donahue_____
Patrick T. Perkins (Admitted *pro hac vice*)
David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

GELB & GELB LLP

____/s/ Richard M. Gelb_____
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Daniel C. Hohler (BBO#633065)
dhohler@gelbgelb.com
GELB & GELB LLP
20 Custom House Street
Boston, MA 02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for defendant The Gillette Company*

Dated: August 10, 2004