```
                                                              1



 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10913-WGY

 4
        * * * * * * * * * * * * * * * *
 5      PHOTOGRAPHIC ILLUSTRATORS        *
        CORPORATION,                     *
 6                                       *
                 Plaintiff,              *
 7                                       *
        v.                               *  MOTION HEARING
 8                                       *
        THE GILLETTE COMPANY,            *
 9                                       *
                 Defendant.              *
10      * * * * * * * * * * * * * * * *

11
                  BEFORE:  The Honorable William G. Young,
12                               District Judge


13

14      APPEARANCES:

15
              WOLF, GREENFIELD & SACKS, PC (By Michael A.
16      Albert, Esq., Michael N. Rader, Esq. and Adam Kessler,
        Esq.) 600 Atlantic Avenue, Boston, Massachusetts 02210,
17      on behalf of the Plaintiff

18
              GELB & GELB LLP (By Richard M. Gelb, Esq.), 20
19      Custom House Street, Boston, Massachusetts 02110
              - and -
20            FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By Patrick T.
        Perkins, Esq. and David Donahue, Esq.), 886 United
21      Nations Plaza, New York, New York 10017, on behalf of
        the Defendant
22

23
                                              1 Courthouse Way
24                                            Boston, Massachusetts

25                                            September 23, 2004
```