IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

       Plaintiff,

v.

THE GILLETTE COMPANY,

       Defendant.

Civil Action No. 04-CV-10913-WGY

## JOINT LOCAL RULE 16.1 SCHEDULING ORDER

      Pursuant to Local Rule 16.1(B), counsel for the parties have conferred regarding a proposed pretrial schedule for this case that includes a plan for discovery, and consideration of mediation and consent to trial by a magistrate judge.

      Counsel have prepared this Joint Scheduling Order pursuant to Local Rule 16.1.

      1.     The parties' initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) will be made by October 11, 2004.

      2.     Any pleading amendments and/or joinder of additional parties will be made no later than January 31, 2005.

      3.     Fact (non-expert) discovery will be completed by February 25, 2005.

      4.     Document requests and requests for admission will not be limited (either in the number of "sets" of requests or in the total number of requests). Each party will be permitted a total of thirty-five (35) interrogatories. Each party will be permitted a total of fifteen (15) depositions, including expert depositions, unless otherwise agreed upon by the parties and/or authorized by the Court.

5. Each party will designate its expert witnesses, and serve expert reports with regard to issues on which it bears the burden of proof, by March 1, 2005.

6. Rebuttal expert reports will be served by March 15, 2005.

7. Expert depositions will be completed by March 31, 2005.

8. Dispositive motions (including summary judgment motions but excluding motions affecting the conduct of trial) will be filed and served by April 8, 2005.  Responses will be filed and served within three (3) weeks after such dispositive motions.  Reply briefs will be permitted and will be filed and served within two (2) weeks after such responses.

9. Trial counsel and one representative from each party with decision-making authority shall attend a settlement conference to be held no later than March 1, 2005

10. The final pretrial conference will take place on May 20, 2005 at 2:00 pm.

11. Pretrial motions will be filed by May 6, 2005.  Responses will be filed and served within one (1) week after such motions.

12. Jury trial will begin on June 6, 2005 at 9:00 am.

13. The parties are not prepared to consent to trial by a magistrate judge.

- 3 -

Respectfully submitted on <u>October 6, 2004</u>,

| | |
|---|---|
| PLAINTIFF PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | DEFENDANT THE GILLETTE COMPANY |
| By its attorneys, | By its attorneys, |
|    /s/ Michael A. Albert<br>Michael A. Albert (BBO # 558556)<br>malbert@wolfgreenfield.com<br>Michael N. Rader (BBO # 646990)<br>mrader@wolfgreenfield.com<br>Wolf, Greenfield & Sacks, P.C.<br>600 Atlantic Avenue<br>Boston, MA  02210<br>Tel: (617) 646-8000<br>Fax: (617) 720-2441 |   /s/ Patrick T. Perkins<br>Patrick T. Perkins (Amitted pro hac vice)<br>David Donohue (Amitted pro hac vice)<br>Fross Zelnick Lehrman & Zissu, P.C.<br>886 United Nations Plaza<br>New York, New York, 10017<br>Tel: (212) 813-5900<br>Fax: (212) 813-5901<br><br>Richard M. Gelb BBO #188240<br>rgelb@gelbgelb.com<br>Robert S. Messinger BBO #651396<br>rmessinger@gelbgelb.com<br>Gelb & Gelb LLP<br>20 Custom House Street<br>Boston, MA 02110<br>Tel: (617) 345-0010<br>Fax: (617) 345-0009 |

I:\PPERKINS\GLTC\General\Proposed Scheduling Order-Final.doc