IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-CV-10913-WGY |

**ASSENTED-TO MOTION FOR EXTENSION
OF TIME TO RESPOND TO COUNTERCLAIMS**

Plaintiff Photographic Illustrators Corporation ("PIC"), with the assent of Defendant Gillette, hereby moves the Court to extend PIC's deadline to move, answer or otherwise respond to Gillette's counterclaims by two weeks, to and including November 15, 2004.

As grounds for this motion, PIC states as follows: on October 12, 2004, Gillette filed an answer to PIC's Second Amended Complaint. Gillette's answer included five counterclaims against PIC and its principal. PIC's counsel agreed to accept service of the answer and counterclaims on behalf of PIC's principal, and in return, to accommodate the need for additional time to respond to the five counterclaims, Gillette agreed that PIC's deadline to move, answer or otherwise respond to the counterclaims would be extended to November 15, 2004. No previous extensions of this deadline have been sought.

WHEREFORE, PIC respectfully requests that this motion be allowed.

## LOCAL RULE 7.1(a)(2) CERTIFICATION

    The undersigned certifies that counsel for PIC consulted with counsel for Gillette, and that the parties have stipulated to the relief requested herein.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

By its counsel,

Dated: October 20, 2004

/s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel: (617) 646-8000
FAX: (617) 646-8646