IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>       Defendant. | Civil Action No. 04-CV-10913-WGY |

### MOTION TO DISMISS GILLETTE'S COUNTERCLAIMS BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT PHOTOGRAPHIC ILLUSTRATORS CORP. AND <u>ADDITIONAL COUNTERCLAIM-DEFENDANT PAUL PICONE</u>

Plaintiff and Counterclaim-Defendant Photographic Illustrators Corp. ("PIC") and additional Counterclaim-Defendant Paul Picone hereby move to dismiss, with prejudice, the counterclaims filed against them by Gillette in this action. The grounds for this motion are set forth in the accompanying memorandum of law.

### <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

Counsel for PIC and Mr. Picone conferred with counsel for Gillette on November 12, 2004 and conveyed to Gillette's counsel the basis on which PIC and Mr. Picone intended to move to dismiss the original Answer and Counterclaims filed by Gillette on October 12, 2004.

On November 15, 2004 (the deadline set by the Court for PIC and Mr. Picone to respond to Gillette's original Answer and Counterclaims) Gillette filed an Amended Answer and Counterclaims.

Counsel for PIC and Mr. Picone subsequently conferred with Gillette's counsel again in an effort to narrow or resolve the issues presented in this motion, but that effort was unsuccessful.

## LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT

PIC and Mr. Picone respectfully request the opportunity to appear for oral argument on this motion.

Respectfully submitted,

PLAINTIFF AND COUNTERCLAIM-DEFENDANT
PHOTOGRAPHIC ILLUSTRATORS CORP.

and

ADDITIONAL COUNTERCLAIM-DEFENDANT
PAUL PICONE

By their counsel,

Dated: November 24, 2004         /s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel.: (617) 646-8000