UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>    Defendant. | Civil Action No. 04-10913 WGY |
| THE GILLETTE COMPANY,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>    Counterclaim Defendants. | **ASSENTED-TO MOTION TO CONTINUE HEARING ON PIC's & PAUL PICONE'S MOTION TO DISMISS GILLETTE'S COUNTERCLAIMS** |

Defendant/Counterclaim-Plaintiff The Gillette Company ("Gillette") respectfully requests this Court to continue the hearing date on PIC's and Paul Picone's Motion to Dismiss Gillette's Counterclaims from December 16, 2004 until December 28, 29 or 30, 2004. The reason for this Motion to Continue Hearing (the "Motion") is that Gillette's counsel in this matter have scheduling conflicts from December 16, 2004, through December 27, 2004. The Motion is not for purposes of delay.

Counterclaim Defendants Photographic Illustrators Corporation and Paul Picone assent to the Motion.

<div style="margin-left: 50%;">

DEFENDANT THE GILLETTE COMPANY,
By its attorneys,

/s/David Donahue/
Marie V. Driscoll (Admitted *pro hac vice*)
Patrick T. Perkins (Admitted *pro hac vice*)
David Donahue (Admitted *pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

/s/ Richard M. Gelb
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Robert S. Messinger (BBO# 651396)
rmessinger@gelbgelb.com
GELB & GELB LLP
20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

</div>

Assented-To:

COUNTERCLAIM DEFENDANTS
PHOTOGRAPHIC ILLUSTRATORS
CORPORATION AND PAUL PICONE
By their attorneys,

/s/ Michael A. Albert
Michael A. Albert (BBO#558556)
Malbert@wolfgreenfield.com
Michael N. Rader (BBO#646990)
Mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210
Tel:  (617) 720-3500
Fax: (617) 720-2441

DATED:  December 1, 2004