```
                                                                  1


 1                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF MASSACHUSETTS
 2
                                               Civil Action
 3                                             No. 04-10913-WGY

 4
       * * * * * * * * * * * * * * * *
 5     PHOTOGRAPHIC ILLUSTRATORS         *
       CORPORATION,                      *
 6                                       *
                Plaintiff,                *
 7                                       *
       v.                                * MOTION HEARING
 8                                       *
       THE GILLETTE COMPANY,             *
 9                                       *
                Defendant.               *
10     * * * * * * * * * * * * * * * *

11
                  BEFORE:   The Honorable William G. Young,
12                          District Judge


13

14     APPEARANCES:

15
                  WOLF, GREENFIELD & SACKS, PC (By Michael A.
16        Albert, Esq. and Michael N. Rader, Esq.), 600
          Atlantic Avenue, Boston, Massachusetts 02210, on
17        behalf of the Plaintiff


18
                  GELB & GELB LLP (By Richard M. Gelb, Esq.),
19        20 Custom House Street, Boston, Massachusetts
          02110
20           - and -
                  FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By
21        David Donahue, Esq.), 886 United Nations Plaza,
          New York, New York 10017, on behalf of the
22        Defendant


23

24                                             1 Courthouse Way
                                               Boston, Massachusetts
25
                                               December 16, 2004
```