IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

    Plaintiff,

v.

THE GILLETTE COMPANY,

    Defendant.

Civil Action No. 04-CV-10913-WGY

**EXPEDITED CONSIDERATION REQUESTED PURSUANT TO LOCAL RULE 5.1(c)**

## MOTION TO COMPEL GILLETTE TO PRODUCE DOCUMENTS AND RESPOND TO INTERROGATORIES

Plaintiff Photographic Illustrators Corporation ("PIC") requests an order compelling Defendant The Gillette Company ("Gillette") to comply with its discovery obligations as set forth in the accompanying memorandum.

### CERTIFICATION PURSUANT TO LOCAL RULES 7.1 AND 37.1

The undersigned certifies that counsel for PIC consulted several times with counsel for Gillette, including most recently in an exchange of correspondence on January 20-21, 2005 (attached as Exhibits J and K to PIC's memorandum), in a good faith effort to narrow the areas of disagreement to the greatest extent possible, but that PIC's effort was unsuccessful. The accompanying memorandum complies with the requirements of Local Rule 37.1.

### LOCAL RULE 5.1(c) REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 5.1(c), PIC respectfully requests that this motion be given expedited consideration because Gillette has stonewalled in responding to PIC's document requests and interrogatories and fact discovery is now scheduled to close in 30 days.

- 2 -

## LOCAL RULE 7.1(d) REQUEST FOR ORAL ARGUMENT

PIC respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

By its counsel,

Dated: January 25, 2005

/s/ Michael N. Rader
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000