

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

June 23, 2003
Ms. Linda Mallett (Gillette)
Ms. Karen Mullen (Gillette)
Ms. Joyce Lorden (Duracell)
Mr. Tom Burgess (Braun)
Ms. Jill Josephson (Oral B)
The Gillette Company
800 Boylston Street
Boston, MA 02199

Re: <u>Photographic Illustrators Corp. License and Return of Photographs</u>

Dear Gillette Representatives:

As you know, my company, Photographic Illustrators Corporation, has done numerous projects for Gillette and its subsidiaries (including Duracell, Braun, and Oral B) over the past several years, in which we took product and styled application shots for advertising, packaging, literature and catalogs. For instance, under an agreement dated January 16, 2003, job number 6084, we took photographic/digital images of a new children's floss product. We then performed extensive retouching and color correction of these views and provided to you the original digital images. Photographic Illustrators has provided Gillette with over a thousand licenses to such photographic works under the same type of contracts over the years.

In addition to work done directly for Gillette, we have done similar work, under the same printed work order agreement, for your Duracell, Braun, and Oral B marketing groups.

Attached to this letter is a list of job orders we have done for each of the Gillette divisions mentioned above. As you can see, you have literally hundreds of photographs of ours for each division – over a thousand all together.

I have contacted Gillette representatives repeatedly about obtaining my photographs/digital images back and about Gillette using my photographs in ways that were inconsistent with the terms of our agreements. No one has returned the photographs/digital images to me or provided any explanation for the improper uses. In one case, for example, I learned that Gillette was using my photographs (one of which was of my own kitchen) in a South American brochure even though our agreement covered only uses within the U.S. I am also aware of uses by Gillette of my images well beyond the one-year time limit specified in our agreements. Gillette has also duplicated my images in ways not permitted by the agreements.

Gillette
June 23, 2003
Page 2

For these reasons, although I have allowed you to retain these materials up until now as a matter of convenience in case we reached agreement on some future licensing, I have reached the point where I am simply no longer interested in doing any more work with Gillette. According to the terms of my contracts, Gillette had to return to me all the photographic material, including any negatives, prints, and digital media containing my photographs, within thirty days of publication. I have called numerous times to try to have these materials returned to me, as I am entitled to, but Gillette still has not returned the above mentioned materials.

Under the agreement, if these photographs are not returned to me, I am due $1,500 for each original image to cover my loss.

Please contact me regarding this matter as soon as possible. I would like to have my images back and to have assurances that Gillette is no longer using them anywhere in the world, in any way that is inconsistent with the terms the company signed with us.

Thank you for your anticipated cooperation with this matter.

Very truly yours,

Paul Kevin Picone
Photographic Illustrators Corporation

712719.1