02/04


**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.573.7840

August 5, 2003

Mr. John B. Gatlin
Deputy General Counsel
The Gillette Company
Prudential Tower Building, 39th Floor
Boston, MA 02199

Re: Return of Property to Photographic Illustrators Corp.
Our File No.: P0768/3000

Dear Mr. Gatlin:

This law firm represents Photographic Illustrators Corporation ("PIC") in intellectual property matters.

As you may know, our client handled many photography projects for Gillette over a period of approximately ten years. PIC provided Gillette with limited licenses to use over 1,000 photographs taken for Gillette of various products. Attached to this letter is a list of job orders. The relevant contracts require Gillette to return all photographic materials (e.g., transparencies, negatives, photos, etc.) within 30 days of first publication.

Following numerous requests by our client, including most recently a letter dated June 23, 2003, Gillette has finally sent a Federal Express package, which presumably contains some of the photographic materials belonging to PIC. However, the package is plainly too small to contain all of PIC's materials that Gillette was obligated to return.

PIC is concerned that there be no confusion as to what has or has not been returned, and accordingly has refrained from opening Gillette's package. So as to clear up this issue, could you please provide us with a list indexing the items that were included in Gillette's package. That way, the contents of the package can be opened and matched against the contents of Gillette's list.

Wolf, Greenfield & Sacks, P.C. | 600 Atlantic Avenue | Boston, Massachusetts 02210-2206
617.720.3500 | fax 617.720.2441 | www.wolfgreenfield.com

GLTC 413

## Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Mr. John B. Gatlin
August 5, 2003
Page 2 of 2

Additionally, please check Gillette's list against the one provided with this letter, and forward to us a second shipment containing all the remaining materials not included in your first shipment. If any of PIC's materials have been lost or damaged, please let us know that as well.

Finally, as noted in our client's letter of June 23, 2003, there appear to have been numerous instances in which Gillette used PIC's photographs outside of the limitations imposed by the contracts. We will need some clarification of the facts surrounding this unlicensed usage so as to reach a resolution of this issue with Gillette.

I look forward to your assistance in retrieving my client's valuable photographic materials and otherwise resolving the issues addressed herein. If you have any further questions relating to this matter, please direct them to the undersigned.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Michael A. Albert

MAA/MNR/dmp

enclosure

Wolf, Greenfield & Sacks, P.C. | 600 Atlantic Avenue | Boston, Massachusetts 02210-2206
617.720.3500 | fax 617.720.2441 | www.wolfgreenfield.com

