

**The Gillette Company**

*World-Class Brands, Products, People*

John B. Gatlin
Deputy General Counsel

Prudential Tower Building
Boston, MA 02199-8004
Tel 617.421.7856
Fax 617.421.7891
john_b_gatlin@gillette.com

August 13, 2003

<u>VIA FACSIMILE</u>

Mr. Michael A. Albert
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02110-2206

    Re:   <u>Photographic Illustrators Corporation</u>

Dear Mr. Albert:

    The Gillette Company is in receipt of your letter of August 5, 2003, regarding your request to have returned all of the remaining photographs/digital images of Gillette products that were created by your client, Photographic Illustrators Corporation, as well as provide you with a list indexing all such photographs/digital images.

    We apologize for the untimely manner in which we have complied with these requests but we have been having difficulty obtaining and organizing all of your client's photographs/digital images still in our possession with nothing more than the list of job orders that has been provided to us. A considerable portion of your client's photographic material still in our possession does not have a job order indicated anywhere on the item. It is our understanding that your client did not begin using job orders until a few years ago and did not consistently note job orders on the storage/packaging of the photographic material delivered to us. It would be quite helpful to us if you could ask your client to provide us with more specificity concerning which images, transparencies and negatives that he is referring to in the list of job orders we have been provided.

    In response to the contractual claims first brought to our attention in your client's letter of June 23, 2003, we are conducting an internal investigation to determine the extent to which any of your client's images have been used by Gillette or any of it subsidiaries. At this point, we have been unable to find any instance occurring over the numerous years we had conducted business with your client where one of your client's images had been used in conflict with the usage known to and allowed by your client. We will continue with our investigation and forward any relevant information to your attention as it becomes available.

GLTC 418

August 13, 2002
Mr. Michael A. Albert
Page 2

We hope to maintain open lines of communication with you to resolve any issues associated with this matter. If you should have any further questions or concerns, please feel free to contact me.

Thank you.

Very truly yours,

*[signature]*

JBG/ke