IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>  Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>  Defendant. | Civil Action No. 04-CV-10913-WGY |

## PLAINTIFF'S FIRST REQUEST FOR PRODUCTION TO GILLETTE

Pursuant to Fed. R. Civ. P. 34, Plaintiff Photographic Illustrators Corporation ("PIC") requests that Defendant, The Gillette Company ("Gillette"), produce the following documents and things within thirty (30) days.

### DEFINITIONS AND INSTRUCTIONS

1. The definitions contained in D. Mass. Local Rule 26.5 are incorporated by reference as though set forth fully herein. Attention is drawn, in particular (but without limitation), to the definitions provided therein of "document," "communication," "identify" and "concerning."

2. The definition of the "document" is specifically supplemented (if necessary) to include electronic documents and electronic mail.

3. The terms "you" and "Gillette" means Defendant, The Gillette Company, any of its present or former related entities, including without limitation the entities known as Braun, Duracell, and Oral-B, former agents and employees of the same, and any other persons acting on behalf of the same, including directors, officers, lawyers and consultants.

4. The term "PIC" means Plaintiff, Photographic Illustrators Corporation.

5. The term "images" means photographs and photographic materials, including but not limited to prints, negatives, transparencies, slides, and digital image files stored in any media.

6. "Any" shall encompass "any and all."

7. "Or" and "and" shall encompass "and/or" so as to be the most inclusive in each case.

8. With respect to any document withheld on grounds of privilege or other objection, provide the information required by Fed. R. Civ. P. 26(b)(5) including, without limitation, the date, identity and general subject matter of the withheld document, the grounds asserted in support of your failure to produce it, the identity of each person who participated in preparing the document, the identify of each person to whom the document or its contents were communicated, the number of pages in the document, all attachments to the document, and whether any nonprivileged matter is contained or discussed in the document.

9. With respect to any documents that are or were responsive to any request herein but that are no longer in existence or are no longer in your custody or control, please identify the document and give a full explanation of the time, manner and reason for the document's loss, destruction, or other circumstances resulting in the document no longer being in your possession, custody or control.

10. Any of the requested materials that are available in electronic format are requested to be produced on electronic media.

## DOCUMENTS REQUESTED

1. Original or color copies of all Gillette catalogs containing any images created by PIC. Please include catalogs containing image(s) with origin(s) that are uncertain to you.

2. All documents concerning the use of images created by PIC in Gillette catalogs.

3. Original or color copies of all Gillette product packaging and point-of-purchase displays that include any images created by PIC. Please include product packaging and point-of-purchase displays containing image(s) with origin(s) that are uncertain to you.

4. Original or color copies of all Gillette trade show displays that include any images created by PIC. Please include trade show displays containing image(s) with origin(s) that are uncertain to you.

5. All documents concerning the use of images created by PIC in Gillette trade show displays.

6. Electronic copies of the entire content of each Internet web site under Gillette's control, including without limitation the web sites displayed at the domain names <gillette.com> and <theessentials.com>, annually for each of the past six years.

7. All documents concerning the use of images created by PIC in the Internet web sites referred to in the previous request.

8. All documents concerning any use of images created by PIC in any promotional items including without limitation cups, mugs, t-shirts, pens, and posters.

9. All documents concerning any contract or agreement, either executed, in effect, proposed, considered or unexecuted, between PIC and Gillette.

10. All documents concerning any payments made by Gillette to PIC.

11. All documents concerning any communications between Gillette and PIC.

12. All documents concerning any communications between Gillette and any other person or entity regarding PIC's images or PIC.

13. All documents concerning any communications within Gillette concerning PIC's images or PIC.

14. All documents concerning PIC's images or PIC

15. All documents concerning any investigation by Gillette concerning PIC's images or PIC, including without limitation any index of PIC's photographic materials created by Gillette

16. All documents concerning Gillette's duplication of images created by PIC, including without limitation documents concerning Gillette's orders from Advanced Photographics, Inc. of Danvers, Massachusetts and other development laboratories. Please include documents concerning orders for duplication of image(s) with origin(s) that are uncertain to you.

17. Gillette's document retention and/or destruction policy, if any.

18. All copyright applications and copyright registrations filed or received by Gillette for images of its products in the last ten years.

19. All documents reviewed or examined in Gillette's preparation of its responses to Plaintiff's Interrogatories to Gillette or Plaintiff's Requests for Production to Gillette.

20. All documents identified in Gillette's responses to Plaintiff's Interrogatories to Gillette.

                          Respectfully submitted,

                          PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

                          By its counsel,

Dated: <u>October 4, 2004</u>

                          Michael A. Albert, BBO #558566
                          malbert@wolfgreenfield.com
                          Michael N. Rader, BBO # 646990
                          mrader@wolfgreenfield.com
                          WOLF, GREENFIELD & SACKS, P.C.
                          600 Atlantic Ave.
                          Boston, MA 02210
                          Tel: (617) 646-8000

## CERTIFICATE OF SERVICE

I certify that on October 4, 2004 a copy of the above document was served upon the following counsel of record by hand:

Richard Gelb, Esq.
20 Custom House St.
Boston, MA 02110

_____
Michael N. Rader