```
moved to          Beth_Cooper@gille
file:             tte.com    To:
pic26154          WLincoln@czarnowski.co
.gif)             m
03/05/2004 08:26  cc:
AM                DSchneider@czarnowski.
                  com
                  Subject: Re:
                  Housewares Graphics
```

Hi Wayne and Dan,

We received great news this week. The photographer who we've used in the
past ... Paul Piccone of Photographic Illustrators ... will be available
for our shoot. Paul has provided the images for the last dozen shows. He
will provide you color corrected, sized images ... he said this should cut
a few days off of your production.. That's the good news.

The not so good news is that he can't shoot the product until today and
he'll need a few days to prep the images. So I think we'll be able to send
them out to arrive to you by next Friday (3/12) ... four days later than
you had asked to receive them, but hopefully, with the time saved on the
preproduction side, it won't impact our deliverable.

Also, I'd like to use the Insight to Innovation logo on one of the
"windows." Please contact Kathy Gunst at Cramer to get the right size file.

I'd like to confirm what space we have to fill:

(9) windows on one side of the booth ... 8 will be images, one will be the
Insight to Innovation logo (do we need anything for the other side of the
booth, or is that just blank ... this would be the same side as the pole
and fire equipment)

(2) images will be on the inside of the booth (on either side of the plasma
screen)
(1) insight to innovation logo will be on the wall behind Finny
(1) insight to innovation 3-D brushed chrome-looking letters will be on the
wall behind the kitchen counter
(1) image at the end of the hall with the conference rooms
(1) insight to innovation logo in each conference room (can we determine
which wall when we're on site, or do you need to know now?)

Thanks!

Beth


.................................................

Beth Cooper
Senior Project Manager - Oral Care
Business Communications
Oral-B/Braun
The Gillette Company
Prudential Tower Building
Boston, MA 02199-8004

617/463-9171 or x7-9171 (phone)
617/421-7051 or x7-7051 (fax)

Beth_Cooper@Gillette.com


WLincoln@czarnow
ski.com To: beth_cooper@gillette.com
cc: DSchneider@czarnowski.com
03/04/2004 04:03 Subject: Housewares Graphics
PM




Hi Beth!!!!!!

Hope every thing is going well with you. I know you may be running a little
late on the above graphics but if you could send Dan any thing that you