# Advanced Photographics Inc.
**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

**No:** 21995

**P.O. #:**
**JOB NO:**
**TIME IN:** 1·3·00  10:00
**DUE DATE:** 1·7·00  EOD
**SERVICE:** (NORMAL)  RUSH  PANIC  1·10
**DELIVERY INSTRUC:** (OUR VAN)  MAIL  FED-X   COURIER   CUST. PICK-UP   OTHER
**ORDERED BY:** NANCY DALY
**WRITTEN BY:** KAR
(X) CHARGE   ☐ C.O.D.   ☐ PREPAID

**CLIENT:** GILLETTE
617·421·7000

**SHIP TO:** ATTN: NANCY DALY
GILLETTE 8E-1
1 GILLETTE PARK
BOSTON

| QUANTITY | SIZE | ORDER DESCRIPTION | UNIT PRICE | CHARGE |
|---|---|---|---|---|
| | | **FILM:** BLACK AND WHITE / EKTACHROME / E-6 / VERICOLOR / C-41 / SPECIAL | | |
| 232 | 4x5 | **NEG WORK:** COPY NEG ☐COLOR ☐B&W; [X] EKTACHROME ☐COPY [X]DUPE 8 EA. OF 29*; INTERNEGATIVE ☐COLOR ☐B&W; PRINT FILM; COLOR SLIDE ☐CONV ☐DIGITAL; SYSTEM TIME; RETOUCHING; DIGITAL OUTPUT ☐NEG ☐CHROME; DIGITAL SCAN; OTHER | | |
| | | **B&W:** ☐PROFESSIONAL ☐CUSTOM ☐REPRO ☐GLOSSY ☐MATTE ☐BORDERS ☐BORDERLESS; CONTACT SHEET; ENLARGEMENTS | | |
| | | **COLOR PRT:** ☐PROFESSIONAL ☐CUSTOM ☐REPRO ☐GLOSSY ☐MATTE ☐BORDERS ☐BORDERLESS; CONTACT SHEET ☐PROOF; EKTACOLOR ☐DURAFLEX; DURATRANS ☐CLEAR; LAMBDA EKTACOLOR ☐DURAFLEX; LAMBDA DURATRANS ☐DURACLEAR; INKJET; RASTER; OTHER | | |
| | | ☐ORIGINALS INSIDE JOB   ☐ORIGINALS OUTSIDE JOB   ☐ORIGINALS TO SALES PERSON | | |
| | | **MOUNT** | | |

**DUE DATE:** MON. TUES. WED. THURS. FRI. SAT.   **NO. ORIGINALS SUPPLIED:** 22·4x5 CHROMES/1·35mm SLIDE   **SUB TOTAL**

**SPECIAL INSTRUCTIONS:** * 5 CHROMES TO COME FROM GILLETTE (IMAGES NOT YET HIGHLIGHTED ON INCLUDED SHEETS)

**TAX**
**TOTAL**

PIC01915