

**Wolf Greenfield**
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.573.7840

May 18, 2004

<u>By Facsimile and U.S. Mail</u>

Leon Bechet, Esq.
The Gillette Company
80 Boylston Street, 39th Floor
Prudential Tower
Boston, MA 02199

Re: PIC v. Gillette, Civil Action No. 04-CIV-10913-WGY
Our File No.: P0768/3000

Dear Mr. Bechet:

This letter follows our telephone conversation today in which we discussed the above-referenced case.

Per your request, we agreed to provide you with a written settlement proposal from our client to Gillette. In exchange, you agreed to provide us with a written response to this settlement proposal. Our proposal will be forthcoming in a separate letter. We look forward to your response.

You confirmed Michelle Bratton's previous representation to us that an index has been prepared within Gillette of the photographic materials belonging to our client that Gillette has located and gathered during its investigation. You further indicated that you intended to return these materials to our client. You were not willing, however, to provide that index to us at this time. We would like, once again, to reiterate our request that this index be provided so as to facilitate our efforts to determine the number of missing pictures and the amount of damages that have been incurred (a matter plainly relevant to our efforts to set forth a settlement proposal as discussed above). If you choose not to provide it at this time, we request, at a minimum, that you **safeguard the current version of the index as it exists today. This index will be the subject of a discovery request directed to Gillette once discovery begins.** Likewise, please



Leon Bechet, Esq.
May 18, 2004
Page 2 of 2

**safeguard all other documents related to Gillette's internal investigation(s) of this matter. We will be requesting the same during discovery.**

In our conversation today, you further represented to us that the total volume of photographic materials gathered by Gillette to date fills one box, which is less than the size of a banker's box. You were unable to tell us how many photographic transparencies or other materials the box contains; but given the size of the box, it seems unlikely to us that it contains more than a small fraction of the over-10,000 images belonging to our client that Gillette has failed to return to Photographic Illustrators Corporation as required by the contracts.

Finally, you informed us that you had executed, and would return, the summons to us. Thank you for accepting service on behalf of Gillette.

We look forward to being in touch regarding the possibility of a settlement of this matter.

Very truly yours,

WOLF, GREENFIELD & SACKS, P.C.

Michael A. Albert

Mr. Paul K. Picone