# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

RONALD J. LEHRMAN
DAVID WEILD III
STEPHEN BIGGER
MICHAEL I. DAVIS
ROGER L. ZISSU
MARIE V. DRISCOLL
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
LISA PEARSON
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
GEORGES NAHITCHEVANSKY
CRAIG S. MENDE
PATRICK T. PERKINS
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
MARIA A. SCUNGIO

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N. Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: fzlz@frosszelnick.com

JAMES D. SILBERSTEIN
RUTH E. LAZAR
JOYCE M. FERRARO
PHILIP T. SHANNON
MICHELLE P. FOXMAN
   COUNSEL

ROBERT A. BECKER
TAMAR NIV BESSINGER
ANGELA KIM
LYDIA T. GOBENA
MICHAEL CHIAPPETTA
EVAN GOURVITZ
CARLOS CUCURELLA
NANCY C. DICONZA
ZOE HILDEN
LAUREN J. MANDELL
JAMES D. WEINBERGER
JASON M. VOGEL
VEJAY G. LALLA
DAVID I. GREENBAUM
DAVID DONAHUE
CHARLOTTA MEDER
MELISSA A. ANTONECCHIA
NANCY SABARRA
LAURA POPP-ROSENBERG
IRENE SEGAL AYERS*
CARA BOYLE
JOHN M. GALLACHER

*ADMITTED IN OH. ONLY

November 23, 2004

**BY FACSIMILE AND U.S. MAIL**

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re: PIC v. Gillette (Our Ref.: GLTC USA TC-04/20298)

Dear Michael:

We have received your letter dated November 22, 2004, regarding Gillette's responses to PIC's discovery requests. In your letter, you request, *inter alia*, that Gillette produce documents to your client by the end of this week. We note that while Gillette served its responses to PIC's discovery requests on November 3, 2004, and agreed to produce documents at a mutually agreeable time and place, you did not follow up with us or suggest any such time or place until now. Given such short notice and in light of the short week due to the Thanksgiving holiday, we will not be able to accommodate the schedule set forth in your letter.

Please note, however, that we have a box of our client's responsive documents in our offices that should be ready to be produced to you early next week. Please let us know whether your client would like us to have photocopies of these documents made at your client's expense. (The copy service we use charges approximately $0.20 per black and white copy. If you would prefer color copies, please let us know and we will obtain an price estimate from our copy service.)

In addition, our client has in its offices a box of photographs provided to Gillette by PIC. If your client would like us to photocopy the photographs at your client's expense, please let us know and we will make appropriate arrangements. In the alternative, if you would prefer to inspect the photographs at Gillette's offices, please let us know the date(s) and time(s) that you

Michael A. Albert, Esq.
November 23, 2004
Page 2

would propose to visit Gillette's offices and we will check to see whether such date(s) and time(s) are convenient for our client.

With respect to the remaining issues raised in your letter, we are in the process of discussing these issues with our client. Again, given the short week due to the Thanksgiving holiday, we will not be able to get back to you on these matters this week. However, we hope to be prepared to discuss these matters with you during a telephone conference next week.

Please note that we will continue to work with you in good faith to resolve the issues raised in your letter to both parties' satisfaction and to avert costly and unnecessary motion practice. We look forward to speaking with you about these matters again in the near future.

Very truly yours,

David Donahue

DD/jdb

cc:   Marie Driscoll, Esq.
      Patrick T. Perkins, Esq.
      Richard Gelb, Esq. (by facsimile)