Svenson, Tracie

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Thursday, February 03, 2005 6:47 PM |
| **To:** | 'David Donahue'; 'Patrick Perkins' |
| **Cc:** | Albert, Michael |
| **Subject:** | PIC v. Gillette -- revenue and profit information |
| **Attachments:** | Gillette Products.pdf |

Dear David and Patrick,

PIC's Interrogatory No. 24 requests gross revenue, costs and profit for each product that Gillette advertised or marketed with images provided by PIC (broken down by year and product). Please note that the cost information should be broken down into direct and indirect costs.

Because Gillette apparently did not implement a system for tracking which products it advertised with PIC's images, versus images provided by others, we provide the attached list as a courtesy to you. The list provides the name of the product, the model number (where currently known to PIC), the PIC Job Number(s) in which images were provided, and approximate date(s)

Please let me know by noon tomorrow whether Gillette will provide the requested information for the products listed on the attachment. This information is relevant to many issues in the case, including Gillette's profits, one of the measures of damages available to PIC under the Copyright Act and applicable case law. I appreciate that Gillette disputes whether PIC will be able to prove its case for recovery of Gillette's profits at trial, but that dispute is not a valid justification for refusing to provide the requested fact discovery.

Regards,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

2/4/2005

## Product/Job Report

*Product:* **Activator Shaver**
    6365    3/2/2004

*Product:* **Aquafresh Flex Toothbrush**
    5442    12/7/2000

*Product:* **Battery Displays in Stores**
    5548    3/7/2001

*Product:* **Bic Softwin for Sensitive Skin**
    5553    3/6/2001

*Product:* **Bic Softwin for Women**
    5553    3/6/2001

*Product:* **Braun 3105 Razor**
    5507    3/7/2001

*Product:* **Braun 3D Excel Toothbrush**
    5552    3/8/2001
    5846    1/9/2002
    6365    3/2/2004

*Product:* **Braun 3D Toothbrush**
    5922    4/29/2002
    5557    3/8/2001

*Product:* **Braun 5414 Razor**
    5517    3/6/2001

*Product:* **Braun 5416 Razor**
    5486    12/12/2000

*Product:* **Braun 5441 Razor**
    5846    1/9/2002

*Product:* **Braun 5610 Razor**
    5807    11/12/2001

*Product:* **Braun 5612 Razor**

        5807    11/12/2001

*Product:* **Braun 6520 Razor**
        5486    12/12/2000
        5521    3/7/2001

*Product:* **Braun 7505 Razor and Charger**
        5421    12/7/2000

*Product:* **Braun 7526 Razor and Charger**
        6365    3/2/2004

*Product:* **Braun 7540 Razor**
        5552    3/8/2001

*Product:* **Braun 7626 Razor and Charger**
        6365    3/2/2004

*Product:* **Braun 7630 Razor**
        5807    11/12/2001

*Product:* **Braun 7650 Razor**
        5807    11/12/2001

*Product:* **Braun 7680 Razor**
        6365    3/2/2004
        5807    11/12/2001

*Product:* **Braun 7680 Razor and Charger**
        6365    3/2/2004

*Product:* **Braun 7680 Syncro System**
        5807    11/12/2001

*Product:* **Braun 8595 Razor and Charger**
        6365    3/2/2004

*Product:* **Braun Blender**
        5687    6/22/2001
        5922    4/29/2002

*Product:* **Braun Blood Pressure Cuffs**
        5716    8/8/2001

*Product:* **Braun Citromatic Orange Squeezer**
    5564    4/4/2001

*Product:* **Braun Clean Charge Refills**
    5968    7/8/2002

*Product:* **Braun Coffee Maker**
    5922    4/29/2002
    5979
    5687    6/22/2001
    5564    4/4/2001

