IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-CV-10913-WGY |

## JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER

The parties move the Court to enter the attached Stipulated Protective Order to facilitate discovery. As grounds for their motion the parties state as follows:

1.  Although the parties do not anticipate the need to designate a significant number of documents as Confidential in this case, some documents requiring such protection have been identified.

2.  Judicial efficiency will be served by entry of the attached blanket Order so that the parties do not need to seek protective orders on a document-by-document basis.

| | |
|---|---|
| Dated: February 4, 2005 | Dated: February 4, 2005 |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | THE GILLETTE COMPANY, |
| By its counsel, | By its counsel, |
| /s/ Michael A. Albert<br>Michael A. Albert, BBO #558566<br>malbert@wolfgreenfield.com<br>Michael N. Rader, BBO # 646990<br>mrader@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Ave.<br>Boston, MA 02210<br>(617) 646-8000 | /s/ Richard M. Gelb<br>Richard M. Gelb (BBO#188240)<br>rgelb@gelbgelb.com<br>GELB & GELB LLP<br>20 Custom House Street<br>Boston, MA 02110<br>(617) 345-0010 |

        /s/ Patrick T. Perkins
        Patrick T. Perkins
        pperkins@frosszelnick.com
        Fross Zelnick Lehrman & Zissu, P.C.
        866 United Nations Plaza
        New York, NY 10017
        (212) 813-5900