DEFENDANT/COUNTERCLAIM-PLAINTIFF THE GILLETTE COMPANY'S
PRIVILEGE LOG/REDACTION LOG

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 10/25/02 | Fax Cover Sheet (GLTC 423) | John B. Gatlin | Karen Mullen | | Telephone call from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 10/25/02 | Email (GLTC 242) | Jill Josephson Jim Barch | Linda Mallette | Karen Mullen Thomas Burgess | Photographic Illustrators Corporation/Paul Picone | Attorney Work Product Privilege |
| 10/28/02 | Inter-Office Memorandum | John B. Gatlin | James Wingfield | | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 10/28/02 | Email | Karen Mullen | Jill Josephson | | Photographic Illustrators Corporation/Paul Picone | Attorney Work Product Privilege |
| 10/29/02 | Email (with handwritten notes) | John B. Gatlin James Wingfield | Karen Mullen | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson Linda Mallette Brenda Tattan | Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 10/29/02 | Email | John B. Gatlin James Wingfield | Karen Mullen | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson Linda Mallette Brenda Tattan | Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Jill Josephson re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview Joyce Lorden re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Karen Mullen re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Linda Mallette re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Michelle Sager re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Thomas Burgess re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's outline of questions for interviews of Gillette personnel re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 11/14/02 | Inter-Office Memorandum | John B. Gatlin | James Wingfield | | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 6/23003 | Letter | Linda Mallette, Karen Mullen, Joyce Lorden, Thomas Burgess, Jill Josephson | Paul Picone (w/handwritten notes by Gillette personnel) | | Handwritten notes on Paul Picone letter | Attorney Work Product Privilege |
| 6/27/03 | Email | Karen Mullen | Karen Mullen | | Letter received from Paul Picone | Attorney Work Product Privilege |
| 7/1/03 | Note | John B. Gatlin | Karen Mullen | | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |

3

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 7/1/03 | Email | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson | Karen Mullen | John B. Gatlin | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/2/03 | Email | Linda Mallette Joyce Lorden Thomas Burgess Jill Josephson | Karen Mullen | John B. Gatlin, Esq. | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/2/03 | Email | Brenda Tattan Patricia Moriarity Brenda Tattan | Karen Mullen | Stephanie Brown | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/6/03 | Email | Karen Mullen | Jill Josephson | John B. Gatlin Joyce Lorden Linda Mallette Thomas Burgess | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/15/03 | Email | John B. Gatlin | Karen Mullen | | Images sent to Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 8/14/03 | Email | Kenneth Earley | Brenda Tattan | Karen Mullen | Images sent to Paul Picone | Attorney-Client & Attorney Work Product Privileges |

4

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 8/14/03 | Email (w/attachment) | Linda Mallette, Karen Mullen, Joyce A. Lorden, Thomas Burgess, Jill Josephson | Kenneth Earley | John B. Gatlin, Brenda Tattan | Letter sent to PIC's counsel / Legal instruction | Attorney-Client & Attorney Work Product Privileges |
| 11/26/03 | Chart | | Gillette Legal Department | | List of PIC materials | Attorney-Client & Attorney Work Product Privileges |
| 2/25/04 | Notes | | Beth Cooper | | Meeting with John Gatlin re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 2/25/04 | Notes | | Gillette Legal Department | | Status of PIC matter/Notes from meeting with Beth Cooper re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 3/4/04 | Email (GLTC 191-194) | Julie Washington | Beth Cooper | | Sales Meeting Attendees | Not responsive |
| 3/24/04 | Chart | | Gillette Legal Department | | List of PIC materials | Attorney-Client & Attorney Work Product Privileges |
| 4/27/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Photographic Illustrators Corp./Meeting with Beth Cooper 4-26-04 | Attorney-Client & Attorney Work Product Privileges |

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 4/30/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Photographic Illustrators Corp./Meeting with Beth Cooper 4-30-04 | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Update on PIC/Interviews of Duracell/Grooming Personnel | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Michelle Bratton | Karen Mullen | | Request for information re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Brenda Tattan Michelle Bratton | Karen Mullen | | Response to Michelle Bratton 5/6/04 email re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Karen Mullen | Brenda Tattan | Michelle Bratton | Response to Michelle Bratton 5/6/04 email re: PIC | Attorney-Client & Attorney Work Product Privileges |

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 7/15/04 | Email (w/attachment) | Brenda Tattan Patricia Moriarity Karen Mullen Kathi Cuprinski Jill Josephson Joyce Lorden Kristine Gallagher Arlene Vasapolli | James Chilaka | | Q & A re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 8/2/04 | Email | James Chilaka | Karen Mullen | | Q & A re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |