**Svenson, Tracie**

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Thursday, February 03, 2005 5:42 PM |
| **To:** | David Donahue |
| **Cc:** | 'Patrick Perkins'; Albert, Michael |
| **Subject:** | PIC v. Gillette -- Gillette's privilege log |
| **Attachments:** | Beth Cooper Notes.JPG |

Dear David and Patrick,

As you may know, Beth Cooper voluntarily provided to Mr. Picone, at their Spring 2004 meeting, her notes of her discussions with counsel regarding meeting with Mr. Picone. A copy of the notes, bearing Bates No. PIC 15686, is attached hereto (this is on the final CD, which is being sent to you by FedEx tonight). Ms. Cooper's disclosure waived any privilege as to her discussions with counsel regarding her meetings with Mr. Picone. Accordingly, Gillette must produce to PIC the third, fourth and seventh items on page 5 of Gillette's privilege log faxed to us on January 26, 2005, which items pertain to those same discussions with counsel.

Please let me know by noon tomorrow whether you will FedEx these documents to us tomorrow for Monday morning delivery, or we will file a motion to compel tomorrow afternoon.

In addition, there are a number of documents listed on Gillette's privilege log that appear not to be correspondence with an attorney or attorney notes:

> GTLC 242
> 10/28/02 e-mail from Jill Josephson to Karen Mullen
> Handwritten notes on 6/23/03 letter from Paul Picone to several Gillette personnel not identified as attorneys
> 6/27/03 e-mail from Karen Mullen to Karen Mullen
> 7/2/03 e-mail from Karen Mullen to Brenda Tattan, Patricia Moriarity and Brenda Tattan (cc Stephanie Brown)
> 8/14/03 e-mail from Brenda Tattan to Kenneth Earley (cc Karen Mullen)
> 7/15/04 e-mail from James Chilaka to several Gillette personnel not identified as attorneys
> 8/2/04 e-mail to James Chilaka from Karen Mullen

Again, please let us know by noon tomorrow whether you will FedEx these documents to us tomorrow for Monday morning delivery, or we will file a motion to compel on these as well. If you can provide a better explanation for why these documents were withheld, we will consider that.

Regards,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

2/4/2005

*Confidentiality Note:* This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

Drew Nelson → Jane
Corp. Meeting
Planning

Access to field → can we play on the field

PP-PI
- Resolve copyright issues
  → License
  → legal can draft

→ ① · Pd up lease for prior
  ② · Future uses → legal could draft    ) 1. Address past issues
  ③ · Change invoice form               / 2. CompCpr
    → not a contract                       — owner
    → brief document                       — Specify copy
                                           — Invoices
                                           → nothing on back

Legal issue for the co
Untangle it by:
  Single agreement
* The promise of a better process

No promise of current/future work

Contract thru BusCom

Follow up w/ Gill to John
Privileged & confidential on all communications

PIC15686