UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | Civil Action No. 04-10913 WGY<br><br>**EXPEDITED CONSIDERATION REQUESTED PURSUANT TO LOCAL RULE 5.1(c)** |

### DEFENDANT'S MOTION TO QUASH SUBPOENA

Defendant The Gillette Company ("Gillette") hereby moves to quash the subpoena *duces tecum* served by plaintiff Photographic Illustrators Corporation ("PIC") on The Procter & Gamble Company ("P&G") pursuant to Fed. R. Civ. P. 26 and 45 and pursuant to the Court's inherent power to regulate the parties' conduct in this litigation.

On January 28, 2005, Gillette and P&G announced that P&G was purchasing Gillette. On January 31, 2005, the Monday following the announcement, PIC served a subpoena *duces tecum* on P&G out of the United States District Court for the Southern District of Ohio. The subpoena should be quashed and PIC enjoined from further harassing P&G because the purchase of Gillette by P&G is irrelevant to this case and discovery from P&G is not likely to lead to the discovery of admissible evidence. Rather, the subpoena is served for the improper purpose of interfering with Gillette's sale to P&G.

In further support of this motion, Gillette submits concurrently herewith Defendant's Memorandum of Law in Support of its Motion to Quash.

### LOCAL RULE 5.1(c) REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 5.1(c), Gillette respectfully requests expedited consideration of this motion as PIC has given P&G only until February 10, 2005 to respond to the subpoena.

1

February 4, 2005                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.


                                    By:   /s/Patrick T. Perkins/
                                        Patrick T. Perkins (Admitted *pro hac vice*)
                                        David Donahue (Admitted *pro hac vice*)
                                    886 United Nations Plaza
                                    New York, New York 10017
                                    Ph: (212) 813-5900
                                    Fax: (212) 813-5901

                                    GELB & GELB LLP

                                    By:   /s/Richard M. Gelb/
                                        Richard M. Gelb (BBO#188240)
                                        rgelb@gelbgelb.com
                                        Robert S. Messinger (BBO# 651396)
                                        rmessinger@gelbgelb.com

                                    20 Custom House Street
                                    Boston, MA  02110
                                    Tel: (617) 345-0010
                                    Fax: (617) 345-0009

                                    *Attorneys for Defendant The Gillette Company*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Patrick T. Perkins, do hereby certify that on February 3, 2005 I communicated with Michael Rader, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rule 7.1(a)(2) to resolve or narrow the issues raised in this motion.


                                    By:   /s/Patrick T. Perkins/
                                        Patrick T. Perkins (Admitted *pro hac vice*)

I:\PPERKINS\GLTC\General\Motion to Quash - P&G.doc