IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>            Defendant. | Civil Action No. 04-CV-10913-WGY |

**DECLARATION OF MICHAEL N. RADER IN SUPPORT OF
PIC'S OPPOSITION TO GILLETTE'S MOTION TO QUASH**

Michael N. Rader states as follows:

1. I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2. On January 31, 2005 I executed a subpoena to The Procter & Gamble Company ("P&G") in the above-captioned matter seeking, *inter alia*, disclosures made by Defendant The Gillette Company ("Gillette") to P&G about this litigation; and photographs of Gillette products that P&G has in its possession.

3. On February 4, 2005, I received a telephone call from Attorney Chris Walter, P&G's Associate General Counsel, in response to PIC's subpoena.

4. Attorney Walter told me that Gillette did not make any disclosure of the instant litigation to Gillette in connection with due diligence for P&G's acquisition of Gillette.

5. Attorney Walter also told me, however, that P&G *did* have a document responsive to PIC's subpoena, namely a presentation that Gillette personnel made to P&G personnel that included photographs of several Gillette products including the VENUS and MACH III shavers.

6. This document, although presumably in Gillette's own files, has not yet been produced to PIC by Gillette.

7. Attorney Walter stated that he would be in touch with Gillette's counsel prior to producing this presentation to PIC.

8. The presentation has not yet been produced to PIC by P&G.

9. On February 4, 2005, Gillette filed a motion to quash PIC's subpoena to P&G.

10. PIC's subpoena to P&G is intended to discover information that is relevant to the issues in this case, including PIC's claim of copyright infringement by Gillette. It is not intended to harass or embarrass Gillette.

11. PIC has also served subpoenas on other third parties to whom Gillette is believed to have unlawfully transmitted PIC's copyrighted images.

12. Several of these third parties have called me in response to their subpoenas, indicating that they are complying therewith and gathering responsive materials, particularly advertising materials that show photographs of Gillette products. In some cases a significant volume of responsive material is expected to be provided.

13. None of the third parties that have contacted me have complained that the subpoenas are intended to harass or embarrass, nor have they maintained that compliance is unduly burdensome.

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: February 7, 2005    /s/ Michael N. Rader
                           Michael N. Rader