UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-10913 WGY<br><br>**EXPEDITED CONSIDERATION REQUESTED PURSUANT TO LOCAL RULE 5.1(c)** |

### DEFENDANT'S MOTION FOR LEAVE TO FILE ADDITIONAL PAPER ON GILLETTE'S MOTION TO QUASH PLAINTIFF'S SUBPOENA SERVED ON PROCTER & GAMBLE

Defendant The Gillette Company ("Gillette") hereby moves pursuant to L.R. 7.1 (b) (3) to file the attached Declaration of Chris Walther, Associate General Counsel for The Procter & Gamble Company. Gillette seeks to submit the declaration in response to the declaration of plaintiff's counsel, Michael Rader, purporting to report his telephone conversation with Mr. Walther. According to Mr. Walther's attached declaration, Mr. Rader's declaration is incomplete and misleading.

### LOCAL RULE 5.1(c) REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 5.1(c), Gillette respectfully requests expedited consideration of this motion as PIC has given P&G only until February 10, 2005 to respond to the subpoena.

February 8, 2005　　　　　　　　　　FROSS ZELNICK LEHRMAN & ZISSU, P.C.

　　　　　　　　　　　　　　　　　　By:__/s/Patrick T. Perkins/_____
　　　　　　　　　　　　　　　　　　　　Patrick T. Perkins (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　　　David Donahue (Admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　886 United Nations Plaza
　　　　　　　　　　　　　　　　　　New York, New York 10017
　　　　　　　　　　　　　　　　　　Ph: (212) 813-5900
　　　　　　　　　　　　　　　　　　Fax: (212) 813-5901

1

GELB & GELB LLP

By: /s/Richard M. Gelb/
 Richard M. Gelb (BBO#188240)
 rgelb@gelbgelb.com
 Robert S. Messinger (BBO# 651396)
 rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA 02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-10913 WGY<br><br>**DECLARATION OF CHRIS WALTHER IN SUPPORT OF GILLETTE'S MOTION TO QUASH THE SUBPOENA SERVED ON THE PROCTER & GAMBLE COMPANY** |

Chris Walther hereby declares:

　　1.　　I am Associate General Counsel at The Procter & Gamble Company. I submit this declaration in support of Gillette's Motion To Quash The Subpoena Served On The Procter & Gamble Company and, in particular, in response to the declaration of Michael Rader purporting to document our telephone conference.

　　2.　　I have reviewed Mr. Rader's declaration and find it to be incomplete and misleading.

　　3.　　On February 4, 2005, I did indeed call Mr. Rader having received the subpoena served on Procter & Gamble in connection with Gillette's dispute with Photographic Illustrators Corporation. During our conversation I told Mr. Rader that the litigation did not come up in the discussions with Gillette and thus no documents responsive to any request relating to the litigation were in Procter & Gamble's possession. I also told him that the third category of documents in the subpoena, which calls for production of "[o]riginal or color copies of all documents, including catalogs, concerning or containing Photographs of Gillette products," if read broadly, could require Procter & Gamble to search all of its files for photographs of Gillette

products. I told him that Procter & Gamble had no intention of searching its files for all photographs of Gillette products.

   4.  I told Mr. Rader that, in connection with the recent negotiations between Gillette and Procter & Gamble, I was aware that our company did receive one document that contained a representation of Gillette products. Although I initially indicated the image was on a "presentation made to P&G personnel," I later informed Mr. Rader that the document was a Gillette market research report, a copy of which had been given to us. I told Mr. Rader that this document contained a single image of a Venus Divine razor and a M3 Power shaver repeated on several different pages. I told him that the document is confidential and that Procter & Gamble would either move to quash the subpoena or produce an example of one page of the document with all writing redacted. In any event, I told him that I would consult with Gillette before doing anything.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at Cincinnati, Ohio this 7th day of February, 2005.

_____
Chris Walther