UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>  vs.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-10913 WGY<br><br>**EXPEDITED CONSIDERATION REQUESTED PURSUANT TO LOCAL RULE 5.1(c)** |

**DEFENDANT'S MOTION TO QUASH SUBPOENAS SERVED BY PLAINTIFF ON FORTY (40) OF GILLETTE'S CUSTOMERS**

Defendant The Gillette Company ("Gillette") hereby moves quash the subpoenas *duces tecum* served be plaintiff Photographic Illustrators Corporation ("PIC") on the following forty (40) customers of Gillette: (1) Bed, Bath & Beyond; (2) Best Buy Co., Inc.; (3) Bloomingdale's Inc.; (4) Boscov's Department Store, LLC; (5) Brooks Pharmacy; (6) Crate & Barrel; (7) Costco; (8) CVS Corporation; (9) Famous-Barr; (10) Federated Department Stores; (11) Filene's, Inc.; (12) Foley's; (13) Fortunoff; (14) Fred Meyer Stores; (15) Fry's Electronics; (16) Hecht's; (17) the Home Depot, Inc.; (18) Kaufmann's; (19) Kitchen Kapers; (20) Kmart Holding Corporation; (21) Kohl's Department Stores; (22) Lazarus; (23) Linens 'n Things, Inc.; (24) Macy's East; (25) Macy's West; (26) Marshall Field's; (27) Meier & Frank; (28) Meijer; (29) Rich's; (30) Rite Aid Corporation; (31) Robinsons-May; (32) Sears, Roebuck and Co.; (33) Shavers.com; (34) ShopKo Stores, Inc.; (35) Target Corporation; (36) The Bon Marche; (37) Turnpike Appliance Service; (38) Wal-Mart Stores, Inc.; (39) Walgreens Co., and (40) Williams-Sonoma

In further support of this motion, Gillette submits concurrently herewith Defendant's Memorandum of Law in Support of its Motion to Quash.

1

## LOCAL RULE 5.1(c) REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 5.1(c), Gillette respectfully requests expedited consideration of this motion as PIC has given the subpoena recipients only until February 10, 2005 to respond. Counsel for Gillette only received service copies of the subpoenas on February 7, 2005.

February 8, 2005                    FROSS ZELNICK LEHRMAN & ZISSU, P.C.


By:  /s/Patrick T. Perkins/
    Patrick T. Perkins (Admitted *pro hac vice*)
    David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

GELB & GELB LLP

By:  /s/Richard M. Gelb/
    Richard M. Gelb (BBO#188240)
    rgelb@gelbgelb.com
    Robert S. Messinger (BBO# 651396)
    rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)

I, Patrick T. Perkins, do hereby certify that on February 4, 2005 I communicated with Michael Rader, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rule 7.1(a)(2) to resolve or narrow the issues raised in this motion.

By:  /s/Patrick T. Perkins/
    Patrick T. Perkins (Admitted *pro hac vice*)