UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

    Plaintiff,

vs.

THE GILLETTE COMPANY,

    Defendant.

Civil Action No. 04-10913 WGY

**DECLARATION OF DAVID DONAHUE IN OPPOSITION TO PHOTOGRAPHIC ILLUSTRATORS CORPORATION'S MOTION TO COMPEL PRODUCTION OF PRIVILEGED DOCUMENTS**

David Donahue hereby declares:

1. I am a member of the Bar of the State of New York and an associate of the law firm of Fross Zelnick Lehrman & Zissu, P.C. I have been admitted *pro hac vice* to act before this Court as counsel for Defendant The Gillette Company ("Gillette") in this action. I submit this declaration in opposition to plaintiff Photographic Illustrators Corporation's Motion to Compel Production of Privileged Documents.

2. Attached as Exhibit A hereto is a copy of an October 25, 2002 e-mail from Gillette employee Linda Mallette addressed to Gillette employees Jill Josephson and Jim Barch, and copied to Gillette employees Karen Mullen and Thomas Burgess. The document is stamped with Bates No. GLTC 242, which signifies that Gillette produced the document, as redacted, to plaintiff in discovery.

3. Attached as Exhibit B hereto is a copy of a June 23, 2003 letter from Paul Picone to Gillette employees Linda Mallette, Karen Mullen, Joyce Lorden, Thomas Burgess and Jill Josephson. The document is stamped with Bates No. GLTC 408, which signifies that Gillette produced the document to plaintiff in discovery.

4. Attached as Exhibit C hereto is a copy of Gillette's original Privilege Log/Redaction Log, which Gillette produced to plaintiff on January 26, 2005.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 8th day of February, 2005.

>                           /s/ David Donahue
>                           David Donahue

# EXHIBIT A

Linda Mallette
25 Oct 2002 11:58 AM

To: Jill Josephson/BO/Gillette@Gillette, Jim Barch/BO/Gillette@Gillette
cc: Karen Mullen/BO/Gillette@Gillette, Thomas Burgess/BO/Gillette@Gillette
Subject: Paul Picone!!!!!!!!!!!

Jill,

Paul, per your information to him, is now preparing a lawsuit against Gilllette unless he has every image he has ever taken for us returned in it's original form by Monday. He has left messages for everyone saying he has been told he is no longer a Gillette vendor and wants all images from the past 14 years or he will charge us $1500 per image. Evidently, there are terms of agreement on his bills that says he owns all the images.

**REDACTED**

He wouldn't tell me you had relayed the info, he blamed Tom and Karen...yet to Karen he said it was me...then said it was from Jim thru you.

I told him I had no idea what he was talking about...he said he had been told that all work was to come thru Creative Services and since we didn't use him that he was no longer a vendor...I told him that if our clients were happy with his work that I saw no reason not to use him as they had done in the past. By that I was referring to Bus Com. I have no idea how much business he has done thru you on display images. And why he (or you) would make the assumption that he will no longer do any Gillette work.

However, our attempt to use one vendor across businesses for display renderings I think is a valid approach for consistency and cost savings. This transition cannot be immediate however and we need the process to be defined...we are currently using a new vendor for Grooming and assuming this works out, will use them across all lines. If there is still a place for photography we should discuss it.

I'm not sure what we should do at this point...my comments seem to have fallen on deaf ears...obviously we will not have materials for him on Monday

Linda Mallette
Creative Services Manager
The Gillette Company
P: 617-463-8624
F: 617-463-8663

# EXHIBIT B

EXHIBIT B



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

June 23, 2003
Ms. Linda Mallett (Gillette)
Ms. Karen Mullen (Gillette)
Ms. Joyce Lorden (Duracell)
Mr. Tom Burgess (Braun)
Ms. Jill Josephson (Oral B)
The Gillette Company
800 Boylston Street
Boston, MA 02199

Re: <u>Photographic Illustrators Corp. License and Return of Photographs</u>

Dear Gillette Representatives:

As you know, my company, Photographic Illustrators Corporation, has done numerous projects for Gillette and its subsidiaries (including Duracell, Braun, and Oral B) over the past several years, in which we took product and styled application shots for advertising, packaging, literature and catalogs. For instance, under an agreement dated January 16, 2003, job number 6084, we took photographic/digital images of a new children's floss product. We then performed extensive retouching and color correction of these views and provided to you the original digital images. Photographic Illustrators has provided Gillette with over a thousand licenses to such photographic works under the same type of contracts over the years.

In addition to work done directly for Gillette, we have done similar work, under the same printed work order agreement, for your Duracell, Braun, and Oral B marketing groups.

