IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

       Plaintiff,

v.

THE GILLETTE COMPANY,

       Defendant.

Civil Action No. 04-CV-10913-WGY

**DECLARATION OF MICHAEL N. RADER IN SUPPORT OF
PIC'S OPPOSITION TO GILLETTE'S MOTION TO QUASH
SUBPOENAS SERVED ON GILLETTE CUSTOMERS**

Michael N. Rader states as follows:

1. I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2. On or about January 31, 2005 and February 1, 2005, I executed subpoenas to resellers of Gillette products in the above-captioned matter seeking, *inter alia*, advertising containing photographs of Gillette products and communications with Gillette personnel who provided those photographs.

3. Several of these third parties have called me in response to their subpoenas, indicating that they are complying therewith and gathering responsive materials, particularly advertising materials that show photographs of Gillette products. In some cases a significant volume of responsive material is expected to be provided.

4. With the exception of one third party that objected to its subpoena, none of the respondents have complained that the subpoenas are intended to harass or embarrass, nor have they maintained that compliance with the subpoenas is unduly burdensome.

- 2 -

  5. The subpoenas are intended to discover information that is relevant to the issues in this case, including PIC's claims of breach of contract and copyright infringement by Gillette. They are not intended to harass or embarrass Gillette or the parties subpoenaed.

  6. Yesterday I received a letter from counsel for Shavers.com acknowledging that its advertising does include images provided by Gillette. A copy of that letter is attached as Exhibit A to this declaration.

  7. One of the third parties that contacted me in response to its subpoena indicated familiarity with the Gillette personnel identified by PIC in the subpoena.

  Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: February 9, 2005      /s/ Michael N. Rader
                Michael N. Rader