# SHACK SIEGEL KATZ & FLAHERTY P.C.
Counselors-at-Law

**530 FIFTH AVENUE**
**NEW YORK, NEW YORK 10036**

PAMELA E. FLAHERTY
pflaherty@sskfny.com

TELEPHONE: (212) 782-0700
FACSIMILE: (212) 730-1964

DIRECT DIAL:  (212) 782-0708
DIRECT FAX:   (646) 366-3724

February 4, 2005

Michael N. Rader, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

Re:   <u>Photographic Illustrators Corporations v. The Gillette Company</u>

Dear Mr. Rader:

We represent Shavers.com. Shavers.com received a subpoena in the above referenced matter issued by you to produce documents on February 10th. Pursuant to our telephone conversation, in lieu of producing those documents as indicated in the subpoena, we are enclosing copies of the documents responsive to the subpoena.

As I indicated to you, our client does not have catalogs and other marketing materials. Photographs of Gillette products are located on our client's website. Those photographs consist of photographs taken by our client and photographs provided to our client by Gillette. Enclosed are copies from our client's website of the pages which contain pictures which our client believes were supplied to it by Gillette. The first two pages of the enclosure is an e-mail from Gillette and the photograph included with the e-mail. Our client does not save the e-mails it receives from Gillette forwarding pictures. Our client has advised that the enclosed is all it has which is responsive to Items 1 and 2 of the document subpoena. With respect to Items 3 and 4, our client has advised that it has never heard of Photographic Illustrators Corporation or Paul Picone so it has nothing responsive to Item 3. In addition, our client does not recognize any of the names of the Gillette employees identified in Item 4 and does not have any communications, correspondences or emails with any of those people.

Please acknowledge receipt of the enclosures on the enclosed copy of this letter and your confirmation that no further action need be taken by our client in respect to the subpoena.

Very truly yours,

*Pamela E. Flaherty*
Pamela E. Flaherty

PEF/mmc
Enclosure

cc:   Shavers.com

*Receipt is hereby*
*Acknowledged and Agreed:*

_____
Michael N. Rader, Esq.