Svenson, Tracie

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Wednesday, February 09, 2005 3:48 PM |
| **To:** | David Donahue; 'Patrick Perkins'; rgelb@gelbgelb.com |
| **Cc:** | Albert, Michael; Kessel, Adam |
| **Subject:** | PIC v. Gillette |
| **Attachments:** | Gillette Catalog Infringements.PDF |

Dear David,

Attached is a list of Gillette's copyright infringements in catalogs that have thus far become available to us. We look forward to receiving additional catalogs from you before Friday, February 11 per the Court's Order.

The attached document supplements PIC's discovery responses.

Regards,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

Infringing images in Gillette's catalogs (used beyond the scope of any license):

| 1996 Braun Catalog "A Blueprint For Success" | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| 7 | upper left corner | PSB-DT |
| 12 | upper right corner | model with EF20 |
| 12 | upper left corner | EF20 |
| 15 | lower left corner | OC5525S |
| 15 | lower right corner | EBI5-3 |
| 15 | lower bar, second image from right | Brushhead storage |
| 18 | lower right corner | AB30vs |
| 18 | lower bar, rightmost image | Voice Control Activator |
| 19 | upper left corner | AB30sl |
| 19 | upper right corner | AB6 |
| 19 | lower left corner | AB5 |
| 19 | lower right corner | AB1 |
| 24 | upper left corner | KMM30 |
| 26 | lower bar, center image | Cup Pre-warming with Steam |
| 27 | lower bar, leftmost image | EasyFroth Attachment |
| 27 | lower bar, second image from left | Dual Safety System |
| 27 | lower bar second image from right | Adjustable Drip Tray |
| 30 | top image | K1200 |
| 32 | middle of page, leftmost image | Mixer |
| 32 | middle of page, second image from left | Kneader |
| 32 | middle of page, second image from right | Blender |
| 32 | lower bar, leftmost image | 3 Speeds + Pulse |
| 32 | lower bar, second image from left | Safety Release Button |
| 32 | lower band, second image from right | Pivoting Cord |
| 32 | lower band, rightmost image | Cord Storage and Counter Rest |

| 1997 Braun Catalog "Designing products to live by" | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| 6 | lower right corner | ULTRA-Speed Oscillating Brushhead |
| 6 | lower bar, second image from right | Dual Power-Tip Brushhead |
| 7 | upper left corner | D7525 |
| 12 | lower left corner | 4505 |
| 13 | upper left corner | 259 |
| 13 | upper right corner | 209 |
| 15 | upper left corner | Braun Flex Integral Replacement |
| 15 | upper right corner | Braun precision series Replacement |
| 15 | lower left corner | Braun Flex Control Replacement |
| 15 | lower right corner | Braun 1000, 2000 and 3000 Series Replacement |
| 16 | lower right corner | image of carrying bag |
| 17 | upper left corner | HS3 Plus |
| 17 | lower left corner | GCS70 |
| 17 | lower right corner | GCS5 |
| 17 | lower bar, second image from left | Unique Heated Brush Design |
| 17 | lower bar, rightmost image | Cordless Portability |
| 18 | upper left corner | EF20 |
| 18 | upper right corner | model with EF20 |
| 20 | upper left corner | AB60rsl |
| 20 | upper right corner | AB314sl |
| 20 | lower left corner | AB30sl |
| 20 | lower right corner | AB6 |
| 20 | lower bar, left image | Travel Alarm Clocks |
| 20 | lower bar, right image | Reflex Control Infrared Technology |
| 22 | upper left corner | KF187 |
| 22 | upper right corner | KF180 |
| 22 | lower left corner | KF157 |
| 22 | lower bar, leftmost image | Self-Monitoring Water Filter |
| 22 | lower bar, second image from left | Replacement Indicator |
| 22 | lower bar, second image from right | Flavor Selector |
| 24 | upper left corner | KWF1 & KWF2 |
| 24 | upper right corner | Braun Replacement Carafes |
| 24 | lower left corner | Braun Gold Coffee Filters |
| 24 | lower right corner | Braun Paper Coffee Filters |
| 25 | upper right corner | KMM30 |
| 25 | lower right corner | KSM4 |
| 27 | upper left corner | MR550CA |
| 27 | upper right corner | MR550 |
| 27 | lower left corner | MR500 |
| 27 | lower right corner | Detachable Shaft |
| 27 | lower bar, leftmost image | Variable Speed |
| 27 | lower bar, middle image | Soft-Grip Knob |
| 28 | lower bar, second image from right | Chopper Accessory |
| 30 | upper left corner | M880 |
| 30 | upper right corner | M810 |
| 30 | middle of page, leftmost image | Mixer |
| 30 | middle of page, second image from left | Kneader |
| 30 | middle of page, second image from right | Blender |

