

PIC14582