**Svenson, Tracie**

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Friday, February 11, 2005 5:55 PM |
| **To:** | 'David Donahue'; Albert, Michael |
| **Cc:** | 'Marie Driscoll'; 'Patrick Perkins'; Kessel, Adam |
| **Subject:** | RE: PIC v. Gillette |

Dear David,

Two further points. First, what time on Monday will you make the documents available, and will you be providing copies or will we have to get them copied at that time? Obviously we would prefer to be able to have copies on Monday rather than waiting for copies to be made.

Second, since no e-mails were produced today I would like to reiterate that a full production of responsive e-mails is expected on Monday. We did not receive any response to our inquiries earlier this week regarding Gillette's search for e-mails. At a minimum, a search for the following key words should have been performed across all Gillette e-mail servers and backup media:

-Picone
-PIC
-picorp
-Photographic Illustrators

Please advise what search was performed and the approximate volume of e-mails (as well as other documents) that will be produced on Monday.

-----Original Message-----
From: Rader, Michael
Sent: Friday, February 11, 2005 5:23 PM
To: 'David Donahue'; Albert, Michael
Cc: Marie Driscoll; Patrick Perkins; Kessel, Adam
Subject: RE: PIC v. Gillette

David,

Please provide a summary of the types of documents / materials that you are planning to produce on Monday. I would like to know right away because it obviously impacts our ability to prepare for our depositions of Gillette personnel next week.

My colleagues Adam Kessel and John Strand are over at Gillette right now looking at the materials that you made available to PIC to inspect late this afternoon. Even as to those, we are going to be facing significant challenges to copy, review and process them in time for depositions of Gillette personnel next week. Further, it is not yet clear whether Mr. Bechet is going to release these documents to the copy vendor Merrill today for copying over the weekend -- something that must be allowed under Rule 34 and the Court's Order.

Any documents that are produced on Monday will create an extra hurdle and challenge for us with respect to the upcoming depositions. I realize and sympathize that this delay may have occurred, at least in part, due to Patrick's illness, but the fact is that the delay in production prejudices our ability to prepare for depositions of Gillette employees next week. This is something that we may need to address further.

Finally, after speaking with Adam Kessel and John Strand by phone, it sounds to me that there are numerous categories of documents that still have not been produced. There apparently are no e-mails. No trade show displays, product packaging or point-of-purchase displays were produced for inspection. No records with respect to the use of such materials were produced. No catalogs for 2003, 2004 or 2005. No foreign catalogs. Please let me know right away which of these categories of materials will be produced on Monday.

```
-----Original Message-----
From: David Donahue [mailto:ddonahue@frosszelnick.com]
Sent: Friday, February 11, 2005 12:54 PM
To: Albert, Michael
Cc: Marie Driscoll; Patrick Perkins; Kessel, Adam; Rader, Michael
Subject: Re: PIC v. Gillette
```

Michael,

By now you should have received two computer disks bearing Bates Nos. GLTC 1672-1673, which contain a large volume of digital images from Gillette's digital library. We will make additional materials available for your firm to inspect at Gillette's offices later today, assuming that your schedule permits.

We also intend to make an additional volume of materials available for you to inspect at Gillette's offices on Monday, February 14, 2005. We had intended to gather these materials by today but, as you know, we lost a significant amount of time yesterday and today addressing concerns raised by Patrick Perkins's health. Moreover, one of the persons at Gillette responsible for gathering documents was out of the office on Wednesday due to illness.

Please contact me to arrange times to review the materials at Gillette's offices.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901

****************************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received
this E-mail message in error, please reply to the sender.
****************************************************************************************************

2