IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

       Plaintiff,

v.

THE GILLETTE COMPANY,

       Defendant.

Civil Action No. 04-CV-10913-WGY

**DECLARATION OF MICHAEL N. RADER IN SUPPORT OF PIC'S
EMERGENCY MOTION TO FURTHER COMPEL GILLETTE'S COMPLIANCE
WITH THE COURT'S FEB. 1, 2005 ORDER, TO HOLD GILLETTE IN CONTEMPT
OF THAT ORDER, AND FOR APPROPRIATE RELIEF AND SANCTIONS**

Michael N. Rader states as follows:

1.       I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff

Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2.       Yesterday (February 14, 2005) I received a telephone call from Wayne Lincoln,

an employee of Czarnowski Exhibit Services, which creates trade show displays for Gillette.

Mr. Lincoln informed me that Czarnowski Exhibit Services is complying with a third-party

subpoena served by PIC, but that more documents concerning Gillette's trade show displays

would be in the files of Gillette's National Trade Show Manager, Bill Spain

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of

my knowledge and belief.

Dated: February 15, 2005          /s/ Michael N. Rader
                                  Michael N. Rader