GELB & GELB LLP
COUNSELLORS AT LAW
20 CUSTOM HOUSE STREET
BOSTON, MASSACHUSETTS 02110

TELEPHONE: (617)345-0010
FACSIMILE: (617)345-0009

E-MAIL: COUNSEL@GELBGELB.COM
WWW.GELBGELB.COM

FILED
IN CLERKS OFFICE
2005 FEB 18  P 3:45
U.S. DISTRICT COURT
DISTRICT OF MASS.

February 18, 2005

BY HAND

Attention: Elizabeth F. Smith
Courtroom Clerk for the
Honorable Chief Judge William G. Young
United States District Court
District of Massachusetts
John Joseph Moakley U.S. Courthouse
1 Courthouse Way
Boston, MA 02210

RE:   Photographic Illustrators Corporation v. The Gillette
      Company, United States District Court for the District
      of Massachusetts
      Civil Action No. 04-CV-10913-WGY

Dear Ms. Smith:

   On February 10, 2005, the parties began the deposition of Mr. Paul Picone. During the course of this deposition, Attorney Patrick Perkins, lead counsel for the Gillette Company ("Gillette"), became ill and needed medical attention. Attorney Perkins has not yet returned to work. As a result of this medical emergency, the parties have agreed to allow counsel for Gillette to continue and finish Mr. Picone's deposition outside the time period prescribed by the scheduling order. Currently, the parties have a deposition scheduled every business day for the week of February 21-25, 2005. Counsel for Gillette would like to schedule Mr. Picone's continued deposition for the first week of March. Discovery in this matter is set to close on February 25, 2005 pursuant to the Court's Order dated October 15, 2004.

# GELB & GELB LLP

Elizabeth F. Smith
February 18, 2005
Page 2

  The purpose of this letter is to inform the Court of the parties' agreement. The parties assume that they do not need to file a motion to amend the current scheduling order. If this is incorrect, please contact me as soon as possible to instruct me as to how the parties should proceed.

  Thank you for your assistance in this matter.

Sincerely,

Robert S. Messinger

RSM/kcb
cc (via facsimile-copy mailed):
  David Donahue, Esquire
  Michael A. Albert, Esquire
  Michael N. Rader, Esquire