UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-10913 WGY<br><br>**EXPEDITED CONSIDERATION REQUESTED PURSUANT TO LOCAL RULE 5.1(c)** |

## THE GILLETTE COMPANY'S MOTION TO COMPEL PLAINTIFF PHOTOGRAPHIC ILLUSTRATORS CORPORATION TO SUPPLEMENT ITS RESPONSES TO INTERROGATORIES

Defendant The Gillette Company ("Gillette") hereby moves to compel plaintiff Photographic Illustrators Corporation ("PIC") to supplement its responses to Interrogatories Nos. 1, 2, and 7

In further support of this motion, Gillette submits concurrently herewith Defendant's Memorandum of Law in Support of its Motion to Compel.

### LOCAL RULE 5.1(c) REQUEST FOR EXPEDITED CONSIDERATION

Pursuant to Local Rule 5.1(c), Gillette respectfully requests expedited consideration of this motion as the discovery period has just closed and Gillette is scheduled to complete the deposition of Plaintiff and of counterclaim defendant Paul Picone in the coming weeks.

March 1, 2005                            FROSS ZELNICK LEHRMAN & ZISSU, P.C.

                                                By:  /s/Patrick T. Perkins/
                                                     Patrick T. Perkins (Admitted *pro hac vice*)
                                                       David Donahue (Admitted *pro hac vice*)
                                        886 United Nations Plaza
                                        New York, New York 10017
                                        Ph: (212) 813-5900
                                        Fax: (212) 813-5901

GELB & GELB LLP

By: /s/Richard M. Gelb/
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Robert S. Messinger (BBO# 651396)
rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA 02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(a)(2) and 37.1**

I, Patrick T. Perkins, do hereby certify that on December 3 and 7, 2004, I communicated with Michael Albert, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rules 7.1(a)(2) and 37.1 to resolve or narrow the issues raised in this motion. By letter dated December 3, 2004, counsel for Gillette requested a discovery conference to address PIC's deficiencies in responding to Gillette's interrogatories. Counsel for PIC failed to agree to the request for a conference and no conference was held.

By: /s/Patrick T. Perkins/
Patrick T. Perkins (Admitted *pro hac vice*)

2