IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>   Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>   Defendant. | Civil Action No. 04-CV-10913-WGY |

**DECLARATION OF MICHAEL N. RADER ACCOMPANYING PIC'S
REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO FURTHER COMPEL
GILLETTE'S COMPLIANCE WITH THE COURT'S FEB. 1, 2005 ORDER,
TO HOLD GILLETTE IN CONTEMPT OF THAT ORDER
AND FOR APPROPRIATE RELIEF AND SANCTIONS**

Michael N. Rader states as follows:

1. I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2. The vast majority of PIC's documents responsive to Gillette's discovery requests in this case are found in "job folders" that PIC used in its work for Gillette. These job folders contain, among other things, paper documents, transparencies and Polaroids.

3. Gillette requested that the job folders and their contents be scanned, rather than copied.

4. PIC provided these materials to the copy vendor, which worked diligently on the scanning production throughout the month of January. The vendor provided the scanned materials to Gillette on CD, on a rolling basis throughout the month of January per Gillette's request. All told, PIC produced approximately a dozen boxes of material to Gillette in this manner.

- 2 -

    5.    Gillette has never before claimed that PIC's production was less than satisfactory.

    6.    Two boxes of job folders from PIC's early work for Gillette in the 1992-1995 time frame were recently located due to mis-filing at PIC. PIC immediately made these available to Gillette. Gillette's counsel requested that these be copied rather than scanned.

    7.    I was busy taking depositions of Gillette personnel on February 16, 17 and 18, and PIC's principal Paul Picone was out of town most of that week, but he and I went to Gillette on Monday, February 21, 2005 (despite that day being a President's Day) for a more thorough review of the documents that were produced for the first time on February 15, 2005.

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: <u>March 3, 2005</u>          <u>/s/ Michael N. Rader</u>
                                          Michael N. Rader