IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>       Defendant. | Civil Action No. 04-CV-10913-WGY |

**DECLARATION OF RYAN MCMANUS ACCOMPANYING PIC'S
REPLY IN SUPPORT OF ITS EMERGENCY MOTION TO FURTHER COMPEL
GILLETTE'S COMPLIANCE WITH THE COURT'S FEB. 1, 2005 ORDER,
TO HOLD GILLETTE IN CONTEMPT OF THAT ORDER
<u>AND FOR APPROPRIATE RELIEF AND SANCTIONS</u>**

Ryan McManus states as follows:

1. I am a paralegal with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2. During the week of February 21, 2005, I went to a conference room in Gillette's offices in the Prudential Building to review materials that Gillette had made available for inspection in this case.

3. In reviewing those materials, I counted the number of original transparencies, duplicate transparencies, slides and prints located in those files.

4. I was able to distinguish between original and duplicate transparencies based on the "notching" patterns on those transparencies, which were explained to me by Paul Picone.

5. I excluded certain transparencies from my count because Mr. Picone thought they might not be his images, based on the notching patterns they had.

6. The table below summarizes my findings. The table sets forth what I found in each file that I reviewed, and totals are provided in the bottom row. In total I counted 1,978 original transparencies, 1,263 duplicate transparencies, and 3,266 slides.

