```
                                                                  1


 1                  UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS
 2
                                              Civil Action
 3                                            No. 04-10913-WGY

 4
     * * * * * * * * * * * * * * * *
 5   PHOTOGRAPHIC ILLUSTRATORS        *
     CORPORATION,                     *
 6                                    *
             Plaintiff,               *
 7                                    *
     v.                               *  MOTION HEARING
 8                                    *
     THE GILLETTE COMPANY,            *
 9                                    *
             Defendant.               *
10   * * * * * * * * * * * * * * * *

11
                 BEFORE:  The Honorable William G. Young,
12                        District Judge


13

14   APPEARANCES:

15
             WOLF, GREENFIELD & SACKS, PC (By Michael A.
16      Albert, Esq. and Michael N. Rader, Esq.), 600
        Atlantic Avenue, Boston, Massachusetts 02210, on
17      behalf of the Plaintiff


18
             GELB & GELB LLP (By Richard M. Gelb, Esq.),
19      20 Custom House Street, Boston, Massachusetts
        02110
20         - and -
             FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By
21      Patrick Perkins, Esq.), 886 United Nations Plaza,
        New York, New York 10017, on behalf of the
22      Defendant


23

24                                    Boston University School of Law
                                      Boston, Massachusetts
25
                                      March 3, 2005
```