IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | Civil Action No. 04-CV-10913-WGY |

## PLAINTIFF'S SECOND SET OF INTERROGATORIES TO GILLETTE

Pursuant to Fed. R. Civ. P. 33, Plaintiff Photographic Illustrators Corporation ("PIC") requests that Defendant, The Gillette Company ("Gillette"), answer the following interrogatories within thirty (30) days.

## DEFINITIONS AND INSTRUCTIONS

The definitions and instructions set forth in Plaintiff's First Set of Interrogatories to Gillette are incorporated by reference. Particular attention is drawn to the definitions provided in D. Mass. Local Rule 26.5 for "document," "identify" and "state the basis."

## INTERROGATORIES

24. State the gross revenue, costs, and profits for every product that Gillette advertised or marketed with images provided by PIC. Your answer should be broken down by year and product.

25. State Gillette's advertising expenditures associated with every product that Gillette advertised or marketed with images provided by PIC. Your answer should be broken down by year and product.

26. Itemize all sales of Gillette products that occurred at or resulted from trade shows where Gillette's displays included images provided by PIC.

27. Identify all documents, including without limitation market studies, consultant reports, memoranda, email messages, or other documents relating to the effectiveness of Gillette's advertising, trade shows, point-of-sale displays or product packaging.

28. State the basis for each of the Affirmative Defenses set forth in Gillette's Amended Answer filed November 15, 2004, in detail sufficient to permit the Court to rule on a motion for summary judgment thereon.

29. State the basis for each of Gillette's Counterclaims filed November 15, 2004 in detail sufficient to permit the Court to rule on a motion for summary judgment thereon.

30. Identify every laboratory that Gillette has hired to duplicate or reproduce photographic images for advertising or marketing its products in the past ten (10) years, and identify those laboratories that have duplicated or reproduced images provided to Gillette by PIC, stating in addition for each such laboratory the name or names of the contact person or persons with whom Gillette has communicated regarding such copies.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORPORATION,

By its counsel,

Dated: November 22, 2004

Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
Tel: (617) 646-8000