**Kessel, Adam**

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Friday, December 17, 2004 3:19 PM |
| **To:** | 'David Donahue'; Albert, Michael |
| **Cc:** | Patrick Perkins; rgelb@gelbgelb.com; Kessel, Adam |
| **Subject:** | RE: PIC v. Gillette |

David,

In light of Patrick's vacation, we will consent to the requested extention.  Although the case is on a tight timeline, and we will need to keep things moving, we endeavor to be reasonable about such requests, with the expectation that you will extend the same courtesy to us.

On another discovery issue, Merrill is currently scanning all of Gillette's most recent production for us.  We have only requested the materials on CD and not in hardcopy.  We propose to provide you with a copy of the CD of Gillette's scanned and Bates-labeled materials if you will reciprocate with respect to PIC's production.  Please let me know if this is acceptable.

In catching up from my own vacation, I understand that there is some outstanding correspondence concerning other discovery matters and plan to review that and be in touch about it next week.

Best regards,

Mike Rader

-----Original Message-----
From: David Donahue [mailto:ddonahue@frosszelnick.com]
Sent: Thursday, December 16, 2004 6:13 PM
To: Albert, Michael
Cc: Patrick Perkins; rgelb@gelbgelb.com; Kessel, Adam; Rader, Michael
Subject: PIC v. Gillette

Michael,

Patrick Perkins is out of the country and will not be back until Monday.  In view of his absence from the office, we request the courtesy of a one-week extension of time to provide written responses to PIC's second set of discovery responses (i.e., to Wednesday, December 29, 2004).

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901

****************************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected from disclosure.  Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you think that you have received this E-mail message in error, please reply to the sender.
****************************************************************************************************