## Kessel, Adam

| | |
|---|---|
| **From:** | Albert, Michael |
| **Sent:** | Wednesday, March 09, 2005 5:27 PM |
| **To:** | 'Patrick Perkins' |
| **Cc:** | Rader, Michael; Kessel, Adam |
| **Subject:** | Gillette Interrogatory Responses |

Dear Patrick,

One small point and one larger one regarding Gillette's interrogatory answers.

First of all, Gillette's third responses to interrogatories were not accompanied by any verification. Please confirm that you will provide properly verified responses shortly. It will be important for us to be able to inquire about these responses (and the prior responses) at Gillette's 30(b)(6) deposition, and we need to know who stands behind them (as indeed the rules require).

Second, in response to PIC's Interrogatories Nos. 28 and 29, which request that Gillette "state the basis" (as defined in the Local Rules) for its affirmative defenses and counterclaims, Gillette has thus far given no response whatsoever. While there are other interrogatories that PIC feels have not been adequately answered either (as to which we do not waive PIC's rights), PIC is concerned in particular about Gillette's failure to respond to these interrogatories which could prevent a meaningful hearing on Gillette's affirmative defenses and counterclaims at the summary judgment stage, which as you know is approaching very shortly.

Although we disagree with your method for counting interrogatories, and without waiver of that position, we note that you have in any event offered to respond to seven subparts of interrogatories 28 through 30, counting each affirmative defense and counterclaim as a separate subpart. Accordingly, we request that you state the basis (as defined in Local Rule 26.5(C)(8)) for your second, third, sixth, seventh, eighth, and tenth affirmative defenses.

Please confirm by the close of business tomorrow whether Gillette will adhere to your offer to state the basis for at least these seven affirmative defenses, and whether these responses will be provided within seven days, so that we can avoid further motion practice on this subject.

Regards,

Michael


**Michael A. Albert**
malbert@wolfgreenfield.com
direct dial 617.573.7840
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.720.3500  |  617.720.2441 fax

3/23/2005

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

3/23/2005