IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>Defendant. | Civil Action No. 04-10913 WGY |

## DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSIONS

Pursuant to Federal Rule of Civil Procedure 36, Defendant The Gillette Company ("Gillette"), for its responses to the First Requests For Admission To Gillette (the "First Requests") of Plaintiff Photographic Illustrators Corporation ("PIC") states as follows:

### GENERAL OBJECTIONS

A.  Defendant makes these objections and responses without waiving any right or privilege to object to the introduction in evidence, in this or any other action or proceeding, or any admission hereunder, upon any grounds.

B.  All responses below are made pursuant to Defendant's interpretation of each request, and these responses are submitted without limiting the evidence upon which Defendant may rely upon a different interpretation, Defendant specifically reserves the right to supplement these responses and objections at any time after Defendant has been notified of such different interpretation.

**RESPONSE:**

Lack sufficient information or knowledge to respond. Defendant has made reasonable inquiry and the information known or readily available to Defendant regarding the subject matter of the Request is insufficient to enable Defendant to admit or deny. PIC provided photographs to Gillette for over twelve years for a broad range of uses. During the time Gillette obtained photographs from PIC, it did not keep track of the actual uses of photographs provided by PIC to Gillette or to whom they were sent. Due to the passage of time and the above facts, Gillette can neither admit nor deny the request.

132. Admit that you publish catalogs in Spanish.

**RESPONSE:**

Gillette's investigation of this Request is ongoing. Consistent with the Court's Order of March 3, 2005, Gillette will have completed its investigation of whether Gillette publishes catalogs in Spanish by no later than March 13, 2005 and will supplement its response hereto at that time.

133. Admit that you publish catalogs in languages other than English and Spanish.

**RESPONSE:**

Gillette's investigation of this Request is ongoing. Consistent with the Court's Order of March 3, 2005, Gillette will have completed its investigation of whether Gillette publishes catalogs in languages other than English by no later than March 13, 2005 and will supplement its response hereto at that time.

134. Admit that you distribute catalogs outside the United States.

**RESPONSE**:

Gillette's investigation of this Request is ongoing. Consistent with the Court's Order of March 3, 2005, Gillette will have completed its investigation of whether Gillette distributes catalogs outside the United States by no later than March 13, 2005 and will supplement its response hereto at that time.

135.  Admit that you have used at least one Photograph, that had been provided to you by PIC, in a Spanish-language catalog.

**RESPONSE**:

Gillette's investigation of this Request is ongoing. Consistent with the Court's Order of March 3, 2005, Gillette will have completed its investigation of whether Gillette has used any Photograph provided by PIC in a Spanish language catalog by no later than March 13, 2005 and will supplement its response hereto at that time.

136.  Admit that you have used at least one Photograph, that had been provided to you by PIC, in a catalog distributed outside the United States.

**RESPONSE**:

Gillette's investigation of this Request is ongoing. Consistent with the Court's Order of March 3, 2005, Gillette will have completed its investigation of whether Gillette has used any Photograph provided by PIC in a catalog distributed outside the United States by no later than March 13, 2005 and will supplement its response hereto at that time.

137.  Admit that the Photograph of a toothbrush on the cover of the 2001 Braun Product Catalog was provided to you by PIC.

March 4, 2005                        FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
    Patrick T. Perkins (Admitted *pro hac vice*)
    David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

GELB & GELB LLP
Richard M. Gelb (BBO#188240)
Robert S. Messinger (BBO# 651396)
20 Custom House Street
Boston, MA 02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing DEFENDANT'S RESPONSES TO PLAINTIFF'S SECOND SET OF REQUESTS FOR ADMISSIONS was served by regular mail, on March 4, 2005, to Michael A. Albert, Esq., Wolf, Greenfield & Sacks, P.C., 600 Atlantic Avenue, Boston, MA 02210, counsel for Plaintiff Photographic Illustrators Corp..

_____
Patrick Perkins