IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | Civil Action No. 04-CV-10913-WGY |

**NOTICE OF DEPOSITION**

Please take notice that Plaintiff Photographic Illustrators Corp. ("PIC") will take the deposition of Defendant The Gillette Company ("Gillette") on Wednesday, February 23, 2005 at the offices of Wolf. Greenfield & Sacks, 600 Atlantic Ave., Boston, MA 02210. The deposition will begin at 9:00 am, and will continue from day to day until complete. The deposition will be recorded by stenographic and/or videographic means. You are invited to attend.

Pursuant to Fed. R. Civ. P. 30(b)(6), Gillette is required to designate consenting persons to testify on its behalf on the subjects listed in the attached Schedule A. PIC reserves its right to supplement Schedule A.

|  |  |
|---|---|
|  | PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>By its counsel, |
| Dated: February 3, 2005 | _____<br>Michael A. Albert, BBO #558566<br>malbert@wolfgreenfield.com<br>Michael N. Rader, BBO # 646990<br>mrader@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Ave.<br>Boston, MA 02210<br>(617) 646-8000 |

<u>SCHEDULE A</u>

Definition: As used in this Schedule A, "Gillette" means The Gillette Company and all of its divisions and affiliates, including without limitation Braun, Oral-B and Duracell.

1. Each of the orders for photographic services that Gillette placed with PIC.

2. Gillette's use of PIC's photographic materials in its web sites, catalogs, product guides, product sheets, product packaging, point-of-purchase displays and trade show displays.

3. Gillette's storage of, and records related to, its web sites, catalogs, product guides, product sheets, product packaging, point-of-purchase displays and trade show displays.

4. Gillette's copying and distribution of its catalogs, product guides, product sheets, product packaging and point-of-purchase displays.

5. Gillette's storage of PIC's tangible photographic materials (e.g., prints, negatives, transparencies) and electronic photographic materials (e.g., digital images).

6. Gillette's tracking of its use of PIC's photographic materials.

7. Gillette's business dealings with product photographers, including the terms under which it licenses or acquires photographic materials from product photographers and its system, if any, for tracking use of those materials.

8. Gillette's return of some photographic materials to PIC and its decision not to return other photographic materials to PIC.

9. Gillette's document retention policy.

10. Gillette's advertising of its products in countries other than the United States.

11. Gillette's non-English language catalogs and other marketing materials.

12. Gillette's receipt and processing of PIC's invoices.

13. Gillette's use of third party laboratories, including but not limited to Advanced Photographics, Inc., to duplicate PIC's photographic materials.

14. Gillette's transmission of PIC's photographic materials to third parties including Gillette's customers.

15. The projects that PIC did for Gillette in Spring 2004.

16. Gillette's decision not to pay PIC for the projects that PIC did for Gillette in Spring 2004.

17. The factual basis for Gillette's counterclaims in this action.

18. Gillette's responses to PIC's discovery requests in this action.

19. Gillette's maintenance of its web sites, including the storage of archival copies of those web sites.

20. Gillette's computer system and backup policies and systems, including for electronic mail.

21. Gillette's filing of copyright applications.

22. Gillette's creation of promotional items such as cups, mugs, t-shirts, pens and posters.

23. Gillette's decision whether or not to display PIC's copyright notice when displaying PIC's images.

24. Gillette's internal investigation(s) of PIC's claims.

25. Gillette's advertising and marketing strategy.

26. Gillette's advertising and marketing budget.

27. Gillette's gross revenue, cost (including advertising expenditures) and profit for each of the products identified in the accompanying report labeled "Product/Job Report."

28. Gillette's understanding of the impact of advertising (including without limitation its web sites, catalogs, product guides, product sheets, product packaging, point-of-purchase displays and trade show display) on sales, revenues and profits.

29. Gillette's internal assessments, and assessments from outside consultants or others, regarding the impact of advertising (including without limitation its web sites, catalogs, product guides, product sheets, product packaging, point-of-purchase displays and trade show display) on sales, revenues and profits.