# FROSS ZELNICK LEHRMAN & ZISSU, P.C.

RONALD J. LEHRMAN
DAVID WEILD III
STEPHEN BIGGER
ROGER L. ZISSU
MARIE V. DRISCOLL
RICHARD Z. LEHV
DAVID W. EHRLICH
SUSAN UPTON DOUGLASS
JANET L. HOFFMAN
PETER J. SILVERMAN
LAWRENCE ELI APOLZON
BARBARA A. SOLOMON
LISA PEARSON
MARK D. ENGELMANN
NADINE H. JACOBSON
ANDREW N. FREDBECK
GEORGES NAHITCHEVANSKY
CRAIG S. MENDE
PATRICK T. PERKINS
J. ALLISON STRICKLAND
JOHN P. MARGIOTTA
MARIA A. SCUNGIO

866 UNITED NATIONS PLAZA
AT FIRST AVENUE & 48TH STREET
NEW YORK, N. Y. 10017

TELEPHONE: (212) 813-5900
FACSIMILE: (212) 813-5901
E-MAIL: fzlz@frosszelnick.com

JAMES D. SILBERSTEIN
RUTH E. LAZAR
JOYCE M. FERRARO
PHILIP T. SHANNON
MICHELLE P. FOXMAN
   COUNSEL

ROBERT A. BECKER
TAMAR NIV BESSINGER
ANGELA KIM
LYDIA T. GOBENA
MICHAEL CHIAPPETTA
EVAN GOURVITZ
CARLOS CUCURELLA
NANCY C. DICONZA
ZOE HILDEN
LAUREN J. MANDELL
JAMES D. WEINBERGER
JASON M. VOGEL
DAVID I. GREENBAUM
DAVID DONAHUE
CHARLOTTA MEDER
MELISSA A. ANTONECCHIA
NANCY SABARRA
LAURA POPP-ROSENBERG
IRENE SEGAL AYERS*
CARA BOYLE
JOHN M. GALLACHER

*ADMITTED IN OH. ONLY

February 15, 2005

**VIA E-MAIL**

Michael A. Albert, Esq.
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206

   Re: *Photographic Illustrators Corp. v. The Gillette Co.* – Notice of Deposition of Gillette pursuant to Fed. R. Civ. P. 30(b)(6) (Our Ref.: GLTC USA TC-04/20298)

Dear Michael:

  Reference is made to the prior correspondence between you and Patrick Perkins concerning PIC's notice of deposition of Gillette pursuant to Rule 30(b)(6). As Patrick explained to you in prior correspondence, it is Gillette's position that you already have noticed the depositions of the Gillette witnesses who are qualified to testify on Gillette's behalf concerning the majority of the relevant topics listed in Schedule A. The purpose of this letter is to clarify which witnesses will testify about which topics, and to note Gillette objections to various topics included in Schedule A to the Notice of Deposition.

**Category 1**

  It is not possible for Gillette to produce a witness or witnesses who are knowledgeable about each of the orders for photographic services that Gillette placed with PIC over the 12 year period that your client claims is at issue in this lawsuit. Many, if not most of the Gillette employees who placed and/or supervised orders with PIC on Gillette's behalf no longer are employed by Gillette. You already have noticed the depositions of Jill Josephson, Brenda Tattan, Beth Cooper, Linda Mallette, and Karen Mullen, presumably because you believe these individuals had the most significant dealings with Gillette. They will be prepared to testify on

Michael A. Albert, Esq.
February 14, 2005
Page 2


Gillette's behalf concerning the specific job numbers on which they worked with PIC, as well as PIC's business relationship with Gillette in general.

**Category 2**

    Linda Mallette will be prepared to testify on Gillette's behalf regarding the use of PIC's photographs materials on its websites.  Jill Josephson, Brenda Tattan, Beth Cooper, and Karen Mullen will be available to testify at their depositions about the remaining subtopics within this category.

**Category 3**

    This category is incredibly overbroad in scope, as it is not limited to the issues relevant to this lawsuit.  Assuming, however, that you are seeking information concerning Gillette's storage of materials that may have included photographs provided by PIC, Jill Josephson, Brenda Tattan, Beth Cooper, Linda Mallette, and Karen Mullen will be prepared to testify at their depositions concerning this category.

