## Kessel, Adam

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Tuesday, February 22, 2005 9:38 AM |
| **To:** | David Donahue |
| **Cc:** | 'Patrick Perkins'; Albert, Michael |
| **Subject:** | PIC v. Gillette -- Gillette's Rule 30(b)(6) deposition |

Dear David and Patrick,

Given that we are awaiting copies of materials flagged yesterday at the Prudential from Gillette's recent production, and that we are still in the process of reviewing that production (we will be going back this week; Leon has agreed to keep that room for us), we would like to conduct Gillette's Rule 30(b)(6) deposition within a reasonable time period after February 25, rather than tomorrow.

We hope that you will be flexible about this as we were about moving the PIC / Picone deposition. Please let us know.

Patrick, I also hope that you are feeling better and look forward to seeing you back in action soon.

Regards,

**Michael N. Rader**
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000  |  617.646.8646 fax

3/28/2005