**Kessel, Adam**

| | |
|---|---|
| **From:** | Albert, Michael |
| **Sent:** | Thursday, March 10, 2005 12:02 PM |
| **To:** | 'Patrick Perkins' |
| **Cc:** | Rader, Michael; Kessel, Adam |
| **Subject:** | RE: Deposition of PIC and Paul Picone |

Patrick,

I'd appreciate a response to our inquiry about when Gillette will make its 30(b)(6) witnesses available for deposition. We had proposed March 18, 21, 22, 23. See below. Thanks.

-Michael

-----Original Message-----
From: Albert, Michael
Sent: Monday, March 07, 2005 12:13 PM
To: 'Patrick Perkins'
Cc: Rader, Michael; Kessel, Adam
Subject: RE: Deposition of PIC and Paul Picone

Dear Patrick,

Mr. Picone has a number of prior obligations in his schedule, but pursuant to your request we can make him available on March 11th (this Friday). We don't see why you would need more than a full day with him, after the half-day previously taken. As you observed, he testified fully and cooperatively; and you had previously told us that you would not keep him longer than necessary. Hopefully this will be a non-issue by the end of Friday; but if there is still a problem at that point, let's discuss then.

On a related note, we need to schedule Gillette's 30(b)(6) deposition. Please let us know when your client's witnesses are available from among the following dates: March 18, 21, 22, 23.

We expect all the 30(b)(6) witnesses to be produced, including the ones who have previously been deposed.

Sincerely,

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.573.7840
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.720.3500 | 617.720.2441 fax

This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
From: Patrick Perkins [mailto:pperkins@frosszelnick.com]
Sent: Friday, March 04, 2005 4:36 PM
To: Albert, Michael
Cc: Kessel, Adam
Subject: Deposition of PIC and Paul Picone

Dear Michael-

Please let me know whether your clients are available for deposition March 10-11 or March 9-10.


Patrick T. Perkins
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
Tel:   (212) 813-5900
Fax:   (212) 813-5901
e-mail:   pperkins@frosszelnick.com
****************************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected from disclosure.  Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you think that you have received this E-mail message in error, please reply to the sender.
****************************************************************************************************