## Kessel, Adam

---

**From:**     Patrick Perkins [pperkins@frosszelnick.com]
**Sent:**      Thursday, March 10, 2005 12:05 PM
**To:**        Albert, Michael
**Cc:**        Craig Mende; David Donahue; Kessel, Adam; Rader, Michael
**Subject:**   RE: Deposition of PIC and Paul Picone

```
Michael-

Craig is handling that and will be back to you as soon as he irons out the schedule of the
Gillette witnesses on the as-to-yet not covered topics.

Patrick T. Perkins
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901
e-mail:  pperkins@frosszelnick.com

>>> "Albert, Michael" <Michael.Albert@WolfGreenfield.com> 03/10/05
12:02PM >>>
Patrick,

I'd appreciate a response to our inquiry about when Gillette will make its 30(b)(6)
witnesses available for deposition.  We had proposed March 18, 21, 22, 23.  See below.
Thanks.

-Michael

-----Original Message-----
From: Albert, Michael
Sent: Monday, March 07, 2005 12:13 PM
To: 'Patrick Perkins'
Cc: Rader, Michael; Kessel, Adam
Subject: RE: Deposition of PIC and Paul Picone

Dear Patrick,

Mr. Picone has a number of prior obligations in his schedule, but pursuant to your request
we can make him available on March 11th (this Friday).  We don't see why you would need
more than a full day with him, after the half-day previously taken.  As you observed, he
testified fully and cooperatively; and you had previously told us that you would not keep
him longer than necessary.  Hopefully this will be a non-issue by the end of Friday; but
if there is still a problem at that point, let's discuss then.

On a related note, we need to schedule Gillette's 30(b)(6) deposition.
Please let us know when your client's witnesses are available from among the following
dates: March 18, 21, 22, 23.

We expect all the 30(b)(6) witnesses to be produced, including the ones who have
previously been deposed.

Sincerely,

Michael A. Albert
malbert@wolfgreenfield.com
direct dial 617.573.7840
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.720.3500  |  617.720.2441 fax
```

1

This e-mail message and any attachments may contain confidential or privileged
information.  If you are not the intended recipient, please notify me immediately by
replying to this message. Please destroy all copies of this message and any attachments.
Thank you.


-----Original Message-----
From: Patrick Perkins [mailto:pperkins@frosszelnick.com]
Sent: Friday, March 04, 2005 4:36 PM
To: Albert, Michael
Cc: Kessel, Adam
Subject: Deposition of PIC and Paul Picone

Dear Michael-

Please let me know whether your clients are available for deposition March 10-11 or March
9-10.



Patrick T. Perkins
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901
e-mail:  pperkins@frosszelnick.com
***********************************************************************
********************************************
The information contained in this E-mail message may be privileged, confidential, and
protected from disclosure.  Any unauthorized use, printing, copying, disclosure or
dissemination of this communication may be subject to legal restriction or sanction.  If
you think that you have received this E-mail message in error, please reply to the sender.
***********************************************************************
********************************************


***************************************************************************************
*************************
The information contained in this E-mail message may be privileged, confidential, and
protected
from disclosure.  Any unauthorized use, printing, copying, disclosure or dissemination of
this
communication may be subject to legal restriction or sanction.  If you think that you have
received
this E-mail message in error, please reply to the sender.
***************************************************************************************
*************************