## Kessel, Adam

| | |
|---|---|
| **From:** | Rader, Michael |
| **Sent:** | Wednesday, March 16, 2005 3:53 PM |
| **To:** | 'Craig Mende'; Kessel, Adam |
| **Cc:** | David Donahue; Patrick Perkins; Albert, Michael |
| **Subject:** | RE: Friday depositions |

Dear Craig,

While we are entitled to a Rule 30(b)(6) witness on each of the topics listed in the Rule 30(b)(6) Notice, we acknowledge that some of the questions asked of the individuals previously produced by Gillette overlap with those topics. We will be reasonable and efficient about the scope of the Rule 30(b)(6) deposition and will not ask that all of those people be brought back to answer questions on all of the topics for which Gillette identified them. There are some topics, however, which were not addressed, or were not addressed in their entirety, in the prior depositions.

It is my understanding that the witnesses you propose to bring in on Friday will be prepared to serve as Rule 30(b)(6) witnesses with regard to PIC's Topics 19 and 20 (related to Gillette's web sites and computer systems). Please note, these witnesses should be prepared to answer questions about Gillette's image library and Gillette's internal web site for storage of sales presentations. (If the witnesses produced on Friday are not so prepared, other witnesses will need to be produced.) We are happy to cover those topics on Friday if that works for you and the witnesses, although if it is more convenient for you to produce all of Gillette's Rule 30(b)(6) witnesses together (early next week) we can accommodate that as well.

In addition to Topics 19, and 20, Rule 30(b)(6) witnesses are needed on the following topics.

Topic 1 (orders placed with PIC). While this topic has been covered in part in previous depositions, we need some additional time with Jill Josephson (the first person you listed as being responsive to this category) to complete the questioning of Gillette itself under Rule 30(b)(6).

Topics 2 and 4 (use, copying, distribution of images). Regarding trade show usages, we would expect Gillette's National Trade Show Manager Bill Spain to be produced; as previously discussed, he is evidently the person most knowledgeable on this topic. Regarding usages in the United States (which also encompasses Topics 10 and 11), we have some additional questions for Gillette; perhaps Jill Josephson can answer these as well. A witness will also be needed for foreign usages such as uses on foreign web sites and in foreign catalogs.

Topic 7 (terms of Gillette's relationship with other product photographers).

Topic 14 (transmission of images to third parties). Materials received from third parties pursuant to subpoena and testimony from the Wal-Mart deposition establish that Gillette sent images to third parties. A witness is needed to answer questions about Gillette's practices in this regard. It appears that Bob Reed may be an appropriate person for Gillette to produce on this topic.

Topic 16 (Gillette's decision not to pay PIC for the Spring 2004 projects).

Topic 24 (Gillette's investigation of PIC's claims). A witness is required who can testify regarding the letters sent to PIC by John Gatlin and Leon Bechet, the investigation Gillette conducted, the results, what (if anything) was conveyed to PIC about those results, etc.

Topics 25-26 (Gillette's advertising and marketing strategy and budget).

Topic 27 (revenue and cost numbers).

Topics 28-29 (impact of advertising on sales, revenues and profits).

If you can bring the required witnesses together on the same day, we will endeavor to complete the Rule 30(b)(6) deposition (exclusive of the computer and web site issues in Topics 19 and 20) in one day. While we cannot guarantee that only one day will be needed, we will make every effort. Our intent is to be efficient and to complete the deposition as quickly as possible.

Best regards,

Mike

---

**From:** Craig Mende [mailto:cmende@frosszelnick.com]
**Sent:** Wednesday, March 16, 2005 10:42 AM
**To:** Kessel, Adam; Rader, Michael
**Cc:** David Donahue; Patrick Perkins
**Subject:** RE: Friday depositions

ok

>>> "Rader, Michael" <Michael.Rader@WolfGreenfield.com> 03/16/05 10:40AM >>>
Craig, I was out yesterday but will get back to you on this early afternoon. Thanks.

-----Original Message-----
**From:** Craig Mende [mailto:cmende@frosszelnick.com]
**Sent:** Wednesday, March 16, 2005 10:39 AM
**To:** Kessel, Adam; Rader, Michael
**Cc:** David Donahue; Patrick Perkins
**Subject:** Friday depositions

Mike/Adam -- Want to make sure Mike's around b/c I haven't heard back re: my voice messages, letter, fax and emails re: scheduling the two depos on Friday. The first witness, Ms. Condakes, is available Friday morn. at 9 or 9:30 (your choice). She has an afternoon flight so needs to leave by 1 pm. Second witness can be available at 1:30 pm (let me know if you expect the first one to end earlier and want to try for 1 pm for the second one.) I have a ticket to Boston tomorrow, so please let me hear from you today. Thanks.

Craig

Craig S. Mende
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900 (tel)
(212) 813-5901 (fax)

****************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.
****************************************************************************************


****************************************************************************************

3/28/2005

The information contained in this E-mail message may be privileged, confidential, and protected from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received this E-mail message in error, please reply to the sender.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

3/28/2005