## Kessel, Adam

| | |
|---|---|
| **From:** | David Donahue [ddonahue@frosszelnick.com] |
| **Sent:** | Tuesday, March 15, 2005 9:44 AM |
| **To:** | Kessel, Adam |
| **Cc:** | Craig Mende; Patrick Perkins; jean_corcoran@gillette.com; Albert, Michael; Rader, Michael |
| **Subject:** | PIC v. Gillette |

Adam,

Please note that Leon Bechet will be out of the office for the early part of this week. Accordingly, should any additional catalogs arrive from Gillette's foreign offices this week, Gillette will make them available for your review on Friday, March 18.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901

****************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected from disclosure.  Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you think that you have received this E-mail message in error, please reply to the sender.
****************************************************************************************