**Kessel, Adam**

| | |
|---|---|
| **From:** | Kessel, Adam |
| **Sent:** | Tuesday, March 15, 2005 6:01 PM |
| **To:** | 'David Donahue' |
| **Cc:** | Craig Mende; Patrick Perkins; jean_corcoran@gillette.com; Albert, Michael; Rader, Michael |
| **Subject:** | RE: PIC v. Gillette |

David:

Is there a reason why we have to wait until Friday before Gillette will produce any additional materials?  I understand that Leon Bechet is out of the office; however, he was out of the office yesterday as well when Gillette made its initial production in response to the Court's order.

We are particularly concerned that Gillette has yet to produce a single page of marketing materials from Latin America, and that it appears that the earliest such materials might be produced would be Friday if at all, which will be five days after the deadline imposed by the Court's second order on this topic.  Your position is also inconsistent with Mr. Bechet's affidavit filed with the court, which states that "Gillette will make [later arriving catalogs] available for PIC's inspection immediately thereafter."

Latin American marketing materials are particularly important to PIC's claims and Gillette's compliance with the Court's order.  As you know, the image of Mr. Picone's kitchen that was used in Latin America is of particular interest to the Judge, and is of particular interest to PIC as well.  Mr. Bechet's representation in his affidavit filed with the Court that PIC has withdrawn claims relating to that image was erroneous, as was his representation that all of the websites identified in PIC's interrogatory responses are physically located in the United States.  PIC has not withdrawn any claims--the supplemental interrogatory responses were unequivocal on their face that they supplemented and incorporated by reference all of PIC's initial interrogatory responses, which listed the Spanish language image as a copyright violation.

Finally, Mr. Picone is out of town on a photo shoot this week.  We request that the materials be kept available at least until next week so that we can return with Mr. Picone for a second inspection.

Adam Kessel
akessel@wolfgreenfield.com
direct dial 617.646.8360
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

-----Original Message-----
From: David Donahue [mailto:ddonahue@frosszelnick.com]
Sent: Tuesday, March 15, 2005 9:44 AM
To: Kessel, Adam
Cc: Craig Mende; Patrick Perkins; jean_corcoran@gillette.com; Albert, Michael; Rader, Michael
Subject: PIC v. Gillette

Adam,

Please note that Leon Bechet will be out of the office for the early part of this week. Accordingly, should any additional catalogs arrive from Gillette's foreign offices this week, Gillette will make them available for your review on Friday, March 18.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901

****************************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected from disclosure.  Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction.  If you think that you have received this E-mail message in error, please reply to the sender.
****************************************************************************************************

2