Cancel
Brown

GLTC06287