

**BRAUN**

*Silk·épil* EverSoft

Corded Leg Hair Epilator





User test confirms: **most gentle epilator**

## Gentle and Long-Lasting Hair Removal

**Active Pain Reducer**
- Like a massage, the pulsating movement of the EverSoft System stimulates and relaxes the skin for a new dimension in epilation

**High-Precision Epilator Head**
- Epilator removes even hairs as short as 0.5mm at the root.
- Designed for comfort, the Silk-épil EverSoft keeps your skin smooth and soft for up to 4 weeks

## Improved Design

**Ergonomic Handle**
- Results in greater comfort and control

**Tailored Epilator Head**
- Also suitable for the sensitive areas of the body

**Contemporary Color and Design**

## Other Features

- Two speed settings – choose between normal or reduced speed according to individual needs
- Includes cleaning brush and storage pouch


ACTIVE PAIN REDUCER


SMOOTH SKIN FOR UP TO 4 WEEKS

www.braun.com   2170

GLTC06296