# BRAUN

## Silk·épil® EverSoft
### Corded Leg Hair Epilator



EverSoft System



User test confirms: **most gentle epilator**

## Gentle and Long-Lasting Hair Removal

### Active Pain Reducer
- Like a massage, the pulsating movement of the EverSoft System stimulates and relaxes the skin for a new dimension in epilation

### High-Precision Epilator Head
- Epilator removes even hairs as short as 0.5mm at the root.
- Designed for comfort, the Silk-épil EverSoft keeps your skin smooth and soft for up to 4 weeks

## Improved Design

### Ergonomic Handle
- Results in greater comfort and control

### Tailored Epilator Head
- Also suitable for the sensitive areas of the body

### Contemporary Color and Design

## Other Features
- Two speed settings – choose between normal or reduced speed according to individual needs
- Includes cleaning brush and storage pouch


**ACTIVE PAIN REDUCER**


**SMOOTH SKIN FOR UP TO 4 WEEKS**

www.braun.com   2170

PIC17256