

PIC02944