# Find, Locate, Lookup, & Show what is my IP Address to Country

This web page demonstrates how one can find, lookup, locate, and show what is your IP address to a country and and also lookup few other pieces of information about who/what/where you are from. First, it uses various HTTP variables to find the browser language, type, where you surfed from - i.e. what your IP address is (plus the referrer) - DNS is used to lookup the hostname from the later. Note that if you are using a web proxy (quite common in Corporate Environments), that IP address and hostname is what will be shown. Javascript is used to determine all of the values from timezone on down.

It then uses the Perl Module Geo::IPfree to lookup the country (and the associated country flag) you are surfing from based what your IP address is. Note that you can enter a domain name or IP address manually. BTW, there are more extensive databases that will provide more precise location data, but these cost dollars and this is meant just as quick-n-simple demo. I've provided the info above so YOU can do a web search if you are interested in more details on this type of stuff. BTW, the images of the flags came from the CIA Factbook web site.

**HEY, you appear to be a real-live person!**

```
Entered Country Capital : Tokyo
Entered Country Code    : JP
Entered Country Currency: Yen
Entered Country Flag    : [flag]       click here to see a Large Flag
Entered Country Name    : Japan
Entered Hostname        : www.braun.co.jp
Entered IP Address      : 211.120.48.228
```

[Enter a domain name here]   OR   [Enter an IP address here]

If you are not spammer, enable lookup by typing the numbers **20736** here ===> [  ]

[Submit Query]

The "enter" domainname/IP address stuff has been disabled before due to spammers - please don't abuse it!


Show all of the flags on one page
Questions/comments on this web page - see Alek's main page