

[ Home ] [ Contact Us ] [ Support ] [ Pricing ] [ Buy Now! ]
[ Free Services ] [ Merchandise ] [ IP Address Locator ]
[ Trace Route Locator ] [ Spam Locator ]

**Looking for geographic re-directs - click here**



**See me in the demo (Click Here)**

### IP Address Locator Tool

**This IP Address Map lookup service is provided for FREE by Geobytes, inc to assist you in locating the geographical location of an IP Address. Click here to checkout our other FREE localization services.**



Click here to see our latest flashtoon. It is a new one - not the one with the girls in it. This one is about Dave, and he has just returned from the future. (This link will skip the technology intro page and go straight to the flash movie.)

Click here to see the geographic distribution of visitors to the IP Locator.
Click here to find out more about GeoReports, and how from **$29 per year** you can get one for your own site.

**The following results were generated using GeoSelect version II.**

**IP Address to locate:** 211.120.48.228   [Submit]



**Get yourself a $49 developers license (Click Here)**

| | | | |
|---|---|---|---|
| Country Code | | Country | **Distance to Nearby Cities** |
| JP | | Japan | km, mi, City, Region, Country |
| Region Code | | Region | 0  0  Osaka, OS, JP |
| JPOS | | Osaka | 8  5  Higashiosaka, OS, JP |
| City Code | | City | 10  6  Suita, OS, JP |
| JPOSOSAK | | Osaka | 10  6  Amagasaki-City, HY, JP |
| CityId | | Certainty | 11  6  Yao, YM, JP |
| 4307 | | 80 | 14  8  Toyonaka, OS, JP |
| Latitude | | Longitude | 17 10  Kushiro, HO, JP |
| 34.6670 | | 135.5000 | 17 10  Nishinomiya, HY, JP |
| Capital City | | TimeZone | 18 11  Takaishi, OS, JP |
| Tokyo | | +09:00 | 18 11  Ibaraki, IB, JP |
| Nationality Singular | | Population | 19 11  Ashiya, HY, JP |
| Japanese | | 126771662 | 19 11  Kawanishi, HY, JP |
| Nationality Plural | | Is proxy | 21 13  Takarazuka, HY, JP |
| Japanese | | false | 21 13  Tondabayashi, OS, JP |
| CIA Map Reference | | Currency | 26 16  Takatsuki, OS, JP |
| Asia | | Yen | 26 16  Kishiwada, MY, JP |
| MapBytes Remaining | | Currency Code | 28 17  Kaizuka, OS, JP |
| Free | | JPY | 31 19  Kobe, HY, JP |
| | | | 35 21  Sanda, HY, JP |
| | | | 35 21  Muko, KY, JP |
| | | | 38 23  Kameoka, KY, JP |

**RIPE**
Search WHOIS data at:
**ARIN**
**APNIC**
Click here to find out why our data can differ from the WHOIS data.

Flag

Check out Geobytes other products including:
GeoSelect, GeoNetMap, GeoReport, GeoPhrase, GeoLyzer, GeoRemote, GeoDirection, MapBytes

Click here for a description of each of the above fields.

Click here to view a map of Japan.

Much of the above 'country' information was sourced from the CIA World Fact Book at http://www.cia.gov/cia/publications/factbook/

Are you responsible for generating visitors to your companies web site? Geobytes' free GeoDirection service generates over 10,000 visitors per day which for 1 cent per visitor will be visiting your

<mark>companies web site. If your site could use some real traffic then please drop me an email at iNfO@gEobYtEs.coM for more details. At 1 cent per click - it is an incredibly cost effective way to instantly build your traffic.</mark>

Modified:03/01/
© 2000 - 2003
geobytes, inc.
ARBN 091 652 9

***Geobytes - because everybody's somewhere!***
Contact Geobytes via our support forums
Privacy Policy