

**Featured Product - GFI LANguard Network Security Scanner**
**Scans your entire network, IP by IP, for possible security holes.  Free for non commercial use**

|  | **DNS Records** <br> **Click here for advanced NSLookup DNS tool** |  |  |
|---|---|---|---|
| ◯ **Ping** <br> ◯ **Lookup** <br> ⦿ **Trace** <br> ◯ **Xwhois** | ◯ **Network Lookup** <br> **Whois Server:** <br> ARIN - Americas - whois.arin.net ▼ | ◯ **URL Unencode** <br> ◯ **URL Encode** <br> ◯ **HTTP Headers** ☐ **SSL** <br> ◯ **E-mail Validation** | |

```
211.120.48.228
```
☐ **Convert Base-10 to IP**

**Note: Many registrars block whois queries from this site due to the large volume of requests**

[ Submit ]

### TraceRoute to 211.120.48.228

| Hop | (ms) | (ms) | (ms) | IP Address | Host name |
|---|---|---|---|---|---|
| 1 | 0 | 0 | 0 | 66.98.244.1 | gphou-66-98-244-1.ev1.net |
| 2 | 0 | 0 | 0 | 66.98.241.4 | gphou-66-98-241-4.ev1.net |
| 3 | 1 | 1 | 1 | 129.250.10.105 | ge-0-1-0-50.r00.hstntx01.us.bb.verio.net |
| 4 | 6 | 6 | 6 | 129.250.2.50 | p16-0-1-3.r20.dllstx09.us.bb.verio.net |
| 5 | Timed out | Timed out | 7 | 129.250.2.185 | p16-3-0-0.r01.dllstx09.us.bb.verio.net |
| 6 | 6 | 6 | 6 | 4.68.127.45 | so-2-3-1.edge1.dallas1.level3.net |
| 7 | 7 | 7 | 7 | 4.68.96.121 | so-7-0-0.bbr2.dallas1.level3.net |
| 8 | 41 | 40 | 41 | 64.159.0.246 | as-1-0.bbr2.losangeles1.level3.net |
| 9 | 43 | 40 | 43 | 4.68.102.163 | ge-1-2-56.car2.losangeles1.level3.net |
| 10 | 43 | 43 | 43 | 63.215.86.250 | unknown.level3.net |
| 11 | 171 | 171 | 171 | 158.205.192.173 | pos4-3.tokg4.idc.ad.jp |
| 12 | 171 | 171 | 171 | 158.205.224.154 | gigaethernet3-1.otmg4.idc.ad.jp |
| 13 | 158 | 158 | 158 | 154.33.57.157 | isc2-p2-0-641.tokyo.ib.cwidc.net |
| 14 | 172 | 171 | 172 | 154.33.8.118 | isc3-p1-0-267.shinkawa.ib.cwidc.net |
| 15 | 172 | 172 | 171 | 154.33.10.90 | border1-p3-0.shinkawa.ib.cwidc.net |
| 16 | 172 | 185 | 174 | 154.33.23.54 | ge1-01.snkdcbr01.idc.ad.jp |
| 17 | 159 | 158 | 158 | 154.33.23.86 | - |

```
  18    158    158    158  211.120.48.228           -
```

Trace complete



- **BrokenDomain.com - Domain name not working? - See the Domain Troubleshooting Guide**
- **GFI releases freeware anti-virus version of GFI Mail Security for Exchange/SMTP**
- **DNS server for Windows IIS.  Great program when you need to manage numbers of DNS records and make frequent changes:  Simple DNS Plus**.
- **Hex gadget scripts used to create this web site are at http://www.hexillion.com/software/ .**
- **Anti-Virus.com**