```
From: David Donahue [mailto:ddonahue@frosszelnick.com]
Sent: Thursday, March 17, 2005 4:53 PM
To: Rader, Michael
Cc: Craig Mende; Marie Driscoll; Patrick Perkins; Kessel, Adam; Albert, Michael
Subject: RE: Friday depositions
```

Michael,

\* \* \* [indicates material redacted]

Our responses to the individual paragraphs of your e-mail are stated below in ALLCAPS.

\* \* \*

>>> "Rader, Michael" <Michael.Rader@WolfGreenfield.com> 03/16/05 03:52PM >>>

\* \* \*

A witness will also be needed for foreign usages such as uses on foreign web sites and in foreign catalogs.

\* \* \*

WITH RESPECT TO "FOREIGN USAGES," AS EXPLAINED IN LEON BECHET'S MARCH 11 DECLARATION, THERE IS NO GILLETTE EMPLOYEE IN THE UNITED STATES WHO IS QUALIFIED TO TESTIFY HOW GILLETTE'S CATALOGS ARE PRODUCED OUTSIDE THE U.S.

\* \* \*