

PIC14583