


**MANUFACTURING SITES**

**BRAZIL**  Manaus