Anna_Madden@gillette.com,11/9/2000 9:18 AM -0500,Re: Image                                              1

           To: Anna_Madden@gillette.com
         From: Paul Kevin Picone <picorp@shore.net>
      Subject: Re: Image
           Cc:
          Bcc:
X-Attachments:

Hi Anna,

The dupe transparency of this image is done. Do you have the Fed-Ex info yet?  I could also send the transparency to you for delivery, if you prefer.

Let me know.

Thanks,

Kelly


>Kelly, Paul,
>
>Please see the attached image. This was before my time I think. Did you
>take this picture. I have someone in the Domincan that needs it. Please
>let me know.
>
>Thanks,
>
>Anna
>
>(See attached file: braunimage.ppt)
>Content-type: application/vnd.ms-powerpoint;
>        name="braunimage.ppt"
>Content-Disposition: attachment; filename="braunimage.ppt"
>Content-Description: PowerPoint 4.0
>
>Attachment converted: Macintosh HD:braunimage.ppt (SLD3/PPT3) (0002F7BC)

Printed for Paul Kevin Picone <picorp@shore.net>                                                        1

PIC07659