IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-CV-10913-WGY |

### PIC'S MOTION FOR SUMMARY JUDGMENT ON ITS CLAIM FOR LIQUIDATED DAMAGES FOR GILLETTE'S FAILURE TO RETURN PIC'S IMAGES AS REQUIRED BY THE PARTIES' CONTRACTS

Plaintiff Photographic Illustrators Corp. ("PIC") hereby moves for summary judgment on its claim for liquidated damages for Gillette's failure to return PIC's images as required by the parties' contracts. PIC requests that the Court enter summary judgment that Gillette failed to return 9,381 photographic transparencies to PIC as required, and to award PIC its liquidated damages in the amount of $14,071,500.

The grounds for this Motion are set forth in the accompanying memorandum of law and statement of undisputed material facts.

### LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that counsel for PIC attempted to consult with counsel for Gillette in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

- 2 -

**LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT**

PIC respectfully requests the opportunity to appear for oral argument on this motion.

                        Respectfully submitted,

                        PHOTOGRAPHIC ILLUSTRATORS CORP.

                        By its counsel,

Dated: <u>April 8, 2005</u>          /s/ Michael A. Albert
                        Michael A. Albert, BBO #558566
                        malbert@wolfgreenfield.com
                        Michael N. Rader, BBO # 646990
                        mrader@wolfgreenfield.com
                        WOLF, GREENFIELD & SACKS, P.C.
                        600 Atlantic Ave.
                        Boston, MA 02210
                        (617) 646-8000