IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

               Plaintiff,

v.

THE GILLETTE COMPANY,

               Defendant.

Civil Action No. 04-CV-10913-WGY

**DECLARATION OF RYAN MCMANUS**
**IN SUPPORT OF PIC'S SUMMARY JUDGMENT MOTIONS**

Ryan McManus states as follows:

1.      I am a paralegal with Wolf, Greenfield & Sacks, P.C., counsel for the Plaintiff Photographic Illustrators Corp. ("PIC") in the above-captioned matter.

2.      I have reviewed PIC's Job Folders to determine, with guidance from Mr. Picone, the number of photographic transparencies transmitted by PIC to Gillette.

3.      The Photographer's Notes page in each of PIC's Job Folders generally includes a notation of the number of pieces of film developed in connection with each Job, and specifically of the number of transparencies made.

4.      If any transparencies were retained by PIC in connection with a particular Job after providing transparencies to Gillette, those transparencies would be contained in the Job Folder for that Job.

5.      For each Job, the number of transparencies provided by PIC to Gillette is calculated by subtracting the number remaining in the Job Folder from the number developed in the first instance.

6.      I performed this calculation for each one of PIC's Gillette Job Folders, with one caveat: in some of the older Job Folders, some documentation such as Photographer's Notes either was missing or was not legible.  I took a conservative approach and only tallied figures for those Jobs where there was no such question.

7.      The following table reflects the results of my calculations, including the sum total of 9,381 transparencies that were transmitted by PIC to Gillette.  Again, this is believed to be a conservative number.

| Job Number | Transparencies provided by PIC to Gillette |
|---|---|
| 3367 | 0 |
| 3401 | 16 |
| 3577 | 0 |
| 3597 | 69 |
| 3627 | 4 |
| 3659 | 78 |
| 3662 | 12 |
| 3664 | 12 |
| 3666 | 14 |
| 3675 | 8 |
| 3680 | 101 |
| 3688 | 4 |
| 3692 | 24 |
| 3693 | 65 |
| 3695 | 151 |
| 3705 | 13 |
| 3719 | 78 |
| 3726 | 79 |
| 3731 | 329 |
| 3738 | 135 |
| 3742 | 52 |
| 3743 | 87 |
| 3744 | 45 |
| 3752 | 16 |
| 3759 | 24 |

| | |
|------|------|
| 3769 | 60 |
| 3770 | 14 |
| 3785 | 6 |
| 3819 | 58 |
| 3835 | 155 |
| 3890 | 6 |
| 3891 | 29 |
| 3898 | 8 |
| 3912 | 23 |
| 3924 | 0 |
| 3926 | 22 |
| 3959 | 29 |
| 3976 | 40 |
| 3998 | 242 |
| 3999 | 10 |
| 4031 | 7 |
| 4038 | 32 |
| 4043 | 58 |
| 4070 | 15 |
| 4080 | 30 |
| 4084 | 40 |
| 4085 | 17 |
| 4105 | 7 |
| 4106 | 6 |
| 4108 | 12 |
| 4111 | 1 |
| 4121 | 3 |
| 4124 | 13 |
| 4132 | 6 |
| 4150 | 7 |
| 4155 | 5 |
| 4159 | 4 |
| 4181 | 12 |
| 4186 | 10 |
| 4201 | 6 |
| 4202 | 89 |
| 4205 | 70 |
| 4211 | 12 |
| 4213 | 28 |
| 4214 | 22 |

| 4217 | 27 |
|------|-----|
| 4220 | 8 |
| 4230 | 6 |
| 4232 | 29 |
| 4245 | 36 |
| 4249 | 20 |
| 4256 | 5 |
| 4257 | 26 |
| 4264 | 34 |
| 4266 | 40 |
| 4270 | 8 |
| 4277 | 6 |
| 4287 | 14 |
| 4288 | 10 |
| 4289 | 19 |
| 4290 | 4 |
| 4291 | 18 |
| 4299 | 133 |
| 4309 | 16 |
| 4311 | 17 |
| 4314 | 75 |
| 4321 | 8 |
| 4324 | 54 |
| 4325 | 63 |
| 4331 | 6 |
| 4332 | 36 |
| 4346 | 41 |
| 4352 | 14 |
| 4355 | 6 |
| 4363 | 17 |
| 4364 | 24 |
| 4369 | 11 |
| 4373 | 42 |
| 4375 | 29 |
| 4380 | 16 |
| 4381 | 4 |
| 4384 | 9 |
| 4385 | 16 |
| 4400 | 6 |
| 4407 | 6 |

