IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> THE GILLETTE COMPANY, <br><br> Defendant. | Civil Action No. 04-CV-10913-WGY |

**DECLARATION OF MICHAEL N. RADER
IN SUPPORT OF PIC'S SUMMARY JUDGMENT MOTIONS**

Michael N. Rader states as follows:

1.     I am an attorney with Wolf, Greenfield & Sacks, P.C., counsel for Photographic Illustrators Corp. ("PIC"), the Plaintiff in the above-captioned matter.

2.     The exhibits attached to this declaration have been made double-sided, even if not originally double-sided, in order to conserve space due to the volume of paper being attached.

3.     Exhibit 1 hereto is the transcript of Beth Cooper's deposition taken in this matter.

4.     Exhibit 2 hereto is the transcript of Jill Josephson's deposition taken in this matter.

5.     Exhibit 3 hereto is the transcript of Karen Mullen's deposition taken in this matter.

6.     Exhibit 4 hereto is the transcript of Nadine Romano's deposition taken in this matter.

7.     Exhibit 5 hereto is the transcript of Brenda Tattan's deposition taken in this matter.

8.    Exhibit 6 hereto is the transcript of Jason Roopenian's deposition taken in this matter.

9.    Exhibit 7 hereto is the transcript of Jeff Sedlik's deposition taken in this matter.

10.    Exhibit 8 hereto is the transcript of Beverly Adler's deposition taken in this matter.

11.    Exhibit 9 hereto is the transcript of Paul Picone's February 10, 2005 deposition taken in this matter.

12.    Exhibit 10 hereto is the transcript of Paul Picone's March 24, 2005 deposition taken in this matter.

13.    Exhibit 11 hereto is the report of PIC's expert Jeff Sedlik.

14.    Exhibit 12 hereto is the report of Gillette's expert Beverly Adler.

15.    Exhibit 13 hereto is a set of file copies of PIC's invoices to Gillette over the years, taken from PIC's Job Folders.

16.    Exhibit 14 hereto is a set of signed PIC invoices that Gillette produced to PIC in this matter.

17.    Exhibit 15 hereto is PIC Deposition Exhibit 57.

18.    Exhibit 16 hereto is PIC Deposition Exhibit 69.

19.    Exhibit 17 hereto is PIC Deposition Exhibit 109.

20.    Exhibit 18 hereto is PIC Deposition Exhibit 81.

21.    Exhibit 19 hereto is documents bearing Bates Nos. PIC13824 and PIC13835.

22.    Exhibit 20 hereto is a PIC estimate bearing Bates No. PIC17341-2.

23.    Exhibit 21 hereto is a PIC estimate bearing Bates No. PIC17343-4.

24.    Exhibit 22 hereto is a PIC invoice bearing Bates No. PIC17348-9.

25.    Exhibit 23 hereto is a page of Photographer's Notes bearing Bates No. PIC17350.

26.   Exhibit 24 hereto is a page of Photographer's Notes bearing Bates No. PIC06129.

27.   Exhibit 25 hereto is a set of three invoices from Advanced Photographics bearing Bates Nos. PIC06123-5.

28.   Exhibit 26 hereto is a June 23, 2003 letter from Mr. Picone to Gillette.

29.   Exhibit 27 hereto is an August 13, 2003 letter from Gillette's Deputy General Counsel to PIC's attorney.

30.   Exhibit 28 hereto is a declaration from Court Reporter Alene M. Jennette regarding the contents of a box sent to PIC by Gillette.

