IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-CV-10913-WGY |

## NOTICE OF FILING WITH CLERK'S OFFICE

Notice is hereby given that Exhibits 1 through 78 to the Declaration Of Michael N. Rader in Support of PIC's Summary Judgment Motions have been manually filed with the Court and are available in paper form only.

The original documents are maintained in the case file in the Clerk's Office.

                                                    Respectfully Submitted,

                                                    PHOTOGRAPHIC ILLUSTRATORS CORP.
                                                    By its attorney,

Dated: April 8, 2005                                __/s/ Michael A. Albert_____
                                                    Michael A. Albert, BBO # 558566
                                                    malbert@wolfgreenfield.com
                                                    WOLF, GREENFIELD & SACKS, P.C.
                                                    600 Atlantic Avenue
                                                    Boston, Massachusetts 02210
                                                    (617) 646.8000 phone
                                                    (617) 720.2441 fax