IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>       Defendant. | Civil Action No. 04-CV-10913-WGY |

## PIC'S MOTION FOR SUMMARY JUDGMENT ON GILLETTE'S FRAUD

Plaintiff Photographic Illustrators Corp. ("PIC") hereby moves for summary judgment on Gillette's fraud. PIC requests that the Court enter summary judgment that Gillette committed fraud in falsely representing that it was conducting an "investigation" into PIC's claims in Summer 2003, in requesting PIC's services in Spring 2004 without an intent to pay, and in falsely telling PIC that it had a reduced need for duplication services, when in fact Gillette was obtaining duplicates from other sources without PIC's permission.

The grounds for this Motion are set forth in the accompanying memorandum of law and statement of undisputed material facts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that counsel for PIC attempted to consult with counsel for Gillette in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

- 2 -

## **LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT**

PIC respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORP.

By its counsel,

Dated: April 8, 2005

/s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000