IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-CV-10913-WGY |

**COMBINED MOTION FOR SUMMARY JUDGMENT ON GILLETTE'S COUNTERCLAIMS, AND ON PIC'S CLAIM FOR PAYMENT OF ITS SPRING 2004 INVOICES, BY PLAINTIFF AND COUNTERCLAIM-DEFENDANT PHOTOGRAPHIC ILLUSTRATORS CORP. AND <u>ADDITIONAL COUNTERCLAIM-DEFENDANT PAUL PICONE</u>**

Plaintiff and Counterclaim-Defendant Photographic Illustrators Corp. ("PIC") and additional Counterclaim-Defendant Paul Picone hereby move for summary judgment on the counterclaims filed against them by Defendant The Gillette Company ("Gillette") in this action. PIC also moves for summary judgment on its claim for payment of its Spring 2004 Invoices for work that it did for Gillette in Spring 2004.

The grounds for this Motion are set forth in the accompanying memorandum of law and statement of undisputed material facts.

### <u>LOCAL RULE 7.1(A)(2) CERTIFICATION</u>

The undersigned certifies that counsel for PIC and Mr. Picone attempted to consult with counsel for Gillette in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

## **LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT**

PIC and Mr. Picone respectfully request the opportunity to appear for oral argument on this motion.

Respectfully submitted,

PLAINTIFF AND COUNTERCLAIM-DEFENDANT
PHOTOGRAPHIC ILLUSTRATORS CORP.

and

ADDITIONAL COUNTERCLAIM-DEFENDANT
PAUL PICONE

By their counsel,

Dated: April 8, 2005             /s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
Adam J. Kessel, BBO # 661211
akessel@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000