IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS
CORPORATION,

        Plaintiff,

v.

THE GILLETTE COMPANY,

        Defendant.

Civil Action No. 04-CV-10913-WGY

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
PIC'S AND PAUL PICONE'S MOTION FOR SUMMARY JUDGMENT
ON GILLETTE'S COUNTERCLAIMS AND ON
<u>PIC'S CLAIM FOR PAYMENT OF ITS SPRING 2004 INVOICES</u>**

PIC and Mr. Picone submit the following undisputed material facts in support of the above-referenced summary judgment motion.

All exhibits referred to herein are attached to the Declaration of Attorney Michael N. Rader as noted in PIC's memorandum of law.

1.     PIC and Mr. Picone never agreed to forego using PIC's Terms and Conditions in connection with Jobs performed for Gillette in Spring 2004.

        SUPPORT:    Picone Decl. ¶ 37-40; Cooper Depo. at 235-237.

2.     PIC charged Gillette its ordinary and customary rates in connection with Jobs performed for Gillette in Spring 2004.

        SUPPORT:    Picone Decl. ¶ 43; Sedlik Report at 23-26; Adler Report ¶ 20; Exhibit 77; Adler Depo. at 42-43; Cooper Depo. at 81, 83-84, 157-159, 161, 168-183, 202, 209

3. PIC provided and properly charged for same-day service in connection with Jobs performed for Gillette in Spring 2004.

> SUPPORT: Picone Decl. ¶¶ 43-44; Sedlik Report at 10, 26; Adler Report ¶ 20; Cooper Depo. at 165.

4. The charges on PIC's Spring 2004 invoices total $79,310.55.

> SUPPORT: Exhibit 38.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORP.

By its counsel,

Dated: April 8, 2005

/s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000