IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>       Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>       Defendant. | Civil Action No. 04-CV-10913-WGY |

**STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
PIC'S MOTION FOR SUMMARY JUDGMENT OF COPYRIGHT INFRINGEMENT**

PIC submits the following undisputed material facts in support of its Motion for Summary Judgment on Copyright Infringement.

Except where otherwise identified by Docket Number, all exhibits referred to herein are attached to the Declaration of Attorney Michael N. Rader as noted in PIC's memorandum of law.

    1.    Photographic Illustrators Corp. ("PIC") created thousands of photographic images, including in the form of transparencies, slides, and in other forms, between 1992 and 2004.

        SUPPORT:    Picone Decl, ¶ 2, 3, 4; Picone Dep. (passim); Exs. 46, 55, 67; Docket #11 Exs. B, C, H, L, M, N, O, P, and Q.

    2.    PIC owns copyright registrations in its images.

        SUPPORT:    Picone Dep. (passim); Exs. 46, 55, 67; Docket #11 Exs. B, C, H, L, M, N, O, P, and Q.

- 2 -

    3.    PIC provided licenses to certain copyrighted images to Gillette on over 700 invoice, identified by Job numbers.

        SUPPORT:    Picone Declaration, ¶ 24.

    4.    Gillette personnel reviewed and signed substantially all of PIC's invoices.

        SUPPORT:    Exhibits 13-18; Cooper Dep. at 80-81, 84, 250-251; Josephson Depo. at 54, 105-106; Mullen Dep. at 28-29, 38-39; Tattan Dep. at 65-67, 70-74.

    5.    Gillette never objected to PIC's Terms and Conditions.

        SUPPORT:    Romano Dep. at 42-43.

    6.    Gillette has copied images obtained from PIC into electronic media including an electronic library.

        SUPPORT:    Mallette Dep. (Ex. 50) at 28.

    7.    Gillette has copied images obtained by PIC for use outside the United States

        SUPPORT:  Ex. 76; 4/7/05 Order.

    8.    Gillette has copied images obtained by PIC more than one year from the date of its agreement with PIC.

        SUPPORT:  Ex. 76.

9. Gillette has purchased from third-party laboratories duplicate prints of photographs provided by PIC.

> SUPPORT: Am. Answer ¶ 25.

10. Gillette has failed to pay PIC anything for four jobs ordered by Gillette from PIC in Spring 2004.

> SUPPORT: Picone Decl., ¶ 36.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORP.

By its counsel,

Dated: April 8, 2005

/s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000