IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-CV-10913-WGY |

## PIC'S MOTION FOR SUMMARY JUDGMENT ON GILLETTE'S AFFIRMATIVE DEFENSES

　　Plaintiff Photographic Illustrators Corp. ("PIC") hereby moves for summary judgment on Gillette's affirmative defenses.

　　The grounds for this Motion are set forth in the accompanying memorandum of law and statement of undisputed material facts.

## LOCAL RULE 7.1(A)(2) CERTIFICATION

　　The undersigned certifies that counsel for PIC attempted to consult with counsel for Gillette in a good faith effort to resolve or narrow the issues presented in this motion, but that this effort was unsuccessful.

- 2 -

## LOCAL RULE 7.1(D) REQUEST FOR ORAL ARGUMENT

PIC respectfully requests the opportunity to appear for oral argument on this motion.

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORP.

By its counsel,

Dated: April 8, 2005            /s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
Adam J. Kessel, BBO # 661211
akessel@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000