UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>THE GILLETTE COMPANY,<br><br><br>　　　　Defendant. | Civil Action No. 04-10913 WGY |

**THE GILLETTE COMPANY'S MOTION PURSUANT FOR SUMMARY JUDGMENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 56**

Defendant The Gillette Company ("Gillette") hereby moves for Summary Judgment pursuant to Federal Rule of Civil Procedure 56 to dismiss all of plaintiff Photographic Illustrators Corporation's claims with the exception of it claims based upon the "Spring 2004."

In further support of this motion, Gillette submits concurrently herewith The Gillette Company's Memorandum of Law in Support of its Motion for Summary Judgment, the Declaration of David Donahue, and the Exhibits thereto.

April 8, 2005

GELB & GELB LLP

By:　/s/Richard M. Gelb/
　　　Richard M. Gelb (BBO#188240)
　　　rgelb@gelbgelb.com
　　　Robert S. Messinger (BBO# 651396)
　　　rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:　/s/Patrick T. Perkins/
　　　Patrick T. Perkins (Admitted *pro hac vice*)
　　　David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendant The Gillette Company*

1

2

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULES 7.1(a)(2) and 37.1

    I, Patrick T. Perkins, do hereby certify that on April 8, 2005, I conferred with Michael Albert, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rules 7.1(a)(2) and 37.1 to resolve or narrow the issues raised in this motion.

> By: /s/Patrick T. Perkins/
> Patrick T. Perkins (Admitted *pro hac vice)*

*I:\PPERKINS\GLTC\General\Motion For Summary Judgment.doc*