IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | Civil Action No. 04-CV-10913-WGY |

**STATEMENT OF UNDISPUTED MATERIAL FACTS
IN SUPPORT OF PIC'S MOTION FOR SUMMARY JUDGMENT
<u>ON GILLETTE'S AFFIRMATIVE DEFENSES</u>**

PIC submits the following undisputed material facts in support of its Motion for Summary Judgment on Gillette's affirmative defenses.

Except where otherwise noted by Docket Number, all exhibits referred to herein are attached to the Declaration of Attorney Michael N. Rader as noted in PIC's memorandum of law.

1. Gillette has refused to answer PIC's interrogatory requesting that Gillette "state the basis" for its affirmative defenses.

    SUPPORT:   Docket No. 63, Ex. 3.

2. The court denied Gillette's Rule 12(b)(6) motion to dismiss for failure to state a claim upon which relief could be granted and in doing so rejected Gillette's argument that PIC had failed to plead fraud with particularity as required under Rule 9(b).

3. PIC and Gillette entered into literally hundreds of licenses over a multi-year period.

    SUPPORT:   Picone Declaration, ¶ 24.

4. Gillette personnel reviewed and signed substantially all of PIC's invoices.

   SUPPORT:   Exhibits 13-18; Cooper Depo. at 80-81, 84, 250-251; Josephson Depo. at 54, 105-106; Mullen Depo. at 28-29, 38-39; Tattan Depo. at 65-67, 70-74.

5. Gillette never objected to PIC's Terms and Conditions.

   SUPPORT:   Romano Depo. at 42-43.

6. The license terms in PIC's Terms and Conditions are the standard APA (Advertising Photographers of America) provisions, used by countless commercial photographers in countless photography contracts and enforced by court after court.

   SUPPORT:   Sedlik Report at 8-9.

7. On August 13, 2003, Gillette sent PIC's counsel a letter stating that Gillette was "conducting an internal investigation" pertaining to PIC's claims and that Gillette would "forward any relevant information to your attention as it becomes available."

   SUPPORT:   Exhibit 27.

8. Gillette intended, in sending the August 13, 2003 letter, to induce PIC to delay filing a lawsuit.

   SUPPORT:   Exhibit 27.

9. PIC delayed filing this lawsuit in reliance on the representations in Gillette's August 13, 2003 letter.

   SUPPORT:   Picone Decl. ¶ 31.

10. PIC delayed filing this lawsuit in reliance on the representations in Gillette's August 13, 2003 letter.

   SUPPORT:   Picone Decl. ¶ 31.

 

Respectfully submitted,

PHOTOGRAPHIC ILLUSTRATORS CORP.

By its counsel,

Dated: April 8, 2005

/s/ Michael A. Albert
Michael A. Albert, BBO #558566
malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000