UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | |
| Plaintiff, | |
| vs. | Civil Action No. 04-10913 WGY |
| THE GILLETTE COMPANY, | |
| | **NOTICE OF FILING WITH THE CLERK'S OFFICE** |
| Defendant. | |

Notice is hereby given that the document and exhibits listed below have been manually filed with the Court and are available in paper form only:

**DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GILLETTE COMPANY'S MOTION FOR SUMMARY JUDGMENT with EXHIBITS 1 – 35.**

The original document and exhibits are maintained in the case file in the Clerk's Office

April 8, 2005

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:    /s/Patrick T. Perkins/
        Patrick T. Perkins (Admitted *pro hac vice*)
        David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901


GELB & GELB LLP
        Richard M. Gelb (BBO#188240)
        Robert S. Messinger (BBO#651396)
20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009
*Attorneys for Defendant/Counterclaim-Plaintiff*
*The Gillette Company*