UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>    Defendant. | Civil Action No. 04-10913 WGY<br><br>ASSENTED TO MOTION TO CONTINUE HEARING ON THE PARTIES' MOTIONS FOR SUMMARY JUDGMENT |

      Defendant The Gillette Company ("Gillette") respectfully requests this Court to continue the hearing date on the parties' respective Motions for Summary Judgment from May 17, 2005 until May 20, 2005. The reason for this Motion to Continue Hearing (the "Motion") is that all of the Gillette in-house lawyers from the department responsible for supervision of this litigation will be out of the state on a previous commitment the week of May 15, 2005 through May 19, 2005 and thus none would be able to attend the Hearing. In the event the Court reschedules the Hearing for a date other than May 20, 2005, Gillette requests that such date not be May 25 or 26, 2005 as lead counsel for Gillette will be arguing an appeal before the U.S. Court of Appeals for the Eleventh Circuit in Montgomery, Alabama on May 26. The Motion is not for purposes of delay.

Plaintiff Photographic Illustrators Corporation assents to the Motion.

                                              DEFENDANT THE GILLETTE COMPANY,
By its attorneys,

     /s/Patrick T. Perkins/
Marie V. Driscoll (Admitted *pro hac vice*)
Patrick T. Perkins (Admitted *pro hac vice*)
David Donahue (Admitted *pro hac vice*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

     /s/ Richard M. Gelb
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Robert S. Messinger (BBO# 651396)
rmessinger@gelbgelb.com
GELB & GELB LLP
20 Custom House Street
Boston, MA 02110
Tel: (617) 345-0010
Fax: (617) 345-0009

Assented-To:

COUNTERCLAIM DEFENDANTS
PHOTOGRAPHIC ILLUSTRATORS
CORPORATION AND PAUL PICONE
By their attorneys,

   /s/ Michael A. Albert
Michael A. Albert (BBO#558556)
Malbert@wolfgreenfield.com
Michael N. Rader (BBO#646990)
Mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210
Tel: (617) 720-3500
Fax: (617) 720-2441

DATED: April 19, 2005

I:\ddonahue\GLTC\COURT DOCS\041130-0420298-Assented to Motion re Hearing on Motions for Summary Judgment.doc