UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant. | Civil Action No. 04-10913 WGY<br><br>**GILLETTE'S RESPONSES TO PLAINTIFF'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT ON ITS COPYRIGHT CLAIMS** |
| THE GILLETTE COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>    Counterclaim-Defendants. | |

Gillette submits the following responses to Plaintiff's Statement of Undisputed Facts In Support Of Its Motion For Summary Judgment On Its Copyright Claims.

**Fact No. 1**: Photographic Illustrators Corp. ("PIC") created thousands of photographic images, including in the form of transparencies, slides, and in other forms, between 1992 and 2004.

**Support**: Picone Decl, ¶ 2, 3, 4; Picone Dep. (passim); Exs. 46, 55, 67; Docket #11 Exs. B, C, H, L, M, N, O, P, and Q.[1]

**Response**: Admitted.

**Fact No. 2**: PIC owns copyright registrations in its images.

**Support**: Picone Dep. (*passim*); Exs. 46, 55, 67; Docket #11 Exs. B, C, H, L, M, N, O, P, and Q.

---

[1] Except where otherwise identified by Docket Number, all exhibits referred to herein are attached to the Declaration of Attorney Michael N. Rader (Dkt. No. 77).

**Response:** Gillette admits that PIC owns copyright registrations for some of its images. However, PIC *does not* own copyright registrations for the bulk of its claimed infringements, notwithstanding that the existence of such registrations is a jurisdictional prerequisite to suit.

**Support:** Dkt. No. 99, Ex. 7 at 5-33, 35-44, 49-54, 56, 58-59.

**Fact No. 3**: PIC provided licenses to certain copyrighted images to Gillette on over 700 invoice, identified by Job numbers.

**Support**: Picone Declaration, ¶ 24.

**Response:** Admit that PIC provided licenses to certain copyrighted images to Gillette but otherwise deny the statement.

**Support:** Dkt. No. 99, Ex. 7 at 67-73.

**Fact No. 4**: Gillette personnel reviewed and signed substantially all of PIC's invoices.

**Support**: Exhibits 13-18; Cooper Dep. at 80-81, 84, 250-251; Josephson Depo. at 54, 105-106; Mullen Dep. at 28-29, 38-39; Tattan Dep. at 65-67, 70-74.

**Response:** Admit that Gillette personnel reviewed the front of PIC's invoices and would initial or sign them to approve for payment.

**Support**: Exhibits 13-18; Cooper Dep. at 80-81, 84, 250-251; Josephson Depo. at 54, 105-106; Mullen Dep. at 28-29, 38-41; Tattan Dep. at 65-67, 70-74.

**Fact No. 5**: Gillette never objected to PIC's Terms and Conditions.

**Support**: Romano Dep. at 42-43.

**Response:** This statement is not susceptible to an admission or denial. First, PIC has capitalized the phrase "Terms and Conditions" without defining what it refers to (whether the boilerplate on the back of PIC's invoices, or the actual "Terms and Conditions" under which the parties operated for more than 10 years). The evidence demonstrates that the "Terms and Conditions" under which the parties operated were that for a period of 10 years, PIC knowingly

2

never enforced a one-year limit on use, never enforced a geographical limitation on use, and never enforced a limitation on media use.

**Support**: Dkt. No. 99, Ex. 2, at 80-109; Ex. 7 at 33-34; Exs. 17, 22; Ex. 19 at 107-09.

**Fact No. 6**: Gillette has copied images obtained from PIC into electronic media including an electronic library.

**Support**: Mallette Dep. (Ex. 50) at 28.

**Response:** Admitted.

**Fact No. 7**: Gillette has copied images obtained by PIC for use outside the United States.

**Support**: Ex. 76; 4/7/05 Order

**Response:** Gillette admits that, with PIC knowledge and consent, it has copied images obtained from PIC for use outside of the United States. However, Gillette objects to the purported evidentiary basis of PIC's "fact." First, PIC refers to Ex. 76, which is PIC's own Interrogatory Response and is a self-serving statement without any foundation. Second, PIC's reference to the Court's Order of 4/7/05 does not support the so-called "fact." The Court's Order *does not* create a presumption that Gillette has used photographs created by PIC abroad, rather, it is limited to allowing PIC to argue an "adverse inference" that any foreign catalogs Gillette distributed since 2000 which Gillette has not produced, includes unauthorized foreign uses of PIC's images. The Order does not create an evidentiary presumption that any such catalogs exist.

**Support**: Ex. 76; 4/7/05 Order; Dkt. No. 99, Exs. 17, 18, 19 at 107-09; Perkins Decl. ¶ 11.

**Fact No. 8**: Gillette has copied images obtained by PIC more than one year from the date of its agreement with PIC.

**Support**: Ex. 76.

**Response:** Gillette admits that it did so with PIC's knowledge and consent.

3

**Support:** Dkt. No. 99, Ex. 2, at 80-109; *id.* Ex. 7 at 33-34; *id.* Exs. 17, 22; *id.* Ex. 19 at 107-09.

**Fact No. 9**: Gillette has purchased from third-party laboratories duplicate prints of photographs provided by PIC.

**Support**: Am. Answer ¶ 25.

**Response:** Admitted.

**Fact No. 10**: Gillette has failed to pay PIC anything for four jobs ordered by Gillette from PIC in Spring 2004.

**Support**: Picone Decl., ¶ 36.

**Response:** Admitted.

Dated: April 22, 2005

GELB & GELB LLP

By:   /s/Richard M. Gelb/
    Richard M. Gelb (BBO#188240)
    rgelb@gelbgelb.com
    Robert S. Messinger (BBO# 651396)
    rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:   /s/Patrick T. Perkins/
    Patrick T. Perkins (Admitted *pro hac vice*)
    David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

*Attorneys for Defendant/Counterclaim-Plaintiff
The Gillette Company*

I:\ddonahue\GLTC\Plaintiff's Summary Judgment Motions\Copyright Infringement - Gillette's Response to Statement of Facts.doc