UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>        Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>        Defendant. | Civil Action No. 04-10913 WGY<br><br>DECLARATION OF ANNA MADDEN |

Anna Madden hereby declares:

1. I was employed by The Gillette Company ("Gillette") between 1992-2002. Although my responsibilities changed over the years, my responsibilities included creating selling materials for Gillette's sales force and engaging and supervising Gillette's vendors who provided services in connection with such selling materials. This declaration is based on my personal knowledge.

2. On dozens of occasions from 1992 through 2002 I engaged plaintiff Photographic Illustrators Corp. ("PIC") to take photographs of Gillette products for use in Gillette's selling materials. In addition, during this time period I personally observed other Gillette Project Managers who engaged PIC to take photographs of Gillette products for use in Gillette's selling materials on numerous occasions. Thus, I am familiar with PIC's dealings with Gillette.

3. During the course of my employment with Gillette, no PIC employee ever demanded that I (or anyone else at Gillette of whom I am aware) return any original PIC transparency or negative. Similarly, during that time, no PIC employee ever told me that at some future date Gillette might be required to return any original PIC transparencies and negatives, failing which, Gillette would be required to pay for each unreturned transparency and negative.

In addition, during the time PIC performed work for Gillette, PIC employees told me that PIC was maintaining duplicate original transparencies and negatives, as well as high resolution digital scans, of each image provided to Gillette.

4. As a result of the above facts, neither I nor anyone else at Gillette kept separate files of the original transparencies, negatives, and electronic images provided to us by PIC for the purpose of returning them to PIC upon its request.

5. During the years I worked with PIC, no PIC employee ever told me or, to my knowledge, any other Gillette employee, that Gillette's use of any of the photographic materials provided by PIC was limited to one year, to the U.S. or to any specific type of promotional or marketing material.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at Boston, Massachusetts this 22nd day of April, 2005.

*Anna Madden*
Anna Madden