Melissa_Conroy@Gillette.com,11/17/2000 9:54 AM -0500,NEW Foamy Photos          1

Subject: NEW Foamy Photos
To: picorp@shore.net
Bcc:
From: Melissa_Conroy@Gillette.com
Date: Fri, 17 Nov 2000 09:54:02 -0500
X-MIMETrack: Serialize by Router on GBO126-N/GIL/bo/NA/Gillette(Release 5.0.4a |July 24, 2000) at
 11/17/2000 09:53:59 AM
MIME-Version: 1.0

Paul,

This is to confirm my request for 3 shots of the NEW Foamy Packaging, using
the comps (6 cans) you received this morning:
- Foamy Family with all 6 SKU's
- Foamy Regular
- Foamy Protection

Attached is reference for the shots; including a brochure design, as well
as the original lo-res images used for concepting the brochure.

(See attached file: FoamyBro.pdf)    (See attached file: NEWFoamy.ppt)

Please shoot film and provide both chromes and digital files by EOD,
Wednesday, November 22.
Finally, please reply with a cost estimate for budgeting purposes.

Thanks so much. It's great to know I can always count on you!

Melissa
---------------------------------------
Melissa Conroy
Project Manager
Business Communications
Gillette HBC
T- 617.463.8705
F - 617.463.8957
email: melissa_conroy@gillette.com
Content-type: application/pdf;
        name="FoamyBro.pdf"
Content-Disposition: attachment; filename="FoamyBro.pdf"
Content-Description: Adobe Portable Document

FoamyBro.pdf
Content-type: application/vnd.ms-powerpoint;
        name="NEWFoamy.ppt"
Content-Disposition: attachment; filename="NEWFoamy.ppt"
Content-Description: PowerPoint 4.0

NEWFoamy.ppt