

PIC07861