

PIC07031