

PIC05460