

PIC05461