

# Gillette® MACH3™

**A revolutionary triple-blade shaving system** for the closest shave ever in fewer strokes – with less irritation.

- **3 Blades...** specially positioned to extend gradually closer to your beard, to shave you progressively closer in a single stroke. So close there is less need to reshave, which means less irritation.




- **Patented DLC™ comfort edges...** each blade has a patented DLC comfort edge, so MACH3 glides effortlessly and comfortably across your face.

- And MACH3 has an advanced Indicator™ lubricating strip with a blue stripe that fades away when you are no longer getting the optimal MACH3 shaving experience.

For an exceptional shave, use with Gillette® Series shaving products.

### Gillette. The Best a Man Can Get™

© 1998
**The Gillette Company**
Box 61, Boston, MA 02199
U.S. Patents Pending

**Questions? Comments?**
1-800-GILLETTE
www.MACH3.com



0  47400 17980  6

27

10000984