

PIC07231