UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>　　　　Defendant. | Civil Action No. 04-10913 WGY |
| THE GILLETTE COMPANY,<br><br>　　　　Counterclaim-Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>　　　　Counterclaim-Defendants. | |

**GILLETTE'S RESPONSE TO PIC'S STATEMENT OF UNDISPUTED
MATERIAL FACTS IN CONNECTION WITH PIC'S MOTION FOR
SUMMARY JUDGMENT ON GILLETTE'S COUNTERCLAIMS
AND ON PIC'S CLAIM FOR PAYMENT OF ITS SPRING 2004 INVOICES**

Gillette submits the following response and PIC's alleged statement of undisputed material facts in support of its Motion for Summary Judgment on Gillette's Counterclaims and on PIC's Claim for Payment of its Spring 2004 Invoices.

**RESPONSES AND OBJECTIONS TO DEFENDANT'S RULE 56.1 STATEMENT**

　　　1.　　Denied. Evidence in the record, including the deposition testimony of Beth Cooper, shows that in 2004 the parties agreed by word and/or deed that their prior course of dealings ("business as usual") would govern the relationship absent express agreement to other terms. (Tr. 219).[1]

---

[1] Citations to "Tr. __" are to pages of the Cooper deposition transcript annexed as Exhibit 1 to the Declaration of Michael N. Rader in Support of PIC's Summary Judgment Motions (Dkt. No. 77, Exh. 1).

2.	Denied. Evidence in the record, including the deposition testimony of Beth Cooper, shows that the charges imposed by Gillette for the 2004 Projects after the fact were not in line with the ordinary and customary rates for PIC's Gillette projects over many years. (Tr. 162-72, 179, 201-07, 211-15).

3.	Denied. (Tr. 164-67).

4.	Gillette admits that PIC issued invoices *after* the 2004 Projects were completed, and *after* PIC filed this suit against Gillette, and admits that the charges listed on these invoices total $79,310.55, but denies that PIC was entitled to charge these amounts for the 2004 Projects.

April 22, 2005

Of counsel: Craig S. Mende

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By:   /Patrick T. Perkins_____
       Patrick T. Perkins (Admitted *pro hac vice*)
       David Donahue (Admitted *pro hac vice*)
886 United Nations Plaza
New York, New York 10017
Ph: (212) 813-5900
Fax: (212) 813-5901

GELB & GELB LLP

By:   /Richard M. Gelb/_____
       Richard M. Gelb (BBO#188240)
       rgelb@gelbgelb.com
       Robert S. Messinger (BBO#651396)
       rmessinger@gelbgelb.com

20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

*Attorneys for Defendant The Gillette Company*

I:\CMENDE\Gltc\PIC\Court Papers\050422-0420298-Gilette's Response to PIC's Statement of Undisputed Material Facts -csm.doc

2