UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>    Defendant. | Civil Action No. 04-10913 WGY<br><br>**DECLARATION OF PATRICK T. PERKINS IN OPPOSITION TO PIC'S SUMMARY JUDGMENT MOTIONS** |
| THE GILLETTE COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>    Counterclaim-Defendants. | |

Patrick T. Perkins hereby declares:

    1.    I am a member of the Bar of the State of New York and a shareholder at the law firm of Fross Zelnick Lehrman & Zissu, P.C.  I have been admitted *pro hac vice* to act before this Court as counsel for Defendant The Gillette Company ("Gillette") in this action.  I submit this declaration in opposition to Plaintiff Photographic Illustrators Corporation's ("PIC") Motions for Summary Judgment on Liquidated Damages, on Gillette's Fraud, on Gillette's Counterclaims and PIC's Claim for Payment, on Copyright Infringement, and on Gillette's Affirmative Defenses, based on my personal knowledge or matters about which I have been informed.

    2.    True and correct copies of documents produced by PIC in this litigation evidencing PIC's custody of duplicate transparencies and negatives and digital copies of

images PIC provided to Gillette and PIC's communications to Gillette personnel regarding PIC's duplicate copies and digital files are attached hereto as **Exhibit 1**.

3. True and correct copies of an envelope cover, postmarked May 14, 2004, and enclosed PIC invoices are attached hereto as **Exhibit 2**.

4. True and correct copies of documents produced by PIC in this litigation evidencing PIC's use of the terms "Sales Promo" and "Mktg." in the "Media Use" section of its invoices relating to trade show materials, power point presentations and other uses are attached hereto as **Exhibit 3**.

5. True and correct copies of documents from PIC job folder 5595 produced by PIC in this litigation are attached hereto as **Exhibit 4**.

6. A true and correct copy of an e-mail dated January 20, 2005, from Michael Rader to Patrick Perkins, David Donahue, and Richard Gelb, with an attached draft stipulated protective order, is attached hereto as **Exhibit 5**.

7. A true and correct copy of the Confidentiality Stipulation entered by the parties on February 4, 2005 is attached hereto as **Exhibit 6**.

8. A true and correct copy of an e-mail dated February 15, 2005, from David Donahue to Michael Rader, is attached hereto as **Exhibit 7**.

9. True and correct copies of the contents of PIC job folder 4717 produced by PIC in this litigation are attached hereto as **Exhibit 8** hereto.

10. True and correct copies of documents from PIC job folder 4816 produced by PIC in this litigation are attached hereto as **Exhibit 9** hereto.

11. True and correct copies of documents from PIC job folder 5338 produced by PIC in this litigation are attached hereto as **Exhibit 10** hereto.

12. True and correct copies of documents from PIC job folder 5455 produced by PIC in this litigation are attached hereto as **Exhibit 11** hereto.

13. A true and correct printout from the web site of the Secretary of the Commonwealth of Massachusetts regarding PIC's corporate status is attached as **Exhibit 12** hereto.

14. A true and correct copy of a letter dated April 19, 2005, from Adam Kessel to Patrick Perkins, is attached hereto as **Exhibit 13**.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 22nd day of April, 2005.

          /s/ Patrick T. Perkins
          Patrick T. Perkins