# EXHIBIT 1

# PHOTOGRAPHY CONTRACT

**Photographic Illustrators Corporation**
467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

5191

| | |
|---|---|
| CLIENT: Gillette | BILL TO: Nadine Romano |
| STREET: 1 Gillette Park 8E-3 | |
| CITY, STATE, ZIP: Boston, MA 02127 | |

DATE: 3/13/00
LOCATION: studio

ASSIGNMENT: Dupe Trans of Gillette Images (from Trish Moriarty)

- 10 4x5 dupe trans of various Gillette images — 450.00
  (so we can keep originals here in their binder)

ORDER DUE: 3/16/00

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ |
| FILM | $ 450.00 |
| PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL    Drop | $ 10.00 |
| SHIPPING & HANDLING  Fed-Ex (1) | $ 9.59 |
| Trish Moriarty | $ |
| 617-463-8748 | $ |
| | $ |
| TOTAL FEE | $ 469.59 |
| SALES TAX | $ 23.48 |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ 493.07 |

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

PIC15621

**Photographic Illustrators Corporation**
467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

# PHOTOGRAPHY CONTRACT

5179

| | |
|---|---|
| CLIENT: Gillette | BILL TO: Anna Madden |
| STREET: 1 Gillette Park 7E-4 | STREET: |
| CITY, STATE, ZIP: Boston, MA 02127 | CITY, STATE, ZIP: |
| HOME PHONE: | PHONE: |
| WORK PHONE: | |

SHIP TO:

| | | |
|---|---|---|
| DATE: 3/10/2000 | TIME: A.M. P.M. | PHOTOGRAPHER: |
| LOCATION: Studio | | CONTACT: PHONE: |

ASSIGNMENT: IRT 3020
- O.P.P. on 2 views w. 4x5 cp - 4x5 c.t. delivered   900
- ~~Scan 2 images~~ 2 digital drum scans, 2 digital retouches to change temp to 101.4, 4 digital output chromes (2 ea of 2)    w/o # 27596 @750.00   1,500.00

SPECIAL INSTRUCTIONS: (1 set chromes to Anna, 1 for our files)

MODEL: Film: 4 4x5 pol.  $44.00
MODEL: 8 4x5 E-6  $88.00

☐ B/W  ☐ COLOR  ☐ PRINTS  ☐ NEGATIVES  ☐ TRANSPARENCIES

ORDER DUE: 3/13 EOD.   QUANTITY:   SIZE:   FINAL USE:

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ 900 — |
| FILM | $ 132.00 |
| PROCESSING Digital | $ 1,500.00 |
| ASSISTANT(S) | $ 125 |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| SHIPPING & HANDLING Courier to Gillette 3/14 | $ 65.00 |
| | $ |
| | $ |
| | $ |
| TOTAL FEE | $ 2,722.00 |
| SALES TAX | $ 136.10 |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ 2,858.10 |

CLIENT _____ DATE _____
STUDIO _____ DATE _____

PIC05817

```
                    To: Joyce_Lorden@gillette.com
                  From: Paul Kevin Picone <picorp@shore.net>
               Subject: Re: GILLETTE POWER BRANDS PHOTO-SHOOT(S)
                    Cc:
                   Bcc:
         X-Attachments:
```

Hi Joyce,

My name's Kelly; I work with Paul (I'm the office/project manager and also do a lot of his digital work). Thanks for the e-mail outlining what you need. It's really important that we get all the details we need up front this way but it doesn't happen often enough - so I'm sincerely appreciative! :)

You've indicated you'd like the same format as we've done in the past for Arlene and I wanted to let you know what that is - for you records and also in case you decide you'd like something different.

