# EXHIBIT 2



GLTC 184



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@comcast.net

| TO: | |
|---|---|
| The Gillette Co.<br>800 Boylston Street<br>Pru., Tower<br>Boston, MA 02199 | DATE: 3.02.04<br>P.O.#:<br>JOB #: 6365<br>A.D.: PKP<br>BUYER: Beth Cooper<br>CLIENT: Gillette |

**DESCRIPTION/TERMS:**   ☐ ESTIMATE  ☒ INVOICE 6365

Original photographic production on product for Housewares Show w/ extensive product preparation for photography, 4X5 color transparencies, 4X5 color Polaroids provided, High res digital scans, color correct, digital retouching, silhouetting, conversion to jpgs and transmitted to Gillette. Burn CD and FedEx. RUSH/O.T. and Same Day Service Provided.

**MEDIA USE:**   Unlimited Per T&C
**PERIOD OF USE:** Unlimited by Sales Planning/Business Communications Group Only

| FEES: | PHOTOGRAPHY | | | $ 43,500.00 |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | Incl. |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | |
| | | | | $ 43,500.00 |

| PRODUCTION CHARGES & EXPENSES: | CREW | $ 3,300.00 |
|---|---|---|
| | FILM, PROCESSING & PRINTS | $ 1,728.00 |
| | DIGITAL SERVICES | $ 11,600.00 |
| | INSURANCE | |
| | PROPS, WARDROBE | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. |
| | SETS | Incl. |
| | SHIPPING & DELIVERY | $ 350.86 |
| | *TALENT (CASTING & FEES) | |
| | TRAVEL (CREW, TALENT) | |
| | MISCELLANEOUS | |
| | | $ 16,978.86 |

*handwritten: 7x cost of 2002 show 11 products*

*Talent fees may not include usages.

| | |
|---|---|
| SUBTOTAL | $ 60,478.86 |
| SALES TAX 5 % | $ 3,023.94 |
| TOTAL | |
| ADVANCE | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.   **BALANCE DUE:** $ 63,502.80

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC 185



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@comcast.net

**TO:**
The Gillette Co.
800 Boylston Street
Pru., Tower
Boston, MA 02199

**DATE:** 3.17.04
**P.O.#:**
**JOB #:** 6377
**A.D.:** PKP
**BUYER:** Gary Gibson
**CLIENT:** Braun/Oral-B

**DESCRIPTION/TERMS:** ☐ ESTIMATE  ☒ INVOICE 6377
Original photographic production on Oral-B EB 18-1 and EB 18-3 w/product prep, conversion of files from RAW to Tiff, color correct, digital retouching, silhouetting, conversion to jpgs and transmitted to Gillette. Burn CD and FedEx. RUSH/O.T. Service Provided.

**MEDIA USE:** Unlimited Per T&C
**PERIOD OF USE:** Unlimited by Sales Planning/Business Communications Group Only

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | $ 2,200.00 | |
| | PREP DAYS | ($ PER DAY) | Incl. | |
| | TRAVEL | ($ PER DAY) | | |
| | WEATHER DELAYS | ($ PER DAY) | | |
| | | | | $ 2,200.00 |

| PRODUCTION CHARGES & EXPENSES: | | | |
|---|---|---|---|
| | CREW | $ 300.00 | |
| | FILM, PROCESSING & PRINTS | | |
| | DIGITAL SERVICES | $ 800.00 | |
| | INSURANCE | | |
| | PROPS, WARDROBE | | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | Incl. | |
| | SHIPPING & DELIVERY | $ 25.00 | |
| | *TALENT (CASTING & FEES) | | |
| | TRAVEL (CREW, TALENT) | | |
| | MISCELLANEOUS | | $ 1,125.00 |

*Talent fees may not include usages.

**SUBTOTAL** $ 3,325.00
**SALES TAX** 5 % $ 166.25
**TOTAL**
**ADVANCE**

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

**BALANCE DUE:** $ 3,491.25

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@comcast.net

| TO: | | |
|---|---|---|
| The Gillette Co. | DATE: | 4.20.04 |
| 800 Boylston Street | P.O.#: | |
| Pru., Tower | JOB #: | 6400 |
| Boston, MA 02199 | A.D.: | PKP |
| | BUYER: | Beth Cooper |
| | CLIENT: | Gillette |

**DESCRIPTION/TERMS:**  ☐ ESTIMATE  ☒ INVOICE  6400

File retrieval on 12 product application views for Arianna Lee w, resizing, reformatting from High res Tiff to Jpg files. Files transmitted for approval.

MEDIA USE:    Unlimited Per T&C
PERIOD OF USE: Unlimited by Sales Planning/Business Communications Group Only

| FEES: | PHOTOGRAPHY | | | |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | |

| PRODUCTION | CREW | Incl. |
|---|---|---|
| CHARGES & | FILM, PROCESSING & PRINTS | |
| EXPENSES: | DIGITAL SERVICES | $ 740.00 |
| | INSURANCE | |
| | PROPS, WARDROBE | |
| | RENTAL (STUDIO, EQUIPMENT) | |
| | SETS | |
| | SHIPPING & DELIVERY | |
| | *TALENT (CASTING & FEES) | |
| | TRAVEL (CREW, TALENT) | |
| | MISCELLANEOUS | $ 740.00 |

*Talent fees may not include usages.

| | |
|---|---|
| SUBTOTAL | $ 740.00 |
| SALES TAX 5 % | $ 37.00 |
| TOTAL | |
| ADVANCE | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

BALANCE DUE:   $ 777.00

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC 187



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel: (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@comcast.net

| TO: | | |
|---|---|---|
| The Gillette Co. | DATE: | 3.22.04 |
| 800 Boylston Street | P.O.#: | |
| Pru., Tower | JOB #: | 6382 |
| Boston, MA 02199 | A.D.: | PKP |
| | BUYER: | Beth Cooper |
| | CLIENT: | Braun/Oral-B |

**DESCRIPTION/TERMS:**   ☐ ESTIMATE   ☒ INVOICE 6382

Original photographic production on Oral-B product for Sales Meeting w/product prep, conversion of files from RAW to Tiff, color correct, digital retouching, silhouetting, conversion to jpgs and transmitted to Gillette. Burn CD and FedEx. RUSH/O.T. And Same Day Service provided

*(handwritten: Stages incredible 4 out of pk. 4 in pk.)*

MEDIA USE:   Unlimited Per T&C
PERIOD OF USE:   Unlimited by Sales Planning/Business Communications Group Only.

| FEES: | PHOTOGRAPHY | | | $ 8,700.00 | |
|---|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | Incl. | |
| | TRAVEL | ($ | PER DAY) | | |
| | WEATHER DELAYS | ($ | PER DAY) | | |
| | | | | | $ 8,700.00 |

| PRODUCTION CHARGES & EXPENSES: | CREW | $ 600.00 | |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | | |
| | DIGITAL SERVICES | $ 1,590.00 | |
| | INSURANCE | | |
| | PROPS, WARDROBE | | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | Incl. | |
| | SHIPPING & DELIVERY | $ 100.00 | |
| | *TALENT (CASTING & FEES) | | |
| | TRAVEL (CREW, TALENT) | | |
| | MISCELLANEOUS | | $ 2,290.00 |

*Talent fees may not include usages.

| | | |
|---|---|---|
| | SUBTOTAL | $ 10,990.00 |
| | SALES TAX 5 % | $ 549.50 |
| | TOTAL | |
| | ADVANCE | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.    **BALANCE DUE:** $ 11,539.50

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____   DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC 188