# EXHIBIT 3



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net

| TO: | Anna Madden<br>Gillette<br>1 Gillette Park, 7E-4<br>Boston, MA 02127 | DATE: | 4/27/00 |
|---|---|---|---|
| | | P.O.#: | |
| | | JOB #: | 5202 |
| | | A.D.: | P.K.P. |
| | | BUYER: | Anna Madden |
| | | CLIENT: | Gillette |

**DESCRIPTION/TERMS:** Various Thermoscans    ☐ ESTIMATE    ☒ INVOICE # 5202

1. 4 digital photographs of Kangaroo, with RUSH service provided.
2. Convert 4 digital images to 100ppi JPEGs, with touch-up, and e-mail to stephen_f_brissette&gillette.com (RUSH).
3. Original photographic production on 7 views with 4x5 color polaroids & 4x5 color transparencies, 1 day service, w scans to directory.

MEDIA USE:    Sales Promo
PERIOD OF USE:    Terms & Conditions

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | $ 3,100.00 | |
| | PREP DAYS | ($       PER DAY) | Incl. | |
| | TRAVEL | ($       PER DAY) | N/A | |
| | WEATHER DELAYS | ($       PER DAY) | N/A | |

| PRODUCTION CHARGES & EXPENSES: | | | |
|---|---|---|---|
| | CREW | $     220.00 | |
| | FILM, PROCESSING & PRINTS | $ 1,440.00 | (Incl. digital) |
| | INSURANCE | Incl. | |
| | LOCATION | N/A | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | Incl. | |
| | SHIPPING & DELIVERY | $     195.00 | 3 Couriers |
| | *TALENT (CASTING & FEES) | N/A | |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS | N/A | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ 4,955.00 | |
| SALES TAX    5    % | $     247.75 | |
| TOTAL | $ 5,202.75 | |
| ADVANCE | | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

**BALANCE DUE:**    $ 5,202.75

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice): _____    DATE _____

This form has been approved for use by Advertising Photographers of America.

PIC05758

To: Stephen_Brissette
From: Paul Kevin Picone <picorp@shore.net>
Subject: Requested JPEGs
Cc: Anna_Madden
Bcc:
X-Attachments: :FWB 4 GB:50058:Image1.JPG: :FWB 4 GB:50058:Image2.JPG: :FWB 4 GB:50058:Image3.JPG: :FWB 4
GB:50058:Image4.JPG:

Stephen,

Attached are four 100ppi JPEG files Anna Madden requested we send for your PowerPoint presentation.  If you have any trouble receiving these, please let us know.

Thanks,

Kelly

Kelly Harstad
Photographic Illustrators Corp.
978-356-0101

PIC05753

*# 1500 - 565437 - 499 9005*

*Tom Th—*

*2/4/02*



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: plcorp@shore.net — for correspondence
plcorp@mediaone.net — for images

| TO: | | | |
|---|---|---|---|
| Tom Burgess | | DATE: | 1/9/02 |
| Gillette Company | | P.O.#: | |
| Prudential Tower, 36th Floor | | JOB #: | 5848 |
| 800 Boylston Street | | A.D.: | P.K.P. |
| Boston, MA  02199 | | BUYER: | Tom Burgess |
| | | CLIENT: | Gillette |

**DESCRIPTION/TERMS:** CDs of Low Res Product Files ☐ ESTIMATE  ☒ INVOICE 5848

1. 9 file retrievals from Digital directories
2. Scan 19 4x5 images, at low res for JPEGs/ with cleaning & retouching.
3. Convert 28 images to 100ppi JPEGs for use in PowerPoint & download to 3 CDs for PC or MAC.  Rush, 24-hour, service on all.

