# EXHIBIT 4

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net

| | |
|---|---|
| TO: Anna Madden<br>Gillette<br>Prudential Tower, 36th Floor<br>800 Boylston Street<br>Boston, MA 02199 | DATE: 5/4/2001<br>P.O.#:<br>JOB #: 5595<br>A.D.: P.K.P.<br>BUYER: Anna Madden<br>CLIENT: Gillette |

**DESCRIPTION/TERMS:** 2001 Catalog Dupes/Files    ❏ ESTIMATE    ❏ INVOICE # 5595

1. 30 file retrievals from chrome directories & 99 from digital directory.
2. 5 4x5 digital drum scans, 6 digital retouches, 13 4x5 digital chromes
3. 28 4x5 duplicate transparencies (1 each of 28)
4. 4 hours dompoal work to add clipping paths (silhouettes) to 57 files.
5. Convert 111 images to 300ppi RGB PSD files (at largest size we have)

MEDIA USE:      Sales Promo           with clipping paths, and download to
PERIOD OF USE:  T &CC                 3 sets of CDs for PC.  Files organized
                                      (cont. below)

| FEES: | PHOTOGRAPHY | | |
|---|---|---|---|
| | PREP DAYS | ($  PER DAY) | |
| | TRAVEL | ($  PER DAY) | |
| | WEATHER DELAYS | ($  PER DAY) | |

| PRODUCTION CHARGES & EXPENSES: | CREW | $ 352.00 |
|---|---|---|
| | FILM, PROCESSING & PRINTS | $ 9,535.00 (INcl. digital) |
| | INSURANCE | Incl. |
| | LOCATION | N/A |
| | PROPS, WARDROBE | N/A |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. |
| | SETS | N/A |
| | SHIPPING & DELIVERY | $ 29.72 |
| | *TALENT (CASTING & FEES) | N/A |
| | TRAVEL (CREW, TALENT) | Incl. |
| | MISCELLANEOUS; 12 CDs | $ 300.00 |

*Talent fees may not include usages.

into sections, by pg, corresponding to catalog.
6. Convert 111 images to 96ppi 4x5 PSD files & 96ppi JPEGs & download to 3 CDs

| | |
|---|---|
| SUBTOTAL | $ 10,216.72 |
| SALES TAX  5 % | $ 510.84 |
| TOTAL | $ 10,727.56 |
| ADVANCE | |
| BALANCE DUE: | $ 10,727.56 |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE ___ % per mo. after 30 days.

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice): _____    DATE _____

This form has been approved for use by Advertising Photographers of America.

PIC03965

# PHOTOGRAPHY CONTRACT

**Photographic Illustrators Corporation**
467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

5595

| CLIENT | Gillette | BILL TO | Anna Madden |
|---|---|---|---|

| DATE | 3/14/01 | TIME | A.M. P.M. | PHOTOGRAPHER | | |
|---|---|---|---|---|---|---|
| LOCATION | Studio | | | CONTACT | | PHONE |

**ASSIGNMENT / SPECIAL INSTRUCTIONS:**

- 30 Dupes + Digital files for Catalog Photos ............................. $990.00
- ~~30~~ file retrievals from chrome directory & 99 files from digital directory $450.00  ~~$1,350.00~~
- 3 4x5 digital drum scans, 3 digital retouches to remove or change product, 6 4x5 digital chromes w/6" .................. $2,075.00
- 22 4x5 dupe chromes (20 from 4x5s, 2 from 8x10s) 40508 ..... $792.00
- 3/10 — 2 drum scans, 3 digital retouches, 6 digital chromes # 41302 ..... $1,825.00
- 3/10 — 1 4x5 digital chrome .......................................... $250.00
- 3/27 — 3 4x5 dupes + 3 dupes from Zona ........................... $288.00
- Nat — 4 hrs computer time for clipping paths on 57 files ........ $1,200.00
- Convert 111 images to same format
- Download all files w. clip paths (at largest size we have) to 3 sets of CDs for PC or MAC — Convert all files to 96 ppi PSD + JPEGs ..... $1,665.00
- PREVIEWS DUE + download + 3 CDs
- Organize into binders (2)

| | | |
|---|---|---|
| PHOTOGRAPHIC FEE | | $ |
| FILM | | $1,080.00 |
| PROCESSING | 9,535.00 | $8,455.00 |
| ASSISTANT(S) 8 | | $352.00 |
| MODEL(S) | | $ |
| ~~PROPS~~ CDs 12 | | $300.00 |
| TRAVEL | | $ |
| SHIPPING & HANDLING Fed-Ex | | $29.72 |
| | | $ |
| | | $ |
| | | $ |
| TOTAL FEE | | $10,216.72 |
| SALES TAX | | $510.84 |
| TOTAL WITH TAX | | $ |
| RETAINER | | $ |
| BALANCE DUE | | $10,727.56 |

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the retainer paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of the retainer.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

PIC03966

1. 30 file retrievals from chrome directories (including archives) & 99 file retrievals from digital directory.

2. 5 4x5 digital drum scans, 6 digital retouches, 13 4x5 digital chromes

3. 28 4x5 duplicate transparencies (1 each of 28)

4. 4 hours digital retouching to add clipping paths to 57 files

5. Convert 111 images to 300ppi RGB PSD files, with clipping paths and download to 3 sets of CDs for PC (9 CDs). Files organized into sections, by page, to correspond with catalog.

6. Convert 111 images to 96ppi 4x5 PSD files (with clipping paths) and 96ppi JPEGs (without clipping paths) and download all to 3 CDs for PC.

7. Organize all chromes (originals and dupes) into two 2001 Catalog Chrome Binders (1 for Gillette and 1 copy for P.I. Corp).

8. 12 CD Roms

9. Numerous client and vendor contact to clarify correct product photos and digital specs.

PIC03978