# EXHIBIT 7

| | |
|---|---|
| **From:** | David Donahue |
| **To:** | Rader, Michael |
| **Date:** | 2/15/05 11:50PM |
| **Subject:** | PIC v. Gillette |

Michael,

It has come to our attention that the document bearing Bates No. GLTC 253 inadvertently was produced. The document is protected under the attorney-client privilege and the work product doctrine. Please return all copies of the document to us pursuant to paragraph 12 of the parties' stipulated protective order. We will serve an amended privilege log that includes an entry for the document.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901


**CC:**     Albert, Michael;  Driscoll, Marie;  Mende, Craig;  Messinger, Rob;  Perkins, Patrick;  rgelb@gelbgelb.com