# EXHIBIT 8

JOB NAME **Shavers Foil, Silkepil, energy cells**    JOB NO. **4717**

JOB LOCATION **Braun**

BILL TO **Studio**

**Tom Burgess**

DATE STARTED **12·14·98**

DATE COMPLETED

DATE BILLED

## JOB COST SUMMARY

| TOTAL SELLING PRICE | |
| --- | --- |
| TOTAL MATERIAL | |
| TOTAL LABOR | |
| INSURANCE | |
| SALES TAX | |
| MISC. COSTS | |

PIC09215



PIC09216



PIC09217



PIC09218



PIC09219

Case 1:04-cv-00193-WCH Document 8.0 Filed 04/22/2005 Page 7 of 33

# Advanced Photographics Inc.

**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

100771

Paul Picone

P.O. # _____
JOB NO: _____
TIME IN: 12/14/98     12:00
DUE DATE: 12/14/98    ASAP

SERVICE: (NORMAL)    RUSH    PANIC

DELIVERY INSTRUC:  OUR VAN    MAIL    FED-X

COURIER    (CUST. PICK-UP)    OTHER

ORDERED BY: Paul          WRITTEN BY: Leslie

[X] CHARGE    [ ] C.O.D.    [ ] PREPAID

| | QUANTITY | SIZE | ORDER DESCRIPTION | | UNIT PRICE | CHARGE |
|---|---|---|---|---|---|---|
| **F I L M** | 22 | 4X5 | [X] BLACK AND WHITE / EKTACHROME / E-6 / VERICOLOR / C-41 *Nomal* / SPECIAL | | | |
| **N E G  W O R K** | | | COPY NEG [ ]COLOR [ ]B&W / EKTACHROME [ ]COPY [ ]DUPE / INTERNEGATIVE [ ]COLOR [ ]B&W / PRINT FILM / COLOR SLIDE [ ]CONV [ ]DIGITAL / COMPOSITE / RETOUCHING / DIGITAL OUTPUT [ ]NEG [ ]CHROME / DIGITAL SCAN / OTHER | | | |

| [ ] PROFESSIONAL | [ ] CUSTOM | [ ] REPRO | [ ] GLOSSY | [ ] MATTE | [ ] BORDERS | [ ] BORDERLESS |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **B & W** | CONTACT SHEET / ENLARGEMENTS |

| [ ] PROFESSIONAL | [ ] CUSTOM | [ ] REPRO | [ ] GLOSSY | [ ] MATTE | [ ] BORDERS | [ ] BORDERLESS |
|---|---|---|---|---|---|---|

| | |
|---|---|
| **C O L O R  P R T.** | CONTACT SHEET / EKTACOLOR [ ]DURAFLEX / DURATRANS [ ]CLEAR / LAMBDA PRINT / LAMBDA DURATRANS [ ]CLEAR / INKJET / RASTER / OTHER |

| [ ] MOUNT | [ ] LAMINATE | [ ] FRAME | [ ] VELCRO | [ ] CRATE | [ ] OTHER |
|---|---|---|---|---|---|

| | |
|---|---|
| **M O U N T** | |

| DUE DATE | MON. | TUES. | WED. | THURS. | FRI. | SAT. | NO. ORIGINALS SUPPLIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | X | | | | | | | SUB TOTAL | |

SPECIAL INSTRUCTIONS:

| | | TAX | |
|---|---|---|---|
| | | TOTAL | |

PIC09220

| Name | Date Modified | Size | Kind |
|---|---|---|---|
| Braun 150.TIF | Today, 10:03 AM | 467K | Photoshop® TIFF file |
| Braun 3610.TIF | Today, 10:28 AM | 467K | Photoshop® TIFF file |
| Braun 4501.TIF | Today, 10:18 AM | 423K | Photoshop® TIFF file |
| Braun 6550.TIF | Today, 10:10 AM | 467K | Photoshop® TIFF file |
| Energy Cells.TIF | Yesterday, 3:32 PM | 471K | Photoshop® TIFF file |
| Energy Cells2.TIF | Today, 8:56 AM | 320K | Photoshop® TIFF file |
| ER1373.TIF | Yesterday, 3:12 PM | 461K | Photoshop® TIFF file |
| Flex Control Foil.TIF | Today, 9:09 AM | 461K | Photoshop® TIFF file |
| Flex Integral Foil.TIF | Today, 9:16 AM | 465K | Photoshop® TIFF file |
| Panasonic Wet-Dry.TIF | Today, 9:26 AM | 461K | Photoshop® TIFF file |
| Precision Series Foil.TIF | Today, 9:02 AM | 455K | Photoshop® TIFF file |
| Remington Intercept.TIF | Today, 9:43 AM | 458K | Photoshop® TIFF file |
| Remington Micro Screen 3.TIF | Today, 9:54 AM | 464K | Photoshop® TIFF file |
| Remington Micro Screen2.TIF | Today, 9:35 AM | 449K | Photoshop® TIFF file |
| Shaver Foils.TIF | Yesterday, 3:20 PM | 470K | Photoshop® TIFF file |

PIC09221



PIC09222



PIC09223











PIC09226



PIC09227







PIC09229



PIC09230



PIC09231







PIC09233



PIC09234



PIC09235



PIC09236



PIC09237



PIC09238



PIC09239

1. All Shavers - (Foil Only (9)

2. Silk Epil - Cord

3. Energex Cell Blue on Left.

4. Foil - Pack. 6000 - 900 - 1000

PIC09240



PIC09241



PIC09242



PIC09243

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

TO:

Braun Inc.
Uniwotn Park Drive
Wobutn, MA 01801

DATE: 12/21/98
P.O.#:
JOB #: 4717
A.D.: Tom Burgess
BUYER: Tom Burgess
CLIENT: Braun Inc.

