# EXHIBIT 9

JOB NAME _Merchandising Binder_

JOB NO. 4816

JOB LOCATION _Braun_

BILL TO _Studio_

DATE STARTED _3/18/99_    _Jill Josephson_

DATE COMPLETED _3/22/99_

Reshoot of hang tags delivered 3/23

DATE BILLED

**JOB COST SUMMARY**

| | |
|---|---|
| TOTAL SELLING PRICE | |
| TOTAL MATERIAL | |
| TOTAL LABOR | |
| INSURANCE | |
| SALES TAX | |
| MISC. COSTS | |



PIC08978



PIC08979



PIC08980



PIC08981



PIC08982





PIC08984



PIC08985



PIC08986



PIC08987



PIC08988



PIC08989



PIC08990



PIC08991



PIC08992



PIC08993



PIC08994



PIC08995



PIC08996



PIC08997





PIC08999



PIC09000



PIC09001



PIC09002



PIC09003



PIC09004



PIC09005



PIC09006



PIC09007



PIC09008

Case 1:04-cv-01619-GMS Document 76-10 Filed 04/22/2005 Page 34 of 37

# Advanced Photographics Inc.

**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

104213

P.O. #: _Braun_

JOB NO: _____

TIME IN: 3/19/99   2:00

DUE DATE: 3/19/99   EOD

SERVICE: (NORMAL)   RUSH   PANIC

DELIVERY INSTRUC:  OUR VAN   MAIL   FED-X

COURIER   (CUST. PICK-UP)   OTHER

Paul Picone

ORDERED BY: _Paul_   WRITTEN BY: _Carole_

☒ CHARGE   ☐ C.O.D.   ☐ PREPAID

| | QUANTITY | SIZE | ORDER DESCRIPTION | | UNIT PRICE | CHARGE |
|---|---|---|---|---|---|---|
| **F I L M** | 78 | 4X5 | BLACK AND WHITE / EKTACHROME / E-6 ⊠ / VERICOLOR / C-41 _Normal_ / SPECIAL | | | |
| **N E G  W O R K** | | | COPY NEG ☐ COLOR ☐ B&W / EKTACHROME ☐ COPY ☐ DUPE / INTERNEGATIVE ☐ COLOR ☐ B&W / PRINT FILM / COLOR SLIDE ☐ CONV ☐ DIGITAL / COMPOSITE / RETOUCHING / DIGITAL OUTPUT ☐ NEG ☐ CHROME / DIGITAL SCAN / OTHER | | | |

☐ PROFESSIONAL   ☐ CUSTOM   ☐ REPRO   ☐ GLOSSY   ☐ MATTE   ☐ BORDERS   ☐ BORDERLESS

| | | | | | | |
|---|---|---|---|---|---|---|
| **B & W** | | | CONTACT SHEET / ENLARGEMENTS | | | |

☐ PROFESSIONAL   ☐ CUSTOM   ☐ REPRO   ☐ GLOSSY   ☐ MATTE   ☐ BORDERS   ☐ BORDERLESS

| | | | | | | |
|---|---|---|---|---|---|---|
| **C O L O R  P R T** | | | CONTACT SHEET / EKTACOLOR ☐ DURAFLEX / DURATRANS ☐ CLEAR / LAMBDA PRINT / LAMBDA DURATRANS ☐ CLEAR / INKJET / RASTER / OTHER | | | |

☐ MOUNT   ☐ LAMINATE   ☐ FRAME   ☐ VELCRO   ☐ CRATE   ☐ OTHER

| | | | | | | |
|---|---|---|---|---|---|---|
| **M O U N T** | | | | | | |

| DUE DATE | MON. | TUES. | WED. | THURS. | FRI. | SAT. | NO. ORIGINALS SUPPLIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | ☒ | | | SUB TOTAL | |

SPECIAL INSTRUCTIONS:

| | TAX | |
|---|---|---|
| | TOTAL | |

PIC09009

# PHOTOGRAPHY CONTRACT

Photographic Illustrators Corporation

167 S...
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

**4816**

| CLIENT | Braun Inc | BILL TO | Jill Josephson |
|---|---|---|---|
| STREET | 400 Unicorn Park Dr | STREET | |
| CITY, STATE, ZIP | Woburn MA 01° | CITY, STATE, ZIP | |
| HOME PHONE | WORK PHONE | PHONE | |
| SHIP TO | | | |

| DATE 3/18/99 | TIME | A.M. P.M. | PHOTOGRAPHER | |
|---|---|---|---|---|
| LOCATION Studio | | CONTACT | | PHONE |

ASSIGNMENT
Merchandising Binder
- O.P.P. on 16 product views ~ 4.5 cp = 4.5 c+
- Courier to Braun

