# EXHIBIT 10

JOB NAME **Oral B**

JOB NO. **5338**

PIC06052

JOB LOCATION  Gillette

BILL TO  Studio

Patricia Moriarty

DATE STARTED  7/26/00    DATE COMPLETED    DATE BILLED

| JOB COST SUMMARY | | |
|---|---|---|
| TOTAL SELLING PRICE | | |
| TOTAL MATERIAL | | |
| TOTAL LABOR | | |
| INSURANCE | | |
| SALES TAX | | |
| MISC. COSTS | | |
| | | |
| | | |
| TOTAL JOB COST | | |
| GROSS PROFIT | | |





PIC06054



PIC06055



PIC06056







PIC06059







PIC06062







PIC06065





PIC06068



PIC06069



PIC06070



PIC06071

PIC06072





PIC06074





PIC06076



PIC06077



PIC06078





PIC06080









PIC06084



PIC06086



scanned

6/00    5338



PIC06088



PIC06089







PIC06092



PIC06093



☐ SAME DAY MAR    HL451

**FROM**    DATE 8/3/00

SENDER
Photo illustrators

STREET
467 Sagamore

CITY    STATE
Hamilton    MA

ATTN
Paul Picone

DEPT.    PHONE NO.

AUTHORIZED
BY:

**TO**

RECEIVER
Gillette

STREET
800 Boylston

CITY    STATE
Prudential Tower    Boston

ATTN

DEPT    PHONE NO.

RECEIVED
BY: X    J Cummings    TIME 6:50
cummings

**CHARGE**

SENDER    RECEIVER
☐    ☐

OTHER    ROUND    PCS
☐    TRIP ☐    ☑

WAITING
TIME    WEIGHT
(    ) min.    (    ) lbs

TOTAL
CHARGES $    52.50

# United Couriers Group
134C New Boston St., Woburn, MA 01801
## 1-800-960-8700
## Tel: (781) 224-1400
*To All Points in New England*

