# EXHIBIT 11

Anna_Madden@gillette.com,11/1/2000 1:16 PM -0500,Image                                    1

Subject: Image
To: picorp@shore.net
Bcc:
From: Anna_Madden@gillette.com
Date: Wed, 1 Nov 2000 13:16:12 -0500
X-MIMETrack: Serialize by Router on GBO126-N/GIL/bo/NA/Gillette(Release 5.0.4a |July 24, 2000) at
 11/01/2000 01:17:18 PM
MIME-Version: 1.0

Kelly, Paul,

Please see the attached image. This was before my time I think. Did you take this picture. I have someone in the Domincan that needs it. Please let me know.

Thanks,

Anna

(See attached file: braunimage.ppt)
Content-type: application/vnd.ms-powerpoint;
        name="braunimage.ppt"
Content-Disposition: attachment; filename="braunimage.ppt"
Content-Description: PowerPoint 4.0

 braunimage.ppt

---

**Printed for Paul Kevin Picone <picorp@shore.net>**                                   1

Anna_Madden@gillette.com,11/9/2000  9:18 AM  -0500,Re:  Image                          1

```
         To: Anna_Madden@gillette.com
       From: Paul Kevin Picone <picorp@shore.net>
    Subject: Re: Image
         Cc:
        Bcc:
X-Attachments:
```

Hi Anna,

The dupe transparency of this image is done. Do you have the Fed-Ex info yet?  I could also send the transparency to you for delivery, if you prefer.

Let me know.

Thanks,

Kelly


>Kelly, Paul,
>
>Please see the attached image. This was before my time I think. Did you
>take this picture. I have someone in the Domincan that needs it. Please
>let me know.
>
>Thanks,
>
>Anna
>
>(See attached file: braunimage.ppt)
>Content-type: application/vnd.ms-powerpoint;
>         name="braunimage.ppt"
>Content-Disposition: attachment; filename="braunimage.ppt"
>Content-Description: PowerPoint 4.0
>
>Attachment converted: Macintosh HD:braunimage.ppt (SLD3/PPT3) (0002F7BC)

---

**Printed for Paul Kevin Picone <picorp@shore.net>**                                     1

PIC07659

Anna_Madden@gillette.com,11/9/2000 11:35 AM -0500,Re: FOTO BRAUN HO    1

```
           To: Anna_Madden@gillette.com
         From: Paul Kevin Picone <picorp@shore.net>
      Subject: Re: FOTO BRAUN HOUSEHOLD
           Cc:
          Bcc:
X-Attachments:
```

Thanks, Anna. This will go out tonight.

Kelly


>Kelly,
>
>Here it is. You can cahrge our Fed Ex account 1125-0272-6
>
>Take care,
>
>Anna
>----- Forwarded by Anna Madden/BO/Gillette on 11/09/00 10:41 AM -----
>
>           Yolanda Molina
>                    To:    Anna Madden/BO/Gillette@GILLETTE
>           11/07/00 01:34    cc:   Brenda Tattan/BO/Gillette@GILLETTE,
>           PM                Gabriele Kunert/KR/Gillette@GILLETTE, Nelson
>                             Farfan/KR/Gillette@GILLETTE
>                    Subject:    Re: FOTO BRAUN HOUSEHOLD(Document
>                    link: Anna Madden)
>
>
>
>
>Anna,
>
>Please send the foto by Courier, you can use Federal Express or DHL.
>
> Gillette Dominicana,'s address is :
>
>GILLETTE DOMINICANA, S.A.
>Carretera Manoguayabo, Klm. 1.2
>Zona Industrial de Manoguayabo
>Santo Domingo, Dominican Republic
>
>Attn: Miss Yolanda Molina Sapeg
>Phone No. (809) 561-1308
>
>Nelson and Anna,
>
>Thank you very much for your help.
>
>
>Regards

# FedEx Ship
## Shipment Receipt

From:
Paul Kevin Picone
(978) 356-0101
Photographic Illustrators Corp.
Studio
467 Sagamore Street
Hamilton, MA 01936-0054 United States

To:
Ms Yolanda Molina Sapeg
809-561-1308
GILLETTE DOMINCANA, S.A.
Carretera Manoguayabo, Klm. 1.2
Zona Industrial de Manoguayabo
Santo Domingo Dominican Republic

COD Return Address:
N/A

Date: 11/9/2000
Track Number: 790396188871
Service: Intl Priority
Packaging: FedEx Letter
Special Handling: Drop
Piece: 1 of 1
Weight: 1 LBS
Dimensions: N/A
Carriage Value: 0
Deliver without Signature: No

Billing: Bill 3rd Party
Bill To Acct: 112502726
Rate Quote: N/A
Reference: N/A

COD Shipment: No
COD Amount: N/A
Secured Check: N/A
Include Freight: N/A

PIC07661

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net

| TO: | Anna Madden<br>Gillette<br>Prudential Tower, 36th Floor<br>800 Boylston Street<br>Boston, MA 02199 | DATE: | 12/7/2000 |
|---|---|---|---|
| | | P.O.#: | |
| | | JOB #: | 5455 |
| | | A.D.: | P.K.P. |
| | | BUYER: | Anna Madden |
| | | CLIENT: | Gillette |

**DESCRIPTION/TERMS:** Dupe Transparency   ☐ ESTIMATE   ☐ INVOICE # 5455

1. 1 file retrieval
2. 1 4x5 duplicate transparency

**MEDIA USE:** Sales Promo
**PERIOD OF USE:** Terms & Conditions

| FEES: | PHOTOGRAPHY | | |
|---|---|---|---|
| | PREP DAYS ($ | PER DAY) | |
| | TRAVEL ($ | PER DAY) | |
| | WEATHER DELAYS ($ | PER DAY) | |

| PRODUCTION CHARGES & EXPENSES: | CREW | N/A | |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | $ 50.00 | |
| | INSURANCE | Incl. | |
| | LOCATION | N/A | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | N/A | |
| | SHIPPING & DELIVERY | N/C | Used Gillette Fed-Ex |
| | *TALENT (CASTING & FEES) | N/A | |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS | N/A | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $ 50.00 | |
| SALES TAX 5 % | $ 2.50 | |
| TOTAL | $ 52.50 | |
| ADVANCE | | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE ___ % per mo. after 30 days.   **BALANCE DUE:** $ 52.50

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY (Client if estimate; Studio if invoice): _____ DATE _____

This form has been approved for use by Advertising Photographers of America.

PIC07654