# EXHIBIT 12



# The Commonwealth of Massachusetts
## William Francis Galvin

Secretary of the Commonwealth
One Ashburton Place, Boston, Massachusetts
02108-1512
Telephone: (617) 727-9640

**PHOTOGRAPHIC ILLUSTRATORS CORP.** Summary Screen         Help with this form

Request a Certificate

**The exact name of the Domestic Profit Corporation:** PHOTOGRAPHIC ILLUSTRATORS CORP.

**Entity Type:** Domestic Profit Corporation

**Identification Number:** 042781247

**Old Federal Employer Identification Number (Old FEIN):** 000189170

**Date of Organization in Massachusetts:** 01/01/1983        **Date of Revival:** 08/19/1998

**Date of Involuntary Dissolution:** 12/31/1990

**Current Fiscal Month / Day:** 12 / 31        **Previous Fiscal Month / Day:** 00 / 00

**The location of its principal office in Massachusetts:**
No. and Street:   BOX 54::::::::::::::::::::::
                  467 SAGAMORE STREET
City or Town:     HAMILTON        State: MA   Zip: 01936   Country: USA

**If the business entity is organized wholly to do business outside Massachusetts, the location of that office:**
No. and Street:
City or Town:        State:        Zip:        Country:

**The name and address of the Registered Agent:**
Name:
No. and Street:
City or Town:        State:        Zip:        Country:

**The officers and all of the directors of the corporation:**

| Title | Individual Name<br>First, Middle, Last, Suffix | Address (no PO Box)<br>Address, City or Town, State, Zip Code | Expiration<br>of Term |
|---|---|---|---|

| | | | |
|---|---|---|---|
| PRESIDENT | PAUL PICONE | 467 SAGAMORE STREET, HAMILTON, MA 01936 USA<br>467 SAGAMORE STREET, HAMILTON, MA 01936 USA | |
| TREASURER | CAROLYN PICONE | 467 SAGAMORE STREET, HAMILTON, MA 01936 USA<br>467 SAGAMORE STREET, HAMILTON, MA 01936 USA | |
| SECRETARY | GEORGE ATKINS III | 301 LAFAYETTE ST., SALEM, MA USA<br>301 LAFAYETTE ST., SALEM, MA USA | |

**business entity stock is publicly traded:** __

**The total number of shares and par value, if any, of each class of stock which the business entity is authorized to issue:**

| Class of Stock | Par Value Per Share Enter **0** if no Par | Total Authorized by Articles of Organization or Amendments<br>*Num of Shares    Total Par Value* | Total Issued and Outstanding<br>*Num of Shares* |
|---|---|---|---|
| No Stock Information available online. Prior to August 27, 2001, records can be obtained on microfilm. | | | |

__ Consent    __ Manufacturer    __ Confidential Data    __ Does Not Require Annual Report

__ Partnership    __ Resident Agent    __ For Profit    __ Merger Allowed

**Note: There is additional information located in the cardfile that is not available on the system.**

**Select a type of filing from below to view this business entity filings:**

ALL FILINGS
Administrative Dissolution
Annual Report
Application for Reinstatement
Application For Revival

View Filings | New Search

**Comments**

© 2001 - 2005 Commonwealth of Massachusetts

Help

All Rights Reserved