# EXHIBIT 13


## Wolf Greenfield
SPECIALISTS IN INTELLECTUAL PROPERTY LAW

**Adam Kessel**
akessel@wolfgreenfield.com
direct dial 617.646.8360

April 19, 2005

*Via Federal Express*
Patrick Perkins, Esq.
FROSS ZELNICK LEHRMAN & ZISSU
866 U.N. Plaza
At First Avenue and 48th Street
New York, NY 10017

    Re:    Photographic Illustrators Corp. v. Gillette
             Civil Action No. 04-CV-10913-WGY
             Our File No. P0768.30000US00

Dear Patrick:

    It has come to our attention that, when PIC produced its copyright registrations, the deposits from some of the applications that matured into those registrations were not photocopied or Bates-labeled. Although the deposits are available as public records, we provide herewith Bates-labeled copies of the deposits and registrations together as a courtesy.

                           Very truly yours,

                           WOLF, GREENFIELD & SACKS, P.C.

                           Adam Kessel

Enclosures