UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION<br><br>       Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>       Defendant. | Civil Action No. 04-10913 WGY<br><br>**DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GILLETTE COMPANY'S MOTIONS IN LIMINE** |
| THE GILLETTE COMPANY,<br><br>       Counterclaim Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>       Counterclaim Defendants. | |

I, David Donahue, declare as follows:

    1.    I am an attorney at Fross Zelnick Lehrman & Zissu, P.C., counsel of record for Defendant and Counterclaim Plaintiff The Gillette Company, in the above-referenced action. I submit this declaration in support of The Gillette Company's Motions in Limine, filed concurrently herewith, based on my personal knowledge and my review of our firm's file for this case.

    2.    Attached hereto as <u>Exhibit A</u> is a true and correct copy of the Expert Report of Robert A. Hansen dated March 1, 2005.

3.      Attached hereto as <u>Exhibit B</u> is a true and correct copy of the Expert Report of Jeffrey B. Sedlik dated March 1, 2005.

4.      Attached hereto as <u>Exhibit C</u> is a true and correct copy of the Expert Report of Dr. Itamar Simonson dated March 15, 2005.

5.      Attached hereto as <u>Exhibit D</u> is a true and correct copy of relevant excerpts from the deposition of Robert A. Hansen, taken in Boston, Massachusetts on March 25, 2005.

6.      Attached hereto a <u>Exhibit E</u> are true and correct copies of correspondence and invoices produced in discovery in this action that evidence Plaintiff and Counterclaim Defendant Photographic Illustrators Corporation's maintenance of a "master" digital directory of images created for The Gillette Company.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is being executed on May 6, 2005, at New York, New York.

        /s/David Donahue/
        David Donahue