# EXHIBIT C

**EXPERT REPORT OF DR. ITAMAR SIMONSON**

## BACKGROUND AND QUALIFICATIONS

1. I am the Sebastian S. Kresge Professor of Marketing at the Graduate School of Business, Stanford University. From November 1994 through August 2000 I served as the Head of the Stanford Marketing Group. A copy of my curriculum vitae, which includes a complete list of my publications, is attached as Exhibit A.

2. I hold a Ph.D. in Marketing from Duke University, Fuqua School of Business, a Master's degree in business administration (MBA) from the UCLA Graduate School of Management, and a Bachelor's degree from The Hebrew University with majors in Economics and Political Science.

3. My field of expertise is buyer behavior, marketing management, marketing aspects of trademark infringement, survey methods, and decision making. Most of my research has focused on buyers' purchase behavior, the effect of product characteristics (such as brand name, price, features), marketing activities (such as sales promotions and advertising), and the competitive context on buying decisions, and issues related to trademark infringement.

4. I have received several awards, including (a) the award for the Best Article published in the Journal of Consumer Research (the major journal on consumer behavior) between 1987 and 1989, (b) the "Ferber Award" from the Association for Consumer Research, which is the largest association of consumer researchers in the world, (c) the 1997 O'Dell Award, given to the Journal of Marketing Research (the major journal on marketing research issues) article that has had the greatest impact on the marketing field in the previous five years, (d) the 2001 O'Dell award, (e) the award for the Best Article published in the Journal of Public Policy & Marketing (the major journal on public policy and legal aspects of marketing) between 1993 and 1995, (f) the 2002 American

Marketing Association award for the Best Article in the area of Services Marketing, and (g) I was a winner in a competition dealing with research on the effectiveness of direct marketing programs, which was organized by the Direct Marketing Association and the Marketing Science Institute.

5. At Stanford University I have taught MBA and executive courses on Marketing Management, covering such topics as buyer behavior, developing marketing strategies, building brand equity, advertising, sales force management, sales promotions, and distribution. Later this month I will begin teaching an MBA course on Marketing to Business, and I previously taught an MBA course on marketing high technology products. I have also guided and supervised numerous MBA student teams in their work on company and industry projects dealing with a variety of markets.

6. I have taught several doctoral courses, including (a) a course that focuses on methods for conducting buyer research, (b) a course that deals with buyer behavior, covering such topics as buyer decision making processes, influences on purchase decisions, and persuasion, and (c) a course that examines various aspects of how decisions are made. Prior to joining Stanford University, during the six years that I was on the faculty of the University of California at Berkeley, I taught an MBA Marketing Management course, a Ph.D. course on buyer behavior, and a Ph.D. course on buyer decision making. I also taught in various executive education programs, including a program for marketing managers in high technology companies.

7. After completing my MBA studies and before starting the Ph.D. program, I worked for five years in a marketing capacity in a subsidiary of Motorola Inc., serving in the last two years as the product marketing manager for 2-way communications products. My work included (a) defining new products and designing marketing plans for new product introductions, (b) customer and competitor analysis, and (c) sales forecasting.

8. I have conducted, supervised, or evaluated well over 1,000 marketing research studies, including many related to trademark, advertising, branding, marketing

strategies, and other marketing-related issues. I have also worked as a consultant for companies and organizations on a variety of marketing and buyer behavior topics. A list of cases in which I provided sworn testimony during the past four years is included in Exhibit B. I am being compensated at the rate of $600 an hour.

9. At the request of counsel for The Gillette Company (Gillette), I evaluated the report submitted in this matter by Dr. Hansen (Hansen Report) on behalf of Photographic Illustrators Corporation (PIC). The documents that I reviewed in connection with preparation of this report are listed in Exhibit C.

10. I will begin with an evaluation of the role and significance of PIC's product images in promotional materials used by Gillette, based on general accepted principles of buyer behavior and marketing and the specific products and brands involved in this case. I will also examine whether deriving a quantitative estimate of the profit contribution of product images used in promotional materials (e.g., sell sheets, a trade show) is at all possible or can be supported by accepted marketing standards. Finally, I will evaluate the "methodology" employed by Dr. Hansen, the "estimates" he derived, and whether such a "methodology" has ever been accepted or has any basis in current marketing knowledge and practice.

