# EXHIBIT D

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA



------------------------------X

PHOTOGRAPHIC ILLUSTRATORS        )

CORPORATION                      )

        Plaintiff,            )        04-10913   WGY

    vs.                          )

THE GILLETTE COMPANY             )

        Defendant.            )

------------------------------X


      Deposition taken under the

applicable provisions of the Massachusetts

Rules of Civil Procedure by Lynda C. Vetter,

Registered Professional Court Reporter and

Notary Public of the State of Massachusetts,

taken at the law offices of WOLF GREENFIELD,

600 Atlantic Avenue, Boston, Massachusetts,

on Friday, March 25, 2005, commencing at

10:15 a.m.



 **David Feldman**
W o r l d w i d e

805 Third Avenue, 8th Floor  |  New York, NY 10022  |  Main: (212) 705-8585  |  Fax: (212) 705-8552

```
 1   A P P E A R A N C E S:

 2


 3


 4   For the Plaintiff:    WOLF GREENFIELD
                           600 Atlantic Avenue
 5                         Boston, MA 02210
                           By:  Adam J. Kessel, Esq.
 6


 7
     For the Defendant:    FROSS, ZELNICK LEHRMAN & ZISSU,
 8                         P.C.
                           866 United Nations Plaza
 9                         First Avenue & 48th Street
                           New York, New York  10017
10                         By:  Michael Chiappetta, Esq.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    that representation, we didn't need his CV.

2         Q.    So let me ask you.  Are your

3    credentials -- when I say that, I mean your education

4    and work experience all reflected in your report?

5         A.    Yes.  Oh, with one exception.  I did

6    not make reference to publications other than the one

7    that was within the last ten years.  I did not make

8    reference to the 30-some publications that I had

9    previous to that period.

10        Q.    Is it correct you have only been

11   published once in the last ten years?

12        A.    A referee publication, correct.

13        Q.    Any nonreferee publications?

14        A.    What's your definition -- you mean

15   anything that I have written that's actually been

16   printed and disseminated to people?

17        Q.    Correct.

18        A.    Ten years, yes.  There are other

19   things.  But I thought the question was asking for

20   academic, critically reviewed, referee publications.

21   So that's what I put down.

22        Q.    Did you produce a copy of the article

23   that was published in the YU referee publication?

24        A.    It should have been sent to you in the

25   package that was sent.

1          Q.      I don't believe it was.

2          A.      Okay.

3          Q.      Would you agree to produce a copy of

4     that article to us?

5          A.      Oh, sure.  Yes.  I mean, do you want me

6     to talk about what it was right now?

7          Q.      Just briefly summarize the topic?

8          A.      It's a paper written to managers.  And

9     it talks about -- it talks about the popularity of

10    collecting what's referred to as customer

11    satisfaction information to find out how you are

12    doing as a company.  And what I did was I critically

13    reviewed approximately 180 questionnaires and found

14    that many of them had flaws that would not allow for

15    what I referred to as the creation of meaningful

16    dialogue between a company and its customer.  Where

17    meaningful dialogue means that I get to tell if I am

18    the customer this is how I feel.  And you as the

19    company get a chance to be able to respond back to

20    me.

21               And the other part of the paper said

22    that this is -- it happened in about roughly ten

23    percent of the reviewed surveys that I looked at.  So

24    I prepared a list of steps that a manager should take

25    so that he or she would be more likely to avoid the

1    problems and more likely also to establish the

2    opportunity to have meaningful dialogue.

3         Q.    Did your findings in connection with

4    preparing that article impact your conclusions in

5    this -- in connection with your expert report in any

6    way?

7         A.    Only to the extent that my paper was

8    written to managers and my approach in the report was

9    the managerial approach.  But I did not use specific

10   -- the process, for example.

11        Q.    What do you mean by managerial

12   approach?

13        A.    I write for managers, for business

14   people to help them make decisions.

15        Q.    When you say that you wrote -- you took

16   a managerial approach to the expert report you

17   prepared in this case, what specifically do you mean?

18        A.    I used my academic background and rigor

19   to be able to provide an estimate that would make

20   sense to a manager.  Can I ask you a question or is

21   that possible?

22        Q.    Sure.

23        A.    I want to keep track of what I need to

24   send you.  So I need to send you a copy of my CV and

25   a copy of that article.

1       Q.      Third page of Exhibit 3?

2       A.      Yes, the entire exhibit, correct.   You

