# EXHIBIT E

To: Joyce_Lorden@gillette.com
From: Paul Kevin Picone <picorp@shore.net>
Subject: Re: GILLETTE POWER BRANDS PHOTO-SHOOT(S)
Cc:
Bcc:
X-Attachments:

---

Hi Joyce,

My name's Kelly; I work with Paul (I'm the office/project manager and also do a lot of his digital work). Thanks for the e-mail outlining what you need. It's really important that we get all the details we need up front this way but it doesn't happen often enough - so I'm sincerely appreciative! :)

You've indicated you'd like the same format as we've done in the past for Arlene and I wanted to let you know what that is - for you records and also in case you decide you'd like something different.

What we've provided for trade shows is:

1. A vertical and horizontal shot of each view
1. 1 8x10 chrome of each shot (so, in this case, you'd receive 4)
2. Digital files in the following format

    - 600 ppi EPS files for 11" x 14" output size
    - RGB Mode
    - on a CD Rom formatted for both MAC and PC

3. We also keep a master chrome and digital file here as back-up, in case you need duplicates later.

The only information I still need to get from you is:

1. Due date for the chromes and CD
2. Your billing address and fax number

Please let me know if you have any questions - or if you decide you'd like anything done differently. We're looking forward to working with you.

Thanks!

Kelly


>Hi Paul,
>
>Thanks for working me into your schedule for Monday.
>
>Kathi and Carla have pulled together the product that we need shot for some
>upcoming trade shows. I've listed below what you will receive plus some
>nuances, etc. Also, Paul, as we discussed, please shoot two ways -- one
>with everything below included and the a second shot with the D4 not
>included. Use the same format as you've done in the past for Arlene Henry
>for other shows.
>
>o Venus Razor
>o Venus 4's
>o MACH3 Razor
>o Cross Action toothbrush (new packaging)
>o Braun/Oral-B 3D Excel (only one available)
>o Braun/Oral-B D4 Battery Powered for Kids (only one available and needs
>to be shot out of package)
>o Right Guard Extreme
>o Gillette Series Shave Gel
>o Gillette Series other (Kathi, did you send Splash or ASSC Lotion?)
>o Satin Care Shave Gel
>o Duracell Ultra M3 AA 4's
>o Duracell Ultra M3 AAA 4's

---

Printed for Paul Kevin Picone <picorp@shore.net>    1

To: Tricia_Moriarty
From: Paul Kevin Picone <picorp@shore.net>
Subject: Oral-B On-the-Go Photography
Cc:
Bcc:
X-Attachments:

Hi Tricia,

Just received the On-The-Go packs and have a few questions for you:

1. Did you want these shot in or out of package?

2. When do you need them?

3. Do you want us to send the product back to you with the film?

4. Lastly . . . , you indicated you wanted these as both low res and high res for possible printing. I can give you 150ppi JPEGs, like I've done on past jobs for you, for the low res viewing but need more information on what you'd like for the high res images. I will fax over a digital formatting request form for you to fill out and fax back. If you have any questions about this, please give me a call and we can figure out the best way to do this for you. If it helps as a benchmark, we scan most of Anna and Brenda's images at 450ppi @ 100% and keep them in a directory of images here. If there are specific print jobs, however, they sometimes require larger files so it really depends on how you'll use the images.

OK, that does it for now. Please advise - and let me know if you have questions. :)

Thanks!

Kelly

P.S.



**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net — *for correspondence*
picorp@mediaone.net — *for images*

| TO: | Jill Josephson<br>Gillette<br>Marketing Services<br>800 Boylston Street<br>Boston, MA  02199 | DATE: | 3/27/02 |
|---|---|---|---|
| | | P.O.#: | |
| | | JOB #: | 5918 |
| | | A.D.: | P.K.P. |
| | | BUYER: | Jill Josephson |
| | | CLIENT: | Gillette |

**DESCRIPTION/TERMS:** CD of Indicator & Stages Displays    ☐ ESTIMATE  ☒ INVOICE  5918

1. 8 file retrievals from digital directory.
2. Convert 8 images to 400ppi 4x5 TIFFs & download to CD for PC or MAC
3. 1 CD

