UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE GILLETTE COMPANY,<br><br><br>    Defendant. | Civil Action No. 04-10913 WGY |
| THE GILLETTE COMPANY,<br><br>    Counterclaim-Plaintiff,<br><br>    vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>    Counterclaim-Defendants. | |

**DEFENDANT THE GILLETTE COMPANY'S
MOTION FOR RECONSIDERATION OF THE COURT'S
APRIL 7, 2005 CONTEMPT ORDER AGAINST GILLETTE**

Pursuant to Federal Rule of Civil Procedure 60(b), Defendant The Gillette Company ("Gillette") hereby moves for reconsideration of the Court's April 7, 2005 contempt order against Gillette.

In further support of this motion, Gillette submits concurrently herewith The Gillette Company's Memorandum of Law in Support of its Motion for Reconsideration of the Court's April 7, 2005 Contempt Order Against Gillette.

Respectfully submitted,

May 6, 2005

| GELB & GELB LLP | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
|---|---|
| By:    /s/Richard M. Gelb/<br>    Richard M. Gelb (BBO#188240)<br>    rgelb@gelbgelb.com<br>    Robert S. Messinger (BBO# 651396)<br>    rmessinger@gelbgelb.com<br><br>20 Custom House Street<br>Boston, MA  02110<br>Tel: (617) 345-0010<br>Fax: (617) 345-0009 | By:   /s/Patrick T. Perkins/<br>    Patrick T. Perkins (Admitted *pro hac vice*)<br>    David Donahue (Admitted *pro hac vice*)<br>886 United Nations Plaza<br>New York, New York 10017<br>Ph: (212) 813-5900<br>Fax: (212) 813-5901<br><br>*Attorneys for Defendant The Gillette Company* |

**CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(a)(2)**

I, Patrick T. Perkins, do hereby certify that on May 5 and 6, 2005, I communicated with Michael Albert, Esq., counsel of record for Plaintiff, in a good faith effort pursuant to Local Rule 7.1(a)(2) to resolve or narrow the issues raised in this motion.

By:    /s/Patrick T. Perkins/
Patrick T. Perkins (Admitted *pro hac vice*)