Nadine Romano Ritchie                                          02/25/2005

136

E R R A T A  S H E E T

1  I, NADINE ROMANO RITCHIE, do hereby certify
2  that I have read the foregoing transcript of my
3  testimony, and further certify that it is a true and
4  accurate record of my testimony (with the exception of
5  the corrections listed below).

| PAGE | LINE | CORRECTION |
|------|------|------------|
| 9    | 4+5  | delete "e" at end of Burdett |
| 18   | 1    | Yes |
| 24   | 1    | Change 1994 to 1992 |
| 24   | 6    | add "and 1 or 2 projects for Braun in 1992" |
| 24   | 16   | add "other than a couple of projects for Braun in 1992" |
| 24   | 24   | add "Other than 1992, I don't recall" |
| 79   | 4+5  | "Deschamps" replaces "Duchamps" |
| 80   | 2    | "Deschamps" replaces "Duchamps" |

Signed under the pains and penalties this 5th
day of April _____, 2005.

                                    *Nadine Romano Ritchie*
                                    NADINE ROMANO RITCHIE