**McManus, Ryan**

| | |
|---|---|
| **From:** | Patrick Perkins [pperkins@frosszelnick.com] |
| **Sent:** | Tuesday, March 29, 2005 3:58 PM |
| **To:** | Albert, Michael; Rader, Michael |
| **Cc:** | Craig Mende; David Donahue; Kessel, Adam |
| **Subject:** | PIC's Motion To Compel |

Dear Counsel-

We are in receipt of PIC's Motion to Compel. We write because we do not believe the meet and confer process was completed (at least with respect to the 30(b)(6) issue) and thus would like to narrow the topics at issue in the motion.

With respect to your motion on the Interrogatory Responses, we maintain that PIC is well over the limit and will respond to the Motion on that topic.

With respect to the 30(b)(6) deposition issue, we are confused by your position in the papers. Are you taking the position that none of the Gillette witnesses previously deposed qualified as 30(b)(6) witnesses?
In any event, while we disagree with your position as stated in your correspondence and in your current motion, we would like to propose the following compromise: We will provide one witness to testify on topics 2, 4, 7, 10, 11, and 24. As for topics 25-29, you have not told us the basis for testimony on these topics since the Court has already ruled that no discovery need be provided on these topics.

In a related matter, Gillette is hereby withdrawing the testimony of Jill Josephson as 30(b)(6) testimony. While her testimony in her individual capacity is what it is, her failure to disclose to Gillette what she termed a "conflict of interest" combined with the allegations made by Mr. Picone at his deposition, require that Ms. Josephson no longer be identified as an individual that speaks for Gillette.

I would be grateful to hear back from you on this as soon as possible.

Regards,


Patrick T. Perkins
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901
e-mail: pperkins@frosszelnick.com
*******************************************************************************************************

The information contained in this E-mail message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of this communication may be subject to legal restriction or sanction. If you think that you have received
this E-mail message in error, please reply to the sender.
***************************************************************************************************************************