UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE GILLETTE COMPANY,<br><br><br>      Defendant. | Civil Action No. 04-10913 WGY<br><br><br>**REPLY DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GILLETTE COMPANY'S MOTION FOR SUMMARY JUDGMENT** |

David Donahue hereby declares:

1.  I am a member of the Bar of the State of New York and an associate of the law firm of Fross Zelnick Lehrman & Zissu, P.C. I have been admitted *pro hac vice* to act before this Court as counsel for Defendant The Gillette Company ("Gillette") in this action. I submit this Reply Declaration in Support of Gillette's Motion for Summary Judgment based on my personal knowledge or matters about which I have been informed.

2.  A true and correct copy of a document bearing Bates Number PIC 15621 produced in this action from the files of plaintiff Photographic Illustrators Corp. ("PIC") is attached hereto as **Exhibit 1**.

3.  A true and correct copy of a document bearing Bates Number PIC 04604 produced in this action from PIC's files is attached hereto as **Exhibit 2**.

4.  True and correct copies of PIC invoices produced in this action from the parties' files are attached hereto as **Exhibit 3**.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 12th day of May, 2005.

/s/David Donahue<br>
David Donahue