# EXHIBIT 1

**Photographic Illustrators Corporation**
467 Sagamore Street
Hamilton, MA 01936-0054
(978) 356-0101
FAX (978) 356-1203

# PHOTOGRAPHY CONTRACT
## 5191

| | |
|---|---|
| CLIENT: Gillette | BILL TO: Nadine Romano |
| STREET: 1 Gillette Park 8E-3 | STREET: |
| CITY, STATE, ZIP: Boston, MA 02127 | CITY, STATE, ZIP: |
| HOME PHONE: | PHONE: |
| WORK PHONE: | |

SHIP TO:

DATE: 3/13/00   TIME: A.M. P.M.   PHOTOGRAPHER:
LOCATION: Studio   CONTACT:   PHONE:
ASSIGNMENT: Dupe Trans of Gillette Images (from Trish Moriarty)

- 10 4x5 dupe trans of various Gillette images         450.00
  (so we can keep originals here in their binder)

SPECIAL INSTRUCTIONS:

MODEL:     AGENCY:     FEE:
MODEL:     AGENCY:     FEE:

☐ B/W  ☐ COLOR  ☐ PRINTS  ☐ NEGATIVES  ☐ TRANSPARENCIES
PREVIEWS DUE:   PREVIEW SIZE:
ORDER DUE: 3/16/00   QUANTITY:   SIZE:   FINAL USE:

1. In the event of a postponement or cancellation of the assignment described above, the studio may retain part or all of the deposits paid as liquidated damages, unless written notification is received by the studio at least 1 month prior to the date of the assignment.
2. The studio takes utmost care with respect to the exposure, development, and delivery of photographic products and services ordered. However, if the studio fails to comply with the terms of this contract due to any event or act outside the control of the studio, the studio's liability is limited to refund of deposits.
3. Rush orders are subject to an additional charge for all services rendered.
4. It is agreed that the client will pay the total balance due within 30 days of being notified of the completion of this assignment. A service charge of 1½% per month (18% annual rate) or the highest rate allowed by law (whichever amount is less) will be applied to all past due accounts, and the client shall be liable for any necessary costs of collection.
5. The studio reserves the right to use negatives and/or reproductions for purposes of display, exhibitions, contests, and other purposes. Unless otherwise specifically stated herein, negatives and previews remain the property of the studio, and the studio has the exclusive right to make additional reproductions from them for the client.
6. NOTICE OF COPYRIGHT: It is ILLEGAL to copy or reproduce these photographs elsewhere without photographer's permission, and violators of this Federal Law will be subject to its civil and criminal penalties.

| | |
|---|---|
| PHOTOGRAPHIC FEE | $ |
| FILM | $ 450.00 |
| PROCESSING | $ |
| ASSISTANT(S) | $ |
| MODEL(S) | $ |
| PROPS | $ |
| TRAVEL   Drop | $ 10.00 |
| SHIPPING & HANDLING   Fed-Ex (1) | $ 9.59 |
| Trish Moriarty | $ |
| 617-463-8748 | $ |
| | $ |
| TOTAL FEE | $ 469.59 |
| SALES TAX | $ 23.48 |
| TOTAL WITH TAX | $ |
| DEPOSIT | $ |
| BALANCE DUE | $ 493.07 |

CLIENT: _____ DATE: _____
STUDIO: _____ DATE: _____

PIC15621