# EXHIBIT 2

Joyce_Lorden@gillette.com,2/9/2001 9:37 AM -0500,Re: GILLETTE POWER B        1

```
        To: Joyce_Lorden@gillette.com
      From: Paul Kevin Picone <picorp@shore.net>
   Subject: Re: GILLETTE POWER BRANDS PHOTO-SHOOT(S)
        Cc:
       Bcc:
X-Attachments:
```

Hi Joyce,

My name's Kelly; I work with Paul (I'm the office/project manager and also do a lot of his digital work). Thanks for the e-mail outlining what you need. It's really important that we get all the details we need up front this way but it doesn't happen often enough - so I'm sincerely appreciative!  :)

You've indicated you'd like the same format as we've done in the past for Arlene and I wanted to let you know what that is - for you records and also in case you decide you'd like something different.

What we've provided for trade shows is:

1. A vertical and horizontal shot of each view
1. 1 8x10 chrome of each shot (so, in this case, you'd receive 4)
2. Digital files in the following format

    - 600 ppi EPS files for 11" x 14" output size
    - RGB Mode
    - on a CD Rom formatted for both MAC and PC

3. We also keep a master chrome and digital file here as back-up, in case you need duplicates later.

The only information I still need to get from you is:

1. Due date for the chromes and CD
2. Your billing address and fax number

Please let me know if you have any questions - or if you decide you'd like anything done differently. We're looking forward to working with you.

Thanks!

Kelly


>Hi Paul,
>
>Thanks for working me into your schedule for Monday.
>
>Kathi and Carla have pulled together the product that we need shot for some
>upcoming trade shows. I've listed below what you will receive plus some
>nuances, etc. Also, Paul, as we discussed, please shoot two ways -- one
>with everything below included and the a second shot with the D4 not
>included. Use the same format as you've done in the past for Arlene Henry
>for other shows.
>
>o  Venus Razor
>o  Venus 4's
>o  MACH3 Razor
>o  Cross Action toothbrush (new packaging)
>o  Braun/Oral-B 3D Excel (only one available)
>o  Braun/Oral-B D4 Battery Powered for Kids (only one available and needs
>to be shot out of package)
>o  Right Guard Extreme
>o  Gillette Series Shave Gel
>o  Gillette Series other (Kathi, did you send Splash or ASSC Lotion?)
>o  Satin Care Shave Gel
>o  Duracell Ultra M3 AA 4's
>o  Duracell Ultra M3 AAA 4's

Printed for Paul Kevin Picone <picorp@shore.net>        1