# EXHIBIT 3





**Photographic Illustrators Corporation**
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net — for correspondence
picorp@mediaone.net — for images

| TO: | Jill Josephson | DATE: | 3/27/02 |
|---|---|---|---|
| | Gillette | P.O.#: | |
| | Marketing Services | JOB #: | 5918 |
| | 800 Boylston Street | A.D.: | P.K.P. |
| | Boston, MA  02199 | BUYER: | Jill Josephson |
| | | CLIENT: | Gillette |

**DESCRIPTION/TERMS:** CD of Indicator & Stages    ☐ ESTIMATE  ☒ INVOICE  5918
Displays
1.  8 file retrievals from digital directory.
2.  Convert 8 images to 400ppi 4x5 TIFFs & download to CD for PC or MAC
3.  1 CD

**MEDIA USE:**     Sales Promo
**PERIOD OF USE:**   Terms & Conditions

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | | |
| | PREP DAYS | ($ | PER DAY) | |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | |

| PRODUCTION | CREW | N/A | |
|---|---|---|---|
| CHARGES & | FILM, PROCESSING & PRINTS | N/A | |
| EXPENSES: | DIGITAL SERVICES | $   185.00 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | N/A | |
| | SHIPPING & DELIVERY | $    15.42 | Fed-Ex |
| | *TALENT (CASTING & FEES) | N/A | |
| | TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS  CD | Incl. | |

*Talent fees may not include usages.

| | | |
|---|---|---|
| SUBTOTAL | $   200.42 | |
| SALES TAX  5  % | $    10.02 | |
| TOTAL | $   210.44 | |
| ADVANCE | | |

**TERMS:** PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

| BALANCE DUE | $   210.44 |
|---|---|

**TALENT BILLED DIRECT:**

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____  DATE _____

This has been approved for use by Advertising Photographers of America.

PIC01939

216993

**Photographic Illustrators Corporation**
457 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: picorp@shore.net -- for correspondence
picorp@mediaone.net -- for images

| | | |
|---|---|---|
| TO: | Tom Burgess | DATE: 4/30/02 |
| | Gillette | R.O.#: |
| | Prudential Tower, 36th Floor | JOB #: 5955 |
| | 800 Boylston Street | A.D.: P.K.P. |
| | Boston, MA  02199 | BUYER: Tom Burgess |
| | | CLIENT: Gillette |

DESCRIPTION/TERMS: 2170 for Remington     ☐ ESTIMATE  ☒ INVOICE 5955
1.  1 file retrieval from digital directory.
2.  Convert 1 image to 450ppi 4x5 TIFF, stuff and e-mail to
    gbeers@toplineadv.com - with rush, same day, service on all.
3.  Fed-Ex Cross Action samples back to Gillette
MEDIA USE:       Sales Promo
PERIOD OF USE:   Terms & Conditions

| FEES: | PHOTOGRAPHY | | | |
|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | |
| | TRAVEL | ($ | PER DAY) | |
| | WEATHER DELAYS | ($ | PER DAY) | RECEIVED |

| PRODUCTION CHARGES & EXPENSES: | CREW | N/A | MAY 1 0 2002 |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | N/A | |
| | DIGITAL SERVICES | $ 40.00 | ACCOUNTS PAYABLE |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | N/A | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | N/A | |
| | SHIPPING & DELIVERY | $ 16.82 | |
| | *TALENT (CASTING & FEES) | N/A | |
| | ** TRAVEL (CREW, TALENT) | Incl. | |
| | MISCELLANEOUS | N/A | |

*Talent fees may not include usages.

