## McManus, Ryan

| | |
|---|---|
| **From:** | David Donahue [ddonahue@frosszelnick.com] |
| **Sent:** | Thursday, May 12, 2005 8:52 PM |
| **To:** | Kessel, Adam |
| **Cc:** | Patrick Perkins; Albert, Michael; Rader, Michael |
| **Subject:** | Re: Recent Gillette Production |


GLTC 070-07079.pdf (1 M


GLTC 07069.pdf (425 KB)

Adam,

Per your request, I am attaching a pdf copy of GLTC 7069. In addition, I am attaching a pdf copy of GLTC 7070-7079, which consists of additional recently located entries from Beth Cooper's notebook that reflect communications with PIC.

Sincerely,

David Donahue
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, New York 10017
Phone: (212) 813-5900
Fax: (212) 813-5901


>>> "Kessel, Adam" <Adam.Kessel@WolfGreenfield.com> 05/12/05 05:01PM
>>>
David and Patrick:

We have received the interrogatory responses you sent on Monday. Although the cover letter indicates that you enclosed an additional document for Gillette's production (a page from Beth Cooper's datebook), that document was not in the envelope. Please provide us with this document--ideally electronically so we can receive it sooner. Thanks.

Adam Kessel
akessel@wolfgreenfield.com
direct dial 617.646.8360
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.

*******************************************************************************************************
The information contained in this E-mail message may be privileged, confidential, and protected
from disclosure. Any unauthorized use, printing, copying, disclosure or dissemination of
this communication may be subject to legal restriction or sanction. If you think that you

have received
this E-mail message in error, please reply to the sender.
*****************************************************************************
**************************

8:25 Rachel Thomas re #10
Thurs 6/10 @ 11
Cancelled - Jerry is traveling
Week of the 14th?
77822

11:30 Pam Smith 78706
Reschedule in PM?

10:39 Paul Piccone
Can I push through the invoice
Kept terms & conditions based on
attorney's advice, but
amended to give unlimited
use in certain areas
Invoice stated pmo by fine maker
is being used
If you could move it along, I
appreciate it
Something we're working
on for today if possible

GLTC 07069

**ELIZABETH COOPER
NOTES
NOVEMBER 2002 – JANUARY 2003**

8:07 Tom - 6 packet Shavers are OK
18332          for LJ

8:31 CJ - pay
9:29 CJ - prescriptions
10:40 Susan Morrison
       Colgate samples?
       201-788-2440
11:21 Tom Litzinger - CA Power to Don Mackenzie
11:43 CJ
12:04 Rich Davis
12:45 Christine  2003 Special Pro.
                 Review schedule
                 No D2 + Paste
12:45 Rosalind - tomorrow AM
       ANG/Chameleon - subbrand (July, 2004)
12:47 Rich - ah tomorrow

Wed.
9:50 Paul
      978 356-0101

1:16 Doni
2:02 for
3:56 Rul
     left
     61-
4:16 Don
Rosalind

Case #

GLTC 07070

~~~
⊗
11:27  Kristen
✓      OC17 samples - are they in?

11:44  Karen Mullen
✓      New address

11:54  Joyce - 2 pks. of Brushheads
✓

11:59  Jana
✓      Flosser Bag samples are in

2:20 ✓ Rick Davis
       images of Pampers

2:56   Kirsten cell 835-5693
       Just met w/ the dressmaker
       $1350

2:58   Paul Ricone

                                    ⊗
~~~

GLTC 07071

Case 1:04-cv-10913-WGY    Document 138-2    Filed 05/13/2005    Page 7 of 15



12/23
10:17 Paul Piccone – call re pix
12:33 CJ

12/30 Mon.
 2:45 Dr. Vincent

11:13 pm Amanda 12/19
 Eleanor Holden Wilson (Ellie)
 4:49 am 12/20
 9' 3" lbs
 20"
 Came home on Christmas Eve.

8:55 Kristen
12:55 12/30 new IDs
1:47 CJ
Beth @ Seaport Graphics
Mi re Power invoices

2:00 OC17 sample to Kristen

GLTC 07072

1. VIP Kits
   Order 500 white shippers
   Assemble kits
   Need: CA Power & Fred Letter

2. Lros Flossers
   1 of ea. sample to Paul on Mon

3. Adjust SKU #s in inventory list

1/2/03
8:52 Corene Sawyer
   978 / 988-7576 x 415

10:19 Paul - max res. 4x5 @ 600 DPI
10:57 Andrea
   N0785761320
      215/937-3841
11:08 Sue Barry
   Rembrandt vs. Dazzling
11:24 Kristen
12:10 Deb O. - Early pm on 1/14

GLTC 07073

1/7

9:10 Deb Polano 7777?
   Greg Noe - CL Johnson merchandisers
   Will ans email
   # on back of brochures

10:35 Paul

12:25 Jim Mathis
   x7737
   WalMart - brochure inlay cost?

