# In The Matter Of:

*PHOTOGRAPHIC ILLUSTRATORS CORPORATION v.*
*THE GILLETTE COMPANY*

---

## ITAMAR SIMONSON
*April 21, 2005*

---

## LEGALINK MANHATTAN

420 Lexington Avenue - Suite 2108

New York, NY 10170

PH: 212-557-7400 / FAX: 212-692-9171

SIMONSON, ITAMAR - Vol. 1



Page 25

ITAMAR SIMONSON

1
2  generalizations. Sometimes it's true, sometimes
3  it's not. Yeah, but just to answer your
4  question, yes, it could be more profitable.
5      Q.    And in that kind of a situation,
6  the manufacturer of the product would have a
7  somewhat higher hurdle to clear with the
8  retailer because it wants additional shelf
9  space; is that true?
10     A.    If the manufacturer wants
11 additional shelf space, then the hurdle would be
12 higher, that is correct.
13     Q.    And the same thing would be true
14 for an end of aisle display?
15     A.    Yes. Again, there are various
16 factors here. For an end of aisle display, you
17 probably would need to give the retailer some
18 sort of incentive to give you the prominent
19 location.
20     Q.    This is a question about what is,
21 what I think, anyway, is a basic business
22 concept. In the context of increasing market
23 share, increasing sales, on the margins, that
24 is, when the company has already expended its
25 fixed costs, does the profit margin go up for

Page 26

ITAMAR SIMONSON

1
2  increased sales at the margins?
3         MR. CHIAPPETTA: Objection to form.
4      A.    I'm confused. Could you please
5  restate your question?
6      Q.    Let me start it this way: Are you
7  aware of what Gillette's gross profit margins
8  are on any of its products?
9      A.    I have not checked that.
10     Q.    Are you familiar with gross profit
11 margins on products in other industries through
12 your work and your research?
13     A.    Yes, I often teach case studies
14 about companies in various industries, where
15 gross margin is one of the figures that we're
16 looking at, because it has implications.
17     Q.    And does the gross margin figure
18 change for an incremental increase in sales
19 versus just the sales base?
20        MR. CHIAPPETTA: Objection to form.
21     A.    I'm not sure that I fully
22 understand your question. Are you asking me to
23 assume that the fixed cost is already covered,
24 and there are additional costs? I'm sorry,
25 there are additional sales where fixed cost is

Page 27

ITAMAR SIMONSON

1
2  not effected, but there is only variable cost?
3  For example, cost of production? I'm a little
4  confused.
5      Q.    I think we are getting closer, but
6  let me try again because I want to make sure
7  that the question is clear. Let me back up for
8  a second.
9         Does an increased advertising
10 expenditure sometimes lead to an increase in
11 sales?
12     A.    Yes.
13     Q.    Does it always lead to an increase
14 in sales?
15     A.    No.
16     Q.    So imagine a hypothetical for a
17 moment. Let's say that a company is currently
18 spending X amount on advertising, okay?
19     A.    Yes.
20     Q.    And a decision is then made to
21 spend an additional 10 percent, so 110 percent
22 of X on advertising. Are you following me?
23     A.    I think so.
24     Q.    And assuming also for purposes of
25 the hypothetical, that that 10 percent increase

Page 28

ITAMAR SIMONSON

1
2  in advertising expenditure, in this case does
3  lead to an increase in sales. Are you still
4  with me?
5      A.    I'm with you.
6      Q.    Would the profits from those
7  increased sales, would the profit margin on
8  those increased sales be greater than the profit
9  margin on the sales that were made before the
10 increase in the advertising?
11     A.    I don't know. I mean, it depends.
12 I need more information about how those sales
13 were produced and the characteristics of the
14 company and the characteristics of the cost
15 components. I don't think I can answer that
16 question in a meaningful way without more
17 information.
18     Q.    Would it make any difference
19 whether the company was a large company or a
20 small company?
21     A.    Again, you asking such broad
22 questions that it could make a difference.
23 There are so many variables here that I cannot
24 answer that meaningfully.
25     Q.    Now, in the article on Exhibit 2,

