UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>    Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br>    Defendant.<br><br>THE GILLETTE COMPANY,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>    Counterclaim Defendants. | Civil Action No. 04-10913 WGY<br><br>**DECLARATION OF DAVID DONAHUE IN SUPPORT OF DEFENDANT THE GILLETTE COMPANY'S REPLY MEMORANDUM ON ITS MOTION IN LIMINE TO EXCLUDE EXPERT REPORT AND TESTIMONY OF ROBERT HANSEN** |

I, David Donahue, declare as follows:

1.  I am an attorney at Fross Zelnick Lehrman & Zissu, P.C., counsel of record for Defendant and Counterclaim Plaintiff The Gillette Company, in the above-referenced action. I submit this declaration in support of The Gillette Company's Motions in Limine, filed concurrently on May 6, 2005, and reply memoranda in connection with such motions filed concurrently herewith, based on my personal knowledge and my review of our firm's file for this case.

2.   Attached hereto as <u>Exhibit A</u> is a true and correct copy of relevant excerpts from the deposition of Robert A. Hansen, taken in Boston, Massachusetts on March 25, 2005.

I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration is being executed on May 17, 2005, at New York, New York.

_____/s/David Donahue/_____<br>
David Donahue

I:\ddonahue\GLTC\COURT DOCS\050517-0420298-PLD-DECLARATION-dd.doc