```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


                                    )
PHOTOGRAPHIC ILLUSTRATORS CORP.     )
PAUL PICONE                         )
     Plaintiff,                     )
                                    )
           v.                       )  CIVIL ACTION
                                    )  NO. 04-10913
THE GILLETTE COMPANY                )
     Defendant                      )
                                    )
                                    )
THE GILLETTE COMPANY                )
     Counterclaim Plaintiff,        )
                                    )
PHOTOGRAPHIC ILLUSTRATORS CORP.     )
PAUL PICONE                         )
     Counterclaim Defendant.        )
                                    )
                                    )
```

<u>ORDER</u>

YOUNG, C.J.                                          May 18, 2005

　　 As stated by this Court at the motion hearing held yesterday, May 17, 2005, on Gillette's and PIC's multiple motions for summary judgment, this Court articulates its rulings on such motions as follows:

**I.   Gillette's Motion for Summary Judgment [Doc. No. 89]**

　　 A.　 Gillette's Motion for Summary Judgment on PIC's Liquidated Damages/Breach of Contract claim is GRANTED.

    1.    The Terms and Conditions on the invoice governed. Such terms included a 30 day return requirement. Gillette did not return the photos in that 30 day period. PIC waived such 30 day return requirement. Despite arguments of oral modifications to the Terms and Conditions, the contract terms themselves indicate that any modifications must be made in writing.

    2.    PIC retains title to the images it provided to Gillette. Gillette is ORDERED to locate and return to PIC any and all images produced for it by PIC. Gillette is also ORDERED to cease using any of PIC's images from this date forward, and is enjoined from so doing.

B.    Gillette's Motion for Summary Judgment on PIC's Copyright Infringement Claim is ALLOWED IN PART and DENIED IN PART.

    1.    The "one-year United States only" license found in the Terms and Conditions governs.

    2.    Gillette's Motion for Summary Judgment as to the Spring 2004 Projects is ALLOWED.

    3.    Gillette's Motion for Summary Judgment as to any and all invoices on which PIC indicated "N/A"

       next to the Period of Use is allowed insofar as infringement of the licensed term is involved.

4. Gillette's Motion for Summary Judgment as to the Latin American image is ALLOWED.

5. Gillette's Motion for Summary Judgment as to the failure to include copyright notices is ALLOWED.

6. To the extent PIC has not registered copyrights, such claims are ALLOWED; however, this case will proceed to trial on those images for which copyright registrations have been obtained, and will be administrative closed as to those images for which PIC has been unable to obtain copyright registrations because Gillette maintained possession of such images. PIC is not foreclosed from seeking relief on such claims in the future.

7. In all other respects, Gillette's Motion for Summary Judgment on Copyright Infringement is DENIED.

C. Gillette's Motion for Summary Judgment on Fraud is ALLOWED.

D. Gillette's Motion for Summary Judgment on the Chapter 93A claim is ALLOWED.

**II.   PIC'S MOTIONS FOR SUMMARY JUDGMENT [Doc. Nos. 72, 79, 82, 85, 88]**

    A.    PIC's Motion for Summary Judgment on Liquidated Damages [Doc. No. 72] is DENIED.

    B.    PIC's Motion for Summary Judgment on Fraud [Doc. No. 79] is DENIED.

    C.    PIC's Motion for Summary Judgment on Gillette's Counterclaims and PIC's Claim for Payment of its Spring 2004 invoices [Doc. No. 82] is DENIED.

    D.    PIC's Motion for Summary Judgment on Copyright Infringement [Doc. No. 85] is DENIED.

    E.    PIC's Motion for Summary Judgment on Gillette's Affirmative Defenses [Doc. No. 88] is ALLOWED IN PART, DENIED IN PART, and MOOTED IN PART.

        1.    PIC's Motion for Summary Judgment Based on Gillette's Failure to Respond to Interrogatories is not ruled on until this Court reviews Interrogatory No. 28.

        2.    PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that PIC has failed to state a claim is MOOTED as to the liquidated damages, fraud and chapter 93A claims, and is otherwise ALLOWED.

3. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Whether the Agreements have Legal Force or Effect is ALLOWED.

4. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that the Terms and Conditions were Unconscionable is ALLOWED.

5. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that PIC Failed to Plead Fraud with Particularity is MOOTED.

6. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that Gillette is Not Required to Admit or Deny the Complaint is MOOTED.

7. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of PIC's acquiescence, laches, waiver or estoppel is MOOTED as to liquidated damages, and is otherwise DENIED.

8. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that the applicable Statute of Limitations Bars the Claims is MOOTED as to liquidated damages, fraud

    and chapter 93A claims, is DENIED as to the Latin American image as such claim is barred by the applicable statute of limitations, and is DENIED in all other respects as sufficient factual questions remain.

9. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Unclean Hands is DENIED.

10. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Fraudulent Conduct is MOOTED.

11. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that it had a License is DENIED as sufficient factual questions remain.

SO ORDERED.

                                          /s/ William G. Young

                                          WILLIAM G. YOUNG
                                          CHIEF JUDGE