UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                    )
PHOTOGRAPHIC ILLUSTRATORS CORP.     )
PAUL PICONE                         )
     Plaintiff,                     )
                                    )
          v.                        )   CIVIL ACTION
                                    )   NO. 04-10913
THE GILLETTE COMPANY                )
     Defendant                      )
                                    )
                                    )
THE GILLETTE COMPANY                )
     Counterclaim Plaintiff,        )
                                    )
PHOTOGRAPHIC ILLUSTRATORS CORP.     )
PAUL PICONE                         )
     Counterclaim Defendant.        )
                                    )
                                    )
```

AMENDED ORDER

YOUNG, C.J.                                          May 19, 2005

As stated by this Court at the motion hearing held on May 17, 2005 on Gillette's and PIC's multiple motions for summary judgment, this Court articulates its rulings on such motions as follows:

**I.   Gillette's Motion for Summary Judgment [Doc. No. 89]**

    A.   Gillette's Motion for Summary Judgment on PIC's Liquidated Damages/Breach of Contract claim is DENIED as to the Spring 2004 Projects, and is ALLOWED in all other respects.

1.  With the exception of the Spring 2004 Projects, the Terms and Conditions on the invoice governed. Such terms included a 30 day return requirement. Gillette did not return the photos in that 30 day period. PIC waived such 30 day return requirement. Despite arguments of oral modifications to the Terms and Conditions, the contract terms themselves indicate that any modifications must be made in writing. As to the Spring 2004 images, sufficient factual dispute exists as to the terms of any agreement reached between the parties so as to rule on waiver.

2.  With the exception of the images provided in connection with the Spring 2004 Projects, PIC retains title to the images it provided to Gillette. The Terms and Conditions provide that any transfers of ownership or title in the images must be in writing and signed by PIC. With the exception of the images provided in connection with the Spring 2004 Projects, Gillette is ORDERED to locate and return to PIC any and all images produced for it by PIC. Gillette is also ORDERED, again with the exception of the images provided in connection with the Spring 2004 Projects, to cease

        using any of PIC's images from this date forward, and is enjoined from so doing.  As to the Spring 2004 images, sufficient factual dispute exists as to the terms of any agreement reached between the parties.

B. Gillette's Motion for Summary Judgment on PIC's Copyright Infringement Claim is ALLOWED IN PART and DENIED IN PART.

    1. With the exception of the Spring 2004 Projects, the "one-year United States only" license found in the Terms and Conditions governs.

    2. Gillette's Motion for Summary Judgment as to the Spring 2004 Projects is DENIED. Sufficient factual dispute exists as to the terms of any agreement reached between the parties with respect to the Spring 2004 projects.

    3. Gillette's Motion for Summary Judgment as to any and all invoices on which PIC indicated "N/A" next to the Period of Use is allowed insofar as infringement of the licensed term is involved.

    4. Gillette's Motion for Summary Judgment as to the Latin American image is ALLOWED.

    5. Gillette's Motion for Summary Judgment as to the failure to include copyright notices is ALLOWED.

        6. To the extent PIC has not registered copyrights, as to such claims summary judgment is ALLOWED; however, this case will proceed to trial on those images for which copyright registrations have been obtained, and will be administrative closed as to those images for which PIC has been unable to obtain copyright registrations because Gillette maintained possession of such images. PIC is not foreclosed from seeking relief on such claims in the future.

        7. In all other respects, Gillette's Motion for Summary Judgment on Copyright Infringement is DENIED.

    C. Gillette's Motion for Summary Judgment on Fraud is ALLOWED.

    D. Gillette's Motion for Summary Judgment on the Chapter 93A claim is ALLOWED.

II. **PIC'S MOTIONS FOR SUMMARY JUDGMENT [Doc. Nos. 72, 79, 82, 85, 88]**

    A. PIC's Motion for Summary Judgment on Liquidated Damages [Doc. No. 72] is DENIED.

    B. PIC's Motion for Summary Judgment on Fraud [Doc. No. 79] is DENIED.

    C. PIC's Motion for Summary Judgment on Gillette's Counterclaims and PIC's Claim for Payment of its Spring

    2004 invoices [Doc. No. 82] is DENIED.  Sufficient factual dispute exists as to whether an agreement was reached between the parties with respect to the Spring 2004 projects.

D. PIC's Motion for Summary Judgment on Copyright Infringement [Doc. No. 85] is DENIED.

E. PIC's Motion for Summary Judgment on Gillette's Affirmative Defenses [Doc. No. 88] is ALLOWED IN PART, DENIED IN PART, and MOOTED IN PART.

  1. PIC's Motion for Summary Judgment Based on Gillette's Failure to Respond to Interrogatories is not ruled on until this Court reviews Interrogatory No. 28.

  2. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that PIC has failed to state a claim is MOOTED as to the liquidated damages, fraud and chapter 93A claims, and is otherwise ALLOWED.

  3. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Whether the Agreements have Legal Force or Effect is ALLOWED.

  4. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that the Terms and Conditions were Unconscionable is ALLOWED.

5. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that PIC Failed to Plead Fraud with Particularity is MOOTED.

6. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that Gillette is Not Required to Admit or Deny the Complaint is MOOTED.

7. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of PIC's acquiescence, laches, waiver or estoppel is MOOTED as to liquidated damages, and is otherwise DENIED.

8. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that the applicable Statute of Limitations Bars the Claims is MOOTED as to liquidated damages, fraud and chapter 93A claims, is DENIED as to the Latin American image as such claim is barred by the applicable statute of limitations, and is DENIED in all other respects as sufficient factual questions remain.

9. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Unclean Hands is DENIED.

10. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense of Fraudulent Conduct is MOOTED.

11. PIC's Motion for Summary Judgment Based on Gillette's Affirmative Defense that it had a License is DENIED as sufficient factual questions remain.

SO ORDERED.

/s/ William G. Young
———————————————
WILLIAM G. YOUNG
CHIEF JUDGE