```
 1                 UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
                                          Civil Action
 3                                        No. 04-10913-WGY

 4
     *  *  *  *  *  *  *  *  *  *  *  *  *  *  *
 5   PHOTOGRAPHIC ILLUSTRATORS        *
     CORPORATION,                     *
 6                                    *
              Plaintiff,              *
 7                                    *
     v.                               *  MOTION HEARING
 8                                    *
     THE GILLETTE COMPANY,            *
 9                                    *
              Defendant.              *
10   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

11
                 BEFORE:  The Honorable William G. Young,
12                            District Judge

13

14   APPEARANCES:

15
                 WOLF, GREENFIELD & SACKS, PC (By Michael A.
16       Albert, Esq., Michael N. Rader, Esq. and Adam J.
         Kessel, Esq.), 600 Atlantic Avenue, Boston,
17       Massachusetts 02210, on behalf of the Plaintiff

18
                 GELB & GELB LLP (By Richard M. Gelb, Esq.),
19       20 Custom House Street, Boston, Massachusetts
         02110
20           - and -
                 FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By
21       Patrick Perkins, Esq.), 886 United Nations Plaza,
         New York, New York 10017, on behalf of the
22       Defendant

23

24                                   1 Courthouse Way
                                     Boston, Massachusetts
25
                                     May 17, 2005
```