UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>      Plaintiff,<br><br>  vs.<br><br>THE GILLETTE COMPANY,<br><br>      Defendant. | Civil Action No. 04-10913 WGY<br><br>**DECLARATION OF DAVID DONAHUE** |

David Donahue hereby declares:

    1.    I am a member of the Bar of the State of New York and an associate of the law firm of Fross Zelnick Lehrman & Zissu, P.C.  I have been admitted *pro hac vice* to act before this Court as counsel for Defendant The Gillette Company ("Gillette") in this action.  I submit this Declaration in Support of Gillette's Motion for Summary Judgment based on my personal knowledge or matters about which I have been informed.

    2.    A true and correct copy of a the back of a plaintiff Photographic Illustrators Corp. ("PIC") invoice bearing Bates Number PIC 15088 produced in this action from PIC's files is attached hereto as **Exhibit 1**.

    3.    A true and correct copy of Plaintiff's Rule 26(a)(1) Disclosures is attached hereto as **Exhibit 2**.

    4.    A true and correct copy of Plaintiff's Update to Its Rule 26(a)(1) Disclosures is attached hereto as **Exhibit 3**.

    5.    On April 7, 2005, the Court entered an order requiring Gillette to supplement its responses to PIC's Interrogatory Nos. 28 and 29 within 30 days.  Gillette complied with the

Court's Order. A true and correct copy of Defendant's Supplemental Responses to Plaintiff's Interrogatory Nos. 28 and 29 is attached hereto as **Exhibit 4**.

6. A true and correct copy of U.S. Copyright Office "Circular 10: Special Handling" obtained from the U.S. Copyright Office's web site at http://www.copyright.gov/circs is attached hereto as **Exhibit 5**.

7. In late-2004, Gillette produced to PIC for inspection at Gillette's offices and copying a box of photographic materials, including hundreds of transparencies. After reviewing the contents of the box, PIC designated the entire contents of the box for scanning by Merrill Corp. ("Merrill"), a vendor suggested by PIC's counsel, Adam Kessel. Merrill marked the documents with Bates Numbers GLTC 751-1425 and scanned them in full color, electronic format per PIC's counsel's request.

8. On February 15, 2005, Gillette located and produced to PIC for inspection at Gillette's offices and copying the contents of several file cabinets containing old Braun files, including thousands of transparencies and 35 mm photographic slides. True and correct copies of e-mails from PIC's counsel Michael Rader to David Donahue dated February 17, 2005 and February 28, 2005, in which reference is made to the aforementioned materials, are attached hereto as **Exhibit 6**. PIC's counsel visited Gillette's offices several times to inspect these documents, along with PIC's principal Paul Picone on at least one occasion. However, PIC opted not to have Merrill scan the transparencies and photographic slides and designated only a small number of the produced materials to be photocopied by Merrill.

9. On February 24, 2005, PIC produced to Gillette third-party materials it claimed to have received from the following entities: Meijer, ShopKo, Fry's, Bed Bath & Beyond, and Fred Meyer.

10. True and correct copies of alleged evidence of Gillette's internet infringements produced from PIC's files are attached hereto as **Exhibit 7**.

11.  A true and correct copy of an Advertising Photographers of America publication from the APA Business Handbook entitled "Registration Solutions" is attached hereto as **Exhibit 8**.

12.  A true and correct copy of an original transparency provided to Gillette by PIC, and returned by Gillette to PIC in June 2003, bearing Bates No. PIC 00212, is attached hereto as **Exhibit 9**.

13.  A true and correct of a transparency maintained by PIC in its Job Folder for Job Number 5359, bearing Bates No. PIC 06904, is attached hereto as **Exhibit 10**.

I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed at New York, New York this 24th day of May, 2005.

/s/David Donahue/
David Donahue
