| | |
|---|---|
| **From:** | "Rader, Michael" <Michael.Rader@WolfGreenfield.com> |
| **To:** | "David Donahue" <ddonahue@frosszelnick.com> |
| **Date:** | 2/17/05 8:54AM |
| **Subject:** | RE: PIC v. Gillette |

David,

I think there may have been a miscommunication. Since there is a large volume of material that we would like to have the opportunity to review before incurring massive copying and scanning costs to our client, and I am in depositions this week, and Mr, Picone is currently out of town, we would like to arrange to spend a good chunk of Monday (when there are no depositions scheduled) at Gillette reviewing the materials that you are newly producing to decide how to proceed with copying and scanning. Mr. Picone would accompany us to review the materials at that time. Please let me know what time would work on Monday.

In terms of third-party documents, perhaps you were not able to touch base with Craig Mende. We have not withheld anything -- we have a CD of the first batch (a relatively small production from Shavers.com) and asked Craig yesterday whether he wanted us to hand it to him or FedEx it to you, and he chose the latter. You should have this CD today at your office. Two additional responses have just come in over the past couple of days, and they are pretty voluminous (lots of circulars) so as a courtesy to Gillette we would like to ask you how you would like them produced (i.e., copied, in color, scanned, etc.) before causing Gillette to incur the cost. I don't have them in front of me right now but I believe they are from Fry's Electronics and Fred Meyer. The most efficient thing for you to do about these would be to call our paralegal Tracie Svenson to let he know how you would like these documents handled. Once we have your instructions, you can rest assured that we will process for you any further responses that we receive as we receive them.

Michael Rader

-----Original Message-----
From: David Donahue [mailto:ddonahue@frosszelnick.com]
Sent: Wednesday, February 16, 2005 11:34 PM
To: Rader, Michael
Cc: Craig Mende; Marie Driscoll; Patrick Perkins; Kessel, Adam; Albert, Michael
Subject: RE: PIC v. Gillette


Michael,

As I understand it, Merrill Corp. plans to deliver all the files that your associates asked to be copied, as well as Jill Josephson's personal file. I am advised that your associates requested that the transparencies and trade show booth photographs be copied sight unseen. I also am advised that thousands of pages of old files from file cabinets were made available for your inspection, but that your associates asked only that a small volume of such materials be copied and then did not return to view the remaining materials today (at least as of 4:00 p.m. this afternoon). As we explained to Michael Albert

| | |
|---|---|
| From: | "Rader, Michael" <Michael.Rader@WolfGreenfield.com> |
| To: | "David Donahue" <ddonahue@frosszelnick.com> |
| Date: | 2/28/05 9:27PM |
| Subject: | PIC v. Gillette -- discovery matters |

Dear David,

Following up on the three additional binders that you mentioned at Friday's deposition, I have not yet had a chance to go over to the Prudential to look at those (and to have a final look through the other materials). Would you kindly let Leon know that I will try to stop by either tomorrow or Wednesday and that we appreciate him holding the room and the materials. Tracie or I will give him a call to set up a time.

A second point on which I would appreciate your help in following up: when John Strand and Tracie Svenson visited Gillette on February 15, they were shown a document, about 75 pages in length, that was explained to them to be a list of files that Gillette had stored off-site that might contain responsive documents. We were under the impression that a copy of the document would be produced so that we could examine it and determine whether we would like to see any of the files listed thereon. Could you please check on the status of this.

With regard to Anna Madden's deposition, thanks for getting back to me. Unfortunately, 1:00 pm on Friday probably won't work. Might she be able to come in at 10:00 or 11:00 am on Friday?

Finally, please be advised that our client discovered some additional documents yesterday that were not located earlier because they were not filed where expected. These are two boxes of job folders from PIC's work for Braun / Gillette in approximately the 1992 through 1995 time frame. Please let us know whether you would like to inspect these and/or have the materials, copied, scanned, etc. The materials are similar in nature to what you have seen from other job folders, i.e., invoices, paperwork, transparencies, Polaroids.

Best regards,

Michael N. Rader
mrader@wolfgreenfield.com
direct dial 617.646.8370
Wolf, Greenfield & Sacks, P.C.
600 Atlantic Avenue
Boston, Massachusetts 02210-2206
617.646.8000 | 617.646.8646 fax

CC: "Patrick Perkins" <pperkins@frosszelnick.com>, "Albert, Michael" <Michael.Albert@WolfGreenfield.com>, "Kessel, Adam" <Adam.Kessel@WolfGreenfield.com>