# theEssentials.com
*Sponsored by The Gillette Company*

Gillette | DURACELL | Oral-B | Oral-B REMBRANDT | BRAUN

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Cl

**Search** [     ] GO!

My Basket
Items
Subtotal

**Shop By Brand**
- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun

**Shop By Category**
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories

Join theEssentials.com **VIP Club**

Gillette Young Guns Merchandise

🇺🇸 🇨🇦

Need Help? Can't Find Something? Call 1-800-924-4950

VeriSign Secured VERIFY

Braun > Kitchen Appliances > Appliances v

### Braun Multiquick Handblender MR 400 HC



Item #5064
In Stock
Our Price: $24.99
Quantity: 1    [Buy]

**May we suggest:**

Braun Citromatic Pulp Control Juicer MPZ9



Price: $24.99
☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285

Price: $99.99
☐ Include with Purchase

# BRAUN
*designed to make a difference*

✉ Email this page to a friend

Versatile and convenient. Purees soup right in the pan. Ideal for making fresh and healthy baby food. Unique blade for extremely smooth and even blending. Chopper attachment wi special shape makes fine chopping easy. Stainless steel whisk attachment whips a variety cream desert toppings.

- Soft touch grip: easy to use hold.
- Detachable blender shaft for greater convenience
- Dishwater-safe: blender shaft, chopper and beaker.
- Includes high speed chopper attachment.

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status |
©2004 The Gillette Company  Legal Terms and Cor

http://www.theessentials.com/store/prodinfo.asp?number=5064&variation=&aitem=5&mitem=9&bc=6_...   9/22/2004

PIC14912

# theEssentials.com

Sponsored by **The Gillette Company**




Gillette | DURACELL | Oral-B | Oral-B REMBRANDT | BR...

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | C...

**Search**
[ GO! ]

My Basket -
Items
Subtotal

**Shop By Brand**
- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun

**Shop By Category**
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories

**Join theEssentials.com VIP Club**



Gillette Young Guns Merchandise

Need Help? Can't Find Something?
Call 1-800-924-4950

VeriSign Secured — VERIFY

Braun > Shavers > Electric Shavers v



### Braun InterFace Rechargeable Shaver 3612



Item #5020
In Stock
Our Price: $31.99
Quantity: 1    [ Buy ]

**May we suggest:**

Braun 3600 Series Foil and Cutterblock



Price: $25.99

☐ Include with Purchase

Braun Impressions 10 Cup Coffeemaker K



Price: $89.99

☐ Include with Purchase

## BRAUN
designed to make a difference

✉ Email this page to a friend

With a Double Shaving System the floating integrated cutter trims longer, curly hairs while a platinu[m] spring-mounted foil closely shaves any remaining hairs. A closer shave means less irritation. The cut[ter] can be retracted for foil usage in hard to reach areas like under the nose and chin. The new soft, rounded, ergonomic shaver design means greater handling comfort. The shaver operates with a cord [or] cordless. The cordless operation takes a one hour charge for 30 minutes of shave time.

Guarantee: 2 Years.

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status |

©2004 The Gillette Company   Legal Terms and Con[ditions]

# theEssentials.com

Sponsored by **The Gillette Company**

 

| Search | Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Checkout |

**My Basket**
Items: 2
Subtotal: $0.00

- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories

Join theEssentials.com VIP Club

Gillette Young Guns Merchandise



Need Help? Can't Find Something?
Call 1-800-924-4950


VeriSign Secured

### Braun Deluxe Juice Extractor MP80





BRAUN
designed to make a difference

✉ Email this page to a friend

Item #5071
In Stock
Our Price: $89.99
Quantity: 1   [Buy]

**May we suggest:**

Braun PowerMax Jug Blender MX2050




Price: $59.99
☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285


Price: $99.99
☐ Include with Purchase

- Automatic pulp ejection
- Extracts healthy juices from fruits and vegetables
- Practical fruit tray
- Easy to remove pulp container
- Easy foam separation with special container
- Double safety lock

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status | Privacy
©2004 The Gillette Company   Legal Terms and Conditions


theEssentials.com — Sponsored by The Gillette Company — Gillette  DURACELL  Oral-B  Oral-B REMBRANDT  BRAUN

Search | GO!

Home | Specials | Stay-in-Stock | Gift Ideas | View Basket | Checkout

My Basket — Items 1 — Subtotal $0.00

- Gillette
- Duracell
- Oral-B
- Oral-B Rembrandt
- Braun
- Shaving
- Batteries/Flashlights
- Oral Care
- Personal Care
- Housewares
- Parts & Accessories

Gillette Young Guns Merchandise

Need Help? Can't Find Something? Call 1-800-924-4950

VeriSign Secured

Gift Ideas

**Braun Multiquick Handblender MR 430 HC**

Item #5063
In Stock
Our Price: $34.99
Quantity: 1   [Buy]

May we suggest :
Braun Citromatic Pulp Control Juicer MPZ9
Price: $24.99
☐ Include with Purchase

Braun FreeStyle Pro Steam Iron SI6285
Price: $99.99
☐ Include with Purchase

BRAUN
designed to make a difference
✉ Email this page to a friend

Versatile and convenient. Mashes and purees right in the pan. Ideal for making fresh and healthy baby food. Unique blade for extremely smooth and even blending. Chopper attachment with special shape makes fine chopping easy. Stainless steel whisk attachment whips a variety of cream desert toppings.

- Soft touch grip: easy to use hold.
- Detachable blender shaft for greater convenience
- Dishwater-safe: blender shaft, chopper and beaker.
- Includes chopper attachment, stainless steel whisk attachment, clear beaker with lid and wallholder.

