
ADVERTISING PHOTOGRAPHERS OF AMERICA

# REGISTRATION SOLUTIONS

Mass copyright registration, **before the images ever leave the studio**, offers two distinct benefits. First, you will be availing yourself of the full protection and remedies of the Copyright Laws, potentially easing any infringement lawsuits while also giving the infringer considerable inducement to settle. Secondly, you will be helping the entire photographic industry in our efforts to bring positive change to the way copyright statutes and regulations apply to photographs.

Here are two excellent solutions by well-known photographers for registering up to 500 images in one easy step. They are fast, cheap, and equally acceptable by the Copyright Office.

## Michael Grecco's Mass Registration System (Using Film)

Michael Grecco recently explained his system for mass registration of unpublished photography. "I use this system because for my needs, it's the fastest and cheapest way to copy a lot or a little bit of film for copyright submission. Placing 40 sleeves of film through a flat bed scanner would have been way too slow for our office. I can shoot a few rolls on a job or 200 rolls in a day. Sometimes I deliver the majority of the 200 rolls and scanning is just not practical."

"First off, I wanted a system that would allow me to register everything I had just shot as unpublished material, before it went out the door of my office. I went back and forth with my attorney, Stephen Spataro, (also APA's attorney), regarding systems the copyright office would accept. The system I've implemented works. I I've been getting all my certificates back and have not had a problem for the year I have been doing it."

Here is the system: "I start off by making a slide edit and then sleeving the job the way I would for any client. I mount a 35mm camera above my light box on speed rail. I also attach two lights on either side to light contact sheet surface. I make pencil marks on my light box. I use them to line up four contact sheets or four slide pages at once. I shoot the whole thing on 160NC, a very sharp and low contrast film, knowing I can always make an enlarged "contact sheet" from my re-photographed work. Every two to three weeks I take the roll to the local one-hour photo and have double prints made. One set stays in the office for filing, one goes to the copyright office for registration.

It takes me about 8 minutes to do a 100 rolls of film. It's fast for me to do and every thing I shoot (except outtakes-who cares?) gets copyrighted."

## Seth Resnick's Mass Registration System (Using Digital)

Seth's system is similar to Michael's, except that Seth uses a high-quality digital camera instead of film to mass record his images. It's fairly simple and straight-forward:

1. Captioned (or numbered) images are put into slide pages.
2. Each page is placed onto a light box and copied using a high-quality 35mm camera., shooting one frame of each page. Many pages can be copied quickly.
3. These digital copies are then downloaded into a special folder on the computer desktop.
4. The contents of each folder are printed. The contact feature in Photoshop can be used for this purpose.
5. A CD is burned of the entire folder, and the prints and CD are placed into an envelope.

## Simple Filing Steps

Using either method above, the materials are now ready to file.

1. One of the following forms are filled out (if you have the full version of Adobe Acrobat you can fill out these forms on your screen before printing):

    - http://www.loc.gov/copyright/forms/formvas.pdf (this is the short form, which can be used for new work)
    - http://www.loc.gov/copyright/forms/formva.pdf (the long form, to be used with published work)
    - *NOTE the special printing instructions at* http://www.loc.gov/copyright/forms/

2. Write a check for $30 to the Register of Copyrights (or other figure indicated on the face of the registration form – this amount may change)
3. Send all materials by Certified Mail or FedEx to:

Register of Copyrights
Library of Congress
101 Independence Ave. SE
Washington, DC 20559-6000
(202)707-3000

If you send your material to the Copyright office before the material is published you can register it as unpublished. Seth uses FedEx to send the material the same day as the shoot. The material is considered as registered the day it arrives at the Library of Congress.

(continued on next page)

## Group Registration of Published Images

Until August 17, 2001, group registration of public images were limited by very strict rules. This has now been changed, making it possible to been changed by newly enacted additions to Copyright regulations. While these rules still do not make it as easy as registering unpublished work, it does go a long way in helping the photographer.

- <u>New copyright form for published images</u>  Use the new form or published images at
- For additional information on what the new rules require, see the ASMP's primer on the new law at <u>http://www.asmp.org/information/guides/pdf/primer.pdf</u>