

PIC00212