

PIC06904