GLTC 414

08/05/2003 14:52   617-720-2441   WOLF GREENFIELD   PAGE 04/04

Photographic projects provided to The Gillette Co., by PI Corp.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3072 | 3373 | 3666 | 4070 | 4257 | 4451 | 4671 | 4938 | 5273 | 4575 | 5641 | 5908 |
| 3088 | 3384 | 3675 | 4080 | 4264 | 4455 | 4675 | 4939 | 5275 | 4578 | 5648 | 5911 |
| 3107 | 3391 | 3680 | 4084 | 4266 | 4459 | 4676 | 4965 | 5277 | 5482 | 5651 | 5912 |
| 3118 | 3392 | 3688 | 4085 | 4268 | 4460 | 4687 | 4976 | 5281 | 5483 | 5659 | 5917 |
| 3121 | 3396 | 3692 | 4091 | 4270 | 4468 | 4690 | 4981 | 5282 | 5484 | 5660 | 5918 |
| 3128 | 3405 | 3695 | 4104 | 4277 | 4472 | 4691 | 4984 | 5293 | 5486 | 5669 | 5922 |
| 3138 | 3425 | 3705 | 4105 | 4288 | 4477 | 4702 | 5011 | 5294 | 5494 | 5684 | 5954 |
| 3158 | 3437 | 3726 | 4106 | 4290 | 4482 | 4709 | 5012 | 5300 | 5498 | 5685 | 5940 |
| 3160 | 3439 | 3731 | 4108 | 4291 | 4487 | 4715 | 5030 | 5305 | 5506 | 5687 | 5950 |
| 3162 | 3450 | 3738 | 4109 | 4299 | 4492 | 4716 | 5037 | 5314 | 5507 | 5693 | 5952 |
| 3177 | 3465 | 3742 | 4111 | 4309 | 4500 | 4717 | 5044 | 5315 | 5508 | 5716 | 5954 |
| 3191 | 3466 | 3743 | 4112 | 4311 | 4501 | 4718 | 5051 | 5321 | 5510 | 5730 | 5955 |
| 3198 | 3470 | 3752 | 4121 | 4314 | 4506 | 4721 | 5055 | 5325 | 5511 | 5732 | 5956 |
| 3204 | 3479 | 3759 | 4124 | 4321 | 4508 | 4726 | 5056 | 5333 | 5515 | 5746 | 5968 |
| 3208 | 3481 | 3769 | 4132 | 4324 | 4510 | 4728 | 5088 | 5336 | 5517 | 5756 | 5975 |
| 3218 | 3496 | 3770 | 4133 | 4325 | 4511 | 4730 | 5089 | 5337 | 5519 | 5760 | 5979 |
| 3221 | 3489 | 3785 | 4145 | 4330 | 4516 | 4757 | 5107 | 5338 | 5521 | 5766 | 5980 |
| 3227 | 3498 | 3812 | 4147 | 4331 | 4517 | 4579 | 5118 | 5341 | 5538 | 5772 | 5881 |
| 3229 | 3513 | 3819 | 4148 | 4332 | 4527 | 4768 | 5112 | 5342 | 5548 | 5785 | 5989 |
| 3235 | 3519 | 3834 | 4150 | 4344 | 4533 | 4771 | 5122 | 5350 | 5552 | 5787 | 5998 |
| 3248 | 3526 | 3835 | 4155 | 4346 | 4534 | 4799 | 5129 | 5358 | 5553 | 5790 | 6008 |
| 3252 | 3529 | 3847 | 4158 | 4351 | 4535 | 4806 | 5141 | 5359 | 5555 | 5793 | 6011 |
| 3256 | 3539 | 3852 | 4159 | 4352 | 4537 | 4812 | 5158 | 5360 | 5557 | 5806 | 6016 |
| 3264 | 3546 | 3885 | 4168 | 4355 | 4546 | 4816 | 5170 | 5361 | 5558 | 5807 | 6045 |
| 3266 | 3552 | 3890 | 4177 | 4363 | 4556 | 4817 | 5179 | 5364 | 5559 | 5810 | 6067 |
| 3273 | 3553 | 3891 | 4178 | 4364 | 4557 | 4818 | 5188 | 5367 | 5560 | 5811 | 6080 |
| 3275 | 3566 | 3898 | 4181 | 4369 | 4559 | 4825 | 5189 | 5375 | 5564 | 5828 | 6084 |
| 3286 | 3574 | 3900 | 4186 | 4373 | 4562 | 4826 | 5197 | 5377 | 5569 | 5830 | |
| 3294 | 3585 | 3907 | 4190 | 4375 | 4566 | 4827 | 5198 | 5378 | 5577 | 5831 | |
| 3295 | 3589 | 3912 | 4201 | 4380 | 4572 | 4837 | 5202 | 5394 | 5580 | 5836 | |
| 3296 | 3593 | 3926 | 4202 | 4381 | 4573 | 4839 | 5206 | 5395 | 5583 | 5838 | |
| 3301 | 3600 | 3944 | 4205 | 4384 | 4577 | 4851 | 5212 | 5409 | 5592 | 5840 | |
| 3313 | 3601 | 3959 | 4206 | 4385 | 4579 | 4852 | 5213 | 5414 | 5593 | 5846 | |
| 3319 | 3602 | 3969 | 4211 | 4400 | 4587 | 4855 | 5219 | 5421 | 5594 | 5850 | |
| 3320 | 3603 | 3979 | 4213 | 4407 | 4590 | 4867 | 5224 | 5431 | 5595 | 5852 | |
| 3322 | 3606 | 3987 | 4214 | 4409 | 4601 | 4871 | 5231 | 5433 | 5596 | 5855 | |
| 3323 | 3609 | 3998 | 4217 | 4413 | 4602 | 4877 | 5236 | 5463 | 5599 | 5862 | |
| 3325 | 3617 | 3999 | 4219 | 4418 | 4613 | 4887 | 5248 | 5442 | 5602 | 5873 | |
| 3329 | 3621 | 4008 | 4220 | 4419 | 4614 | 4889 | 5249 | 5443 | 5605 | 5876 | |
| 3373 | 3626 | 4016 | 4227 | 4422 | 4621 | 4896 | 5254 | 5545 | 5607 | 5880 | |
| 3345 | 3630 | 4017 | 4230 | 4424 | 4626 | 4897 | 5258 | 5446 | 5610 | 5883 | |
| 3350 | 3652 | 4031 | 4232 | 4432 | 4630 | 4898 | 5260 | 5453 | 5613 | 5893 | |
| 3354 | 3659 | 4038 | 4245 | 4438 | 4631 | 4899 | 5264 | 5455 | 5615 | 5898 | |
| 3356 | 3662 | 4043 | 4249 | 4446 | 4639 | 4930 | 5268 | 5456 | 5638 | 5899 | |
| 3366 | 3664 | 4059 | 4256 | 4448 | 4649 | 4933 | 5271 | 5465 | 5639 | 5904 | |

GLTC 415