*Product:* **Braun Coffee Pot**
    5378    10/5/2000

*Product:* **Braun Cordless Styling Energy Cells**
    5421    12/7/2000

*Product:* **Braun Curling Brush**
    5922    4/29/2002

*Product:* **Braun Exact Power Beard Trimmer**
    5592    5/3/2001

*Product:* **Braun Flavor Select**
    5510    3/7/2001

*Product:* **Braun Flex Control 4000 Blade**
    5507    3/7/2001

*Product:* **Braun Flex Control Blade**
    5968    7/8/2002

*Product:* **Braun Flex Integral 5414 Razor**
    5581    3/7/2001

*Product:* **Braun Flex Integral 5416 Razor**
    5511    3/6/2001
    5581    3/7/2001

*Product:* **Braun Flex Integral 6000 Razor Blades**
    5507    3/7/2001

*Product:* **Braun Flex Integral 6520 Razor**
    5581    3/7/2001

*Product:* **Braun Flex Integral 6525 Ultra Speed Razor**
    5507    3/7/2001

*Product:* **Braun Flex Integral Blade**
    5968    7/8/2002

*Product:* **Braun Flex Integral Ultra Speed 6520 Razor**
    5615    5/3/2001

*Product:* **Braun Food Processor**
    5922    4/29/2002

*Product:* **Braun Freestyle Iron**
    5921    3/27/2002
    5836    1/9/2002

*Product:* **Braun Hand Mixer**
    5564    4/4/2001

*Product:* **Braun Handblender**
    5898    3/27/2002

*Product:* **Braun HT600 Toaster**
    6365    3/2/2004

*Product:* **Braun Impressions Household Coffee Maker**
    6365    3/2/2004

*Product:* **Braun Impressions Household Toaster**
    6365    3/2/2004

*Product:* **Braun Independent Cordless Styler**
    5538    3/6/2001

*Product:* **Braun Independent Curling Iron**
    5414    12/7/2000

*Product:* **Braun Independent Steam Curling Iron**
    5414    12/7/2000

*Product:* **Braun Independent Steam Styler**

      5538    3/6/2001

*Product:* **Braun Interface 3105 Razor**
      5581    3/7/2001

*Product:* **Braun Interface 3612 Razor**
      5581    3/7/2001
      5519    3/7/2001

*Product:* **Braun Interface 3615 Razor**
      5507    3/7/2001
      5581    3/7/2001

*Product:* **Braun InterFace Blade**
      5968    7/8/2002

*Product:* **Braun Measuring Cup**
      5394    10/19/2000
      6365    3/2/2004

*Product:* **Braun Micron 1000/2000 Blade**
      5968    7/8/2002

*Product:* **Braun Micron 2000 Blade**
      5507    3/7/2001

*Product:* **Braun Mulitmis Mixer**
      5613    5/3/2001

*Product:* **Braun Oral B Advanced Oral Care Center Display**
      5419    10/26/2000

*Product:* **Braun Oral B Battery Toothbrush**
      5580    3/6/2001

*Product:* **Braun Oral B D-Four Brush**
      5975    7/8/2002

*Product:* **Braun Oral B Disney Toothbrush**
      5638    5/10/2001
      5893    3/13/2002

*Product:* **Braun Oral B Disney Toothbrushes**

        5846    1/9/2002

*Product:* **Braun Oral B Extra Soft Brushes**
        5687    6/22/2001

*Product:* **Braun Oral B FlexiSoft Brushes**
        5687    6/22/2001

*Product:* **Braun Oral B FlexiSoft EB 15-4 (4 Brush Pack)**
        5580    3/6/2001

*Product:* **Braun Oral B Indicator Brushes**
        5687    6/22/2001

*Product:* **Braun Oral B Kids Power Toothbrush**
        5638    5/10/2001

*Product:* **Braun Oral B Ortho Brushes**
        5687    6/22/2001

*Product:* **Braun Oral B Ortho Toothbrush**
        5595    5/4/2001

*Product:* **Braun Oral B Plak Control Power Toothbrush**
        5660    5/14/2001