Attached to this letter is a list of job orders we have done for each of the Gillette divisions mentioned above. As you can see, you have literally hundreds of photographs of ours for each division – over a thousand all together.

I have contacted Gillette representatives repeatedly about obtaining my photographs/digital images back and about Gillette using my photographs in ways that were inconsistent with the terms of our agreements. No one has returned the photographs/digital images to me or provided any explanation for the improper uses. In one case, for example, I learned that Gillette was using my photographs (one of which was of my own kitchen) in a South American brochure even though our agreement covered only uses within the U.S. I am also aware of uses by Gillette of my images well beyond the one-year time limit specified in our agreements. Gillette has also duplicated my images in ways not permitted by the agreements.

Gillette
June 23, 2003
Page 2

    For these reasons, although I have allowed you to retain these materials up until now as a matter of convenience in case we reached agreement on some future licensing, I have reached the point where I am simply no longer interested in doing any more work with Gillette. According to the terms of my contracts, Gillette had to return to me all the photographic material, including any negatives, prints, and digital media containing my photographs, within thirty days of publication. I have called numerous times to try to have these materials returned to me, as I am entitled to, but Gillette still has not returned the above mentioned materials.

    Under the agreement, if these photographs are not returned to me, I am due $1,500 for each original image to cover my loss.

    Please contact me regarding this matter as soon as possible. I would like to have my images back and to have assurances that Gillette is no longer using them anywhere in the world, in any way that is inconsistent with the terms the company signed with us.

    Thank you for your anticipated cooperation with this matter.

                                                Very truly yours,

                                                Paul Kevin Picone
                                                Photographic Illustrators Corporation