| 1997 Braun Catalog "Designing products to live by" |||
|---|---|---|
| Page | Location | Description and/or Model Number |
| 30 | middle of page, rightmost image | Chopper |
| 30 | lower bar, leftmost image | 3 Speeds + Pulse |
| 30 | lower bar, second image from left | Safety Release Button |
| 30 | lower bar, second image from right | Pivoting Cord |
| 30 | lower bar, rightmost image | Cord Storage and Counter Rest |
| 32 | upper image | K1000 |
| 33 | upper right corner | UKW1 |
| 35 | upper right corner | MPZ7 |
| 35 | lower right corner | Pulp Regulator |
| 35 | lower bar, middle image | Double Safety Lock |
| 36 | image in lower left corner of point-of-purchase display | brushhead |

| 1998 Braun Catalog "Braun Smart thinking" | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| 9 | upper left corner | Braun Flex Integral Replacement |
| 9 | upper right corner | Braun precision series Replacement |
| 9 | middle left image | Braun Flex Control Replacement |
| 9 | middle right image | Braun 1000, 2000 and 3000 Series Replacement |
| 11 | upper image | OC9525 |
| 11 | lower left corner | EBI9-1 |
| 11 | lower right corner | EBI9-3 |
| 14 | lower right corner | CTS & CT |
| 15 | lower right corner | EF20 |
| 16 | lower left corner | AB60rsl |
| 17 | upper left corner | AB314sl |
| 19 | second image from top | Coffeemaker Accessories |
| 22 | upper left corner | KMM30 |
| 22 | upper right corner | KSM4 |
| 23 | upper image | KWF1 & KWF2 |
| 26 | right bar, top image | mixer |
| 26 | right bar, second image from top | kneader |
| 26 | right bar, second image from bottom | blender |
| 27 | upper image | K1000 |
| 29 | upper image | MP80 |
| 29 | lower right corner | MPZ7 |

| 1999 Braun Catalog "Feel the power" | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| cover | uppermost image | brush |
| cover | second image from top | shave |
| cover | third image from top | brew |
| cover | bottom image | scan |
| 2 | uppermost image | brush |
| 2 | second image from top | shave |
| 2 | third image from top | brew |
| 2 | fourth image from top | blend |
| 2 | bottom image | squeeze |
| 5 | upper left corner | Interdental Plaque Removers |
| 5 | upper right corner | Plaque Removers |
| 5 | middle left image | Personal Diagnostics |
| 5 | middle right image | Electric Shavers |
| 5 | lower right image | Beauty Products |
| 5 | lower left image | Clocks |
| 7 | upper left corner | D9525D |
| 7 | lower left corner | OC9525 |
| 8 | upper left corner | ID2025T |
| 8 | upper right corner | ID2021 |
| 8 | lower left corner | IC2522 |
| 8 | lower right corner | IR2-25 & IR2-40 |
| 9 | upper left corner | 6550 |
| 9 | upper right corner | 6525 |
| 9 | bottom image | 6520 |
| 10 | upper left corner | 5415 |
| 13 | upper left corner | HM4 |
| 13 | bottom image | LF40 |
| 14 | upper right corner | HS3 |
| 14 | lower left corner | GCC50 |
| 14 | lower right corner | GCC90 |
| 15 | upper left corner | EE1570 |
| 15 | upper right corner | EE1070 |
| 15 | lower left corner | ER1270 |
| 15 | lower right corner | EF20 |
| 16 | upper image | AB314vm |
| 16 | lower left image | AB314sl |
| 16 | lower right image | AB40vsl |
| 17 | upper image | AB30sl |
| 19 | upper left corner | Coffeemakers and Accessories |
| 19 | upper right corner | Handblenders |
| 19 | middle image | Handmixers |
| 19 | lower left corner | Juicers |
| 19 | lower right corner | Food Processors |
| 20 | upper right corner | KF180 |
| 21 | upper left corner | KF420 |
| 21 | bottom image | KF12 |
| 23 | upper left corner | KMM30 |
| 23 | upper right corner | KSM4 |