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| HH -- KMM30 B&W | 0 | 0 | 6 | 7 |
| HH -- KSM2 B&W | 0 | 6 | 3 | 6 |
| HH – KSM2 Granite | 0 | 6 | 25 | 0 |
| HH – KSM4 Vanilla | 0 | 13 | 29 | 0 |
| HH – KSM4 B&W | 0 | 1 | 10 | 4 |
| HH – KSM4 Chameleon | 0 | 8 | 25 | 0 |
| HH – KSM4 White | 0 | 7 | 0 | 0 |
| HH – KWF1 & 2 | 1 | 1 | 37 | 17 |
| HH – M810 | 0 | 0 | 9 | 12 |
| HH – M880 | 1 | 6 | 0 | 9 |
| HH – MP75 | 2 | 1 | 0 | 0 |
| HH – MP75 Open | 8 | 0 | 0 | 0 |
| HH – MP75 Top | 5 | 0 | 0 | 0 |
| HH – MP80 | 0 | 0 | 16 | 4 |
| HH – MPZ6 | 0 | 0 | 16 | 10 |
| MHR – 5414 Black | 0 | 9 | 18 | 0 |
| MHR – 5414 Green | 0 | 7 | 18 | 0 |
| MHR – 5414 Yellow | 0 | 9 | 21 | 0 |
| MHR – 5415 Black | 0 | 0 | 4 | 7 |
| MHR – 5415 Blue | 0 | 0 | 3 | 0 |
| MHR – 5416 Silver | 0 | 0 | 12 | 0 |
| MHR – 5520 | 0 | 0 | 18 | 14 |
| MHR – 5520 Package | 1 | 0 | 0 | 0 |
| MHR –5525 | 0 | 2 | 0 | 0 |
| MHR – 6515 | 0 | 4 | 23 | 0 |
| HH – MR440 HC | 0 | 3 | 30 | 0 |
| HH – MR550CA Speed | 0 | 0 | 1 | 0 |
| HH – MR550MCA | 0 | 4 | 25 | 0 |
| HH – MX 2000 White | 0 | 6 | 0 | 0 |
| HH – KF180 Black | 0 | 8 | 18 | 0 |
| HH—KF180 Granite | 0 | 3 | 27 | 0 |
| HH – KF180 White | 0 | 7 | 11 | 0 |
| HH – KF187 Black | 0 | 1 | 22 | 0 |
| HH – KF187 BLK W/Filter | 0 | 14 | 1 | 0 |
| HH – KF187 Chameleon | 0 | 0 | 24 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| HH – KF187 Vanilla | 0 | 7 | 14 | 0 |
| HH – KF187 White | 0 | 7 | 2 | 0 |
| HH – KF190 | 0 | 2 | 26 | 0 |
| HH – SUBZ | 0 | 0 | 1 | 0 |
| HH – All Vanilla | 0 | 0 | 3 | 0 |
| HH – Brewing System | 0 | 0 | 11 | 0 |
| HH – KF10 White | 0 | 5 | 13 | 3 |
| HH – KF12 Black | 0 | 0 | 4 | 0 |
| HH – KF12 W&B | 0 | 0 | 24 | 11 |
| HH – KF140 Black | 0 | 11 | 23 | 0 |
| HH – KF140 White | 0 | 8 | 15 | 0 |
| HH – KF145 Black | 1 | 14 | 24 | 0 |
| HH – KF145 White | 0 | 0 | 11 | 0 |
| HH – KF400 White | 1 | 8 | 28 | 0 |
| HH – KF420 B&W | 0 | 1 | 19 | 10 |
| HH – KF420 | 0 | 6 | 0 | 0 |
| HH – KF440 | 0 | 1 | 1 | 0 |
| HH – KFT16 | 0 | 1 | 28 | 0 |
| HH – KFT16 Attach | 0 | 5 | 24 | 0 |
| HH – KFT16 Exchange | 0 | 5 | 25 | 0 |
| MHR – 3610 Black | 0 | 1 | 7 | 0 |
| MHR – 3612 Black | 0 | 1 | 3 | 0 |
| MHR – 3615 | 0 | 0 | 25 | 0 |
| MHR – 5311 Black | 0 | 11 | 25 | 0 |
| MHR – 5005 | 0 | 2 | 10 | 0 |
| MHR – 5312 Black | 3 | 4 | 21 | 0 |
| HH – MX2050 Vanilla | 0 | 6 | 25 | 0 |
| HH – MX2050 White | 0 | 1 | 26 | 0 |
| HH – UGF4 | 0 | 5 | 14 | 0 |
| HH – UGSF4 | 0 | 1 | 18 | 0 |
| HH – UK100 | 0 | 0 | 1 | 0 |
| HH – WK200 | 0 | 7 | 50 | 0 |
| HH – Group Shot | 0 | 8 | 27 | 0 |
| HH – MPZ7 | 0 | 14 | 2 | 8 |
| HH – MPZ22 | 0 | 7 | 22 | 1 |
| HH – MR300 | 0 | 9 | 27 | 0 |
| HH – MR400 | 0 | 0 | 18 | 0 |
| HH – MR400 HC | 0 | 8 | 9 | 0 |
| HH – MR430 Vanilla | 0 | 11 | 37 | 0 |
| MHR – 350 Black | 0 | 11 | 48 | 37 |
| MHR – 370 Blue | 0 | 4 | 30 | 0 |
| HC – HS3 W/Cell | 0 | 2 | 22 | 0 |