**Category 4**

    Again, this is an incredibly overbroad topic.  To the extent that this topic encompasses issues relevant to this lawsuit, Jill Josephson, Brenda Tattan, Beth Cooper, Linda Mallette and Karen Mullen will be prepared to testify at their depositions concerning this category.

**Category 5**

    Jill Josephson, Brenda Tattan, Beth Cooper, Linda Mallette and Karen Mullen will be prepared to testify at their depositions concerning this category.

**Category 6**

    See response to Category 5 above.

**Category 7**

    See response to Category 5 above.

**Category 8**

    This category requests information that is protected under the attorney client privilege and work product doctrine.  Accordingly, Gillette is not required to produce any witness in response thereto.

Michael A. Albert, Esq.
February 14, 2005
Page 3

**Category 9**

Presumably you are requesting information here concerning document retention in the business divisions with which PIC conducted business. To the extent you are seeking information relevant to this lawsuit that is not within the knowledge of the witnesses already noticed for deposition, Gillette will produce an additional witness.

**Category 10**

Images provided by PIC to Gillette were not used for "advertising" as that term is generally understood. Accordingly, this category requests information not relevant to this lawsuit and Gillette is not required to produce any witness to testify concerning this category.

**Category 11**

As you know, Gillette is an international company, which advertises all over the world. Gillette advises us that each region conducts its own advertising and marketing. We still are investigating whether there is a local Gillette representative who has responsibility and/or knowledge about this category.

**Category 12**

See response to Category 5 above.

**Category 13**

Jill Josephson, Brenda Tattan, Karen Mullen, Beth Cooper, and Nancy Dwyer will be available to testify at their depositions generally about Gillette's use of third party laboratories to duplicate photographic materials.

**Category 14**

See response to Category No. 5 above.

**Category 15**

Beth Cooper will be prepared to discuss the Spring 2004 projects at her deposition.

**Category 16**

This category requests information protected under the attorney-client privilege and work product doctrine. Accordingly, Gillette is not required to produce any witness to testify concerning this category. However, Beth Cooper will be prepared to testify as to the reason why Gillette believed that PIC overcharged Gillette for the Spring 2004 Projects.

Michael A. Albert, Esq.
February 14, 2005
Page 4

**Category 17**

Beth Cooper will be prepared to testify on Gillette's behalf concerning Gillette's counterclaims.

**Category 18**

To the extent you are seeking information relevant to this lawsuit that is not within the knowledge of the witnesses already noticed for deposition, Gillette will produce an additional witness.

**Category 19**

Linda Mallette will be prepared to testify on Gillette's behalf at her deposition concerning this category.

**Category 20**

Chief Judge Young denied PIC's Motion to Compel production of electronic documents, including electronic mail that is stored on backup systems. Accordingly, Gillette is not required to produce any witness to respond to this category.

**Category 21**

This request is not relevant to any of the issues in this case. Please identify the basis for this line of questioning and Gillette will consider whether it will provide a witness in response to category.

**Category 22**

This topic is overbroad and has nothing to do with any of the issues in this case. Are you claiming that photographs provided by PIC were used on pens used by Gillette as promotional items? In any event, Linda Mallette will be prepared to testify at her deposition concerning Gillette's creation of promotional items.

**Category 23**

See response to Category 5 above.

**Category 24**

This category seeks information protected under the attorney client privilege and work product doctrine. Accordingly, Gillette is not required to produce any witness to testify in response to this category.

Michael A. Albert, Esq.
February 14, 2005
Page 5

**Category 25**

    Chief Judge Young denied PIC's Motion to Compel this type of information both when PIC filed its initial motion, and on reconsideration. Accordingly, Gillette is not required to produce any witness to testify concerning this category.

**Categories 26**

    See response to Category 25 above.

**Categories 27**

    See response to Category 25 above.

**Categories 28**

    See response to Category 25 above.

**Categories 29**

    See response to Category 25 above.

    Sincerely,

    /s/David Donahue/

    David Donahue

cc:    Marie Driscoll, Esq.
        Patrick T. Perkins, Esq.
        Craig S. Mende, Esq.
        Richard Gelb, Esq.
        Robert Messinger, Esq.
        Michael Rader, Esq.

I:\ddonahue\GLTC\CORRESPONDENCE\050214-042098-ltr Albert re schedule A resp..doc