| | |
|------|----|
| 4409 | 89 |
| 4413 | 6 |
| 4418 | 37 |
| 4419 | 18 |
| 4422 | 26 |
| 4424 | 86 |
| 4429 | 6 |
| 4432 | 21 |
| 4433 | 2 |
| 4446 | 10 |
| 4448 | 10 |
| 4455 | 52 |
| 4459 | 14 |
| 4468 | 36 |
| 4472 | 5 |
| 4477 | 10 |
| 4482 | 12 |
| 4487 | 6 |
| 4492 | 18 |
| 4500 | 53 |
| 4501 | 18 |
| 4506 | 6 |
| 4508 | 12 |
| 4510 | 45 |
| 4516 | 22 |
| 4517 | 55 |
| 4527 | 30 |
| 4530 | 17 |
| 4531 | 24 |
| 4533 | 54 |
| 4535 | 27 |
| 4537 | 12 |
| 4546 | 7 |
| 4556 | 8 |
| 4557 | 18 |
| 4559 | 29 |
| 4562 | 30 |
| 4566 | 25 |
| 4572 | 12 |
| 4573 | 23 |

| 4577 | 26 |
|------|-----|
| 4579 | 5 |
| 4587 | 6 |
| 4590 | 13 |
| 4597 | 30 |
| 4601 | 7 |
| 4602 | 16 |
| 4613 | 12 |
| 4614 | 8 |
| 4621 | 56 |
| 4631 | 7 |
| 4639 | 15 |
| 4649 | 35 |
| 4675 | 0 |
| 4676 | 0 |
| 4687 | 4 |
| 4691 | 8 |
| 4702 | 64 |
| 4709 | 7 |
| 4715 | 18 |
| 4717 | 101 |
| 4721 | 25 |
| 4728 | 5 |
| 4730 | 13 |
| 4741 | 3 |
| 4759 | 26 |
| 4768 | 6 |
| 4771 | 16 |
| 4806 | 12 |
| 4812 | 2 |
| 4816 | 85 |
| 4817 | 4 |
| 4818 | 11 |
| 4825 | 21 |
| 4826 | 40 |
| 4827 | 7 |
| 4832 | 7 |
| 4837 | 23 |
| 4839 | 17 |
| 4851 | 18 |

| | |
|---|---|
| 4852 | 24 |
| 4871 | 29 |
| 4877 | 7 |
| 4881 | 8 |
| 4887 | 0 |
| 4889 | 9 |
| 4896 | 8 |
| 4897 | 10 |
| 4898 | 8 |
| 4899 | 6 |
| 4928 | 15 |
| 4930 | 26 |
| 4938 | 238 |
| 4939 | 0 |
| 4965 | 68 |
| 4976 | 0 |
| 5011 | 9 |
| 5030 | 4 |
| 5037 | 13 |
| 5044 | 10 |
| 5051 | 0 |
| 5055 | 2 |
| 5056 | 8 |
| 5088 | 5 |
| 5107 | 21 |
| 5121 | 21 |
| 5122 | 0 |
| 5129 | 25 |
| 5158 | 0 |
| 5160 | 0 |
| 5170 | 0 |
| 5179 | 3 |
| 5189 | 11 |
| 5197 | 5 |
| 5202 | 31 |
| 5206 | 22 |
| 5212 | 28 |
| 5213 | 103 |
| 5219 | 37 |
| 5224 | 5 |

| 5231 | 0 |
|---|---|
| 5248 | 82 |
| 5249 | 5 |
| 5250 | 10 |
| 5254 | 12 |
| 5258 | 0 |
| 5260 | 0 |
| 5264 | 4 |
| 5268 | 10 |
| 5271 | 0 |
| 5273 | 6 |
| 5275 | 8 |
| 5277 | 19 |
| 5281 | 6 |
| 5283 | 36 |
| 5293 | 0 |
| 5294 | 4 |
| 5300 | 28 |
| 5305 | 0 |
| 5314 | 0 |
| 5315AB | 19 |
| 5321 | 10 |
| 5325 | 8 |
| 5333 | 24 |
| 5336 | 6 |
| 5337 | 43 |
| 5338 | 68 |
| 5341 | 33 |
| 5342 | 0 |
| 5345 | 0 |
| 5350 | 0 |
| 5358 | 0 |
| 5359 | 14 |
| 5360 | 0 |
| 5361 | 16 |
| 5364B | 0 |
| 5364A | 0 |
| 5367 | 4 |
| 5377 | 6 |
| 5378 | 2 |