31.   Exhibit 29 hereto is PIC's First Requests for Admissions to Gillette.

32.   Exhibit 30 hereto is Gillette's Response to PIC's First Requests for Admissions to Gillette.

33.   Exhibit 31 hereto is an unpublished decision, Cook v. Levine, Civil Action No. 89-00660 (D. Haw. Oct. 9, 1991).

34.   Exhibit 32 hereto is a 1999 APA Survey.

35.   Exhibit 33 hereto is an August 5, 2003 letter from PIC's counsel to Gillette's in-house counsel.

36.   Exhibit 34 hereto is an e-mail bearing Bates No. GLTC 253.

37.   Exhibit 35 hereto is a May 19, 2004 letter from Leon Bechet to Michael Albert.

38.   Exhibit 36 hereto is a copy of Gillette's revised privilege log.

39.   Exhibit 37 hereto is a page of notes bearing Bates No. PIC15686.

40.   Exhibit 38 hereto is a set of PIC invoices bearing Bates Nos. GLTC 184-188.

41.   Exhibit 39 hereto is PIC's Rule 30(b)(6) Deposition Notice to Gillette.

42.   Exhibit 40 hereto is a February 15, 2005 letter from Gillette's counsel to PIC's counsel.

43.    Exhibit 41 hereto is an e-mail from Beth Cooper to Paul Picone bearing Bates Nos. PIC13791-4.

44.    Exhibit 42 hereto is a copy of checks bearing Bates No. PIC17352.

45.    Exhibit 43 hereto is a page of Photographer's Notes bearing Bates No. PIC13869.

46.    Exhibit 44 hereto is a series of PIC invoices bearing Bates Nos. PIC17312-9.

47.    Exhibit 45 hereto is a series of e-mails.

48.    Exhibit 46 hereto is a PIC copyright registration bearing Bates Nos. PIC14181-14209.

49.    Exhibit 47 hereto is PIC's Job Folder No. 5613 and contents.

50.    Exhibit 48 hereto is Gillette's signed invoice for Job No. 5613, bearing Bates No. GLTC 648.

51.    Exhibit 49 hereto is the transcript of Anna Madden's deposition taken in this matter.

52.    Exhibit 50 hereto is the transcript of Linda Mallette's deposition taken in this matter.

53.    Exhibit 51 hereto is PIC's Job Folder No. 5595.

54.    Exhibit 52 hereto is PIC's Invoice No. 5595, bearing Bates Nos. PIC16809-10.

55.    Exhibit 53 hereto is part of a Braun catalog bearing Bates Nos. PIC14343 and PIC14357.

56.    Exhibit 54 hereto is a PIC image bearing Bates No. PIC03969.

57.    Exhibit 55 hereto is a PIC copyright registration bearing Bates Nos. PIC14051-PIC14088.

58.    Exhibit 56 hereto is PIC's Job Folder No. 4311 and contents.

59.    Exhibit 57 hereto is PIC's Invoice No. 4311 bearing Bates Nos. PIC16353-4.

60.    Exhibit 58 hereto is a PIC image bearing Bates No. PIC10525.

61.    Exhibit 59 hereto is part of a Braun catalog bearing Bates Nos. PIC14450 and PIC14458.

62.    Exhibit 60 hereto is part of a Braun catalog bearing Bates Nos. PIC 14280 and PIC14289.

63.    Exhibit 61 hereto is PIC's Job Folder 3695 and contents.

64.    Exhibit 62 hereto is PIC's Invoice No. 3695 bearing Bates Nos. PIC16060-1.

65.    Exhibit 63 hereto is a PIC image bearing Bates No. PIC13156.

66.    Exhibit 64 hereto is part of a Braun catalog bearing Bates Nos. PIC14493 and PIC14525.

67.    Exhibit 65 hereto is part of a 2002 Braun catalog.

68.    Exhibit 66 hereto is part of a Braun catalog bearing Bates Nos. PIC14379 and PIC14405.

69.    Exhibit 67 hereto is a PIC copyright registration bearing Bates Nos. PIC13982-PIC14015.

70.    Exhibit 68 hereto is a CD bearing Bates No. PIC04017 and a digital contained therein.

71.    Exhibit 69 hereto is Canadian marketing materials produced by Gillette.

72.    Exhibit 70 hereto is two CD's bearing Bates No. SK 0017 and SK 0018.

73.    Exhibit 71 hereto is the transcript of Sabina Chang's deposition taken in this matter.

74.    Exhibit 72 is a document bearing PIC Depo. Ex. No. 139.

75.    Exhibit 73 is a document bearing PIC Depo. Ex. No. 149.

76.    Exhibit 74 is a document bearing PIC Depo. Ex. No. 148.

77.     Exhibit 75 is a document entitled "APA Categories of Advertising Usage."

78.     Exhibit 76 is PIC's Supplemental Responses to Gillette's Interrogatory Nos. 1 and 2.

79.     Exhibit 77 is a facsimile from Beverly Adler to Michael Chiappetta.

80.     Exhibit 78 is a web page printout bearing Bates No. PIC14913.


Sworn to under the pains and penalties of perjury that the foregoing is true to the best of my knowledge and belief.


Dated: <u>April 8, 2005</u>                                  /s/ Michael N. Rader

                                                                        Michael N. Rader