What we've provided for trade shows is:

1. A vertical and horizontal shot of each view
1. 1 8x10 chrome of each shot (so, in this case, you'd receive 4)
2. Digital files in the following format

    - 600 ppi EPS files for 11" x 14" output size
    - RGB Mode
    - on a CD Rom formatted for both MAC and PC

3. We also keep a master chrome and digital file here as back-up, in case you need duplicates later.

The only information I still need to get from you is:

1. Due date for the chromes and CD
2. Your billing address and fax number

Please let me know if you have any questions - or if you decide you'd like anything done differently. We're looking forward to working with you.

Thanks!

Kelly


>Hi Paul,
>
>Thanks for working me into your schedule for Monday.
>
>Kathi and Carla have pulled together the product that we need shot for some
>upcoming trade shows. I've listed below what you will receive plus some
>nuances, etc. Also, Paul, as we discussed, please shoot two ways -- one
>with everything below included and the a second shot with the D4 not
>included. Use the same format as you've done in the past for Arlene Henry
>for other shows.
>
>o Venus Razor
>o Venus 4's
>o MACH3 Razor
>o Cross Action toothbrush (new packaging)
>o Braun/Oral-B 3D Excel (only one available)
>o Braun/Oral-B D4 Battery Powered for Kids (only one available and needs
>to be shot out of package)
>o Right Guard Extreme
>o Gillette Series Shave Gel
>o Gillette Series other (Kathi, did you send Splash or ASSC Lotion?)
>o Satin Care Shave Gel
>o Duracell Ultra M3 AA 4's
>o Duracell Ultra M3 AAA 4's

>
>As usual, we have limited product to share. I will need you to send all of
>the product out Monday evening, to arrive the next morning, for a shoot in
>Connecticut. In particular, the D4 is the only one available right now and
>is critical for Connecticut, and the 3D Excel.
>
>Overnight on Monday to:  MRP
>            Attention: Lisa Kessler
>            999 Summer Street
>            Stamford, CT  06905
>            (203) 327-0890
>
>
>
>Thanks again,
>
>Joyce
>
>_____
>Joyce Lorden
>Business Communications Manager
>General Merchandise/Specialty Outlets
>(617) 463-9383

To: Tricia_Moriarty
From: Paul Kevin Picone <picorp@shore.net>
Subject: Oral-B On-the-Go Photography
Cc:
Bcc:
X-Attachments:

Hi Tricia,

Just received the On-The-Go packs and have a few questions for you:

1. Did you want these shot in or out of package?

2. When do you need them?

3. Do you want us to send the product back to you with the film?

4. Lastly . . . ., you indicated you wanted these as both low res and high res for possible printing. I can give you 150ppi JPEGs, like I've done on past jobs for you, for the low res viewing but need more information on what you'd like for the high res images. I will fax over a digital formatting request form for you to fill out and fax back. If you have any questions about this, please give me a call and we can figure out the best way to do this for you. If it helps as a benchmark, we scan most of Anna and Brenda's images at 450ppi @ 100% and keep them in a directory of images here. If there are specific print jobs, however, they sometimes require larger files so it really depends on how you'll use the images.

OK, that does it for now. Please advise - and let me know if you have questions. :)

Thanks!

Kelly

P.S.

```
         To: Michele_Sager
       From: Paul Kevin Picone <picorp@shore.net>
    Subject: Digital Library
         Cc: Linda_Mallette
        Bcc:
X-Attachments: :Hard Drive:13435:Formatting Request:
```

Hi Michele,

Just a reminder . . . I still need the formatting specs for scanning before we can proceed any further. Have you and Linda decided on the format yet?

Please advise.

Thanks!!

Kelly



Hi Michele,

Paul has gone through our files and found additional photos for your digital library. We are ready to start scanning these, so I just need to get the digital specifications from you.

I'm attaching a digital formatting request form that I need to have you complete and fax back to us at your earliest convenience (fax#: 978-356-1203). If you have trouble opening the attachment, just let me know and I can fax it to you.

If you have any questions, please feel free to give either of us a call at 978-356-0101.

Thanks!

Kelly


Kelly Harstad
Photographic Illustrators Corp.
978-356-0101