MEDIA USE:   Sales Promo

PERIOD OF USE:   Terms & Conditions

**RECEIVED**
**FEB 0 4 2002**
**ACCOUNTS PAYABLE**

| FEES: | PHOTOGRAPHY | | | |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY | |
| | TRAVEL | ($ | PER DAY | |
| | WEATHER DELAYS | ($ | PER DAY | |

| PRODUCTION CHARGES & EXPENSES: | CREW | N/A | |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | N/A | |
| | DIGITAL SERVICES | $ 1,627.50 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | N/A | |
| | SHIPPING & DELIVERY | $  164.57 | (3 couriers & |
| | *TALENT (CASTING & FEES) | N/A | 1 Fed-Ex) |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS— 3 CDs | Incl. | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ 1,792.07 | |
| SALES TAX 5 % | $  89.60 | |
| TOTAL | $ 1,881.67 | |
| ADVANCE | | |

**TERMS:** PAYABLE UPON RECEIPT

LATE CHARGE _____ % per mo. after 30 days.

**BALANCE DUE:**   $ 1,881.67

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____   DATE _____

This has been approved for use by Advertising Photographers of America.



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

| TO: | | DATE: 2/26/99 |
|---|---|---|
| | Braun Inc. | P.O.#: |
| | 400 Unicorn Park Drive | JOB #: 4750 |
| | Woburn, MA  01801 | A.D.: Jill Josephson |
| | | BUYER: Jill Josephson |
| | | CLIENT: Braun, Inc. |

**DESCRIPTION/TERMS:**  ☐ ESTIMATE   ☐ INVOICE #_____

Production on Digital trans., from Highly Styled Product views
featured at Houseware Show w/original digital output trans., w/
color correction and approval film provided. 18 dupl., digital
trans., delivered. *LIVING COLORS ARAY-TRANSPARENCIES*

MEDIA USE: Mktg.

PERIOD OF USE: T&C

**FEES:**

RECEIVED
MAR 05 1999
ACCOUNTS PAYABLE

| | | |
|---|---|---|
| PHOTOGRAPHY | | |
| PREP DAYS ($ | PER DAY _____ | |
| TRAVEL ($ | PER DAY _____ | |
| OTHER DELAYS ($ | PER DAY _____ | |

**PRODUCTION CHARGES & EXPENSES:**

OLM 3/4/99

| CREW | incl. |
|---|---|
| FILM, PROCESSING & PRINTS | $ 2,700.00 |
| INSURANCE | incl. |
| LOCATION | n/a |
| PROPS, WARDROBE | n/a |
| RENTAL (STUDIO, EQUIPMENT) | n/a |
| SETS | n/a |
| SHIPPING & DELIVERY 2 courier | $ 140.00 |
| *TALENT (CASTING & FEES) | n/a |
| TRAVEL (CREW, TALENT) | incl. |
| MISCELLANEOUS | |

3/4/99

AM # 99-023

*Talent fees may not include usages.

1000 - 565434 - 46070US - 1040002 = $994.00
1000 - 565434 - 46343US - 1040002 = $994.00
1000 - 565434 - 47101US - 1040002 = $994.00

| | |
|---|---|
| SUBTOTAL | $ 2,840.00 |
| SALES TAX 5 % | $ 142.00 |
| TOTAL | $ 2,982.00 |
| ADVANCE | |

**TERMS:** PAYABLE UPON RECEIPT

LATE CHARGE_____% per mo. after 30 days.

**BALANCE DUE:** $ 2,982.00

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice):_____ DATE_____

This form has been approved for use by Advertising Photographers of America.



| Shavers | 009 | 2428 | 5843 | $1,770.72 |
|---|---|---|---|---|
| Silk Epil | 009 | 2634 | 5843 | $177.07 |
| Hair Care | 009 | 2299 | 5843 | $177.07 |
| Oral Care | 009 | 2535 | 5843 | $2,656.08 |
| ID2 | 009 | 2537 | 5843 | $442.68 |
| Coffee | 009 | 2101 | 5843 | $1,150.07 |
| Credit Repor... | 009 | 2106 | 5843 | $177.07 |
| ... | 009 | 2740 | 5843 | $1,859.26 |
| Handheld | 009 | 2110 | 5843 | $ 442.68 |
| | | Total | | $8,853.60 |

Photographic Illustration, Inc.
467 Sagamore Street, Hamilton, MA 01982
Tel. (978) 356-0101 • FAX (978) 356-1203

**TO:**

Braun Inc.
400 Unicorn Park Drive
Woburn, MA 01801

DATE: 12/30/97
P.O.#:
JOB #: 4346
A.D.: Michele Mahoney
BUYER: Michele Mahoney
CLIENT: Braun Inc.