**DESCRIPTION/TERMS:**              ☐ ESTIMATE      ☒ INVOICE # 4717

1. Original photographic production on all shavers (foil only), silk epil corded, enery cell, foil packs (alone ans together) with 4X5 color polaroids and 4X5 colro trans. delivered.
2. 15 trans. scanned with minimal retouching and downloaded to zip @ 96 dpiTIEFF.F.

MEDIA USE:  Sales promo
PERIOD OF USE:   T&C

| FEES: | | | | |
|---|---|---|---|---|
| PHOTOGRAPHY | | | $ | 2,600.00 |
| PREP DAYS | ($ | PER DAY) | | incl. |
| TRAVEL | ($ | PER DAY) | | n/a |
| WEATHER DELAYS | ($ | PER DAY) | | n/a |

| PRODUCTION CHARGES & EXPENSES: | | | |
|---|---|---|---|
| CREW | $ | 260.00 | |
| FILM, PROCESSING & PRINTS | $ | 2,560.00 | |
| INSURANCE | | incl. | |
| LOCATION | | incl. | |
| PROPS, WARDROBE | | n/a | |
| RENTAL (STUDIO, EQUIPMENT) | | incl. | |
| SETS | $ | 65.00 | (B.G.) |
| SHIPPING & DELIVERY | $ | 72.00 | (Courier) |
| *TALENT (CASTING & FEES) | | n/a | |
| TRAVEL (CREW, TALENT) | | n/a | |
| MISCELLANEOUS | | n/a | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ | 5,557.00 |
| SALES TAX   5   % | $ | 277.85 |
| TOTAL | $ | 5,834.85 |
| ADVANCE | | |
| BALANCE DUE | $ | 5,834.85 |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE_____% per mo. after 30 days.

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice):_____ DATE_____

This form has been approved for use by Advertising Photographers of America.

PIC09244

467 Bridge Street
Hamilton, MA 01936-0054
(508) 356-0101
FAX (508) 356-1203

**Photographic Illustrators Corporation**

# PHOTOGRAPHY CONTRACT

4717

| | |
|---|---|
| **CLIENT** Braun Inc. | **BILL TO** Tom Burgess |
| **STREET** 400 Unicorn Park Drive | **STREET** |
| **CITY, STATE, ZIP** Woburn, MA | **CITY, STATE, ZIP** |
| **HOME PHONE** **WORK PHONE** | **PHONE** |
| **SHIP TO** | |

| **DATE** 12·14·98 | **TIME** A.M. P.M. | **PHOTOGRAPHER** |
|---|---|---|
| **LOCATION** Studio | | **CONTACT** **PHONE** |

**ASSIGNMENT**

O.P.P. on all shavers (foil only), silk epil (cord), energy cell
(blue on left), foil pack (6000-400-1000) + individually
w/ 4x5 c.p. + c.t. del. (3 views)

**SPECIAL INSTRUCTIONS**
— scanned 4x5 transparencies + downloaded to
15    zip @ 96 dpi in IBM PC format (T.I.F.) 265.ºº   975.ºº
— minimal Retouching                     zip   25 —   25

O.P.P.
12/15 silk epil (w/ shaver head)

| **MODEL** 4/5 - Pol. | 401. | **AGENCY** | **FEE** |
|---|---|---|---|
| **MODEL** 4/5 - X 7/10 E6 — 1,155.ºº | | **AGENCY** | **FEE** |

☐ B/W ☐ COLOR ☐ PRINTS ☐ NEGATIVES ☐ TRANSPARENCIES    **PREVIEWS DUE**    **PREVIEW SIZE**

| **ORDER DUE** | **QUANTITY** | **SIZE** | **FINAL USE** |
|---|---|---|---|

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ 2600ºº |
| FILM   Shaver Rebuild | $ 250.ºº |
| PROCESSING   Mean. | $ |
| ASSISTANT(S) | $ 260.ºº |
| MODEL(S) | $ |
| PROPS   BG. | $ 615.ºº |
| TRAVEL | $ |
| SHIPPING & HANDLING | $ |
| Courier | $ 72.ºº |
| | $ |
| | $ 557ºº |
| TOTAL FEE | $ |
| SALES TAX | $ |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ |

| **CLIENT** | **DATE** |
|---|---|
| **STUDIO** | **DATE** |

PIC09245

PIC09246