SPECIAL INSTRUCTIONS     RUSH service Provided

70 el 990°°
2 Pu 215°°

| MODEL | | AGENCY | | FEE |
|---|---|---|---|---|
| MODEL | | AGENCY | | FEE |

☐ B/W  ☐ COLOR   ☐ PRINTS  ☐ NEGATIVES  ☐ TRANSPARENCIES     PREVIEWS DUE          PREVIEW SIZE

| ORDER DUE | QUANTITY | SIZE | FINAL USE |
|---|---|---|---|

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ 4,950 |
| FILM | $ 140 |
| PROCESSING | $ |
| ASSISTANT(S) | $ 220 |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| SHIPPING & HANDLING - Courier | $ 150°° |
| | $ |
| | $ |
| | $ 2/55 |
| TOTAL FEE | $ |
| SALES TAX | $ 307.75 |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ 6,462.75 |

CLIENT _____ DATE _____

STUDIO _____ DATE _____

PIC09010

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

**TO:**
Braun, Inc.
400 Unicorn Park Drive
Woburn, MA  01880

| | |
|---|---|
| DATE: | 4/15/99 |
| P.O.#: | |
| JOB #: | 4816 |
| A.D.: | Jill Josephson |
| BUYER: | Jill Josephson |
| CLIENT: | Braun, Inc. |

**DESCRIPTION/TERMS:** Merchandising Binder    ☐ ESTIMATE   ☒ INVOICE # 4816
Original photographic production on 16 product views with 4x5
color polaroids and 4x5 color transparencies delivered.

RUSH SERVICES provided

MEDIA USE:     Sales Promo
PERIOD OF USE:  T & C

**FEES:**

| | | | | |
|---|---|---|---|---|
| PHOTOGRAPHY | | | $ | 4,500.00 |
| PREP DAYS | ($ | PER DAY) | | Incl. |
| TRAVEL | ($ | PER DAY) | | N/A |
| WEATHER DELAYS | ($ | PER DAY) | | N/A |

**PRODUCTION CHARGES & EXPENSES:**

| | | | |
|---|---|---|---|
| CREW | $ | 220.00 | |
| FILM, PROCESSING & PRINTS | $ | 1,305.00 | |
| INSURANCE | | Incl. | |
| LOCATION | | N/A | |
| PROPS, WARDROBE | | N/A | |
| RENTAL (STUDIO, EQUIPMENT) | | Incl. | |
| SETS | | Incl. | |
| SHIPPING & DELIVERY | $ | 130.00 | 2 Couriers |
| *TALENT (CASTING & FEES) | | N/A | |
| TRAVEL (CREW, TALENT) | | Incl. | |
| MISCELLANEOUS | | N/A | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ | 6,155.00 |
| SALES TAX  5 % | $ | 307.75 |
| TOTAL | $ | 6,462.75 |
| ADVANCE | | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE ____ % per mo. after 30 days.

**BALANCE DUE:**   $  6,462.75

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice): _____  DATE_____

This form has been approved for use by Advertising Photographers of America.

PIC09011



67 Sagamore Street
Hamilton, MA 01936-0054
**(978) 356-0101**
FAX (978) 356-1203

**Photographic Illustrators Corporation**

# PHOTOGRAPHY
# CONTRACT

## 4816

| | |
|---|---|
| CLIENT Braun, Inc. | BILL TO Jill Josephson |
| STREET 400 Unicorn Park Dr. | STREET |
| CITY, STATE, ZIP Woburn, MA 01° | CITY, STATE, ZIP |
| HOME PHONE    WORK PHONE | PHONE |

SHIP TO

| | | | | | |
|---|---|---|---|---|---|
| DATE 3/18/99 | TIME    A.M.  P.M. | PHOTOGRAPHER | | | |
| LOCATION Studio | | CONTACT | | PHONE | |

ASSIGNMENT   Merchandising Binder
  - O.P.P. on 16 product views w. 4×5 c.p. + 4×5 c.t.
  - Courier to Braun

SPECIAL INSTRUCTIONS   <u>RUSH</u> Service Provided

90 E6 990°°
25 Pic 715°°

| | FEE |
|---|---|
| MODEL    AGENCY | |
| AGENCY | |

☐ B/W   ☐ COLOR   ☐ PRINTS   ☐ NEGATIVES   ☐ TRANSPARENCIES

| ORDER DUE | QUANTITY | SIZE | PREVIEWS DUE | PREVIEW SIZE |
|---|---|---|---|---|
| | | | FINAL USE | |

1. In the event of a postponement or cancellation of the **assignment** described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ 4500 |
| FILM | 1305 |
| PROCESSING | $ |
| ASSISTANT(S) | $ 220° |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL | $ |
| SHIPPING & HANDLING - Courier ② | $ 120°° |
| | $ |
| | $ 655°° |
| TOTAL FEE | $ |
| SALES TAX | $ 307.75 |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ 6,462.75 |

CLIENT _____   DATE _____

STUDIO _____   DATE _____

PIC09012