PIC06095



Not
scanned

Rugrats Bag
6/00          5338



PIC06097



PIC06098



scanned

SESAME STREET

Oral-B

Sesame street Bag
6/00        5338

PIC06099





Not
Scanned

Nickelodeon Bag
6/00          5338

PIC06101





Not Scanned

Blues clues Bag
6/00                5338







Not Scanned

4/00    S338

PIC06106





Not scanned

Rugrats Set
6/00            5338

PIC06108



PIC06109



PIC06110



scanned



6/00          5338



PIC06113



Not Scanned

Rugrats- in Bag
6/00          5338

PIC06114







Not
Scanned

Sesame street in Bag
6/00          5338



PIC06118



Not Scanned

Blues Clues Set
6/00                    5338



PIC06120



Not
Scanned

Blues Clues- In Bag
6/00          5338



PIC06122

# Advanced Photographics Inc.

**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

32259

P.O. # _____

JOB NO: _____

TIME IN: 7/31/00    9:00

DUE DATE: 7/31/00    12:00

SERVICE:    (NORMAL)    RUSH    PANIC

DELIVERY INSTRUC:    OUR VAN    MAIL    FED-X

COURIER    (CUST. PICK-UP)    OTHER

ORDERED BY: Paul    WRITTEN BY: Carole

☒ CHARGE    ☐ C.O.D.    ☐ PREPAID

**CLIENT:** Paul Picone

**SHIP TO:**

| | QUANTITY | SIZE | ORDER DESCRIPTION | | UNIT PRICE | CHARGE |
|---|---|---|---|---|---|---|
| **FILM** | 30 | 4X5 | ☒ BLACK AND WHITE / EKTACHROME / E-6 / VERICOLOR / C-41 Normal / SPECIAL | | | |
| **NEG WORK** | | | COPY NEG  ☐ COLOR  ☐ B&W / EKTACHROME  ☐ COPY  ☐ DUPE / INTERNEGATIVE  ☐ COLOR  ☐ B&W / PRINT FILM / COLOR SLIDE  ☐ CONV  ☐ DIGITAL / SYSTEM TIME / RETOUCHING / DIGITAL OUTPUT ☐ NEG  ☐ CHROME / DIGITAL SCAN / OTHER | | | |
| **B & W** | ☐ PROFESSIONAL  ☐ CUSTOM | | ☐ REPRO  ☐ GLOSSY  ☐ MATTE  ☐ BORDERS  ☐ BORDERLESS | | | |
| | | | CONTACT SHEET | | | |
| | | | ENLARGEMENTS | | | |
| **COLOR PRT** | ☐ PROFESSIONAL  ☐ CUSTOM | | ☐ REPRO  ☐ GLOSSY  ☐ MATTE  ☐ BORDERS  ☐ BORDERLESS | | | |
| | | | CONTACT SHEET  ☐ PROOF / EKTACOLOR  ☐ DURAFLEX / DURATRANS  ☐ CLEAR / LAMBDA EKTACOLOR  ☐ DURAFLEX / LAMBDA DURATRANS  ☐ DURACLEAR / INKJET / RASTER / OTHER | | | |
| **MOUNT** | ☐ ORIGINALS INSIDE JOB  ☐ ORIGINALS OUTSIDE JOB  ☐ ORIGINALS TO SALES PERSON | | | | | |

| DUE DATE | MON. | TUES. | WED. | THURS | FRI. | SAT. | NO. ORIGINALS SUPPLIED | | |
|---|---|---|---|---|---|---|---|---|---|
| | ☒ | | | | | | | SUB TOTAL | |

SPECIAL INSTRUCTIONS:

| | | |
|---|---|---|
| | TAX | |
| | TOTAL | |

PIC06123

# Advanced Photographics Inc.

**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

32311

P.O. # _____

JOB NO: _____

TIME IN: 8/1/00    10:00

DUE DATE: 8/1/00    ASAP 2:00

SERVICE:    (NORMAL)    RUSH    PANIC

DELIVERY INSTRUC:    OUR VAN    MAIL    FED-X

COURIER    (CUST. PICK-UP)    OTHER

WRITTEN BY: _____

ORDERED BY: Paul

☒ CHARGE    ☐ C.O.D.    ☐ PREPAID

**CLIENT:**

Paul Picone

**SHIP TO:**

| | QUANTITY | SIZE | ORDER DESCRIPTION | | UNIT PRICE | CHARGE |
|---|---|---|---|---|---|---|
| **F I L M** | 46 | 4X5 | ☒ BLACK AND WHITE<br>EKTACHROME / E-6  Normal<br>VERICOLOR / C-41<br>SPECIAL | | | |
| **N E G  W O R K** | | | COPY NEG  ☐ COLOR  ☐ B&W<br>EKTACHROME  ☐ COPY  ☐ DUPE<br>INTERNEGATIVE ☐ COLOR  ☐ B&W<br>PRINT FILM<br>COLOR SLIDE  ☐ CONV  ☐ DIGITAL<br>SYSTEM TIME<br>RETOUCHING<br>DIGITAL OUTPUT ☐ NEG  ☐ CHROME<br>DIGITAL SCAN<br>OTHER | | | |

☐ PROFESSIONAL    ☐ CUSTOM    ☐ REPRO    ☐ GLOSSY    ☐ MATTE    ☐ BORDERS    ☐ BORDERLESS

| **B & W** | | | CONTACT SHEET | | | |
| | | | ENLARGEMENTS | | | |

☐ PROFESSIONAL    ☐ CUSTOM    ☐ REPRO    ☐ GLOSSY    ☐ MATTE    ☐ BORDERS    ☐ BORDERLESS

| **C O L O R  P R T** | | | CONTACT SHEET ☐ PROOF<br>EKTACOLOR  ☐ DURAFLEX<br>DURATRANS  ☐ CLEAR<br>LAMBDA EKTACOLOR ☐ DURAFLEX<br>LAMBDA DURATRANS ☐ DURACLEAR<br>INKJET<br>RASTER<br>OTHER | | | |