A QUALITATIVE ANALYSIS USING GENERAL MARKETING PRINCIPLES OF THE IMPACT OF THE PIC IMAGES ON GILLETTE SALES

11. My understanding is that Gillette has used the PIC product images in trade-oriented materials, such as sell sheets, catalogs, presentations, and trade shows. I am not aware of direct use by Gillette of the PIC images in advertising to consumers. My understanding also is that some retailers might have included PIC images in their advertisements.

12. A manufacturer such as Gillette often uses promotional materials directed at the trade to encourage retailers to participate in various sales promotions. For example, the manufacturer's sales people might offer the retailer a temporary incentive (e.g., price discount) whereby the retailer will promote the product in its stores (e.g., using an end-of-aisle display) at a lower price in exchange for a trade allowance (or discount). Given the popularity of many of Gillette's brands among consumers (as emphasized in the Hansen Report ), there was certainly no need to introduce retailers and other members of the trade to Gillette and its brands. Indeed, Gillette products have been market leaders and popular consumer choices well before Gillette started using the services of PIC.

13. Therefore, although it is convenient to show the product referred to in the promotional materials alongside the name and description of the product, the fact that the trade is already familiar with Gillette, its brands, and its products is likely to make the effect of the product's picture on the trade's response insignificant.

14. Similarly, to the extent that the PIC images have been used by retailers, for example, in a newspaper ad alongside various other products promoted that week by the retailer, the impact, if any, of the PIC images on sales would be negligible. Suppose, for example, that a retailer is including a PIC image of a Gillette Mach III razor in its weekly newspaper ad that presents various other promoted products. The likelihood that

observable features of the presented product image in such an ad will have any effect on the purchase likelihood of the product is extremely small.

15. In particular, for utilitarian, personal care products that are typically used by consumers in the privacy of their bathroom, the aesthetic aspects of the products play a relatively minor, if any, role in purchase decisions. Instead, primary decision factors include perceived brand quality,[1] functional features, and price. Since these factors, as they pertain to Gillette's products such as a Gillette razor or an Oral-B toothbrush, can be communicated to retailers and consumers based solely on the product name and description, the impact, if any, of the PIC pictures (aside from identifying the promoted products) on sales has likely been insignificant.

---

[1] For a discussion of the role of brand equity, see, for example, D. Aaker (1991), *Managing Brand Equity*, Free Press.

THE IMPORTANCE OF RELYING ON ACCEPTED STANDARDS AND KNOWLEDGE IN MARKETING ANALYSIS

16. As indicated above, based on principles of buyer (trade and consumer) behavior and marketing and the fact that the Gillette brands (e.g., Gillette, Oral-B) are well-established in the marketplace, we can conclude that the impact of the PIC images on sales has likely been insignificant. However, a question that might still arise is whether it is at all possible to show that the PIC images have had any contribution to sales and profits of Gillette or derive a meaningful estimate of such sales and profits. As discussed below, the Hansen Report suggests that such an estimate can be derived. For example, the Hansen Report (page 20) indicates that the profits attributable to the PIC images (between 2001 and 2004) used during sales presentations to retailers of blades, razors, and other products was $3,563,162.00. I address the lack of any basis for such estimates below. Indeed, as will be explained, Dr. Hansen's "methodology" violates, not only the accepted standards, principles, and known limits of marketing research, but also simple common sense.

17. First, however, although it might seem obvious, it is worth emphasizing that, in marketing, as in other areas, there are some accepted standards that are based on prior research and knowledge. These principles guide, for example, journals when deciding whether to publish submitted research reports and manuscripts. If the researcher submitting a manuscript employs methods that have no scientific basis and are inconsistent with current knowledge and practice, then scientific journals will reject that manuscript. Similarly, in the present case, it is essential to determine whether the methods and opinions provided by a person acting as an expert comply with basic standards.

18. As shown below, the opinions and "estimates" included in the Hansen Report are completely detached from and inconsistent with the accepted standards of marketing analysis. The fact that Dr. Hansen has apparently not been involved in

scholarly research (according to his report, he had just one publication during the past ten years, which appeared in an obscure journal called "Marketing Management") might account for the fact that he relied on "analyses" that have not been accepted in the marketing field. He is apparently also unfamiliar with a great deal of research, which indicates that purchase and other decisions are very complex and influenced by a wide range of factors, including many that cannot be easily accounted for.[2]

[2] For reviews, see, e.g., Bettman, James R., Mary Frances Luce, and John W. Payne (1998), "Constructive Consumer Choice Processes," *Journal of Consumer Research*, 25, 187-217. Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," California Management Review, 35 (4), 68-84.