3   will notice that based on ranking for 2002 at number

4   120 is Gillette's shaving products.   And what I did

5   was took magazine advertising which is 15.9 million

6   and newspaper advertising which is 1.3, added the two

7   together.   That's 17.2.   That's your column two piece

8   of information.

9       Q.      So let me ask you.   So that is -- you

10  are concluding that from this information in 2002

11  Gillette spent 17.2 million dollars on print

12  advertising for blades and razors in the United

13  States?

14      A.      Correct.

15      Q.      When I look at page 3 of Exhibit 3, it

16  refers to Gillette shaving products.   And it gives

17  those numbers, 17.2 million dollars?

18      A.      That's correct.

19      Q.      Do you know what is included in

20  Gillette shaving products, what AdAge means to

21  include in Gillette shaving products?

22      A.      Yes.   I think they mean blades and

23  razors because if you took personal care, personal

24  care includes shaving cream.   I believe their brand

25  is Foamy.   But it includes all kinds of lines of

1    deodorants.   So I'm assuming that they just simply

2    have a different word for shaving products than the

3    way Gillette refers to it internally as razors.

4         Q.     Do you have any evidentiary basis for

5    that assumption?

6         A.     One thing.   That is in one year -- I

7    can't remember -- I will have to look at it.   I don't

8    know whether it was 2003, 2004.   But the Oral B

9    product line became another one of the top 200.

10   That's in their Oral B thing or -- I'm sorry -- in

11   their brushing category.   So I'm assuming that this

12   is razors.

13        Q.     Okay.   What about Braun shaving

14   products?   Would that be included in there as well?

15        A.     I don't know.

16        Q.     Why don't you continue with your

17   explanation of Table 1 of Exhibit 2.

18        A.     I used the information from the 2002

19   report which is 17.2.   There is a black column in the

20   table.   The media column to the right is the percent

21   spending change since the last year.   That's one of

22   the things they always write.   So what I did was took

23   this multiplier and applied that to the 17.2 so that

24   I can in a sense back extrapolate what it was the

25   year before so it's 9.66.

1    production or into the spending of promotion.

2         Q.    You said that the senior executive

3    would only spend money -- I'm paraphrasing -- money

4    on advertising if he expects that his return will be

5    equal or more than that spent on advertising.  But

6    that is an expectation, correct?  You are referring

7    to expectation?

8         A.    Yes, it is.  But they are not going to

9    go into something if they don't see there is a good

10   likelihood they will get this return.

11        Q.    Isn't it possible an advertising

12   campaign could fail or backfire?

13        A.    It could.  And when that happens

14   usually heads roll at the advertising agency and also

15   sometimes within the company.

16        Q.    So it is possible, then, that profits

17   from that are supposedly attributable to a particular

18   advertising campaign, could be less than what was

19   spent on the advertising campaign?

20             MR. KESSEL:  Objection, leading.

21        A.    Okay.  They expect to make this much.

22   Otherwise they wouldn't spend it.  Do they always get

23   what they expect?  No, not the exact amount.

24   Sometimes they get less and sometimes more.

25        Q.    Do you know -- did you review any

1   Gillette documents or materials that stated that the

2   profits attributable to print advertising or blades

3   and razors in the US was 125,260,000?

4       A.    Did I, no.

5       Q.    So you don't know that to be the case;

6   correct?

7       A.    I did not see a document.  I don't --

8   I'm not even sure that the CEO, for example, would

9   write that down.  I'm saying the people who run the

10  company have an expectation if they are going to

11  invest in this, they expect to get at least that much

12  back.

13      Q.    So when you say that Gillette profited

14  125 million dollars from its print advertising for

15  bladed and razors in the US, this is an assumption --

16  this is based on the assumption that they are making

17  an equal return on their investment?

18      A.    They are making at least that much.

19  Otherwise they wouldn't be doing it.

20      Q.    Well, you are assuming that?

21      A.    Correct.

22      Q.    Okay, because the opposite assumption

23  would be:  It doesn't make sense.  I want to invest

24  125 million dollars so I can make two million.

25      A.    Well, it wouldn't make sense, I agree

1    with you, for an executive to make that conscious

2    decision, yes.

3         Q.    But you do agree it's possible that an

4    ad campaign could fail such that a 125 million dollar

5    ad campaign could yield only 100 million dollars in

6    profits, correct?

7         A.    You can end up with one hundred million

8    dollars when you expected 125.  I wouldn't call that

9    a 125 million dollar campaign.  But you could end up