**MEDIA USE:** Sales Promo
**PERIOD OF USE:** Terms & Conditions

| FEES: | PHOTOGRAPHY | | | |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | |

| PRODUCTION CHARGES & EXPENSES: | CREW | N/A | |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | N/A | |
| | DIGITAL SERVICES | $ 185.00 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | N/A | |
| | SHIPPING & DELIVERY | $ 15.42 | Fed-Ex |
| | *TALENT (CASTING & FEES) | N/A | |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS: CD | Incl. | |

*Talent fees may not include usages.

| | |
|---|---|
| SUBTOTAL | $ 200.42 |
| SALES TAX  5 % | $ 10.02 |
| TOTAL | $ 210.44 |
| ADVANCE | |
| BALANCE DUE: | $ 210.44 |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____    DATE _____

This has been approved for use by Advertising Photographers of America.



216993

**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net — for correspondence
picorp@mediaone.net — for images

| TO: | Tom Burgess<br>Gillette<br>Prudential Tower, 36th Floor<br>800 Boylston Street<br>Boston, MA 02199 | DATE: 4/30/02<br>P.O.#:<br>JOB #: 5955<br>A.D.: P.K.P.<br>BUYER: Tom Burgess<br>CLIENT: Gillette |
|---|---|---|

DESCRIPTION/TERMS: 2170 for Remington    ☐ ESTIMATE  ☒ INVOICE 5955
1. 1 file retrieval from digital directory.
2. Convert 1 image to 450ppi 4x5 TIFF, stuff and e-mail to gbeers@toplineadv.com - with rush, same day, service on all.
3. Fed-Ex Cross Action samples back to Gillette

MEDIA USE:       Sales Promo
PERIOD OF USE:   Terms & Conditions

| FEES: | PHOTOGRAPHY | | | |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | |

RECEIVED MAY 10 2002 ACCOUNTS PAYABLE

| PRODUCTION<br>CHARGES &<br>EXPENSES: | CREW | N/A |
|---|---|---|
| | FILM, PROCESSING & PRINTS | N/A |
| | DIGITAL SERVICES | $ 40.00 |
| | INSURANCE | Incl. |
| | PROPS, WARDROBE | N/A |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. |
| | SETS | N/A |
| | SHIPPING & DELIVERY | $ 16.82 |
| | *TALENT (CASTING & FEES) | N/A |
| | TRAVEL (CREW, TALENT) | Incl. |
| | MISCELLANEOUS | N/A |

*Talent fees may not include usages.

1500- 505430-4 710905
Tm R
5/10/02

| | |
|---|---|
| SUBTOTAL | $ 56.82 |
| SALES TAX 5 % | $ 2.84 |
| TOTAL | $ 59.66 |
| ADVANCE | |
| BALANCE DUE: | $ 59.66 |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

TALENT BILLED DIRECT: ucc'con Nicole Santacroce 5/10/02

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.

Photographic Illustrators Corporation
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: plcorp@shore.net — for correspondence
       plcorp@mediaone.net — for images

RECEIVED
SEP 06 2002
ACCOUNTS PAYABLE

TO:
The Gillette Co.
800 Boylston Street
Boston, MA 02199

DATE: 7/8/02
P.O.#:
JOB #: 5980
A.D.: P.K.P.
BUYER: Beth Cooper
CLIENT: Beth Cooper

DESCRIPTION/TERMS:    ☐ ESTIMATE  ☑ INVOICE  5980

OPP on +/- 92 images for focus group w/conversion, cleaning, color balance to Tiff files and saved to Gillette directory. RUSH/OT service provided.
OPP on +/- 14 images for same w/conversion, cleaning, color balance to Tiff and saved to Gillette directory. Hi-res Tiff files delivered/specified to Jpgs. RUSH/OT

MEDIA USE: Marketing.
PERIOD OF USE: T&C

| FEES: | | | | |
|---|---|---|---|---|
| PHOTOGRAPHY | | | $ 11,000.00 | |
| PREP DAYS | ($ | PER DAY) | Incl. | |
| TRAVEL | ($ | PER DAY) | N/A | |
| WEATHER DELAYS | ($ | PER DAY) | | |
| | | | | $ 11,000.00 |