1500-865430-4716905
Tom Tk
5/10/02

| | | |
|---|---|---|
| | SUBTOTAL | $ 56.82 |
| | SALES TAX  5 % | $ 2.84 |
| | TOTAL | $ 59.66 |
| | ADVANCE | |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.          BALANCE DUE: $ 59.66

TALENT BILLED DIRECT:  uc'con Nicole Santacrore 5/10/02

Rights granted only upon full payment of this invoice, subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____ DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC  726

Photographic Illustrators Corporation
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1203
E-Mail: plcorp@shore.net — for correspondence
plcorp@mediaone.net — for images

RECEIVED
SEP 0 6 2002
ACCOUNTS PAYABLE

TO:

The Gillette Co.
800 Boylston Street
Boston, MA 02199

DATE: 7/8/02
P.O.#:
JOB #: 5980
A.D.: P.K.P.
BUYER: Beth Cooper
CLIENT: Beth Cooper

DESCRIPTION/TERMS:  ☐ ESTIMATE  ☐ INVOICE  5980 ✓

OPP on +/- 92 images for focus group w/conversion, cleaning, color balance to Tiff
files and saved to Gillette directory. RUSH/OT service provided.
OPP on +/- 14 images for same w/conversion, cleaning, color balance to Tiff and sa-
ved to Gillette directory. Hi-res Tiff files delivered/specified to Jpgs. RUSH/OT
MEDIA USE: Marketing.
PERIOD OF USE: T&C

| FEES: | | | |
|---|---|---|---|
| PHOTOGRAPHY | | $ 11,000.00 | |
| PREP DAYS | ($     PER DAY | Incl. | |
| TRAVEL | ($     PER DAY | N/A | |
| WEATHER DELAYS | ($     PER DAY | | |
| | | | $ 11,000.00 |

| PRODUCTION CHARGES & EXPENSES: | | |
|---|---|---|
| CREW | $ 1,104.00 | |
| FILM, PROCESSING & PRINTS | | |
| DIGITAL SERVICES | 4,907.00 | |
| INSURANCE | Incl. | |
| PROPS, WARDROBE | Incl. | |
| RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| SETS | 95.00 | |
| SHIPPING & DELIVERY | 87.00 | |
| *TALENT (CASTING & FEES) | | |
| TRAVEL (CREW, TALENT) | | |
| MISCELLANEOUS/ | | $ 6,196.00 |

50% 1500.550402.471/65
50% 1500.550402.4005

*Talent fees may not include usages.

Tom Burgess
8/12/02

| | | |
|---|---|---|
| SUBTOTAL | $ 17,196.00 | |
| SALES TAX 5 % | $ 859.80 ✓ | |
| TOTAL | $ 18,055.80 | |
| ADVANCE | | |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

BALANCE DUE: $ 18,055.80 ✓

TALENT BILLED DIRECT:      7/20/02  Rec'd. Beth Cooper

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

OK SAClough 8/15/02  for 50% or 9,027.90
SIGNED BY: (Client if estimate; Studio if invoice): OK [signature] 8/19/02  "  "  "  "
                                                                            DATE

This has been approved for use by Advertising Photographers of America.

D.W.] 8/26/02
Brad Baker

Michael Griffin 8/15/02

GLTC 730

**Photographic Illustrators Corporation**
457 Sagamore St., Hamilton, MA 01936-0553
Tel. (978) 356-0101 • FAX (978) 356-1205
E-Mail: picorp@shore.net — for correspondence
picorp@mediaone.net — for images

RECEIVED
JUL 2 3 2002
ACCOUNTS PAYABLE

V# 016093
956

TO:
The Gillette Co.
800, Boylston Street
Boston, Ma 02199

DATE: 7/8/02
P.O.#:
JOB #: 5975
A/D: Beth Cooper
BUYER: Beth Cooper
CLIENT: Beth Cooper

DESCRIPTION/TERMS:                    ☐ ESTIMATE  ☒ INVOICE  5975

OPP on complete Oral B family and Braun shaver array w/8X10 color transparencies and
8X10 color polaroids. Production on 4X5 color trans., on D4 w/trans and polaroids de-
livered. Digital scans on 8X10 and 4X5 trans, w/color correction, cleaning and save
to Gillette directory.