Flosser Launch
   ans Tara Q&A doc.

Nagel - IDIC - special pkg. power & manual
   4 conference rooms  Flossers
   2 outside rooms  OC17

GLTC 07074

Tricia

Christine - 3 pm Thurs.

9:44 Paul - will send Gif files

Irving
Target, WallMart, KMart, Stop N Shop

5314 - Braun
3541 - Oral Care
CA Vitalizer samples 12 of ea. / Ida Gross
11:02 Mark Cytowski  616/897-5774
11:43 Gloria Holmes @ Cushing & Dolan
Ad. agency
Lewis, Clarke &  $2705.43   9AM   42 Pleasant St.
Brown
1/28/03→1/28/04   781/938-4744   Woburn, MA
1/2  7/7

12:13 Hal Burstein   Need by Tues. delivered to 620
VCR loop CA Power launch videos
612/708-7976 — Product launch & consumer
~~Need by~~  2 hours

12:29 Matt M. 615/229-1904
Trade Ad binder - tomorrow?
Prod. launch binder - Mon.?

GLTC 07075

781/690-1912
Christophe

1/10
✓ 8:54 Jim
✓ 8:59 Sara - images for bags
9:41 Joe Koeppl - shipment to Anglic
   we're paying for it?
   Set up a truck
   6 skids of product @ the
   warehouse
   Out Sat/Sun. back on Mon.

✓ 10:31 Paul Piccone - CD sent
✓ 10:55 Tom Burgess -
   New D17/OC17
   Special Plt.
✓ 12:51 Rick Davis - needs OK
✓ 12:51 Ethan Jacoby x32918
   Christophe package - send to Chicago
✓ 1:0 Ed Lemos
✓ 1:08 Tom Burgess 312 464-1000
✓ 1:14 Christophe - refill Scott or Mike
✓ 1:23 CJ
✓ 1:47 Jim @ Armez

GLTC 07076

**ELIZABETH COOPER
NOTES
MARCH – APRIL 2004**

1:43 Michele Szynal

2:16 Scott - GBM D18 & S18 same
2:42 Pam -
3:04 Ashley -
3:18 Donna Sowder @ Genie in Chicago
       847/438-1515
3:38 Jim Jack
4:25 Peter Sloane
4:35 Patty - 4pm mtg. w/ Carol
4:51 Kevin Penwell
5:17 Jill Lewis
     Master list of items
     shipping addresses & when needed
     By noon

3/2
7:52 Erika
8:26 Peter Sloane
8:54 Kevin Penwell
9:50 Erin - Nightwatch
     Murs.
10:15 Paul Piccone 978/356-0101
      Sent JPGs of the styled shots from 2003
11:00 Karen - Casey
11:21 Dan Ennis
      HB starter kits - email
      Transfer from inventory        6 of 7

3/16

8:20 Eileen Borneman
x7-7558

8:26 Alan Barr
- JMW all set
- confirm people on Thurs. only
  separate comm? to explain event

8:31 Glen Johnson
x7922

9:02 Gina - needs Thurs. agenda
Courtney
Braun HH group

9:10 Paul Piccone

9:15 Erin SiWa - needs Colleen's #

9:20 Paul Piccone - adjustments are OK

9:20 Jill Lewis - Product Fair
77169        1st time - magical

10:00 Erika - confirm timing on rehearsals
10:19 Scott - 15/30/60 DTV mpgs
10:43 Erika - video?
     # of pens?                    [767]

\*

Send to Jon the July agenda ✓
2 hr mtg ✓ w/ group

Rick for the July mtg.

4-21
9:54 Bill Spain   77533
Postpone OpCom ppt
Data not avail.

10:29 Jerry Valliere   704/
Answer
leave voicemail

11AM Paul Piccone
12:11 Beth @ Seaport   330-1200
12:38 Tom Williams 603/325-5589 cell
Braun Catalogs - any more?
When will it be updated to
inc. OC
2-4 in call   [2 of 4]