Page 61

```
 1            ITAMAR SIMONSON
 2   please.
 3            You've had a chance to read it?
 4      A.   Yes.
 5      Q.   Is there anything in paragraph 4
 6   that you disagree with?
 7      A.   No. Again, based on their data,
 8   which appears to be based on quite a few
 9   studies, that seems like a reasonable conclusion
10   as an overall generalization. Again, we talking
11   here about advertising to consumers using TV,
12   the kind of thing we just talked about. But I
13   have no reason to question their conclusion.
14      Q.   Just going a little bit down the
15   page. In the paragraph under the heading
16   "limitations." The article says, in the second
17   sentence in that paragraph, "advertising may
18   have longer term effects, such as improving
19   brand image and creating brand loyalty."
20            Do you have any reason to disagree
21   with that?
22      A.   That advertising may have longer
23   term effects, I have no reason to disagree with
24   that.
25      Q.   Now, in the next sentence, it says
```

Page 62

```
 1            ITAMAR SIMONSON
 2   "given these beneficial effects, our analysis
 3   suggests that advertising researchers must
 4   develop good copy and techniques to bolster the
 5   short-term impact of advertising."
 6            Do you know what's meant there by
 7   the phrase good copy?
 8      A.   Good copy would be the advertising
 9   copy, could be in advertising to consumers, for
10   example, the headline is very important, given
11   that consumers are bombarded by thousands of ads
12   on a daily basis, they tend to pay attention to
13   relatively very few. And an attention grabbing
14   headline is really important.
15      Q.   And does the copy include the
16   photography of the product?
17      A.   It sometimes might. It often does
18   not. So it depends. You cannot generalize.
19      Q.   Does including a photograph of a
20   product in an advertisement have any impact at
21   all on sales, in your expertise?
22      A.   Again, this is such a broad
23   question that I cannot answer it in a meaningful
24   way. It depends. If we talking about a product
25   that's primarily esthetic, the esthetics of the
```

Page 63

```
 1            ITAMAR SIMONSON
 2   product is a main reason for choosing A versus
 3   B, then a good, clear picture would be
 4   potentially important.
 5      Q.   Professor, did you do any analysis
 6   of the portion of Gillette profits that are due
 7   to items other than use of Mr. Picone's or
 8   Photographic Illustrators' images?
 9      A.   No.
10      Q.   Did you look at any Gillette data
11   on advertising, sales or profits in connection
12   with the report?
13      A.   As indicated, I received copies of
14   10-K reports. But I didn't study them
15   thoroughly.
16      Q.   Do you know what co-op advertising
17   is?
18      A.   Yes.
19      Q.   What is that?
20      A.   It's an arrangement between a
21   manufacturer and a retailer whereby the retailer
22   typically is the one advertising, and the
23   manufacturer is reimbursing the retailer for a
24   certain portion of the cost of the advertising.
25      Q.   Does Gillette engage in co-op
```

Page 64

```
 1            ITAMAR SIMONSON
 2   advertising?
 3      A.   I believe so.
 4      Q.   And in your experience and
 5   expertise, is co-op advertising an important way
 6   of promoting household products?
 7      A.   It could be.
 8      Q.   Do you know whether it is for
 9   Gillette?
10      A.   I haven't tested the effectiveness
11   of co-op advertising versus no co-op
12   advertising, so I have no basis for giving you a
13   specific answer.
14      Q.   Do you have an opinion on the
15   effectiveness of any of the various ways that
16   Gillette promotes its products?
17      A.   Could you repeat that, please?
18      Q.   Do you have an opinion on the
19   effectiveness of any of the various ways that
20   Gillette promotes its products?
21      A.   I was not asked to evaluate this
22   topic.
23            MR. RADER: Why don't we take
24   another five-minute break, I'll see if I can
25   gather up the remaining questions.
```