Sitemap | Customer Service | How to Shop | FAQ | Shipping | Contact Us | Order Status | Privacy
©2004 The Gillette Company  Legal Terms and Conditions

**The Gillette Company**



Home  Careers  Shop Online  Contact Us  Site Map  Our Sites

**APPLIANCES**

- COMPANY
- INVESTORS
- SOCIAL RESPONSIBILITY
- PRESS ROOM
- PRODUCTS
  - PRODUCTS OVERVIEW
  - FEATURED PRODUCT
  - GROOMING
  - BATTERIES/FLASHLIGHTS
  - ORAL CARE
  - PERSONAL CARE
  - **APPLIANCES**



**Household**
Braun offers a wide array of distinctive kitchen appliances, including food processors, handblenders, coffee makers and grinders, press and spin juicers, water kettles and steam irons. Braun holds the number one position worldwide in the large handblender market.



**Hair Care**
The Braun hair care appliance business, a leader in Europe, consists of a range of top-selling hair dryers, as well as hair stylers in both electric and cordless models.



**Personal Diagnostic**
The Company entered the personal diagnostic appliances market in 1995 with the acquisition of ThermoScan Inc., the world's leading marketer of electronic infrared ear thermometers for rapid temperature measurement.

A limited selection of Braun products is available for purchase online at theEssentials.com.

Click here to visit the Braun web site for more product information.




**Braun Flex Integral Shaver**



Download Hi-Res Image

**PC:** To save image, right click on the image, select Save or Save As, then save to your hard drive.

**MAC:** To save image, click on the image and drag it onto your desktop or hard drive.

Photography Home





**The Gillette Company**

PRODUCT NEWS
NEWS SIGN-UP
CONTACT INFO
DIGITAL LIBRARY
• PHOTOGRAPHY

DIGITAL LIBRARY

BRAUN

BRAUN PRESS ROOM



Download Hi-Res Format

The Braun Multiquick Professional Handblender delivers 400 watts of power, making it ideal for everyday tasks and heavy-duty jobs such as crushing ice. Variable speed settings and a range of chopper and whisk attachments accommodate a variety of food preparation needs and techniques, while a detachable shaft and anti-splash design simplify clean-up. An ergonomic handle and soft grip offer an easy grasp and firm control. The Braun Multiquick Professional Handblender series will be available exclusively at department and specialty stores nationwide at suggested retail prices ranging from $69.99 to $99.99 in October 2002.

BACK TO PHOTOGRAPHY



Outpost.com

Page 1 of 1



http://shop2.outpost.com/search_jsp/frys_search_results.jsp?query_string=braun&cat=&p...   2/11/2005

PIC17169







A Leading Source for hard to find Replacement Parts & Accessories  
For product information or to place an order by phone call TOLL FREE!  
**1-888-277-5776**

| Appliances | Parts & Accessories | Close Out Specials | Repairs & Warranty Services |

Home Care | Kitchen | Personal Hygiene | Shavers

Join our **Affiliate Program**     FREE SHIPPING - **3 Ways to Save**     Look for our Instant Rebates!

**Appliances**

Description:

Manufacturer:
Any
[Find!]

Air Purification
Cookware
Health & Beauty
Home Care Products
Humidification
Kitchen Appliances
Scales
Shavers/Razors
Travel Accessories

**Parts and Accessories**

**We sell only Original/Genuine replacement parts**

**Enter Model, Type or Part Number & select your Manufacturer for Best Results:**

Manufacturer:
Any
[Find Part]

Air Purification
Cookware
Health & Beauty
Home Care Products
Humidification
Kitchen Appliances
Scales
Shavers/Razors
Toaster/Convection Ovens



**Braun Freestyle Pro Iron Model [SI6285]**

**Average customer rating:**
★★★☆☆
- See customer reviews for this item...or add your own!

**Free One Year Extended Warranty! (New Units Only)**

M.S.R.P.   Our Price    [Add to Cart]
$119.99    **$79.99**    **In Stock**

**Click for available Accessories**

## Product Detail

- Unique Open Handle Design - For easier gripping and improved maneuverability
- Unique Soft Grip Handle and Knobs - For more comfortable handling
- Unique Textile Protector - Prevents heat damage and reduces shiny patches on delicate and dark fabrics
- Unique Pre-Conditioning Steam - Steam is directed through channels on the soleplate to pre-condition fabric for easier and faster ironing
- 1500 Watts - For increased power
- Ultra Hard Eloxal Soleplate - Scratch resistant for superior gliding performance
- Three Way Auto Shut-Off - Shuts off for safety - Horizontal: 25 sec., Vertical: 12.5 min., Side: 25 sec.
- Variable Steam (0-30g/min) - Select the desired amount of steam for a variety of fabrics
- Power Shot - Powerful steamshot in horizontal and



- 5 speeds plus pulse allow for blending, pureeing, mixing, emulsifying and crushing
- 525 watts of power
- 58-ounce (7 cups) capacity glass jug
- Stainless steel blade
- Left- or right-handed jug positioning on base
- Triangular lid design allows pouring from 3 different positions
- Drip holes on lid allow liquid to be added while blending with stopper in place
- Combination stopper-measuring cap
- For safety reasons, motor will only operate when jug and blade are properly placed on detection points
- Clean function allows jug to be cleaned without disassembly
- Dimensions: 7"W x 7.38"D x 15.25"H
- Cord storage
- Model No. MX2050

http://www.walmart.com/catalog/product.gsp?product_id=1234883    2/11/2005

PIC17196