*Product:* **Braun Oral B Plak Control Toothbrush**
        5607    5/10/2001

*Product:* **Braun Oral B Plaque Remover 3D**
        5580    3/6/2001

*Product:* **Braun Oral B Timer Toothbrush**
        5486    12/12/2000

*Product:* **Braun Orange Squeezer**
        5613    5/3/2001

*Product:* **Braun Plak Control Ultra**
        5952    4/30/2002

*Product:* **Braun Pocket Twist Plus**
        5507    3/7/2001

*Product:* **Braun Power Brushes**

        5838    1/9/2002

*Product:* **Braun Precision 105 Razor**
        5421    12/7/2000

*Product:* **Braun Precision Sensor with Blood Pressure Monitor**
        5785    9/19/2001

*Product:* **Braun Precision Series Blade**
        5968    7/8/2002

*Product:* **Braun Professional Care 7850 Toothbrush**
        6365    3/2/2004

*Product:* **Braun Prostyle Iron**
        5922    4/29/2002

*Product:* **Braun Replacement Carafes**
        5592    5/3/2001

*Product:* **Braun Silk Epil Eversoft Razor**
        5828    11/13/2001
        5810    11/12/2001

*Product:* **Braun Syncro 1505 Razor**
        5507    3/7/2001

*Product:* **Braun Syncro 7000 Blade**
        5507    3/7/2001

*Product:* **Braun Syncro 7505 Razor**
        5511    3/6/2001
        5507    3/7/2001
        5581    3/7/2001

*Product:* **Braun Syncro Blade**
        5968    7/8/2002

*Product:* **Braun Syncro Charger**
        5595    5/4/2001

*Product:* **Braun Syncro System Shaver**
        5564    4/4/2001

*Product:* **Braun System 1-2-3 Blade**
    5968    7/8/2002

*Product:* **Braun Thermoscan Ear Thermometer**
    6365    3/2/2004

*Product:* **Braun Toaster (White and Black)**
    6365    3/2/2004

*Product:* **Braun Turbo Hand Blender**
    5836    1/9/2002

*Product:* **Braun Ultra Speed Flex Integral 6520 Razor**
    5511    3/6/2001

*Product:* **Bruan Oral B Cross Action Brushes**
    5687    6/22/2001

*Product:* **Clear Right Guard Deoderant**
    5557    3/8/2001

*Product:* **Duracell AA Battery**
    5506    3/6/2001

*Product:* **Duracell Procell Battery Packs Display**
    5395    10/9/2000

*Product:* **Duracell Ulltra AA Battery - 4 Pack**
    5577    3/8/2001
    5557    3/8/2001

*Product:* **Duracell Ultra 9V - 2 Pack**
    5375    9/26/2000

*Product:* **Duracell Ultra AA - 4 Pack**
    5375    9/26/2000

*Product:* **Duracell Ultra AA Battery**
    5559    3/8/2001
    5506    3/6/2001
    5558    3/8/2001
    5569    3/8/2001

*Product:* **Duracell Ultra AA Battery 4 Pack**
    5548    3/7/2001

*Product:* **Duracell Ultra AA M3 Technology Battery**
    5552    3/8/2001

*Product:* **Duracell Ultra AAA - 4 Pack**
    5375    9/26/2000

*Product:* **Duracell Ultra C - 2 Pack (M3 Technology)**
    5375    9/26/2000

*Product:* **Duracell Ultra D - 2 Pack (M3 Technology)**
    5375    9/26/2000

*Product:* **Duracell Ultra M3 Technology AA Battery**
    5557    3/8/2001

*Product:* **Energizer AA Battery**
    5506    3/6/2001

*Product:* **Everactive AA Battery**
    5506    3/6/2001

*Product:* **Gillette 3 for Women Razor**
    5981    7/8/2002

*Product:* **Gillette Custom Plus - Pivot Gel and Razor for Men**
    5684    6/22/2001