712719.1

Photographic projects provided to The Gillette Co., by PI Corp.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3072 | 3373 | 3666 | 4070 | 4257 | 4451 | 4671 | 4938 | 5273 | 4575 | 5641 | 5908 |
| 3088 | 3384 | 3675 | 4080 | 4264 | 4455 | 4675 | 4939 | 5275 | 4578 | 5648 | 5911 |
| 3107 | 3391 | 3680 | 4084 | 4266 | 4459 | 4676 | 4965 | 5277 | 5482 | 5651 | 5912 |
| 3118 | 3392 | 3688 | 4085 | 4268 | 4460 | 4687 | 4976 | 5281 | 5483 | 5659 | 5917 |
| 3121 | 3396 | 3692 | 4091 | 4270 | 4468 | 4690 | 4981 | 5282 | 5484 | 5660 | 5918 |
| 3128 | 3405 | 3695 | 4104 | 4277 | 4472 | 4691 | 4984 | 5293 | 5486 | 5669 | 5922 |
| 3138 | 3425 | 3705 | 4105 | 4288 | 4477 | 4702 | 5011 | 5294 | 5494 | 5684 | 5954 |
| 3158 | 3437 | 3726 | 4106 | 4290 | 4482 | 4709 | 5012 | 5300 | 5498 | 5685 | 5940 |
| 3160 | 3439 | 3731 | 4108 | 4291 | 4487 | 4715 | 5030 | 5305 | 5506 | 5687 | 5950 |
| 3162 | 3450 | 3738 | 4109 | 4299 | 4492 | 4716 | 5037 | 5314 | 5507 | 5693 | 5952 |
| 3177 | 3465 | 3742 | 4111 | 4309 | 4500 | 4717 | 5044 | 5315 | 5508 | 5716 | 5954 |
| 3191 | 3466 | 3743 | 4112 | 4311 | 4501 | 4718 | 5051 | 5321 | 5510 | 5730 | 5955 |
| 3198 | 3470 | 3752 | 4121 | 4314 | 4506 | 4721 | 5055 | 5325 | 5511 | 5732 | 5956 |
| 3204 | 3479 | 3759 | 4124 | 4321 | 4508 | 4726 | 5056 | 5333 | 5515 | 5746 | 5968 |
| 3208 | 3481 | 3769 | 4132 | 4324 | 4510 | 4728 | 5088 | 5336 | 5517 | 5756 | 5975 |
| 3218 | 3496 | 3770 | 4133 | 4325 | 4511 | 4730 | 5089 | 5337 | 5519 | 5760 | 5979 |
| 3221 | 3489 | 3785 | 4145 | 4330 | 4516 | 4757 | 5107 | 5338 | 5521 | 5766 | 5980 |
| 3227 | 3498 | 3812 | 4147 | 4331 | 4517 | 4579 | 5118 | 5341 | 5538 | 5772 | 5881 |
| 3229 | 3513 | 3819 | 4148 | 4332 | 4527 | 4768 | 5112 | 5342 | 5548 | 5785 | 5989 |
| 3235 | 3519 | 3834 | 4150 | 4344 | 4533 | 4771 | 5122 | 5350 | 5552 | 5787 | 5998 |
| 3248 | 3526 | 3835 | 4155 | 4346 | 4534 | 4799 | 5129 | 5358 | 5553 | 5790 | 6008 |
| 3252 | 3529 | 3847 | 4158 | 4351 | 4535 | 4806 | 5141 | 5359 | 5555 | 5793 | 6011 |
| 3256 | 3539 | 3852 | 4159 | 4352 | 4537 | 4812 | 5158 | 5360 | 5557 | 5806 | 6016 |
| 3264 | 3546 | 3885 | 4168 | 4355 | 4546 | 4816 | 5170 | 5361 | 5558 | 5807 | 6045 |
| 3266 | 3552 | 3890 | 4177 | 4363 | 4556 | 4817 | 5179 | 5364 | 5559 | 5810 | 6067 |
| 3273 | 3553 | 3891 | 4178 | 4364 | 4557 | 4818 | 5188 | 5367 | 5560 | 5811 | 6080 |
| 3275 | 3566 | 3898 | 4181 | 4369 | 4559 | 4825 | 5189 | 5375 | 5564 | 5828 | 6084 |
| 3286 | 3574 | 3900 | 4186 | 4373 | 4562 | 4826 | 5197 | 5377 | 5569 | 5830 | |
| 3294 | 3585 | 3907 | 4190 | 4375 | 4566 | 4827 | 5198 | 5378 | 5577 | 5831 | |
| 3295 | 3589 | 3912 | 4201 | 4380 | 4572 | 4837 | 5202 | 5394 | 5580 | 5836 | |
| 3296 | 3593 | 3926 | 4202 | 4381 | 4573 | 4839 | 5206 | 5395 | 5583 | 5838 | |
| 3301 | 3600 | 3944 | 4205 | 4384 | 4577 | 4851 | 5212 | 5409 | 5592 | 5840 | |
| 3313 | 3601 | 3959 | 4206 | 4385 | 4579 | 4852 | 5213 | 5414 | 5593 | 5846 | |
| 3319 | 3602 | 3969 | 4211 | 4400 | 4587 | 4855 | 5219 | 5421 | 5594 | 5850 | |
| 3320 | 3603 | 3979 | 4213 | 4407 | 4590 | 4867 | 5224 | 5431 | 5595 | 5852 | |
| 3322 | 3606 | 3987 | 4214 | 4409 | 4601 | 4871 | 5231 | 5433 | 5596 | 5855 | |
| 3323 | 3609 | 3998 | 4217 | 4413 | 4602 | 4877 | 5236 | 5463 | 5599 | 5862 | |
| 3325 | 3617 | 3999 | 4219 | 4418 | 4613 | 4887 | 5248 | 5442 | 5602 | 5873 | |
| 3329 | 3621 | 4008 | 4220 | 4419 | 4614 | 4889 | 5249 | 5443 | 5605 | 5876 | |
| 3373 | 3626 | 4016 | 4227 | 4422 | 4621 | 4896 | 5254 | 5545 | 5607 | 5880 | |
| 3345 | 3630 | 4017 | 4230 | 4424 | 4626 | 4897 | 5258 | 5446 | 5610 | 5883 | |
| 3350 | 3652 | 4031 | 4232 | 4432 | 4630 | 4898 | 5260 | 5453 | 5613 | 5893 | |
| 3354 | 3659 | 4038 | 4245 | 4438 | 4631 | 4899 | 5264 | 5455 | 5615 | 5898 | |
| 3356 | 3662 | 4043 | 4249 | 4446 | 4639 | 4930 | 5268 | 5456 | 5638 | 5899 | |
| 3366 | 3664 | 4059 | 4256 | 4448 | 4649 | 4933 | 5271 | 5465 | 5639 | 5904 | |

GLTC 410

# EXHIBIT C

**DEFENDANT/COUNTERCLAIM-PLAINTIFF THE GILLETTE COMPANY'S PRIVILEGE LOG/REDACTION LOG**

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 10/25/02 | Fax Cover Sheet (GLTC 423) | John B. Gatlin | Karen Mullen | | Telephone call from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 10/25/02 | Email (GLTC 242) | Jill Josephson Jim Barch | Linda Mallette | Karen Mullen Thomas Burgess | Photographic Illustrators Corporation/Paul Picone | Attorney Work Product Privilege |
| 10/28/02 | Inter-Office Memorandum | John B. Gatlin | James Wingfield | | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 10/28/02 | Email | Karen Mullen | Jill Josephson | | Photographic Illustrators Corporation/Paul Picone | Attorney Work Product Privilege |
| 10/29/02 | Email (with handwritten notes) | John B. Gatlin James Wingfield | Karen Mullen | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson Linda Mallette Brenda Tattan | Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 10/29/02 | Email | John B. Gatlin James Wingfield | Karen Mullen | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson Linda Mallette Brenda Tattan | Photographic Illustrators Corporation/Paul Picone | |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Jill Josephson re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview Joyce Lorden re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Karen Mullen re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Linda Mallette re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Michelle Sager re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |

2

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's notes of interview of Thomas Burgess re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| [11/02] | Interview Notes | | [James Wingfield] | | James Wingfield's outline of questions for interviews of Gillette personnel re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 11/14/02 | Inter-Office Memorandum | John B. Gatlin | James Wingfield | | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 6/23003 | Letter | Linda Mallette Karen Mullen Joyce Lorden Thomas Burgess Jill Josephson | Paul Picone (w/handwritten notes by Gillette personnel) | | Handwritten notes on Paul Picone letter | Attorney Work Product Privilege |
| 6/27/03 | Email | Karen Mullen | Karen Mullen | | Letter received from Paul Picone | Attorney Work Product Privilege |
| 7/1/03 | Note | John B. Gatlin | Karen Mullen | | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |

3

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 7/1/03 | Email | Linda Mallette Joyce A. Lorden Thomas Burgess Jill Josephson | Karen Mullen | John B. Gatlin | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/2/03 | Email | Linda Mallette Joyce Lorden Thomas Burgess Jill Josephson | Karen Mullen | John B. Gatlin, Esq. | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/2/03 | Email | Brenda Tattan Patricia Moriarity Brenda Tattan | Karen Mullen | Stephanie Brown | Letter received from Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/6/03 | Email | Karen Mullen | Jill Josephson | John B. Gatlin Joyce Lorden Linda Mallette Thomas Burgess | Photographs provided by Photographic Illustrators Corporation/Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 7/15/03 | Email | John B. Gatlin | Karen Mullen | | Images sent to Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 8/14/03 | Email | Kenneth Earley | Brenda Tattan | Karen Mullen | Images sent to Paul Picone | Attorney-Client & Attorney Work Product Privileges |

4

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 8/14/03 | Email (w/attachment) | Linda Mallette, Karen Mullen, Joyce A. Lorden, Thomas Burgess, Jill Josephson | Kenneth Earley | John B. Gatlin, Brenda Tattan | Letter sent to PIC's counsel / Legal instruction | Attorney-Client & Attorney Work Product Privileges |
| 11/26/03 | Chart | | Gillette Legal Department | | List of PIC materials | Attorney-Client & Attorney Work Product Privileges |
| 2/25/04 | Notes | | Beth Cooper | | Meeting with John Gatlin re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 2/25/04 | Notes | | Gillette Legal Department | | Status of PIC matter/Notes from meeting with Beth Cooper re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 3/4/04 | Email | Julie Washington | Beth Cooper | | Sales Meeting Attendees | Not responsive |
| 3/24/04 | Chart | | Gillette Legal Department | | List of PIC materials | Attorney-Client & Attorney Work Product Privileges |
| 4/27/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Photographic Illustrators Corp./Meeting with Beth Cooper 4-26-04 | Attorney-Client & Attorney Work Product Privileges |
| | Email (GLTC 191-194) | | | | | |

5

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 4/30/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Photographic Illustrators Corp./Meeting with Beth Cooper 4-30-04 | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Memorandum | John B. Gatlin | Michelle Bratton | | Update on PIC/Interviews of Duracell/Grooming Personnel | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Michelle Bratton | Karen Mullen | | Request for information re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Brenda Tattan Michelle Bratton | Karen Mullen | | Response to Michelle Bratton 5/6/04 email re: PIC | Attorney-Client & Attorney Work Product Privileges |
| 5/6/04 | Email | Karen Mullen | Brenda Tattan | Michelle Bratton | Response to Michelle Bratton 5/6/04 email re: PIC | Attorney-Client & Attorney Work Product Privileges |

6

| Date | Document Type | To | From/Author | Cc: | Re: | Privilege/Reason for Redaction |
|---|---|---|---|---|---|---|
| 7/15/04 | Email (w/attachment) | Brenda Tattan Patricia Moriarity Karen Mullen Kathi Cuprinski Jill Josephson Joyce Lorden Kristine Gallagher Arlene Vasapolli | James Chilaka | | Q & A re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |
| 8/2/04 | Email | James Chilaka | Karen Mullen | | Q & A re: Paul Picone | Attorney-Client & Attorney Work Product Privileges |