| 1999 Braun Catalog "Feel the power" | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| 23 | bottom image | Carafes |
| 24 | lower left corner | UGF4 |
| 24 | lower right corner | UGSF4 |
| 25 | upper image | MR430HC |
| 25 | lower image | MR400 |
| 27 | upper image | M880 |
| 27 | lower image | M810 |
| 28 | upper image | K600 |
| 28 | lower image | UK100 |
| 29 | upper left corner | MP80 |
| 29 | lower left corner | MPZ22 |
| 29 | lower right corner | MPZ7 |

| 2000 Braun Catalog "Moving in a new direction" Personal Products |||
|---|---|---|
| Page | Location | Description and/or Model Number |
| cover | leftmost image | shaver |
| cover | middle image | toothbrush |
| 6 | upper image | D9525D |
| 8 | upper left corner | ID2025T |
| 8 | lower left corner | IC2522 |
| 8 | lower right corner | ID2021 |
| 9 | lower left corner | EB151 |
| 9 | lower left corner | EB153 |
| 9 | lower right corner | IR225 |
| 9 | lower right corner | IR240 |
| 10 | upper left corner | 6550 |
| 10 | upper right corner | 6525 |
| 10 | lower left corner | 6520 |
| 11 | upper right corner | 5415 |
| 13 | upper image | 150 |
| 18 | upper left corner | GCC90 |
| 18 | upper right corner | GCC50 |
| 18 | lower image | CTS & CT |

| 2000 Braun Catalog "Moving in a new direction" Household Products |||
|---|---|---|
| Page | Location | Description and/or Model Number |
| 5 | upper image | KF187 |
| 6 | upper left image | KF145 |
| 6 | lower left image | KF420 |
| 6 | lower right image | KF400 |
| 7 | middle image | KF12 |
| 8 | upper left corner | KMM30 |
| 9 | upper image | Carafes |
| 9 | lower left corner | KWF1 & KWF2 |
| 9 | lower right corner | UGF4 & UGSF4 |
| 10 | upper left corner | MR550MCA |
| 11 | upper right corner | MR400 |
| 12 | lower left corner | M880 |
| 12 | lower right corner | M810 |
| 13 | upper left corner | MPZ22 |
| 13 | lower left corner | MPZ7 |
| 13 | lower right corner | MPZ6 |

| 2001 Braun Product Catalog |||
|---|---|---|
| Page | Location | Description and/or Model Number |
| 10 | lower image | EP100 |
| 11 | upper image | Syncro Replacement |
| 11 | second row from top (left) | Flex Integral Replacement |
| 11 | second row from top (right) | Flex Integral Replacement |
| 11 | third row from top | Flex Control Replacement |
| 11 | fourth row from top | Interface Replacement |
| 11 | fifth row from top | Precision Series Replacement |
| 11 | bottom row (left) | 3000 Series Replacement |
| 11 | bottom row (right) | 2000 Series Replacement |
| 15 | upper image | D8013 |
| 15 | lower image | D4 |
| 16 | top row (left) | EB17-1 |
| 16 | top row (right) | EB17-3 |
| 16 | middle image | EB17-3ES |
| 16 | bottom image | OD17-1 |
| 17 | upper left corner | IRT3520 |
| 17 | upper right corner | LF40 |
| 17 | middle image | IRT3520 (gift set) |
| 17 | bottom image | IRT3520K |
| 18 | top image | C20S |
| 18 | bottom right image | C20 |
| 19 | top image | ER1373 |
| 19 | bottom image | EE1170 |

| 2002 Braun Product Guide | | |
|---|---|---|
| Page | Location | Description and/or Model Number |
| N/A | product sheet behind "Power Oral Care" tab | D15511 |
| N/A | product sheet behind "Power Oral Care" tab | D9525 |
| N/A | product sheet behind "Power Oral Care" tab | D8013 |
| N/A | product sheet behind "Power Oral Care" tab | Battery Toothbrush |
| N/A | product sheet behind "Personal Diagnostics" tab | IRT3520 |
| N/A | product sheet behind "Personal Diagnostics" tab | IRT3020 |
| N/A | product sheet behind "Silk-Epil" tab | 2370 |
| N/A | product sheet behind "Silk-Epil" tab | 2270 |
| N/A | product sheet behind "Silk-Epil" tab | 2170 |
| N/A | product sheet behind "Hair Care" tab | C20 |
| N/A | product sheet behind "Hair Care" tab | C20S |
| N/A | product sheet behind "Jug Blenders / HandMixers" tab | MX2050 |