| HC – HS3G | 0 | 0 | 1 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| MD15 | 6 | 8 | 24 | 0 |
| OC15525X | 0 | 3 | 22 | 0 |
| Oral Care – Trade Shows | 15 | 0 | 0 | 0 |
| D15525 | 11 | 7 | 8 | 0 |
| Oral Care Displays | 2 | 0 | 0 | 0 |
| D15525 w/graduated blue | 9 | 2 | 11 | 0 |
| OC 9525 | 1 | 0 | 0 | 0 |
| D7011 | 3 | 0 | 0 | 0 |
| D7022 | 6 | 0 | 0 | 0 |
| D7025 | 3 | 0 | 0 | 0 |
| D7525 | 2 | 0 | 0 | 0 |
| D7022/D7525 together on 1 slide | 2 | 0 | 0 | 0 |
| D7521K | 6 | 3 | 15 | 0 |
| Kids Shots in Use | 0 | 5 | 72 | 0 |
| D7 Features | 6 | 3 | 1 | 0 |
| D6011 | 6 | 3 | 0 | 0 |
| D9 Travel | 0 | 6 | 26 | 0 |
| D9011 | 0 | 0 | 0 | 0 |
| D9511 | 6 | 8 | 17 | 0 |
| D9521 | 2 | 0 | 23 | 0 |
| HH – KF400 Black | 0 | 9 | 31 | 0 |
| HC – BSI | 0 | 1 | 14 | 0 |
| HC – GCC3 | 0 | 2 | 14 | 1 |
| HC – GCC50 | 0 | 0 | 7 | 1 |
| HC – GCC50 W/Cell | 0 | 1 | 7 | 18 |
| HC – GCC90 | 0 | 1 | 16 | 0 |
| HC – GCC90 W/Cell | 0 | 3 | 20 | 0 |
| HC – HS3 | 1 | 1 | 4 | 0 |
| Unmarked brown folder at front of Box 4 | 9 | 0 | 0 | 1 |
| Unmarked brown folder at front of Box 4 | 2 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 5 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 2 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 2 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 3 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 5 | 0 | 0 | 0 |
| Unmarked brown folder at | 1 | 1 | 0 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| front of Box 4 | | | | |
| Unmarked brown folder at front of Box 4 | 1 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 8 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 1 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 1 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 1 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 3 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 4 | 0 | 0 | 0 |
| Unmarked brown folder at front of Box 4 | 3 | 0 | 0 | 0 |
| WHR – Silk Epil in Use | 0 | 0 | 9 | 0 |
| Misc – Braun Seal | 0 | 0 | 4 | 0 |
| Misc – Sports Ill. | 0 | 0 | 14 | 0 |
| Misc – Sony Watchman | 0 | 0 | 9 | 0 |
| Unmarked blue folder | 0 | 0 | 15 | 0 |
| Prof-Pro-1 | 0 | 1 | 25 | 0 |
| Prof-Pro-1 & Pro-LT | 0 | 0 | 17 | 0 |
| Prof-Pro-1 | 0 | 1 | 22 | 0 |
| Prof-Probe Cover 1 | 0 | 1 | 24 | 0 |
| Prof-Probe Cover 2 | 0 | 2 | 26 | 0 |
| Prof-Pro3000 | 0 | 4 | 20 | 0 |
| Prof – Timmy Clock | 1 | 0 | 0 | 0 |
| WHR – EE1570 | 0 | 11 | 24 | 0 |
| WHR – EE1670 | 0 | 14 | 20 | 0 |
| WHR – EF20 | 0 | 11 | 23 | 0 |
| WHR – ER1270 | 0 | 10 | 12 | 0 |
| WHR – ER1373 | 0 | 7 | 27 | 0 |
| WHR – ER 1373 Purple | 0 | 10 | 9 | 0 |
| PDA – IRT3520 Counter | 1 | 8 | 27 | 0 |
| PDA – IRT3520 Floor | 0 | 7 | 26 | 0 |
| PDA – IRT 3520 Package | 0 | 5 | 19 | 0 |
| PDA – IRT 3520 W/Teddy | 1 | 0 | 0 | 0 |
| PDA – IRT3520 Wing | 0 | 8 | 21 | 0 |
| PDA – LF30 Package | 1 | 5 | 24 | 0 |