| | |
|---|---|
| 5394 | 10 |
| 5395 | 8 |
| 5409 | 10 |
| 5414 | 23 |
| 5419 | 20 |
| 5421 | 35 |
| 5431 | 0 |
| 5433 | 50 |
| 5436 | 27 |
| 5442 | 3 |
| 5443 | 20 |
| 5445 | 0 |
| 5446 | 0 |
| 5453 | 0 |
| 5455 | 1 |
| 5456 | 74 |
| 5465 | 37 |
| 5474 | 27 |
| 5475 | 40 |
| 5478 | 44 |
| 5481 | 0 |
| 5482 | 10 |
| 5484 | 0 |
| 5486 | 20 |
| 5490 | 22 |
| 5494 | 1 |
| 5498 | 13 |
| 5500 | 1 |
| 5506 | 20 |
| 5507 | 46 |
| 5508 | 19 |
| 5509 | 8 |
| 5510 | 5 |
| 5511 | 14 |
| 5515 | 0 |
| 5517 | 4 |
| 5519 | 10 |
| 5521 | 4 |
| 5533 | 16 |
| 5538 | 12 |

| | |
|------|-----|
| 5539 | 159 |
| 5548 | 0 |
| 5552 | 22 |
| 5553 | 47 |
| 5555 | 3 |
| 5557 | 5 |
| 5558 | 22 |
| 5559 | 14 |
| 5560 | 0 |
| 5564 | 110 |
| 5569 | 19 |
| 5577 | 23 |
| 5580 | 31 |
| 5581 | 43 |
| 5583 | 0 |
| 5584 | 0 |
| 5592 | 44 |
| 5593 | 0 |
| 5594 | 8 |
| 5595 | 0 |
| 5596 | 0 |
| 5599 | 0 |
| 5602 | 18 |
| 5605 | 0 |
| 5607 | 19 |
| 5610 | 6 |
| 5613 | 13 |
| 5615 | 12 |
| 5638 | 27 |
| 5639 | 0 |
| 5641 | 0 |
| 5648 | 10 |
| 5651 | 0 |
| 5659 | 1 |
| 5660 | 6 |
| 5669 | 6 |
| 5684 | 39 |
| 5685 | 1 |
| 5687 | 26 |
| 5693 | 0 |

| | |
|---|---|
| 5709 | 0 |
| 5716 | 10 |
| 5730 | 59 |
| 5732 | 0 |
| 5746 | 0 |
| 5749 | 12 |
| 5756 | 0 |
| 5760 | 9 |
| 5766 | 3 |
| 5772 | 0 |
| 5785 | 41 |
| 5787 | 6 |
| 5790 | 48 |
| 5793 | 18 |
| 5806 | 0 |
| 5807 | 82 |
| 5808 | 0 |
| 5810 | 55 |
| 5811 | 0 |
| 5828 | 18 |
| 5830 | 1 |
| 5831 | 0 |
| 5836 | 164 |
| 5838 | 52 |
| 5840 | 24 |
| 5846 | 54 |
| 5848 | 0 |
| 5850 | 0 |
| 5852 | 58 |
| 5855 | 45 |
| 5862 | 0 |
| 5873 | 32 |
| 5876 | 0 |
| 5883 | 29 |
| 5893 | 29 |
| 5898 | 20 |
| 5899 | 18 |
| 5904 | 0 |
| 5908 | 0 |
| 5911 | 0 |

| 5912 | 89 |
|------|-----|
| 5917 | 8 |
| 5918 | 0 |
| 5921 | 18 |
| 5922 | 91 |
| 5924 | 22 |
| 5940 | 7 |
| 5950 | 0 |
| 5952 | 6 |
| 5954 | 0 |
| 5955 | 0 |
| 5956 | 18 |
| 5968 | 51 |
| 5975 | 56 |
| 5979 | 11 |
| 5980 | 0 |
| 5981 | 68 |
| 5987 | 0 |
| 5989 | 0 |
| 6008 | 0 |
| 6011 | 0 |
| 6016 | 0 |
| 6053 | 0 |
| 6400 | 0 |
| **TOTAL** | 9381 |

Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.

Dated: <u>April 8, 2005</u>          <u>/s/ Ryan McManus</u>
                                Ryan McManus