**DESCRIPTION/TERMS:**          ☐ ESTIMATE  ☒ INVOICE #  4346

1. Original photographic production on display views (graphics for trade show display)
   with 4X5 color pol. and color trans. and 8X10 color pol. and 8X10 color trans.
2. Digital work on thermoscan and digital work on MR430CA (250 change to 200).
   Digital outputs, scans, and duplicates with retouching provided on 4 views.
3. Preparation provided for photography.

MEDIA USE: Sales promo

PERIOD OF USE: T&C

| FEES: | PHOTOGRAPHY | | $  4,400.00 |
|---|---|---|---|
| | PREP DAYS ($ | PER DAY) | Incl. |
| | TRAVEL ($ | PER DAY) | n/a |
| | WEATHER DELAYS ($ | PER DAY) | n/a |

| PRODUCTION CHARGES & EXPENSES: | CREW | $  350.00 |
|---|---|---|
| | FILM, PROCESSING & PRINTS | $  3,682.00 |
| | INSURANCE | incl. |
| | LOCATION | n/a |
| | PROPS, WARDROBE | n/a |
| | RENTAL (STUDIO, EQUIPMENT) | incl. |
| | SETS | in d. |
| | SHIPPING & DELIVERY | incl. |
| | *TALENT (CASTING & FEES) | n/a |
| | TRAVEL (CREW, TALENT) | n/a |
| | MISCELLANEOUS | n/a |

*Talent fees may not include usages.

| SUBTOTAL | $  8,432.00 |
|---|---|
| SALES TAX  5  % | $    421.60 |
| TOTAL | $  8,853.60 |
| ADVANCE | |
| **BALANCE DUE:** | $  8,853.60 |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on ... ...ras.

SIGNED BY (Client if estimate; Studio if invoice):                          DATE

*99 HOUSEWARES*

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

TO:

Braun, Inc.
400 Unicorn Park Drive
Woburn, MA  01801

A.D.: Michele Mahoney
BUYER: Michele Mahoney
CLIENT: Braun

DESCRIPTION/TERMS: Graphics for Houseware Show ☑ ESTIMATE   ☐ INVOICE # 4690

1. Original photographic production for Houseware Show with 4x5 color
   trans & color prints delivered.  Color changes to KF187 with KSM4,
   MR430HC, Jug Blender 2000 & 2050/Blood Pressure Tester & Silk Epil
   Extensive digital retouching, scans, outputs, corrections.  Digital
   files in EPS format with 4 digital output trans on each (total 44)

MEDIA USE:     Sales Promo              RUSH SERVICE PROVIDED
PERIOD OF USE:  T & C

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | $ | 4,900.00 |
| | PREP DAYS | ($ | PER DAY) | incl. |
| | TRAVEL | ($ | PER DAY) | n/a |
| | WEATHER DELAYS | ($ | PER DAY) | n/a |

| PRODUCTION CHARGES & EXPENSES: | | | |
|---|---|---|---|
| | CREW | $ | 290.00 |
| | FILM, PROCESSING & PRINTS | $ | 12,055.00 |
| | INSURANCE | | incl. |
| | LOCATION | | n/a |
| | PROPS, WARDROBE | | incl. |
| | RENTAL (STUDIO, EQUIPMENT) | | incl. |
| | SETS | | n/a |
| | SHIPPING & DELIVERY | $ | 165.00 (2 courier & Fed-Ex) |
| | *TALENT (CASTING & FEES) | | n/a |
| | TRAVEL (CREW, TALENT) | | n/a |
| | MISCELLANEOUS | | n/a |

RECEIVED

*Talent fees may not include usages.