☐ ORIGINALS INSIDE JOB    ☐ ORIGINALS OUTSIDE JOB    ☐ ORIGINALS TO SALES PERSON

| **M O U N T** | | | | | | |

| DUE DATE | MON. | TUES. | WED. | THURS | FRI. | SAT. | NO. ORIGINALS SUPPLIED | | SUB TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | ☒ | | | | | | | | |

**SPECIAL INSTRUCTIONS:**

| | TAX | |
| | TOTAL | |

PIC06124

# Advanced Photographics Inc.

**CUSTOM PHOTOGRAPHIC LABORATORY SERVICES**
28 Cherry Hill Drive • Danvers, Massachusetts 01923-2575
Tel. (978) 777-7776  Fax (978) 777-7317

32342

P.O. # _____

JOB NO: _____

TIME IN: 8/2/00   10:00

DUE DATE: 8/2/00   1:00

SERVICE:   (NORMAL)   RUSH   PANIC

DELIVERY INSTRUC:   OUR VAN   MAIL   FED-X

COURIER   (CUST. PICK-UP)   OTHER

WRITTEN BY: _____

Paul

ORDERED BY

☒ CHARGE   ☐ C.O.D.   ☐ PREPAID

**CLIENT:**

Paul Picone

**SHIP TO:**

| | QUANTITY | SIZE | ORDER DESCRIPTION | | UNIT PRICE | CHARGE |
|---|---|---|---|---|---|---|
| **FILM** | 18 | 4X5 | ☒ BLACK AND WHITE / EKTACHROME / E-6 / VERICOLOR / C-41   Normal / SPECIAL | | | |
| **NEG WORK** | | | COPY NEG ☐ COLOR ☐ B&W / EKTACHROME ☐ COPY ☐ DUPE / INTERNEGATIVE ☐ COLOR ☐ B&W / PRINT FILM / COLOR SLIDE ☐ CONV ☐ DIGITAL / SYSTEM TIME / RETOUCHING / DIGITAL OUTPUT ☐ NEG ☐ CHROME / DIGITAL SCAN / OTHER | | | |

☐ PROFESSIONAL   ☐ CUSTOM   ☐ REPRO   ☐ GLOSSY   ☐ MATTE   ☐ BORDERS   ☐ BORDERLESS

| **B & W** | | | CONTACT SHEET | | | |
| | | | ENLARGEMENTS | | | |

☐ PROFESSIONAL   ☐ CUSTOM   ☐ REPRO   ☐ GLOSSY   ☐ MATTE   ☐ BORDERS   ☐ BORDERLESS

| **COLOR PRT** | | | CONTACT SHEET ☐ PROOF / EKTACOLOR ☐ DURAFLEX / DURATRANS ☐ CLEAR / LAMBDA EKTACOLOR ☐ DURAFLEX / LAMBDA DURATRANS ☐ DURACLEAR / INKJET / RASTER / OTHER | | | |

☐ ORIGINALS INSIDE JOB   ☐ ORIGINALS OUTSIDE JOB   ☐ ORIGINALS TO SALES PERSON

| **MOUNT** | | | | | | |

| DUE DATE | MON. | TUES. | WED. | THURS | FRI. | SAT. | NO. ORIGINALS SUPPLIED | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | ☒ | | | | | SUB TOTAL | | |

SPECIAL INSTRUCTIONS:

| | TAX | |
| | TOTAL | |

PIC06125

         To: Trish_Moriarty
       From: Paul Kevin Picone <picorp@shore.net>
    Subject: Oral-B Photography
         Cc:
        Bcc:
X-Attachments:

Hi Trish,

Just wanted to check and see if you were still going to need us to scan the Oral-B photography Paul recently sent you or if I should go ahead and close out the job. In the past, we've scanned your images at 450ppi at 100% and saved them to our Gillette directory. I wasn't sure if you wanted us to do that or if you are going to need these scanned in at a higher resolution/size (or if you are having the printer scan them).

Please advise.