IS IT POSSIBLE TO ATTRIBUTE PROFITS TO A PRODUCT IMAGE USED IN MARKETING MATERIALS OR ESTIMATE THE CONTRIBUTION OF A PRODUCT IMAGE TO SALES AND PROFITS?

19. Establishing that product images have increased brand profits, based on data regarding overall sales and advertising expenditures, is simply impossible. It is also impossible to use such data in order to estimate the contribution of certain product images to sales and profits. In reality, there are many factors that determine the actual sales of a product, such as product features, the manner in which products are evaluated by customers, brand equity, competing products and their marketing activities, prices, sales promotions, distribution, and the economic conditions. As a result, it is not possible to derive a meaningful estimate of the portion of sales due to the products' images used, for example, in particular sell sheets or in presentations to retailers. However, as indicated above, we can rely on general marketing and buyer behavior principles to assess qualitatively the likely effect of product images, given the manner they are used and the products and brands involved.

20. While it is probably self-evident that it is impossible to estimate what portion of a product's sales and profits is due to a particular product image, it is noteworthy that even the much easier task of estimating quantitatively the overall effect of advertising expenditures on product sales has been quite challenging.[3] For example, one review of several studies[4] concluded that, on average, a 1 percent increase in the level of advertising resulted in an increase of 0.1 percent in sales. By comparison, the effect of a change in price was found to be, on average, 25 times stronger than the effect of advertising. Moreover, these results did not refer to trade promotions, where the effect of advertising materials is likely to be much weaker (given the manner in which trade

---

[3] See, for example, G. Tellis (1998), *Advertising and Sales Promotion Strategy*, Addison-Wesley.
[4] R. Sethuraman and G. Tellis (1991), "An Analysis of the Tradeoff Between Advertising and Pricing," *Journal of Marketing Research*, 31, 2, 160-174.

accounts make decisions). Of course, both the effects of advertising and price vary greatly depending on many factors, such as the particular product and brand involved, at what stage of the product life cycle the product is, the competition, and the target customers.

21. Thus, as explained above, it is simply impossible to attribute certain profits to product images embedded in (trade or consumer) promotional materials and ads or derive a meaningful estimate of the effect on sales and profits of such images. However, although a quantitative estimate of the effect on profits cannot be derived, if we consider the available knowledge regarding the role of product images as used by Gillette and the popularity and prominence of the Gillette brands, we can conclude that the actual impact, if any, of the PIC images was likely to be insignificant.

22. Dr. Hansen (Hansen Report, pages 3-5) lists many documents and books on which he presumably relied. However, based on my familiarity with marketing methods and with the marketing literature and textbooks (including many of the textbooks Dr. Hansen listed), I do not believe that any of these sources supports the notion that one can derive a meaningful quantitative estimate of the impact of certain pictures embedded in marketing materials on sales and profits, and specifically, the impact of the PIC images on Gillette's sales and profits. Indeed, as explained above, deriving such estimates is simply not possible. Furthermore, Dr. Hansen failed to reference any specific source that supports his "methodology" and conclusions.

23. Thus, although Dr. Hansen listed many sources as those on which he relied, the "Opinions Offered" in his report appear to be based almost exclusively on his "experience in studying and working with people in evaluating the impact of visual images on success in the consumer package goods industry" (Hansen Report, page 10). However, Dr. Hansen did not provide any details concerning the "experience" on which he relied. Furthermore, as indicated, there is no evidence in any publication that I am aware of that any other expert in the field has been able to conduct such analyses based on recognized, reliable methods. Thus, Dr. Hansen must describe the prior experience on which he relied and explain in detail the manner in which specific prior experiences enabled him to derive estimates of the sales and profit impact of product images, even though, as far as I am aware, no other expert in the field has proposed or supported such techniques. He should also demonstrate clearly the correspondence between his claimed experience and the specific conditions of this case, for example, the use of images of products put out by leading personal care brands in trade promotional materials.