10   with less, correct.

11        Q.    Okay.  Have you ever read any

12   third-party publications or articles dealing with

13   this issue; this issue being whether a company can

14   expect an equal return on their advertising

15   investment in terms of profits?

16        A.    Read it?  I have not.  I have heard it

17   from for -- I will give you a for instance.  I'm on

18   the board of directors of a company called Fastenal,

19   F-A-S-T-E-N-A-L. It's a billion dollar-plus

20   industrial supplier.  And in a board meeting setting,

21   the CEO presented to the board that he wanted to or

22   was looking at investing in advertising.  And

23   advertising is something that's -- I'm sorry.  Not

24   investing in advertising.  They already advertised.

25            He was considering investing beyond the

1    your opinion of such a conclusion would be.

2         A.    I don't have an opinion right now.  But

3    I'm going to read the article and then because I --

4    when I read the rebuttal expert's report, there was

5    an attribution made to this article.  So I will read

6    it and see what I think.  But right now I don't have

7    an opinion.

8         Q.    Putting aside the article, I mean if

9    somebody was to tell you today that I believe that a

10   one percent increase in advertising ordinarily on

11   average results in a point one increase in sales,

12   what would you say?  Would you agree or disagree?

13        A.    No.  I wouldn't agree or disagree.  I

14   would ask questions:  How did you derive that?  You

15   know, what kind of industries are we looking at?  Is

16   it is a longitudinal or one-time thing?

17        Q.    It would depend on a variety of

18   factors?

19        A.    Correct.

20        Q.    Did you consider those factors in

21   concluding that Gillette would receive a dollar

22   return on every dollar invested in advertising?

23        A.    I can't answer that.  That doesn't. . .

24        Q.    You are saying to me you can't answer

25   the previous question because it would depend on a

1    variety of factors.  Did you consider such factors

2    when concluding that Gillette would profit 125

3    million dollars from spending 125 million dollars?

4          A.    No.

5          Q.    Did you review any statistics or

6    reports or analyses concerning the success or failure

7    of Gillette's print advertising campaigns?

8          A.    No.

9          Q.    Have you drawn any independent

10   conclusions about the success or failure of

11   Gillette's print advertising campaigns?

12         A.    No.  I have not drawn an independent

13   conclusion.  I do remember in the 2003 annual report

14   the CEO mentioned that they were near the end of a

15   three-year turn-around.  They are no longer buying

16   brand share.  They are now building brand share.

17   They are making significant investments in

18   advertising.  And metrics applied to the

19   effectiveness of that advertising suggest that to be

20   some of the best advertising they had done.  That I

21   do recall.

22         Q.    Have you personally reviewed any of

23   Gillette's print advertising in connection with

24   this -- your preparation of your expert report in

25   this litigation?

1   free-standing inserts and co-op advertising-type

2   things.  So this is a very, very conservative

3   estimate.

4           Q.      So you didn't review any print

5   advertisements for Paul Picone's photographs in them?

6           A.      Correct.

7           Q.      Did anybody suggest to you that the six

8   percent figure is accurate?

9           A.      I didn't talk about my percentages to

10  anybody until I prepared the report.  So those are my

11  numbers.  I didn't ask people.

12          Q.      After you prepared the report, did you

13  discuss with anybody at Wolf Greenfield this six

14  percent figure?

15          A.      I think -- no.  I'm sorry.  I did.  I

16  talked to Mike Rader.  He suggested that that's an

17  amazingly low estimate, given that there was such

18  widespread distribution of these ads, especially to

19  third parties who did not have the license -- they

20  weren't supposed to be using them.  And that's just a

21  very, very low estimate.

22              My response to him was that given the

23  kind of build-up forecasting approach along with

24  executive judgment which is basically my judgment; I

25  said that these kinds of forecasts are deemed

1    participation by maybe 20 to 30 companies.  And if

2    the retailer is paying for it -- well, if the

3    retailer is paying for it, there wouldn't be a way to

4    separate out who is doing what and what's being paid

5    by whom.

6         Q.    So you don't know how AdAge magazine

7    deals with this, the issue of third-party advertising

8    and cooperative advertising, do you?

9         A.    No.  What I think it's really the

10   company that actually compiles the information.

11        Q.    TNS?

12        A.    Right.

13        Q.    You don't know how TNS goes about that?

14        A.    No.

15        Q.    If I told you that none of Gillette's