1500.550402.47/10
1500.550402.4005
50%
50%

| PRODUCTION CHARGES & EXPENSES: | | |
|---|---|---|
| CREW | $ 1,104.00 | |
| FILM, PROCESSING & PRINTS | | |
| DIGITAL SERVICES | 4,907.00 | |
| INSURANCE | Incl. | |
| PROPS, WARDROBE | Incl. | |
| RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| SETS | 95.00 | |
| SHIPPING & DELIVERY | 87.00 | |
| TALENT (CASTING & FEES) | | |
| TRAVEL (CREW, TALENT) | | |
| MISCELLANEOUS/ | | $ 6,196.00 |

*Talent fees may not include usages.

Tom Burgess
Tom [signature] 8/12/02

SUBTOTAL    $ 17,196.00
SALES TAX 5 %  $ 859.80 ✓
TOTAL       $ 18,055.80
ADVANCE

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE ____ % per mo. after 30 days.

BALANCE DUE: $ 18,055.80 ✓

TALENT BILLED DIRECT:

7/20/02 Rec'd. Beth Cooper

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.
OK [signature] 8/15/02 for 50% w/ 9,027.90
SIGNED BY: (Client if estimate; Studio if invoice): OK [signature] 8/8/02   "   "   "   DATE

This has been approved for use by Advertising Photographers of America.
DWS 8/26/02
Brad Baker    Michael Griffin 9/24/02

GLTC 730

Photographic Illustrators Corporation
467 Sagamore St., Hamilton, MA 01936
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net — for correspondence
picorp@mediaone.net — for images

RECEIVED JUL 2 3 2002 ACCOUNTS PAYABLE

INV# 016093 93¢

**TO:** The Gillette Co.
800. Boylston Street
Boston, Ma 02199

**DATE:** 7/8/02
**P.O.#:**
**JOB #:** 5975
**A.D.:** Beth Cooper
**BUYER:** Beth Cooper
**CLIENT:** Beth Cooper

**DESCRIPTION/TERMS:**   ☐ ESTIMATE  ☒ INVOICE 5975

OPP on complete Oral B family and Braun shaver array w/8X10 color transparencies and 8X10 color polaroids. Production on 4X5 color trans., on D4 w/trans and polaroids delivered. Digital scans on 8X10 and 4X5 trans., w/color correction, cleaning and save to Gillette directory.

**MEDIA USE:** Marketing.
**PERIOD OF USE:** T&C

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | | $ 4,550.00 |
| | PREP DAYS | ($    PER DAY) | Incl. | |
| | TRAVEL | ($    PER DAY) | Incl. | |
| | WEATHER DELAYS | ($    PER DAY) | | |
| | | | | $ 4,550.00 |

| PRODUCTION CHARGES & EXPENSES: | | |
|---|---|---|
| CREW | $ 480.00 | |
| FILM, PROCESSING & PRINTS | 1,256.00 | |
| DIGITAL SERVICES | 550.00 | |
| INSURANCE | Incl. | |
| PROPS, WARDROBE | 120.91 | |
| RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| SETS | Incl. | |
| SHIPPING & DELIVERY | 112.00 | |
| *TALENT (CASTING & FEES) | | |
| TRAVEL (CREW, TALENT) | | |
| MISCELLANEOUS | | $ 2,518.91 |

*Talent fees may not include usages.

Paul  1/3  1500-565430-46731W  $2494.12
Man.  1/3  1500-565430-4???ous  $2494.12
Braun 1/3  1500-565430-47???W  $2474

**SUBTOTAL** $ 7,068.91
**SALES TAX** 5 % $ 353.45
**TOTAL** $ 7,422.36
**ADVANCE**

**TERMS:** PAYABLE UPON RECEIPT
**LATE CHARGE** ___ % per mo. after 30 days.

**BALANCE DUE:** $ 7,422.36

**TALENT BILLED DIRECT:**

7/20/02

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC 729