MEDIA USE:     Marketing.
PERIOD OF USE:     T&C

| FEES: | PHOTOGRAPHY | | | $ 4,550.00 | |
|---|---|---|---|---|---|
| | PREP DAYS | ($ | PER DAY) | Incl. | |
| | TRAVEL | ($ | PER DAY) | Incl. | |
| | WEATHER DELAYS | ($ | PER DAY) | | $ 4,550.00 |

| PRODUCTION CHARGES & EXPENSES: | CREW | $ 480.00 | |
|---|---|---|---|
| | FILM, PROCESSING & PRINTS | 1,256.00 | |
| | DIGITAL SERVICES | 550.00 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | 120.91 | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS | Incl. | |
| | SHIPPING & DELIVERY | 112.00 | |
| | *TALENT (CASTING & FEES) | | |
| | TRAVEL (CREW, TALENT) | | |
| | MISCELLANEOUS | | $ 2,518.91 |

*Talent fees may not include usages.

Paula 1/2 1500-565430-46731W 2474.12
Mia 1/6 1500-565430-48970US 2474"
Braun 1/3 1500-565430-47279US 2474

| SUBTOTAL | $ 7,068.91 |
|---|---|
| SALES TAX 5 % | $ 353.45 |
| TOTAL | $ 7,422.36 |
| ADVANCE | |
| BALANCE DUE | $ 7,422.36 |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

7/20/02

TALENT BILLED DIRECT:

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____     DATE _____

This has been approved for use by Advertising Photographers of America.

016093

Photographic Illustrators Corporation
467 Sagamore St., Hamilton, MA 01936-0054
Tel. (978) 356-0101 • FAX (978) 356-1200
E-Mail: picorp@shore.net — for correspondence
picorp@mediaone.net — for images

TO:

The Gillette Co.
800 Boylston Street
Boston, MA 02199

DATE: 7/8/02
P.O.#:
JOB #: 5956
A.D.: P.K.P.
BUYER: Jill Josephson
CLIENT: Jill Josephson

**DESCRIPTION/TERMS:**                           ☐ ESTIMATE  ☐ INVOICE

OPP on PTO Menu Displays Part 2. 4X5 color transparencies, 4X5 color polaroids deli-
vered. Hi res digital scans, composit art work on files to change headers, provide
Tiff, Jpgs and titled color prints. Cleaning of display, color correction and storage
of files to Gillette directory.
MEDIA USE:    Marketing.
PERIOD OF USE:    T&C

| FEES: | | | | |
|---|---|---|---|---|
| | PHOTOGRAPHY | | $ 3,800.00 | |
| | PREP DAYS | ($    PER DAY) | Incl. | |
| | TRAVEL | ($    PER DAY) | | |
| | WEATHER DELAYS | ($    PER DAY) | | |
| | | | | $ 3,800.00 |

RECEIVED

| PRODUCTION | CREW | $ 276.00 | |
|---|---|---|---|
| CHARGES & | AUG 06 2002 FILM, PROCESSING & PRINTS | 1,016.00 | |
| EXPENSES: | DIGITAL SERVICES | 1,620.00 | |
| | INSURANCE | Incl. | |
| | PROPS, WARDROBE | | |
| | RENTAL (STUDIO, EQUIPMENT) | Incl. | |
| | SETS/backgrounds | 125.00 | |
| | SHIPPING & DELIVERY | 25.00 | |
| | *TALENT (CASTING & FEES) | | |
| | TRAVEL (CREW, TALENT) | | |
| | MISCELLANEOUS | | $ 3,062.00 |

7/11/02

*Talent fees may not include usages.

1500 - 565911 - T4005ZUS = $1,801.27
1500 - 565911 - T4112ZUS = $1,801.27
1500 - 565911 - T4117US = $1,801.27
1500 - 565911 - T4000IUS = $1,801.29

| | | |
|---|---|---|
| SUBTOTAL | $ 6,862.00 |
| SALES TAX  5 % | $ 343.10 |
| TOTAL | $ 7,205.10 |
| ADVANCE | |

TERMS: PAYABLE UPON RECEIPT
LATE CHARGE _____ % per mo. after 30 days.

BALANCE DUE: $ 7,205.10

TALENT BILLED DIRECT:

Rights granted only upon full payment of this invoice; subject to terms and conditions on reverse.

SIGNED BY: (Client if estimate; Studio if invoice): _____  DATE _____

This has been approved for use by Advertising Photographers of America.

GLTC 727