Page 73

ITAMAR SIMONSON

2  A.   I would expect no impact.
3  Q.   And what about if the retailers
4  themselves in their own ads, circulars and the
5  like, were to stop using imagery of products
6  when they advertise the products to the
7  consumer, would you expect an impact then?
8  A.   What kind of circular are you
9  referring to? Is that kind of the weekly thing
10 that for example local store, Walgreens --
11 Q.   For example.
12 A.   -- would have? So they have lots
13 of products on each page. And you have this
14 tiny image. And in fact you probably couldn't
15 tell the difference between one toothbrush and
16 another from those tiny pictures that they put
17 there. And therefore I would not expect a
18 significant effect if they used for example an
19 old picture. Or as I said in general, I think
20 the picture would have a minimal effect. I
21 don't think it will be measurable.
22 Q.   What if the retailer stopped using
23 photographs altogether and simply provided a
24 circular that was a list of product names?
25 A.   And many companies, many retailers

Page 74

ITAMAR SIMONSON

2  do that. I'll look at some ads, I believe some
3  Macy's ads, I could be confusing them, where
4  they just list men's suits, 25 percent off,
5  men's shirts, 20 percent off. Et cetera. They
6  don't show any particular shirt. All bread
7  makers on sale. So you don't need to use
8  pictures for that. You provide information,
9  people know what, or many people know what bread
10 makers are. And they can figure out that Macy's
11 has different options and will go and figure out
12 exactly which one they have on sale.
13 Q.   So is it your opinion that product
14 imagery plays a negligible role in consumer
15 decision making?
16 A.   I don't want to make such an
17 umbrella statement. It depends on so many
18 factors that it's not meaningful thing that I
19 can say globally yes or no.
20 Q.   Have you done that analysis in this
21 particular case with regard to Gillette?
22 A.   Yeah, whatever is in my report,
23 that's the analysis that I've done.
24 Q.   With regard to Gillette's products,
25 is it your opinion that product imagery plays a

Page 75

ITAMAR SIMONSON

2  negligible role in consumer decision making?
3  A.   As I indicated in my report, it
4  helps communicate which product type we are
5  talking about. Again, I assume by the way that
6  you referring to this retailer circulars. As
7  far as I know, Gillette, if we are talking here
8  about the Picone images, I believe that Gillette
9  has not used those images in its own
10 advertising. So if we are referring
11 specifically to those weekly ads by some
12 retailers, I think it will have minimal effect.
13 You know, I can't meaningfully quantify it.
14 Q.   Can you say whether placing --
15 having a retailer place ads with or without
16 pictures would have, say more than a 10 percent
17 differential?
18 A.   I can't say. Probably not. But
19 probably much less -- I mean, order of magnitude
20 less than that. But, you know, I can't come up
21 with a specific number and support it. So I
22 don't want to give you a specific number.
23 Q.   Do you have any idea how much
24 Gillette spends developing the esthetic aspects
25 of its products?

Page 76

ITAMAR SIMONSON

2  A.   I don't have that data.
3  Q.   Do you know what the advertising
4  elasticity is for any of Gillette's products?
5  A.   No.
6  Q.   What about the price elasticity?
7  A.   I don't have that information.
8  Q.   In the article that we looked at
9  before, there was a reference to something
10 called a pass-through. Are you familiar with
11 that concept?
12 A.   Yes.
13 Q.   First of all, what does that refer
14 to?
15 A.   The way I've seen it used is that,
16 for example, if I'm a manufacturer and I'm
17 approaching a retailer and saying I'm going to
18 give you for this period of three weeks, I'm
19 going to give you 30 percent discount, so you
20 can buy the product from me for 30 percent less.
21 And let's say that then the retailer goes and
22 offers my product for sale for 15 percent off
23 regular price, then the pass-through would be 15
24 percent. So 15 percent divided by 30 percent.
25 Q.   And do you know what the