*Product:* **Gillette Custom Plus Gel and Razor for Women**
    5684    6/22/2001

*Product:* **Gillette Custom Plus Razor Display**
    5359    8/20/2000

*Product:* **Gillette Foamy Regular Shaving Cream**
    5478    12/7/2000

*Product:* **Gillette Foamy Regular Shaving Cream - Sensitive S**
    5367    9/26/2000

*Product:* **Gillette Foamy Shaving Cream - Aloe**
    5367    9/26/2000

        5478    12/7/2000

*Product:* **Gillette Foamy Shaving Cream - Lemon/Lime**
        5478    12/7/2000
        5367    9/26/2000

*Product:* **Gillette Foamy Shaving Cream - Moisturizing**
        5478    12/7/2000

*Product:* **Gillette Foamy Shaving Cream - Protection**
        5478    12/7/2000

*Product:* **Gillette Foamy Shaving Cream - Regular**
        5367    9/26/2000

*Product:* **Gillette Foamy Shaving Cream - Sensitive Skin**
        5478    12/7/2000

*Product:* **Gillette Foamy Shaving Cream - Skin Conditioning**
        5367    9/26/2000

*Product:* **Gillette for Women Daisy Plus Razors**
        5475    12/7/2000

*Product:* **Gillette For Women Daisy Razors**
        5360    10/9/2000

*Product:* **Gillette for Women Satin Care Gel**
        5482    12/12/2000

*Product:* **Gillette for Women Satin Care Gel - Dry Skin**
        5436    12/7/2000
        5482    12/12/2000

*Product:* **Gillette for Women Sensor Excel Razor**
        5443    12/7/2000

*Product:* **Gillette for Women Soft & Dri Anti-Perspirant Deod**
        5456    12/7/2000

*Product:* **Gillette for Women Soft & Dri Clear Gel Deoderant**
        5456    12/7/2000

*Product:* **Gillette for Women Soft & Dri Deoderant**

        5465    12/7/2000

*Product:* **Gillette for Women Venus Razor**
        5465    12/7/2000

*Product:* **Gillette Good News Plus Razors**
        5475    12/7/2000

*Product:* **Gillette Good News Razors**
        5475    12/7/2000
        5787    9/19/2001
        5360    10/9/2000

*Product:* **Gillette Mach 3 - Cool Blue Razor**
        5341    9/26/2000
        5409    9/26/2000

*Product:* **Gillette Mach 3 - Cool Blue Razor in Case**
        5341    9/26/2000

*Product:* **Gillette Mach 3 Razor**
        5552    3/8/2001
        5557    3/8/2001

*Product:* **Gillette Mach 3 Turbo Razor and Gel**
        5883    3/27/2002

*Product:* **Gillette Satin Care for Women Gel**
        5917    3/27/2002

*Product:* **Gillette Series Gel - Aloe Enriched**
        5533    3/5/2001

*Product:* **Gillette Series Gel - Extra Protection**
        5533    3/5/2001

*Product:* **Gillette Series Gel - Ultra Condition**
        5533    3/5/2001

*Product:* **Gillette Series Gel - Vitamin Enriched**
        5533    3/5/2001

*Product:* **Gillette Series Gel for Sensitive Skin**

        5533    3/5/2001

*Product:* **Gillette Venus Razor for Women**
        5602    5/10/2001
        5669    5/24/2001

*Product:* **Gum Proxabrush**
        5840    1/9/2002

*Product:* **Interdental Blue Brush**
        5840    1/9/2002

*Product:* **Interdental Clear Inverted Toothbrush**
        5940    4/19/2002

*Product:* **Interdental Clear Toothbrush**
        5840    1/9/2002

*Product:* **Noxzema Disposable Razors For Women**
        5553    3/6/2001

*Product:* **Oral B Advantage Plus Toothbrush**
        5956    7/8/2002
        5433    12/7/2000
        5912    4/30/2002
        5956    7/8/2002
        5539    3/8/2001