| PDA – Timmy Crib | 0 | 4 | 15 | 0 |
| WHR – EE1070 | 0 | 8 | 17 | 0 |
| WHR – EE1170 | 0 | 8 | 18 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| OC – EB153 W/Case | 1 | 0 | 0 | 0 |
| OC – EB154 | 1 | 0 | 0 | 0 |
| OC – EB156 | 1 | 0 | 0 | 0 |
| OC – MD15 | 1 | 0 | 0 | 0 |
| OC – OC15525/X | 1 | 0 | 0 | 0 |
| PDA – BP1500X | 0 | 7 | 19 | 0 |
| PDA – BP1500X Front | 0 | 6 | 16 | 0 |
| PDA – HM4 W/Holder | 0 | 0 | 1 | 0 |
| PDA – HM4 W/Packaging | 0 | 1 | 0 | 0 |
| PDA – IRT 3020 | 0 | 6 | 25 | 0 |
| PDA – IRT 3020 W/Case | 0 | 6 | 26 | 0 |
| PDA – IRT 3020 In Use | 0 | 5 | 19 | 0 |
| PDA – IRT 3520 | 1 | 5 | 36 | 3 |
| MHR – 7570 Package | 1 | 26 | 0 | 0 |
| MHR – CCR2 Package | 1 | 26 | 0 | 0 |
| MHR – EP100 | 1 | 9 | 49 | 0 |
| MHR – Male Chin | 0 | 0 | 1 | 0 |
| MHR – PSB 746 W/Pkg | 0 | 0 | 7 | 0 |
| MHR – Trade Show | 6 | 1 | 0 | 0 |
| OC – D15 TRL Case | 1 | 0 | 0 | 0 |
| OC – D15511 | 0 | 1 | 0 | 0 |
| OC – D9 In Hand | 0 | 0 | 35 | 9 |
| OC – D9 Travel Case | 1 | 0 | 0 | 0 |
| OC – D9011 | 0 | 0 | 1 | 0 |
| OC – EB151 | 1 | 0 | 0 | 0 |
| OC – EB152 | 1 | 0 | 0 | 0 |
| OC – EB153 | 1 | 0 | 0 | 0 |
| Braun National Sales Meeting, Candid Soundtrack, Multi Image Presentation; July 23, 1997; | 0 | 0 | 0 | 0 |
| MHR – 7505 Package | 1 | 24 | 0 | 0 |
| MHR – 7526 Package | 1 | 24 | 0 | 0 |
| Shaver 7526 Europe | 0 | 13 | 0 | 0 |
| Shaver 7526 Europe | 0 | 14 | 0 | 0 |
| MHR – 7546 Package | 1 | 25 | 0 | 0 |
| MHR – 7570 | 0 | 37 | 0 | 0 |
| Unmarked yellow folder in box 1 | 11 | 0 | 0 | 0 |
| 97 Holiday | 31 | 0 | 21 | 1 |
| Battery Displays/Wing | 11 | 0 | 1 | 0 |
| 5005 | 24 | 1 | 0 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| 350 | 8 | 0 | 0 | 0 |
| 5414 | 1 | 0 | 0 | 0 |
| 5416 | 3 | 0 | 0 | 0 |
| 6550 | 9 | 1 | 2 | 0 |
| 6520 | 3 | 0 | 0 | 0 |
| Unmarked yellow folder | 3 | 1 | 0 | 0 |
| Unmarked yellow folder | 12 | 0 | 1 | 0 |
| Unmarked yellow folder | 1 | 1 | 0 | 0 |
| GCS5/GCS70 | 7 | 7 | 20 | 0 |
| HS3 | 0 | 0 | 1 | 0 |
| HS2 | 0 | 1 | 8 | 0 |
| HS1Plus | 1 | 1 | 0 | 0 |
| DFB5/DFB7 | 17 | 0 | 11 | 0 |
| SVTwist features | 0 | 0 | 0 | 0 |
| Supervolume features | 7 | 7 | 16 | 0 |
| Unmarked brown folder at back of box 6 | 14 | 0 | 0 | 0 |
| Unmarked brown folder at back of box 6 | 2 | 0 | 0 | 0 |
| Unmarked brown folder at back of box 6 | 3 | 0 | 0 | 0 |
| Unmarked brown folder at back of box 6 | 4 | 0 | 0 | 0 |
| Unmarked brown folder at back of box 6 | 10 | 0 | 0 | 0 |
| Unmarked brown folder at back of box 6 | 4 | 0 | 1 | 0 |
| Unmarked brown folder at back of box 6 | 7 | 0 | 0 | 0 |
| D9 Features | 19 | 14 | 36 | 0 |
| Floss-Ultra, Wax | 20 | 1 | 0 | 0 |
| Loose in green folder on floor | 5 | 8 | 2 | 1 |
| Ultra Brushhead on Teeth | 0 | 0 | 14 | 0 |
| Ultra "Spinning" Brushhead | 0 | 0 | 7 | 0 |
| Ultra Power Tip Brushhead | 0 | 0 | 17 | 0 |
| Ultra "Micro Foam" | 0 | 0 | 9 | 0 |