JAN 2 8 1999

ACCOUNTS PAYABLE

TERMS:

| | SUBTOTAL | $ 17,410.00 |
|---|---|---|
| SALES TAX 5 % | | $ 870.50 |
| TOTAL | | $ 18,280.50 |
| ADVANCE | | |
| BALANCE DUE: | | $ 18,280.50 |

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client assumes Studio Invoices)                    DATE

*W Romano*   1/27/99

This form has been approved for use by Advertising Photographers of America.

| | | | | |
|---|---|---|---|---|
| 1000 | 566350 | 46731US | 1040007 | $7,860.62 |
| 1000 | 566350 | 46760US | 1040007 | $3,290.49 |
| 1000 | 566350 | 46103US | 1040007 | $3,742.08 |
| 1000 | 566350 | 46070US | 1040007 | $1,645.25 |
| 1000 | 566350 | 46687US | 1040007 | $731.22 |
| 1000 | 566350 | 46343US | 1040007 | $548.42 |
| 1000 | 566350 | 46195US | 1040007 | $365.61 |
| 1000 | 566350 | 47108US | 1040007 | $365.61 |
| 1000 | 566350 | 47710US | 1040007 | $365.60 |
| 1000 | 566350 | 47105US | 1040007 | $182.80 |
| 1000 | 566350 | 46948US | 1040007 | $182.80 |
| | | Total | | $18,280.53 |



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

6850951 MAR 18 97

**TO:**

Braun Inc.
400 Unicorn Park Drive
Woburn, MA 01801

DATE: 2/26/98
P.O.#:
JOB #: 4422
A.D.: Michele Mahoney
BUYER: Michele Mahoney
CLIENT: Braun Inc.

**DESCRIPTION/TERMS:**  ☐ ESTIMATE  ☒ INVOICE # 4422

1. Original photographic production on Trade Show Booth light boxes for Gourmet Show with 8X10 color polaroids and 8X10 color trans. delivered, including D15 product for trade show booth. Digital retouching with 8X10 and 4X5 digital outputs del. Digital ouptuts on coffee makers also provided.
2. Preparation of products provided for photography.

MEDIA USE: Sales promo
PERIOD OF USE: T&C

| **FEES:** | | | |
|---|---|---|---|
| | PHOTOGRAPHY | | $  3,100.00 |
| | PREP DAYS ($ | PER DAY) | incl. |
| | TRAVEL ($ | PER DAY) | n/a |
| | WEATHER DELAYS ($ | PER DAY) | n/a |

| **PRODUCTION CHARGES & EXPENSES:** | | |
|---|---|---|
| | CREW | |
| | FILM, PROCESSING & PRINTS | $  180.00 |
| | INSURANCE | $  2,101.00 |
| | LOCATION | incl. |
| | PROPS, WARDROBE | n/a |
| | RENTAL (STUDIO, EQUIPMENT) | n/a |
| | SETS | incl. |
| | SHIPPING & DELIVERY | incl. |
| | *TALENT (CASTING & FEES) | incl. |
| | TRAVEL (CREW, TALENT) | n/a |
| | MISCELLANEOUS | $  125.00 |

*Talent fees may not include usages.

RECEIVED
MAR 9 1998

#009  2450   5841  1101.20  #009. 2527.5841
#009  2639   841   150.12  #009. 2101.5841
#009  2299   5841  150.12  #009. 2156.5841
#009  1700.5841
#009 - 210.5841
#009  2535.5841  651.80

| | | |
|---|---|---|
| SUBTOTAL | $ | 5,506.00 |
| SALES TAX  5 % | $ | 275.30 |
| TOTAL | $ | 5,781.30 |
| ADVANCE | | |
| BALANCE DUE | $ | 5,781.30 |