Thanks,

Kelly

PIC06126

**Patricia_Moriarty@gillette.com,8/14/00  2:38 PM  -0400,Re:  Oral-B  Photography**                    1

From: Patricia_Moriarty@gillette.com
Subject: Re: Oral-B Photography
To: Paul Kevin Picone <picorp@shore.net>
Bcc:
Sender: BusComm_Survey@Gillette.com
Date: Mon, 14 Aug 2000 14:38:14 -0400
X-MIMETrack: Serialize by Router on GBO126-N/GIL/bo/NA/Gillette(Release 5.0.2c (Intl)|2
 February 2000) at 08/14/2000 02:45:47 PM
MIME-Version: 1.0


Kelly -
I think we are all set - you can please close the job

Thanks!
Tricia


          Paul Kevin
          Picone        To:    patricia_moriarty@gillette.com
          <picorp@shore     cc:
          .net>         Subject:   Oral-B Photography

          08/14/00
          02:30 PM




Hi Trish,

Just wanted to check and see if you were still going to need us to scan the
Oral-B photography Paul recently sent you or if I should go ahead and close
out the job.  In the past, we've scanned your images at 450ppi at 100% and
saved them to our Gillette directory.  I wasn't sure if you wanted us to do
that or if you are going to need these scanned in at a higher
resolution/size (or if you are having the printer scan them).

Please advise.

Thanks,

Kelly

Kelly Harstad
Photographic Illustrators Corp.
978-356-0101

PIC06127



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203

| | |
|---|---|
| **TO:** Patricia Moriarty | **DATE:** 8/29/2000 |
| Gillette | **P.O.#:** |
| Prudential Tower, 35th Floor | **JOB #:** 5338 |
| 800 Boylston Street | **A.D.:** P.K.P. |
| Boston, MA  02199 | **BUYER:** Patricia Moriarty |
| | **CLIENT:** Gillette |

**DESCRIPTION/TERMS:** Oral-B Product            ☐ ESTIMATE      ☑ INVOICE # 5338

Original photographic production on 13 views with product prep,
4x5 color polaroids & 4x5 color transparencies delivered.

(various packaging & styled shots)

MEDIA USE:        Sales Promo
PERIOD OF USE:    Terms & Conditions

| **FEES:** | | | |
|---|---|---|---|
| PHOTOGRAPHY | | | $ 6,600.00 |
| PREP DAYS | ($ | PER DAY) | Incl. |
| TRAVEL | ($ | PER DAY) | N/A |
| WEATHER DELAYS | ($ | PER DAY) | N/A |

| **PRODUCTION CHARGES & EXPENSES:** | | |
|---|---|---|
| CREW | N/A | |
| FILM, PROCESSING & PRINTS | $ 1,304.00 | |
| INSURANCE | Incl. | |
| LOCATION | N/A | |
| PROPS, WARDROBE | N/A | |
| RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| SETS ; Variatone BG | $    65.00 | |
| SHIPPING & DELIVERY | $    60.38 | Courier |
| *TALENT (CASTING & FEES) | N/A | |
| TRAVEL (CREW, TALENT) | Incl. | |
| MISCELLANEOUS | N/A | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ 8,029.38 |
| SALES TAX 5 % | $   401.47 |
| TOTAL | $ 8,430.85 |
| ADVANCE | |

**TERMS:** PAYABLE UPON RECEIPT

LATE CHARGE _____ % per mo. after 30 days.      **BALANCE DUE:** $ 8,430.85

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice):_____    DATE_____

This form has been approved for use by Advertising Photographers of America.

PIC06128

467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

Photographic Illustrators Corporation

# PHOTOGRAPHY CONTRACT

5338

| CLIENT | Gillette | BILL TO | Patricia Moriarty |
|---|---|---|---|
| STREET | Prudential Tower, 35th FL. | STREET | |
| CITY, STATE, ZIP | 800 Boylston St. | CITY, STATE, ZIP | |
| HOME PHONE | | WORK PHONE | PHONE |

SHIP TO

| DATE | 7/26/00 | TIME | A.M. P.M. | PHOTOGRAPHER | |
|---|---|---|---|---|---|
| LOCATION | Studio | | | CONTACT | PHONE |