24. An examination of the "evidence" presented by Dr. Hansen in the "Opinions Offered" section of his report suggests that, aside from his "experience," he quotes (Paragraph 30) an unidentified source, which indicated that pictures in marketing

materials are "key success factors." Even if we assume that this (unidentified) generic quote is accurate and not taken out of context, its relevance to the estimate of the impact of the PIC images on Gillette's profits is unclear.

25. The next section of the Hansen Report is titled, "Evaluation Methodology" (pages 12-14). Dr. Hansen indicated (Paragraph 37) that he chose to focus on one specific application area, print ads for blades and razors in the U.S., as an example. He then listed in Appendix A ten application areas "where the images could have been used by Gillette to profit …" Dr. Hansen provides no evidence that the PIC images were, in fact, used in these application areas.

26. Next, Dr. Hansen presents a series of unsubstantiated, arbitrary assumptions, which were not based on any accepted standards or existing marketing knowledge. In particular, he relied on irrelevant figures, which were derived in ways that were not explained. Dr. Hansen first assumed that Gillette spent $125,260,000 on print advertisements for blades and razor products between 2001 and 2004. It is unclear how this number was derived. He went on to assume that the profit Gillette derived from its print advertising was equal to the amount it spent. As indicated above, prior research indicates that the measurable sales impact of advertising expenditures is typically a small fraction of the advertising spending, and profits usually account for only a fraction of total sales.

27. Next, Dr. Hansen assumed that 6% of the print advertising expenditures were for ads that used one or more of the images in question. It is unclear how he came up with that particular number. If it appeared in one of the documents on which he relied, Dr. Hansen should identify that document. If it is based on his experience or other pertinent information, specific details must be provided. Without such information, the 6% figure is completely arbitrary and makes the subsequent "analysis" irrelevant. In any case, Dr. Hansen multiplied the $125,260,000 by 6%, which led him to conclude that Gillette spent $7,515,600 of print ads for razors and blades that included the PIC images.

28. Dr. Hansen next (Paragraph 40) tried to determine what portion of the $7,515,600 profits, which he assumed were obtained thanks to the razor and blade print ads that included the PIC images, was due to the images rather than to other elements of the ads (e.g., brand name, product features). He provided no evidence that any of the documents and books listed as sources in his report suggests that deriving such an estimate is possible. Instead, Dr. Hansen again claims that he could derive this estimate based on "business consulting situations where I am asked to value components of print advertising" (Hansen report, Paragraph 40). Again, he did not provide any specific details about the experience on which he relied, the relevance of that experience to the present case, the principles that guided his "methodology," and what, if any, evidence exists that his prior estimates of the impact of ad components on profits were accurate. It should be noted that I am not aware of any company that has attempted to assign a specific profit value to a particular product image in print ads, but I assume that Dr. Hansen's claim that he had been asked to do exactly that in various consulting assignments is accurate.

29. Thus, based on his claimed experience in valuing components of print ads, Dr. Hansen determined that "a conservative estimate of the impact of a PIC photographic image in a Gillette print advertisement would be 14%" (Paragraph 42). He went on to say that "Images are more important in brand building than text because images are usually remembered longer ..." I teach at Stanford about consumer behavior and psychology at both the Ph. D. and MBA levels, and I have published numerous articles about the manner in which consumers process information and make purchase decisions and the factors that affect those decisions. So, I was again surprised by Dr. Hansen's assertions and generalizations, which do not have any basis in marketing knowledge that I am aware of. Furthermore, as Dr. Hansen himself noted, the Gillette brands are quite established and are the market leaders in different categories, so presumably, brand building has already been accomplished, well before PIC started taking photographs of

the Gillette products. In any case, the 14% figure is again unsupported by any recognized principles or existing marketing knowledge (aside from Dr. Hansen's undocumented experience).

30. Next, Dr. Hansen provides a "Damage Summary" (Paragraph 43, Appendix A, and Table 2). Based on the above assumptions, Dr. Hansen determined that the profits attributable to the PIC images of razors and blades (during 2001-4) totaled $1,052, 184. Dr. Hansen also derived estimates regarding the Gillette profits in seven other expenditure categories. These estimates were again based on Dr. Hansen's "experience." Evidently, Dr. Hansen has developed a large number of valuation methodologies. However, I am not aware and have not encountered any evidence in support of the seemingly nonsensical notion that one can assign sales or profit value, for example, to "printed materials such as catalogs and product literature left at the conclusion of sales presentations" (Appendix A). However, Dr. Hansen concluded that the profit impact of such materials left after sales presentations was $2,229,604. 00. The lack of any support for Dr. Hansen's "estimates" makes his report irrelevant and uninformative.