16   print advertising included photographs of Paul

17   Picone, would that impact your conclusions?

18        A.    Are you asking me a hypothetical?

19        Q.    Yes.

20        A.    Yeah.  It would have to because I would

21   have to go back -- if you said zero, then that

22   category would go away.

23        Q.    Okay.  Assuming that your six percent

24   figure is correct.

25        A.    Okay.

1       Q.      What were you looking at specifically

2   when you determined the 14 percent?

3       A.      It's the image.

4       Q.      In the advertisement?

5       A.      Correct.

6       Q.      So what were you looking at, what

7   advertisement?

8       A.      I'm looking at in general.

9       Q.      What do you mean?

10      A.      In general, 14 percent of the value

11  comes from the photograph.

12      Q.      You said here in one case it was 67

13  percent?

14      A.      Correct.

15      Q.      You said before it depends on the

16  circumstances?

17      A.      That's correct.

18      Q.      But you didn't look at any specific

19  circumstances to derive your 14 percent figure?

20      A.      I did look at other circumstances in

21  that I looked back at examples where I have done this

22  before.  I gave the example of the 67 percent.  I

23  have also seen situations where the part of the value

24  of -- value in the performance of the ad that can be

25  attributed to the photographic images is anywhere

1    from zero to the low single digits.  I treated those

2    as not necessarily outliers but as exceptional cases.

3    I went to 14 as a conservative estimate.

4         Q.      But how do you know that the

5    advertisements at issue don't fall into the zero to

6    five percent category?  You didn't look at the

7    advertisements?

8         A.      I didn't look at the advertisements.  I

9    don't have information on how they performed.  It's

10   an assumption.

11        Q.      Based on what?

12        A.      Based upon 30 years of working with

13   companies and doing projects like this for other

14   companies.

15        Q.      But you have said you have seen

16   advertisements for zero place.  So that's your

17   experience.  Do you have some experience with the

18   actual advertisement in issue to assess the

19   effectiveness of a picture in that advertisement?

20        A.      No.

21        Q.      So you can make an assumption without

22   even seeing it as to how effective a picture is in

23   that advertisement?

24        A.      The degree to which the picture is

25   going to be contributing to what the ad does,

1    correct.

2        Q.      Okay.

3                MR. KESSEL:  Could we take a quick

4    break?

5                MR. CHIAPPETTA:  I guess it makes sense

6    to take a quick break.  I have another half hour, at

7    which point I will know how much longer I am going.

8                (Recess.)

9        Q.      You refer in your report to another

10   analysis?

11       A.      What page?

12       Q.      Paragraph 41 and 42, you attributed a

13   67 percent figure to the effectiveness of an image.

14   Can you explain.

15       A.      Sure.  It was a specific project I was

16   working on for -- my client was actually an

17   advertising agency in the Twin Cities, Martin

18   Williams.  And their client -- I don't remember the

19   company's name.  They produced a product with a

20   monofilament fishing line.  They had come up with --

21   they had developed a number of innovations, something

22   about the way the line behaves on the water.  Then

23   they came out with another innovation and it was

24   packaging.  They ran an ad -- it was in a trade

25   publication to the trade trying to sell the benefits

1    this estimation process?  Is that where you are?

2         Q.    Yes, to seven of the remaining use

3    categories listed in Appendix A. I think it's ten

4    categories.

5         A.    You are correct.

6         Q.    Okay.  First, did you review any of the

7    materials described in any of the Appendix A use

8    categories, the ten categories?  Did you review any

9    of those materials in connection with this further

10   analysis?

11        A.    I believe in the package that I sent to

12   you, there is a sales presentation -- there is Power

13   Point slides from one sales presentation, I believe.

14   But that would be it.  I did not see lots of examples

15   of coupons and point of purchase and sales sheets.

16        Q.    Okay.  You say you applied similar

17   estimation process with respect to the other

18   categories?

19        A.    Um-hmm.

20        Q.    Can you tell me how you derived the

21   advertising expenditures for category No. 2.

22        A.    Sure.  What I did was I worked off of

23   the calculation that I had for the print advertising

24   for blades and said given that we have all of these

25   extra categories, it's going to be more than what it

1  was for -- even though those categories are smaller,

2  I'm sorry.  Even though individually those categories

3  apparently do not account for as much of the sales

4  and expenditures of Gillette, I said that it would --