*Product:* **Oral B Advantage Plus Toothbrush Display**
        5419    10/26/2000

*Product:* **Oral B Advantage Plus Toothbrush Stand**
        6053    10/4/2002

*Product:* **Oral B Advantage Toothbrush**
        5433    12/7/2000
        5539    3/8/2001
        5766    8/9/2001

*Product:* **Oral B Advantage Toothbrush with Ricola**
        5433    12/7/2000

*Product:* **Oral B Braun 3D Excel Brush**
   5490    12/12/2000

*Product:* **Oral B Brush Inverted**
   5924    3/28/2002

*Product:* **Oral B Childrens Toothbrushes**
   5539    3/8/2001
   5975    7/8/2002

*Product:* **Oral B Cross Action Brush and Case**
   5912    4/30/2002

*Product:* **Oral B Cross Action Brushes**
   5838    1/9/2002

*Product:* **Oral B Cross Action Toothbrush**
   5539    3/8/2001
   5730    8/8/2001
   5852    1/9/2002

*Product:* **Oral B Cross Action Toothbrush and Satin Floss**
   5433    12/7/2000

*Product:* **Oral B Cross Action Toothbrush and Travel Case**
   5433    12/7/2000

*Product:* **Oral B Cross Action Toothbrush Twin Pack**
   5956    7/8/2002

*Product:* **Oral B Cross Action Value Pack**
   5433    12/7/2000

*Product:* **Oral B Indicator Toothbrush**
   5873    3/27/2002
   5638    5/10/2001
   5790    9/19/2001
   5433    12/7/2000
   6008    8/21/2002

*Product:* **Oral B Indicator Toothbrush - Twin Pack**

        5790    9/19/2001

*Product:* **Oral B Indicator Twin Pack Floor Stand**
        5539    3/8/2001

*Product:* **Oral B Interdental Kit**
        5840    1/9/2002

*Product:* **Oral B Interdental Refills**
        5840    1/9/2002

*Product:* **Oral B On-The-Go Brush**
        5509    3/6/2001

*Product:* **Oral B Satin Floss**
        5922    4/29/2002
        5975    7/8/2002
        5539    3/8/2001

*Product:* **Oral B Satin Tape**
        6053    10/4/2002

*Product:* **Oral B Stages Toothbrushes**
        5855    1/10/2002

*Product:* **Oral B Stages Toothpaste**
        5922    4/29/2002
        6080

*Product:* **Oral B Toothbrushes - Alladin and Power Rangers**
        6382    3/22/2004

*Product:* **Picture of Battery Center**
        5498    12/27/2000

*Product:* **Pictures of Battery Displays in Stores**
        5508    3/8/2001

*Product:* **Premium Blade - Bikini Size (Noxzema)**
        5553    3/6/2001

*Product:* **Premium Twin Blade with Pivoting Head Dis Razor**
        5553    3/6/2001

*Product:* **Rayovac AA Battery**
    5506    3/6/2001

*Product:* **Satin Care Gel For Women**
    5760    8/9/2001
    5793    9/19/2001

*Product:* **Schick Silk Effects Plus Razor**
    5553    3/6/2001

*Product:* **Schick ST Slim Twin Razors**
    5610    5/10/2001
    5602    5/10/2001

*Product:* **Spin Toothbrush**
    5442    12/7/2000

*Product:* **Super Max 3 for Women**
    5553    3/6/2001

*Product:* **Syncro 7546 Razor and Charger**
    5421    12/7/2000

*Product:* **Syncro Shaver**
    6365    3/2/2004

*Product:* **Triple Blade K-3 Razor System For Women**
    5553    3/6/2001

*Product:* **Venus Razor for Women**
    5552    3/8/2001
    5557    3/8/2001

*Product:* **Venus Road Show Kit**
    5648    5/17/2001

*Product:* **Xtreme Sport Right Guard Deoderant**
    5552    3/8/2001