| Ultra "Whisking Away Plaque" | 0 | 0 | 7 | 0 |
| Ultra Indicator Brushhead | 0 | 1 | 0 | 0 |
| Loose in green file on floor | 11 | 4 | 3 | 0 |
| OC9525 | 19 | 5 | 28 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| OC15 | 1 | 0 | 0 | 0 |
| Interclean Spinning filament | 1 | 0 | 18 | 0 |
| IR2-50 | 4 | 0 | 0 | 0 |
| IR2-40 | 0 | 9 | 27 | 0 |
| IR2-25 | 10 | 7 | 36 | 0 |
| ID2 Features | 26 | 0 | 5 | 0 |
| ID Features | 3 | 2 | 1 | 0 |
| ID2025T | 4 | 4 | 9 | 0 |
| ID2025 | 1 | 6 | 12 | 0 |
| ID2021 | 0 | 4 | 5 | 0 |
| IC2522 | 6 | 0 | 29 | 0 |
| D15 Travel | 0 | 5 | 25 | 0 |
| D15 (Whole Pkg.) | 35 | 0 | 0 | 0 |
| D15525X | 5 | 4 | 13 | 0 |
| D15 | 0 | 0 | 0 | 3 |
| d15 Inset Shots | 0 | 5 | 59 | 0 |
| D15 Features | 23 | 0 | 0 | 0 |
| D15511 | 1 | 1 | 24 | 1 |
| D9 Brush Head | 0 | 0 | 46 | 11 |
| Loose in green folder on the floor | 1 | 8 | 1 | 0 |
| FS20 (steamer) | 5 | 0 | 0 | 0 |
| Kitchen Scale (bonus only) | 7 | 0 | 0 | 0 |
| Household Beauty Shots (loose in folder) | 8 | 0 | 0 | 0 |
| MR400/Colors | 50 | 0 | 0 | 0 |
| Facelift KF145 | 33 | 9 | 0 | 0 |
| Facelift KF157 | 1 | 0 | 0 | 0 |
| Facelift KF140 | 0 | 0 | 0 | 0 |
| Unmarked bright green folder on the floor | 25 | 27 | 5 | 1 |
| Unmarked red folder on the floor | 15 | 5 | 0 | 0 |
| Unmarked green folder on floor | 46 | 1 | 0 | 0 |
| KF152 | 5 | 0 | 0 | 0 |
| KF400 | 2 | 1 | 0 | 0 |
| KF10/KF12 | 10 | 0 | 0 | 0 |
| KF420 | 3 | 3 | 0 | 0 |
| KF140 | 28 | 0 | 0 | 0 |
| KF145 | 29 | 0 | 0 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| KF157 | 3 | 0 | 0 | 0 |
| KF170 | 6 | 0 | 1 | 0 |
| KF180 | 10 | 1 | 0 | 0 |
| KF185 | 13 | 0 | 0 | 0 |
| KFT16 | 11 | 0 | 0 | 0 |
| KSM2/Colors | 7 | 0 | 0 | 0 |
| Unmarked bright green folder on floor (loose in folder) | 22 | 0 | 0 | 0 |
| KF187/Colors | 27 | 0 | 0 | 0 |
| Facelift KF187 | 3 | 1 | 0 | 0 |
| Facelift KF180 | 2 | 0 | 0 | 0 |
| KF180 Colors | 0 | 12 | 0 | 0 |
| Facelift Features | 39 | 3 | 0 | 0 |
| WK 200 | 0 | 3 | 0 | 0 |
| KS2 Vanilla | 0 | 3 | 0 | 0 |
| MR430 HC Vanilla | 0 | 2 | 0 | 0 |
| KSM4 Colors | 0 | 11 | 0 | 0 |
| KF187 Colors | 0 | 12 | 0 | 0 |
| MX2000 | 0 | 1 | 0 | 0 |
| KF190 | 2 | 0 | 0 | 0 |
| MX2050 | 0 | 1 | 0 | 0 |
| Braun Oral-B Competitive | 17 | 0 | 0 | 0 |
| Braun Oral-B Special Packs | 3 | 0 | 0 | 0 |
| Unmarked green folder on floor (loose in folder) | 0 | 0 | 3 | 0 |
| D9525 w/bonus on top | 6 | 6 | 30 | 0 |
| D9525 | 3 | 5 | 22 | 0 |
| D9525 Deluxe | 8 | 4 | 26 | 0 |
| D9525 W/Handle | 2 | 5 | 23 | 0 |
| EBI9/EBI9-3 | 4 | 2 | 0 | 0 |
| EBI9-2/EBI9-4 | 13 | 0 | 0 | 0 |
| EB15-6 | 2 | 8 | 19 | 0 |
| EB15-4 | 0 | 4 | 20 | 0 |
| EB15-3 w/travel case | 0 | 5 | 19 | 0 |
| EB15-3 w/parker pen acct specific | 0 | 6 | 28 | 0 |
| EB15-3 Extra Soft | 0 | 7 | 18 | 0 |
| EB15-2 | 0 | 4 | 20 | 1 |
| EB15-1 | 0 | 4 | 16 | 0 |
| EB15-1/3 | 3 | 8 | 1 | 0 |
| EB15 Brushhead Features | 9 | 4 | 0 | 0 |