TERMS: PAYABLE UPON RECEIPT
*TALENT BILLED DIRECT

Diana Edwardine
3/2/98

3/6/98



#1500-565437-4500005

Tom B
2/4/02

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net — for correspondence
     picorp@mediaone.net — for images

| TO: | Tom Burgess<br>Gillette Company<br>Prudential Tower, 36th Floor<br>800 Boylston Street<br>Boston, MA 02199 | DATE: | 1/9/02 |
|---|---|---|---|
| | | P.O.#: | |
| | | JOB #: | 5846 |
| | | A.D.: | P.K.P. |
| | | BUYER: | Tom Burgess |
| | | CLIENT: | Gillette |

DESCRIPTION/TERMS: Houseware Show Light Boxes  ☐ ESTIMATE  ☒ INVOICE  5846

1. Original photographic production on 5 views with product prep, 4x5 color polaroids & transparencies and 2 views with 8x10 color polaroids and transparencies delivered.

2. Scan 5 4x5 and 2 8x10 images to Directory, with cleaning.

MEDIA USE: Sales Promo
PERIOD OF USE: Terms & Conditions

3. Digital retouching to silhouette four products from array. (cont. below)

| FEES: | | | |
|---|---|---|---|
| | PHOTOGRAPHY | $ 6,500.00 | |
| | PREP DAYS (\$ | PER DAY) | Incl. |
| | TRAVEL (\$ | PER DAY) | N/A |
| | WEATHER DELAYS (\$ | PER DAY) | N/A |

| PRODUCTION CHARGES & EXPENSES: | | | |
|---|---|---|---|
| | CREW | $ 483.00 | |
| | FILM, PROCESSING & PRINTS | $ 1,196.00 | |
| | DIGITAL SERVICES | $ 715.00 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | Incl. | |
| | SHIPPING & DELIVERY | $ 54.82 | (2 couriers & |
| | *TALENT (CASTING & FEES) | N/A | 1 Fed-Ex) |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS | N/A | |

RECEIVED
FEB 0 4 2002
ACCOUNTS PAYABLE

*Talent fees may not include usages.

4. Convert all images to 100ppi JPEGs & e-mail to Tom.

| | | |
|---|---|---|
| SUBTOTAL | $ 8,948.82 |
| SALES TAX 5 % | $ 447.44 |
| TOTAL | $ 9,396.26 |
| ADVANCE | |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

**BALANCE DUE:** $ 9,396.26

TALENT BILLED DIRECT:

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel: (978) 356-0101 • FAX (978) 356-1203

| TO: | | DATE: | 33/12/99 |
|---|---|---|---|
| Braun, Inc. | | P.O.#: | |
| 400 Unicorn Park Drive | | JOB #: | 4750 |
| Woburn, MA   01801 | | A.D.: | Jill Josephson |
| | | BUYER: | Jill Josephson |
| | | CLIENT: | Braun, Inc. |

**DESCRIPTION/TERMS:** Motion Picture Magic    ❑ ESTIMATE    ❑ INVOICE # 4757

1. 4 digital product scans, 3 digital logo scans
2. 15 24x36 Lambda prints (3 each of 5), mounted on 3mm black
   Sentra with lamination.  Approval prints provided.
3. Packing crate

MEDIA USE:          Marketing
PERIOD OF USE:      T & C

| FEES: | | | | | | |
|---|---|---|---|---|---|---|
| | PHOTOGRAPHY | | | $ | | |
| | PREP DAYS | ($ | | PER DAY) | | |
| | TRAVEL | ($ | | PER DAY) | | |
| | WEATHER DELAYS | ($ | | PER DAY) | | |

| PRODUCTION CHARGES & EXPENSES: | | |
|---|---|---|
| | CREW | |
| | FILM, PROCESSING & PRINTS | $  6,319.50 |
| | INSURANCE | Incl. |
| | LOCATION | N/A |
| | PROPS, WARDROBE | N/A |
| | RENTAL (STUDIO, EQUIPMENT) | N/A |
| | SETS | N/A |
| | SHIPPING & DELIVERY  Courier (2) | 130.00 |
| | *TALENT (CASTING & FEES) | N/A |
| | TRAVEL (CREW, TALENT) | Incl. |
| | MISCELLANEOUS  (Crate) | $   155.00 |

*Talent fees may not include usages.

| | | |
|---|---|---|
| | SUBTOTAL | $  6,604.50 |
| | SALES TAX_____% | |
| | TOTAL | $  6,604.50 |
| | ADVANCE | |
| **TERMS:** PAYABLE UPON RECEIPT | | |
| LATE CHARGE_____% per mo. after 30 days. | **BALANCE DUE:** | $  6,604.50 |

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if Invoice):_____   DATE_____

This form has been approved for use by Advertising Photographers of America.