ASSIGNMENT   Oral-B Product (Cross Action New Colors + Kids Carrying Cases)
- O.P.P. on 13 views w. product prep, 4x5 c.p. - 4x5
  ct. delivered                                    $6,600-

SPECIAL INSTRUCTIONS

| MODEL | Film | 30 | 4x5 Pol. | 270.00 | AGENCY | | FEE |
|---|---|---|---|---|---|---|---|
| MODEL | | 94 | 4x5 E-6 | $1034.00 | AGENCY | | FEE |

☐ B/W ☒ COLOR   ☐ PRINTS ☐ NEGATIVES ☒ TRANSPARENCIES | PREVIEWS DUE | PREVIEW SIZE |

| ORDER DUE wed 8/2/00 | QUANTITY | SIZE | FINAL USE |
|---|---|---|---|

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the retainer paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.

2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of the retainer.

3. Rush orders are subject to an additional charge for all services rendered.

4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.

5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.

6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

CLIENT _____ DATE _____

STUDIO _____ DATE _____

| | |
|---|---|
| PHOTOGRAPHIC FEE | $6600.00 |
| FILM | $1,304.00 |
| PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS  Background | $65.00 |
| TRAVEL | $ |
| SHIPPING & HANDLING | $ |
| 8/3 - Courier to Gillette | $60.38 |
| | $ |
| | $ |
| TOTAL FEE | $8,029.38 |
| SALES TAX | $401.47 |
| TOTAL WITH TAX | $ |
| RETAINER | $ |
| BALANCE DUE | $8,430.85 |

PIC06129

467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

**Photographic Illustrators Corporation**

# PHOTOGRAPHY
# CONTRACT
## 5338

| CLIENT | Gillette | BILL TO | Patricia Moriarty |
|---|---|---|---|
| STREET | Prudential Tower, 35th FL. | STREET | |
| CITY, STATE, ZIP | 800 Boylston St. | CITY, STATE, ZIP | |
| HOME PHONE | | WORK PHONE | PHONE |
| SHIP TO | | | |

| DATE 7/26/00 | TIME A.M. P.M. | PHOTOGRAPHER | |
|---|---|---|---|
| LOCATION Studio | | CONTACT | PHONE |

ASSIGNMENT  Oral-B Product ( Cross Action New Colors, Kids Carrying Cases)
- O.P.P. on 13 views w/ product prep. 4x5 c.p. 4x5
  c.t. delivered                                                          $6,600-

SPECIAL INSTRUCTIONS

| MODEL Film | 30 | 4x5 Pol. | 270.00 | AGENCY | | FEE |
|---|---|---|---|---|---|---|
| MODEL | 94 | 4x5 E-6 | $1034.00 | AGENCY | | FEE |

☐ B/W  ☒ COLOR   ☐ PRINTS  ☐ NEGATIVES  ☒ TRANSPARENCIES

PREVIEWS DUE                    PREVIEW SIZE

ORDER DUE 3/2/00  Wed     QUANTITY          SIZE

FINAL USE

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the retainer paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.

2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of the retainer.

3. Rush orders are subject to an additional charge for all services rendered.

4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.

5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.

6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

CLIENT _____ DATE _____

STUDIO _____ DATE _____

| PHOTOGRAPHIC FEE | $6600 00 |
|---|---|
| FILM | $1,304.00 |
| PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS   Background | $65.00 |
| TRAVEL | $ |
| SHIPPING & HANDLING | $ |
| 8/3 - Courier to Gillette | $ 60.33 |
| | $ |
| | $ |
| TOTAL FEE | $ 8,029.33 |
| SALES TAX | $ 401.47 |
| TOTAL WITH TAX | $ |
| RETAINER | $ |
| BALANCE DUE | $8,430.35 |

PIC06130

1.   4 w/o bristles - 1 shot
     cropped on white
     square tile w. towel
                    (Environmental)
                    ( Shot

2.   2 cross Actions on white
     tile (Environmental shot)

3    4 shots kids stuff - back of
     each paste case - individual

4.   3 shots kid stuff - in
     case (individual)

5.   3 shots kid stuff w/case
     product outside (individual)