CONCLUSIONS

31. Trade and consumer decisions regarding personal care products that are put out by well-established brands are based primarily on factors such as brand equity, product performance features, and price. Accordingly, the impact, if any, of the PIC images used in trade-directed materials and (possibly) some retailer ads on sales of Gillette's market leading brands has likely been insignificant.

32. Dr. Hansen failed to provide any support, based on existing marketing knowledge, marketing research practices, articles, books, or any other document that he or anyone else has published (including the sources listed in his report as those on which he relied), for his claim that one can attribute specific profit to certain images embedded in promotional materials. There is also no support for the notion that one can derive a meaningful quantitative estimate of the effect of images embedded in marketing materials on profits. Consistent with existing knowledge regarding accepted marketing research methods and common sense, deriving such an estimate is simply not possible.

33. Dr. Hansen based his "estimates" on his "prior experience" in valuing ad components. However, Dr. Hansen did not provide any details about that experience, its accuracy, and its applicability to the present case.

34. Dr. Hansen went on to make a series of arbitrary assumptions, all of which were based on his "experience," which he did not document or describe. Using this "methodology," Dr. Hansen derived very precise estimates, for example, of the profit impact of PIC images included in materials left following sales presentations of Gillette representatives to trade accounts.

35. In summary, Dr. Hansen's "estimates" represent a meaningless exercise that is inconsistent with existing principles and knowledge and provides no relevant information concerning the profit impact of the PIC images.

3/15/2005
Date

I. Simonson
Itamar Simonson, Ph.D.

## ADDRESSES

Home:
1044 Vernier Place
Stanford, CA 94305
(650) 857-9038
Cell: (650) 387-7677
Fax: (650) 857-9090

Office:
Graduate School of Business
Stanford University
Stanford, CA 94305-5015
(650) 725-8981
itamars@stanford.edu

## EDUCATION

| | |
|---|---|
| Ph.D. | Duke University, Fuqua School of Business<br>Major: Marketing; May 1987 |
| M.B.A. | UCLA, Graduate School of Management<br>Major: Marketing; March 1978 |
| B.A. | Hebrew University, Jerusalem, Israel<br>Major: Economics, Political Science; August 1976 |

## ACADEMIC POSITIONS

| | |
|---|---|
| July 1987 - June 1993 | University of California, Berkeley<br>Haas School of Business<br>Assistant Professor |
| July 1993 – Aug. 1996 | Stanford Graduate School of Business<br>Associate Professor of Marketing |
| Sept. 1996 – Aug. 1999 | Stanford Graduate School of Business<br>Professor of Marketing |
| Sept. 1999 – | Stanford Graduate School of Business<br>Sebastian S. Kresge Professor of Marketing |
| 1994 – 2000 | Stanford Graduate School of Business<br>Marketing Group Head |
| Fall 2000 | MIT Sloan School of Management<br>Visiting Professor of Marketing |

- Best Article in the *Journal of Consumer Research* during the period 1987-1989.
- The 1997 O'Dell Award (for the *Journal of Marketing Research* article that has had the greatest impact on the marketing field in the previous five years).
- The 2001 O'Dell Award.
- Best Article in the *Journal of Public Policy & Marketing* during the period 1993-1995.
- The 2002 American Marketing Association Award for the Best Article in the area of Services Marketing.
- The Association for Consumer Research 1990 "Ferber Award."
- Finalist for the O'Dell Award: 1995; 2002; 2004; 2005.
- Finalist for the 2003 Paul Green Award (for the *Journal of Marketing Research* article with the greatest potential to contribute to the practice of marketing research).
- Winner in the Marketing Science Institute and Direct Marketing Association competition on "Understanding and Measuring the Effect of Direct Marketing."
- Runner-up for the 1993 *California Management Review* Best Article Award.
- National Science Foundation Grant (for 1996-8).
- Honorable Mention for the Sloan Executive Program Teaching Award (Fall 1995).
- Five years in the Berkeley School of Business "6-Point Club" (instructors with teaching ratings of 6 or more on a 7-point scale).