5  again, a conservative estimate -- would be somewhat

6  less than one and a half times the amount from

7  category one.  That's where the number came from.

8  It's actually about 1.42.

9        Q.     So you determined that 1.42 variable

10  and -- can I ask you to turn to Table 2 on page 20.

11       A.     Yes.

12       Q.     The first line lists $1,052,184 as the

13  profits attributable to the infringement in use

14  category one?

15       A.     Yes.

16       Q.     So is it correct to derive the profits

17  attributable to infringement use category 2, you

18  multiplied the conclusion in category one by 1.42?

19       A.     Correct.

20       Q.     Can you explain to me how you got this

21  1.42 figure?

22       A.     I simply looked at the categories and

23  said even though they are not spending as much in

24  there, when you increase the number of categories to

25  four, it's going to be -- it's going to be larger.

1    And my intention with the 1.42 is to be conservative.

2         Q.    How do you know it will be larger?  How

3    do you know they didn't spend half on these four

4    categories than what they spent on blades and razors?

5         A.    It's because the Braun line was

6    mentioned in the top 200 brands in either 2003 -- I

7    believe it was in 2003.  They were ramping up their

8    advertising expenditure on all products.

9         Q.    Can you show me where that is?  I think

10   you are referring to Exhibit 3.

11        A.    Here we go.  It's on July 19, 2004,

12   advertising age, page S-5.  Oral B products made the

13   list for the first time.  They were at 81 million

14   dollars.  So that, along with the comments that the

15   CEO was making about the concerted effort, not that

16   but the large investment they were making in building

17   the brand, my assumption was that even if they were

18   spending lower before, they are going to be spending

19   more.  In fact, this one is the first time it showed

20   up on the top 200.

21        Q.    You are referring to Oral B dental

22   products?

23        A.    Yes.

24        Q.    Presumably because Braun Oral Care and

25   Portable Power didn't make the list, they would be

1    less than the amounts spent on Oral B dental

2    products?

3         A.    Yes and no.  They would be less in

4    terms of total expenditures but they could be more in

5    terms of print advertising.

6         Q.    Or they could be less?

7         A.    Yes.

8         Q.    You just don't know?

9         A.    Correct.

10        Q.    And Oral B dental products, Gillette

11   spent 6 million on print advertising in 2003 on Oral

12   B dental product, right?

13        A.    Correct.

14        Q.    But there is no way to determine how

15   much was expended on Portable Power, Personal Care or

16   Braun during that period?

17             MR. KESSEL:  Objection.

18        Q.    Is there any way to determine the

19   amount of money Gillette spent on print advertising

20   in the US for Personal Care, Oral Care -- I'm sorry.

21   Personal Care, Portable Power, Braun during 2001 to

22   2003?

23        A.    There is a way.  I didn't do it.  The

24   way would be to pay the people at the company that

25   compiled this information.

1    Q.    However, you didn't do it.  That's

2  correct?

3    A.    That's correct.

4    Q.    And did AdAge do it?

5    A.    No.  The thing is that this company

6  that collects this information, they have it for

7  companies beyond the top 200 so they probably have

8  this information.  But they will not give it to

9  people.  They charge a huge amount to be able to be

10  given the information.

11    Q.    But you did not have access to that

12  information?

13    A.    No.  I would not -- no.  I would not

14  pay two and a half or $3,000 or whatever it was, no.

15    Q.    Can you explain to me how you derived

16  the profits attributable to the infringement for the

17  use category three.

18    A.    What I did was I thought it would be --

19  not thought it would be.  I wanted to go with a --

20  since it's outside the US, I wasn't sure what was

21  going on with regard to how much they are spending

22  and how they go to market over there.  So I took the

23  amount from category one and said it was -- I

24  provided an estimate that would be -- turns out to be

25  97 percent of that.

1        Q.        Where did you get that 97 percent

2    figure?

3        A.        It's just an estimate.

4        Q.        An estimate -- an estimate of what?

5        A.        It's just -- it's an estimate of what

6    would have been spent in those categories.

7        Q.        Is it based on any objective criteria?

8        A.        It's based on an objective process.

9    It's the forecasting thing that I talked about.  When

10   companies attempt to do a forecast for something

11   brand-new, where the numbers aren't available for

12   what the market potential would be and they will use

13   a build-up approach, take different segments and see

14   what they end up with.  The traditional, classic

15   intelligent thing to do is grab ahold of one part and

16   that's where you have objective information, build