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| MHR – 6550 Gold | 0 | 0 | 21 | 0 |
| MHR – 6550 | 0 | 0 | 20 | 0 |
| MHR -6525 | 0 | 0 | 27 | 0 |
| MHR – 6520 | 0 | 0 | 26 | 0 |
| MHR – 2540 Blue | 0 | 0 | 22 | 0 |
| Clocks | 92 | 3 | 0 | 0 |
| Household – Trade Shows | 38 | 2 | 0 | 0 |
| 2 ¼ Lifestyle Shots 1998 Catalog –OVB | 6 | 0 | 0 | 0 |
| MHR – 150 Black | 0 | 0 | 16 | 0 |
| KF157B "Facelift" | 0 | 5 | 28 | 0 |
| KF157 | 0 | 2 | 0 | 17 |
| Envelope labeled PV iron dupes – for rep's use | 0 | 27 | 0 | 0 |
| PV2550 | 12 | 0 | 0 | 0 |
| PV2250 | 3 | 0 | 0 | 0 |
| PV2512 | 3 | 0 | 0 | 0 |
| Paper Filters | 5 | 0 | 0 | 0 |
| Screen Filters | 4 | 0 | 0 | 0 |
| KSM2/KSM4 | 17 | 0 | 1 | 0 |
| KMM 30 | 12 | 2 | 0 | 0 |
| Coffee Displays | 12 | 0 | 1 | 0 |
| KFK Carafes | 12 | 0 | 0 | 0 |
| Water Filters | 12 | 0 | 61 | 0 |
| MR550MCA | 12 | 3 | 0 | 0 |
| KFT16 Features | 3 | 1 | 0 | 0 |
| 8x10 Coffee | 18 | 0 | 0 | 0 |
| MR400 | 7 | 0 | 0 | 0 |
| KF187 | 16 | 0 | 0 | 0 |
| Flavor Select Features | 13 | 6 | 0 | 0 |
| MR400 Features | 17 | 0 | 0 | 0 |
| MR430HC | 3 | 0 | 0 | 0 |
| Unmarked green folder (loose in folder) | 20 | 0 | 0 | 0 |
| Envelop labeled "Carla" in box with binders | 89 | 28 | 24 | 0 |
| Binder labeled "Hair Care, Silk Epil | 125 | 14 | 0 | 0 |
| Binder Labeled "Braun Shaving Products (Transparencies/Pictures) | 69 | 17 | 0 | 0 |
| Binder  Labeled "Braun | 47 | 58 | 3 | 2 |

- 10 -

| File/Binder | Original Transparencies | Duplicate Transparencies | Slides | Prints |
|---|---|---|---|---|
| Household Products (Transparencies/Pictures)" | | | | |
| Binder Labeled "Gillette Chrome Directory 2001 Catalog | 94 | 61 | 0 | 0 |
| Binder Labeled "Braun Booth NHMA '2000 | 0 | 0 | 0 | 0 |
| Binder Labeled "Shavers | 159 | 10 | 0 | 0 |
| **Totals** | **1978** | **1263** | **3266** | **231** |

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: <u>March 3, 2005</u>            <u>/s/ Ryan McManus            </u>
                                        Ryan McManus