PIC09106

Mime-Version: 1.0
Date: Mon, 25 Jan 1999 09:41:36 -0500
From: Jill_Josephson@gillette.com
Subject: Motion Picture Magic
To: picorp@shore.net

O.K. Just shoot me now and put me out of my misery!

Read on for the saga!


Jill,

Braun has a contract with a product placement company, "Motion Picture
Magic" which has resulted in several product placements; such as
ThermoScan on "Everybody Loves Raymond", Braun Shaver in "Jungle to
Jungle". To help provide more material for future placements, we have
been asked to pull together various brand/category photographs,
posters, banners, etc. to be used as set decor for Braun product
placements in TV and motion pictures. We would like to be able to
send at least one or two "posters" for each product category.
Examples of this for Household would be some of the "collection" shots
just completed. They would like to use a ThermoScan shot as a poster
for a Pharmacy set.

We may want to look at stylized shots you have taken for various
catalogs as well as previous lightbox shots (from Michele).

If you could please look over what you already have, plus anything new
with the various PMs, and review with me a selection of shots for us
to send. We may need to make some small posters on foamcore. I would
like to review your suggestions during our Thursday 8:00 a.m. meeting,
with a goal to have the posters/boards sent the following week (w/o
Feb. 1)

We will be sending the posters to:

Mr. Mark Mills
Motion Picture Magic
17337 Ventura
Suite #120
Encino, CA 91316

818-905-9814

Thanks for your help on this.

Nadine

---

PIC09105



**Photographic Illustrators Corporation**

457 S. [Sanora Street] 118-4
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

# PHOTOGRAPHY CONTRACT

**4757**

| CLIENT | Braun | BILL TO | Jill Josephson |
|---|---|---|---|
| STREET | 400 Unicorn Park Dr. | STREET | |
| CITY, STATE, ZIP | Woburn, MA 01923 | CITY, STATE, ZIP | |
| HOME PHONE | | WORK PHONE | PHONE |

SHIP TO

| DATE | 1/25/99 (2/4/99) | TIME | A.M. P.M. | PHOTOGRAPHER | |
|---|---|---|---|---|---|
| LOCATION | Studio | | | CONTACT | PHONE |
| ASSIGNMENT | Motion Picture Magic | | | | |

- 15   24 x 36   Lambda prints (3 ea of 5), mounted on 3mm
black Sentra — w Lamination. Digital logo scans, Digital [Trans] scans.
- 4  product scans, 3 logo scans —
SPECIAL INSTRUCTIONS:
- Packing crate —
Approval Prints Provision — RE

| MODEL | | AGENCY | | FEE |
|---|---|---|---|---|
| MODEL | | AGENCY | | FEE |

☐ B/W  ☐ COLOR   ☐ PRINTS  ☐ NEGATIVES  ☐ TRANSPARENCIES

| | | PREVIEWS DUE | | PREVIEW SIZE | |
|---|---|---|---|---|---|
| ORDER DUE | QUANTITY | SIZE | FINAL USE | | |

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ |
| FILM | $ 6,315.50 |
| PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| SHIPPING & HANDLING — CALIF. No TAX | |
| Courier — | $ 130.— |
| | $ |
| Shipping Crate | $ 6,445.50  1,955.50 |
| TOTAL FEE | $ |
| SALES TAX | $ |
| TOTAL WITH TAX | $ 6,604.50 |
| DEPOSIT | $ 6,604.50 |
| BALANCE DUE | $ |

CLIENT _____ DATE _____

STUDIO _____ DATE _____

PIC09107

"HOUSE HOLD"

PIC09096