## TEACHING EXPERIENCE

Stanford University:

Marketing Management (for MBAs)
Marketing Management (the Sloan Executive Program)
Technology Marketing (for MBAs)
Research Methods for Studying Buyer Behavior (a Ph.D. Course)
Decision Making (a Ph.D. Course)
Buyer Behavior (a Ph.D. course)

University Of California, Berkeley, and Duke University:

Marketing Management (for MBAs - day and evening programs)
Consumer Behavior and Decision Making (a Ph.D. Course)
Principles of Marketing (for undergraduates)
Various Marketing Executive Education Programs (including High-Tech, Services, Telecommunications, and Strategy).

**Business Experience**

October 1978-August 1983 Motorola, Inc.
Worked in an international subsidiary; responsibilities included marketing research and customer analysis, definition of new products, pricing, analysis of sales force performance, competitive intelligence, and forecasting. Conducted studies of markets for various communications products. Last two years served as Product Marketing Manager for communications products.

**Consulting**:

Consulted for clients from the communications, services, and manufacturing sectors. Expert witness assignments in the areas of trademark infringement, deceptive advertising, market surveys, buyer behavior, marketing management, brand equity, retailing and distribution, and other aspects of marketing.

## PUBLICATIONS

Itamar Simonson, "In Defense of Consciousness: The Role of Conscious and Unconscious Inputs in Consumer Choice," Journal of Consumer Psychology, In press.

Paul Dholakia and Itamar Simonson, "The Effect of Explicit Reference Points on Consumer Choice and Online Bidding Behavior," Marketing Science, In press.

Itamar Simonson (2005), "Determinants of Customers' Responses to Customized Offers: Conceptual Framework and Research Propositions," Journal of Marketing, 69 (January), 32-45.

Itamar Simonson and Aimee Drolet (2004), "Anchoring Effects on Consumers' Willingness-to-Pay and Willingness-to-Accept," Journal of Consumer Research, 31 (December), 681-90.

Itamar Simonson, Thomas Kramer, and Maia Young (2004), "Effect Propensity," Organizational Behavior and Human Decision Processes, 95 (November), 156-74.

Ran Kivetz and Itamar Simonson (2003) "The Role of Effort Advantage in Consumer Response to Loyalty Programs: The Idiosyncratic Fit Heuristic," Journal of Marketing Research, 40 (November), 454-67.

Ravi Dhar and Itamar Simonson (2003), "The Effect of Forced Choice on Choice," Journal of Marketing Research, 40 (May), 146-60.

Dan Ariely and Itamar Simonson (2003), "Buying, Bidding, Playing, or Competing? Value Assessment and Decision Dynamics in Online Auctions," Journal of Consumer Psychology, 13(1&2), 113–123.

Ran Kivetz and Itamar Simonson (2002), "Self Control for the Righteous: Toward a Theory of Luxury Pre-Commitment," Journal of Consumer Research, 29 (September), 199-217.

Ran Kivetz and Itamar Simonson (2002), "Earning the Right to Indulge: Effort as a Determinant of Customer Preferences Toward Frequency Program Rewards," Journal of Marketing Research, 39 (May), 155-70.

Chezy Ofir and Itamar Simonson (2001), "In Search of Negative Customer Feedback: The Effect of Expecting to Evaluate on Satisfaction Evaluations," Journal of Marketing Research, 38 (May), 170-82.

Itamar Simonson et al. (2001), "Consumer Research: In Search of Identity," Annual Review of Psychology, 52, 249-275.

Ran Kivetz and Itamar Simonson (2000), "The Effect of Incomplete Information on Consumer Choice," Journal of Marketing Research, 37(4), 427-48.

Donnel Briley, Michael Morris, and Itamar Simonson (2000), "Reasons as Carriers of Culture: Dynamic Vs. Dispositional Models of Cultural Influence on Decision Making," Journal of Consumer Research, 27 (September), 157-178.

Itamar Simonson and Stephen Nowlis (2000), "The Effect of Explaining and Need for Uniqueness on Consumer Decision Making: Unconventional Consumer Choices Based on Reasons," Journal of Consumer Research, 27 (June), 49-68.

Aimee Drolet, Itamar Simonson, and Amos Tversky (2000), "Indifference Curves that Travel with the Choice Set," Marketing Letters, 11(3), 199-209.

Stephen Nowlis and Itamar Simonson (2000), "Sales promotions and the Choice Context as Competing Influences on Consumer Decision Making," Journal of Consumer Psychology, 9(1), 1-17.