17   your estimate there, make judgments on the other

18   ones.  Each time you make judgments, every place you

19   are going, go conservative.

20       Q.        Conservative I understand and the

21   judgment I understand.  But ordinarily a conservative

22   judgment would need to be based on some objective

23   criteria.  Do you agree with that?

24       A.        It wouldn't necessarily be on objective

25   criteria.  By its very nature, it's subjective.

1       Q.      Okay.  How do you know that Gillette

2   didn't spend ten percent of -- scratch that.  How do

3   you know that Gillette's magazine advertising

4   expenditures outside the US wasn't a small fraction

5   of what it spent on print advertising for blades and

6   razors in the US?

7       A.      I don't know that.

8       Q.      So the 97 percent figure could just as

9   well be ten percent?

10      A.      If it were, I would put it in there and

11  change the calculations based on information that was

12  made available to me.

13      Q.      So these calculations are not based on

14  any specific information that was made available to

15  you?

16              MR. KESSEL:  Objection.

17      A.      No.  I'm sorry.  No.  It's based on an

18  objective process, that building off of the one place

19  where I have the objective information and then

20  making executive judgments on the other categories.

21      Q.      Okay.  Is it correct that with respect

22  to each of these categories, that you determined some

23  percentage and applied it to category one?

24      A.      Correct.  And in category four through

25  seven, I have specific -- I'm sorry -- specific

1   percentages that I work back on based on being

2   involved with budget-setting programs for a complete

3   promotion program for a company.

4        Q.    Do you have any understanding or

5   knowledge concerning Gillette's advertising budget

6   and promotion budget?

7        A.    I do for -- oh, yes.  It's in the

8   annual report.  And that's worldwide.  This stuff

9   here is if you get into the top 200, this is for the

10  US.

11       Q.    What does that say in the annual report

12  that allows you to derive these figures?  What does

13  it say about Gillette's advertising and promotion

14  budget that lets you know, for example, that category

15  five, the variable should be 3.4 times category one?

16       A.    It doesn't say -- first of all,

17  that's -- that particular category you picked is one

18  that is not covered under advertising.  It comes

19  under administrative general -- SG&A. The annual

20  report doesn't break things out enough to be able to

21  attribute how many dollars were actually spent or

22  invested on the preparation, dissemination and

23  delivery and use of that, this material.  So what I

24  did was relied on my past experience of looking at

25  being involved in budget-setting meetings where

1    people are talking about the complete promotion and

2    sales budget for the year and looking at the

3    relationship between how much money is being

4    appropriated or apportioned of the total budget to

5    various activities.

6              And in my experience is that it's

7    between four and five times.  They spent four to five

8    times as much as materials used in sales programs

9    that they do on print advertising.  Since that's a

10   relatively tight -- I have seen this over and over

11   again -- difference between the most I have seen and

12   the least I have seen, I didn't just come up with an

13   average of 4.5 times.  I took 75 percent of that.

14             I did the same type of things for

15   categories four, six and seven if you want to go

16   through those too.

17        Q.    That's not necessary.  If I told you

18   that Gillette's marketing department decided that it

19   only needed to spend twice as much on the sales

20   category five than it did on print advertising, would

21   that impact your conclusion?

22        A.    Sure.  I would just plug that number in

23   and adjust the calculation according.

24        Q.    Because that's the actual number?

25        A.    Correct.

1          Q.     But you didn't have the actual number?

2          A.     No, I didn't.

3          Q.     Okay.  Do you think that annual reports

4    are prepared with an expectation that the reports

5    themselves will increase?

6          A.     I don't know what you mean by that.

7          Q.     Well, before you said that when an

8    executive makes a decision about an advertising

9    campaign, they do so with the expectation that they

10   would make back as much money as they spent on the

11   advertising campaign.  Do you think the executive has

12   a similar mind-set with respect to the money that he

13   or she spends on the creation of annual reports?

14         A.     There is two things.  The one is they

15   really don't have a choice to prepare annual reports.

16   They have to do that by law.  So that's one part of

17   it.  I don't know how to answer that, the

18   expectation.  I think they are hoping they are going

19   to improve.  That's a different kind of investment