Itamar Simonson (1999), "The Effect of Product Assortment on Consumer Preferences," Journal of Retailing, 75(3), 347-70.

Houghton, David, ..., and Itamar Simonson (1999), "Correction Processes in Consumer Choice," Marketing Letters, 10(2),107-112.

**PUBLICATIONS (continued)**

Ravi Dhar and Itamar Simonson (1999), "Making Complementary Choices in Consumption Episodes: Highlighting Versus Balancing" Journal of Marketing Research, 36 (February), 29-44.

Ziv Carmon and Itamar Simonson (1998), "Price-Quality Tradeoffs in Choice Versus Matching: New Insights into the Prominence Effect," Journal of Consumer Psychology, 7(4), 323-343.

Stephen Nowlis and Itamar Simonson (1997), "Attribute–Task Compatibility as a Determinant of Consumer Preference Reversals," Journal of Marketing Research, 34 (May), 205-218.

Joel Huber, ..., and Itamar Simonson (1997), "Thinking About Values in Prospect and Retrospect: Maximizing Experienced Utility," Marketing Letters, 7, 324-334.

Stephen Nowlis and Itamar Simonson (1996), "The Impact of New Product Features on Brand Choice," Journal of Marketing Research, 33 (February), 36-46.

Itamar Simonson (1994), "Trademark Infringement from the Buyer Perspective: Conceptual Analysis and Measurement Implications," Journal of Public Policy and Marketing, 13(2), 181-199.

Itamar Simonson (1994), "An Empirical Investigation of the Meaning and Measurement of Genericness," Trademark Reporter, 84 (2), 199-223.

Itamar Simonson, Ziv Carmon, and Suzanne O'Curry (1994), "Experimental Evidence on the Negative Effect of Product Features and Sales Promotions on Brand Choice," Marketing Science, 13 (1), 23-40.

Itamar Simonson (1993), "Get Closer to Your Customers by Understanding How They Make Choices," California Management Review, 35 (4), 68-84.

Itamar Simonson, Stephen Nowlis, and Katherine Lemon (1993), "The Effect of Local Consideration Sets on Global Choice Between Lower Price and Higher Quality," Marketing Science, 12 (4), 357-377.

Itamar Simonson (1993), "The Effect of Survey Method on Likelihood of Confusion Estimates: Conceptual Analysis and Empirical Test," Trademark Reporter, 83 (3), 364-393.

Itamar Simonson, Stephen Nowlis, and Yael Simonson (1993), "The Effect of Irrelevant Preference Arguments on Consumer Choice," Journal of Consumer Psychology, 2 (3), 287-306.

Eldar Shafir, Itamar Simonson, and Amos Tversky (1993), "Reason-Based Choice," Cognition, 49, 11-36.

Amos Tversky and Itamar Simonson (1993), "Context-Dependent Preferences," Management Science, 39 (10), 1179-1189.

Itamar Simonson (1992), "Influences of Anticipating Regret and Responsibility on Purchase Decisions," Journal of Consumer Research, 19 (June), 105-118.

Itamar Simonson and Peter Nye (1992), "The Effect of Accountability on Susceptibility to Decision Errors", Organizational Behavior and Human Decision Processes, 51 (3), 416-446.

Itamar Simonson and Barry Staw (1992), "De-Escalation Strategies: A Comparison of Techniques for Reducing Commitment to Losing Courses of Action," Journal of Applied Psychology, 77 (4), 419-426.

Itamar Simonson and Amos Tversky (1992), "Choice in Context: Tradeoff Contrast and Extremeness Aversion," Journal of Marketing Research, 29 (August), 281-295.

Itamar Simonson and Russell S. Winer (1992), "The Influence of Purchase Quantity and Display Format on Consumer Preference for Variety", Journal of Consumer Research, 19 (June), 133-138.

Ravi Dhar and Itamar Simonson (1992), "The Effect of the Focus of Comparison on Consumer Preferences," Journal of Marketing Research, 29 (November), 430-440.

Itamar Simonson (1991), "The Effect of Buying Decisions on Consumers' Assessments of Their Tastes", Marketing Letters, 2, 1, 5-14.

William T. Ross and Itamar Simonson (1991), "Evaluations of Pairs of Experiences: A Preference for Happy Endings," Journal of Behavioral Decision Making, 4(4), 273-282.