20   and that's the reason I didn't include that one.  I

21   think what they are trying to do and the reason they

22   would spend money on a glossy, high promotion value

23   one is to create good will with existing stockholders

24   and potential stock buyers.  That's the audience that

25   it's targeted to.  But again, that's the thing that I

1      said I couldn't estimate because I don't have

2      experience doing that.

3              Q.      Have you made any calculations

4      whatsoever of Gillette's profits attributable to

5      advertising or promotion for the years 1992 through

6      2000?

7              A.      No, I didn't look at those years.

8              Q.      Of the textbooks and any other

9      publications that you looked at in connection with

10     this report, do any of them conclude that one can

11     derive a meaningful, quantitative estimate of the

12     impact of advertising on profits?

13             A.      It -- it might be dealt with in

14     textbooks on strategic marketing and/or a more

15     strategic level of promotion and communication.  But

16     I did not look at those kinds of books.  I looked at

17     marketing management books for the most part.

18             Q.      So the books that you looked at did not

19     address the issue of -- are you saying that the books

20     that you looked at did not address the issue of

21     whether advertising has a direct impact on profits?

22             A.      Oh, I didn't say that.

23             Q.      Okay.  That's my question.  Did any of

24     the materials that you looked at address the issue of

25     whether advertising -- I'm sorry.  Let me restate

1    work better than others?

2          A.    Yes.

3          Q.    As a general premise, more advertising

4    is probably better for profits than less?

5          A.    Well, I don't know.

6          Q.    Not necessarily?

7          A.    No.  I mean, it -- I will go to the

8    comment from the CEO.  It was more advertising, more

9    expenditures on advertising that has been stressed by

10   metrics of performance, that they are not only

11   spending more but getting more.  So that's good.  You

12   can also spend a lot of money on bad stuff targeted

13   to the wrong individual, trying to get the wrong

14   thing.  And it won't have a positive impact.

15         Q.    Referring to an unsuccessful ad

16   campaign?

17         A.    Yes.

18         Q.    But my question about the books was:  I

19   think, you mean, you are speaking -- you are saying

20   they do address the general issue of one ad is more

21   effective than another or could be.  You know, that

22   increased advertising in some cases might impact

23   profits, that general issue.  But do any of the books

24   that you looked at or other publications address the

25   specific issue of whether one can determine a

1    meaningful quantitative estimate of the impact of the

2    use of imaging in advertising -- of a specific image

3    in an advertisement?

4         A.    I don't recall specifically seeing

5    that, no.

6         Q.    Okay.  We don't need to go through

7    those.  In paragraph 13 of your report.

8         A.    Yes.

9         Q.    And the top of page six.

10        A.    Yes.

11        Q.    You say: " PIC was the source of a vast

12   majority of product images supplied to Gillette from

13   1997 through 2001."

14        A.    Yes.

15        Q.    What was the basis for the statement?

16        A.    That was what I was asked to assume.

17        Q.    Okay.  So it's not a conclusion you

18   derived.  It's an assumption you made?

19        A.    It was something I was told to assume,

20   correct.

21        Q.    Are you aware of any expert witness

22   that has ever attempted to or successfully determined

23   a meaningful quantitative estimate of the impact of

24   an image within an advertisement?

25        A.    I would -- I think there probably are.

1    I mean -- and I am basing it on this -- there is a

2    lot of -- I believe there is a lot of activity in the

3    area of trademark violation, using somebody's else's

4    name.  I am aware of some expert witnesses who do

5    projects where they intercept -- no.  Never mind.  I

6    will stop.  It's different.  I'm talking about

7    confusion.  That's different.  I wouldn't -- I don't

8    know.  It wouldn't surprise me, though.

9         Q.    But you are not aware of any?

10        A.    No.

11        Q.    The last thing I need to do is, I

12   think, just take you quickly through the documents

13   that you produced, just ask you to explain to me how

14   each of them impacted your analysis.

15        A.    Okay.

16             MR. CHIAPPETTA:  This is 4.

17             (Hansen Exhibit No. 4 was marked for

18   identification.)

19        Q.    I will repeat the question rather than

20   re-ask it over and over.  I would like you to tell me

21   what impact, if any, each of these documents had on

22   your conclusions in your expert report.

23        A.    Okay.  This one -- there are two things

24   that I drew from this.  One was the fact that they

25   are very specific about the form and format of what