Itamar Simonson (1990), "The Effect of Purchase Quantity and Timing on Variety Seeking Behavior," Journal of Marketing Research, 27 (May), 150-162.

Itamar Simonson (1989), "Choice Based on Reasons: The Case of Attraction and Compromise Effects," Journal of Consumer Research, 16 (September), 158-174.

Itamar Simonson, Joel Huber, and John Payne (1988), "The Relationships Between Prior Brand Knowledge and Information Acquisition Order", Journal of Consumer Research, (March), 14,4, 566-78.

**ARTICLES UNDER REVIEW**

Chezy Ofir and Itamar Simonson, "The Effect of Stating Expectations on Customer Satisfaction and Shopping Experience."

Nathan Novemsky, Ravi Dhar, Norbert Schwarz, and Itamar Simonson, "Preference Fluency."

Aimee Drolet, Dale Griffin, Mary Frances Luce, and Itamar Simonson, "The Influence of Cognitive Load on Consumer Choice Processes."

Donnel Briley, Michael Morris, and Itamar Simonson, "Language, Cultural Frames, and Consumer Choice."

Raymond Fisman, Sheena Iyengar, Emir Kamenica & Itamar Simonson, "Searching for a Mate: Theory and Experimental Evidence."

Raymond Fisman, Sheena Iyengar, Emir Kamenica & Itamar Simonson, "Racial Preferences in Dating: Evidence From Speed-Dating Events."

Editorial Board: *Journal of Consumer Research, Journal of Marketing Research, Journal of Consumer Psychology, Journal of Behavioral Decision Making, International Journal of Research in Marketing,* and *Marketing Letters.*
Reviewer for *Marketing Science, Journal of Economic Behavior and Organization, Management Science, Journal of Retailing and Consumer Services, Journal of Marketing, Journal of Retailing, Organizational Behavior and Human Decision Processes, Journal of Experimental Psychology, Psychological Review, Psychological Bulletin, Journal of Personality and Social Psychology, Psychological Science, and California Management Review.*

**PROFESSIONAL AFFILIATIONS**

American Marketing Association
Association for Consumer Research
Judgment and Decision Making Society

**PERSONAL DATA**

Birth Date: December 25, 1951
Marital Status: Married, 2 children

Cases in which Dr. Itamar Simonson Testified as an Expert at Trial (including written expert reports submitted to the court) or by Deposition in the Past Four Years

1. Simon Property Group v. mySimon

2. American Tool Company v. Wolfcraft

3. AutoZone v. Tandy (Radio Shack)

4. American Bookseller Association v. Barnes and Noble et al.

5. Visa International v. INTERCO

6. Morrison Entertainment Group v. Nintendo Inc. et al.

7. Qwest Communications v. Quest Networks

8. Qwest Communications v. TelQuest

9. State of California v. MCI WorldCom

10. Visa International v. JSL Corp.

11. M2 Software v. Madacy, Inc.

12. Alberto-Culver v. Trevive

13. Carroll Shelby et al. v. Superformance International

14. R.J. Reynolds Tobacco Company v. Cigarettes Cheaper

15. Big O Tires v. Bigfoot 4X4 and Vulcan Chain

16. Oracle v. Light Reading

17. Lectrolarm Custom Systems, Inc. v. Pelco Sales, Inc.

18. Empresa Cubana Del Tabaco v. General Cigar

19. BattleBots v. Anheuser-Busch

20. General Motors Corp. v. Avanti Corp.

21. Kal Kan Foods v. Iams and Procter & Gamble

22. Coffee Bean & Tea Leaf v. Starbucks

23. Starbucks v. Sambuck's Coffeehouse

24. Visa International v. VeriSign; VeriSign v. Visa International

25. Chase and Bank of America v. REI and US Bank

26. Trek Bicycle v. Thane International

27. We've Only Just Begun Wedding, Inc. v. The Little White Wedding Chapel, Inc.

28. Kubota Corporation v. Daedong – USA

29. Duncan McIntosh Company v. Newport Dunes Marina et al.

30. ZonePerfect Nutrition Company v. Hershey Foods and Mr. Barry Sears

31. Verizon Directories v. Yellow Book

32. CipherTrust, Inc. v. IronPort Systems, Inc.

33. GEICO v. Google et al.

34. Lucent v. Foundry Networks

35. T. Rowe Price v. Schwab