Page 1

1           VOLUME: I

2           PAGES: 1 to 51

3           EXHIBITS: See Index

4

5     IN THE UNITED STATES DISTRICT COURT

6      FOR THE DISTRICT OF MASSACHUSETTS

7

8  - - - - - - - - - - - - - - - - - - - x

9  PHOTOGRAPHIC ILLUSTRATORS CORPORATION

10           Plaintiff

11     v.                      Civil Action

12                             No. 04-CV-10913-WGY

13  THE GILLETTE COMPANY

14           Defendant

15 - - - - - - - - - - - - - - - - - - - x

16

17      DEPOSITION OF ELIZABETH A. CONDAKES

18           Friday, March 18, 2005

19                9:37 a.m.

20         Wolf Greenfield & Sacks, P.C.

21             600 Atlantic Avenue

22            Boston, Massachusetts

23

24       Michelle Keegan, Court Reporter

Elizabeth A. Condakes                                                                                              03/18/05

**Page 18**

1  Q. Well, are there particular pages on the site
2  where an individual product is displayed?
3  A. Yes.
4  Q. And can you track how many people view those
5  pages?
6  A. Yes, but we don't measure that.
7  Q. What do you measure?
8  A. Where people are coming from to get to the
9  Essentials and how many of those people actually
10 purchase.
11 Q. Do you also track how many of particular
12 products are purchased over the site?
13 A. Yes.
14 Q. What is the approximate dollar volume of
15 business done prior year or per month over the
16 Essentials.com?
17     MR. MENDE: I object as to form.
18 A. About $300,000 a month in retail sales.
19 Q. So that means that users who visit the site
20 make about $300,000 worth of purchases from the site
21 per month?
22 A. Yes.
23 Q. And do you track that by product on the
24 site?

**Page 19**

1     MR. MENDE: Objection.
2  A. We have the information. We don't track it.
3  Q. But the information is stored, is available?
4  A. Yes.
5  Q. Okay. Now, I'd like you to just walk me
6  through, if you can, a typical procedure. Before I
7  get to a typical procedure, let me ask another
8  question. I'll start over.
9     Are you responsible for adding new
10 products to the Essentials.com Website for sale?
11    MR. MENDE: I object as to form. It
12 lacks foundation.
13 A. Yes.
14 Q. So is there someone in the company who
15 informs you when a product should be added to the
16 site?
17 A. Not an individual person. It's usually a
18 new product launch, which I get notification of.
19 Q. Okay. Are all of the products that are sold
20 by Gillette sold over the Essentials.com Website?
21 A. No.
22 Q. Which ones are and which ones aren't?
23    MR. MENDE: I object as to the form of
24 the question.

**Page 20**

1  A. We sell probably 90 percent of all products.
2  There are probably some disposable razors that we
3  don't sell on the site. Some of the shavers, not
4  all shavers, are sold -- Not all Braun shavers are
5  sold on the site.
6  Q. Who makes the determination as to whether a
7  product will be sold over the site?
8  A. I do.
9  Q. And how do you make that determination?
10 A. I try to make sure all products are
11 represented on the site but not every SKU of every
12 product.
13 Q. So can one product have more than one SKU?
14 A. It's more -- "SKU" is probably the wrong
15 word. We have three models of the Syncro shaver.
16 I'll only put one model on the site.
17 Q. Is that because the products are so similar?
18    MR. MENDE: I object as to form.
19 A. Correct. Yes.
20 Q. Okay. Now, going back to where I was
21 before, can you just walk me through the process of
22 what you do when you add a new product to the site?
23    MR. MENDE: I object as to the form of
24 the question.

**Page 21**

1  A. I call the Essentials and I say, "Add this
2  product to the site," and they do.
3  Q. When you say you call the Essentials, do you
4  mean The Fields Companies?
5  A. Correct.
6  Q. Now, do you provide anything to them for
7  them to put on the site?
8  A. Sometimes.
9  Q. And what do you provide?
10 A. The price sheet so they know how much it
11 costs. And then they order the product.
12 Q. Who do they order the product from?
13 A. Gillette.
14 Q. And why do they order the product?
15 A. So they can put it on the site.
16 Q. Now, do you provide photographs of the
17 products to The Field Companies?
18 A. They either take their own photos or they
19 get them from the digital library.
20 Q. Okay. What's the digital library?
21    MR. MENDE: You can answer his question.
22 I'm just going to, for the record, note that we
23 didn't produce the witness concerning the digital
24 library, but you can answer his question.

LegaLink Boston
(800) 822-3376

Elizabeth A. Condakes                                                                                              03/18/05

Page 22

1   A. It's an Internet site that Gillette supports
2   with photographs of its products. And vendors can
3   go in there and access photographs of Gillette's
4   products.
5   Q. And how often does the Essentials use those
6   images versus taking its own?
7   A. If the image of the product is in the
8   digital library, they will use that image. If it's
9   not there, they'll take their own.
10      MR. RADER: I'd like to mark a couple of
11  exhibits. Let me start with one exhibit.
12      (Exhibit Number 150
13      marked for identification)
14  Q. This is Exhibit 150 that you've been handed.
15  There's a number in the lower right-hand corner
16  which I should just tell you is numbers that we use
17  to keep track of all the documents that go back and
18  forth in the case. And this one came from
19  Photographic Illustrators' files. It bears Bates
20  numbers PIC 14912.
21      Does this document look familiar to you?
22  A. Yes.
23  Q. What is this?
24  A. It's a product page off the Essentials.com.

Page 23

1   Q. And do you recognize the product?
2       MR. MENDE: I object as to form.
3   A. Yes.
4   Q. And which product is being advertised here?
5       MR. MENDE: Same objection.
6   A. The Multiquick hand blender.
7   Q. Now, where did the image of this product
8   come from?
9   A. I believe it came from the digital library.
10  Q. And were you responsible for putting this
11  product up on the Essentials.com site?
12  A. Yes.
13  Q. And when did you do that?
14  A. I don't remember.
15  Q. Do you recall whether it was in the last
16  year?
17  A. It was more than a year.
18  Q. Was it more than two years ago?
19  A. Yes.
20  Q. Is that product still up on the
21  Essentials.com Website?
22  A. The product is, yes.
23  Q. And is it the same -- Is it the same image
24  that you originally used?

Page 24

1   A. I would really have to check. I don't think
2   so, but I would have to look. I don't know.
3   Q. So do you sometimes change the image that's
4   used to advertise a particular product?
5   A. Yes.
6   Q. When do you do that?
7   A. If the product changes. Sometimes there's
8   product enhancements, so we will change the picture
9   to reflect that. Marketing may ask me to change a
10  picture. I might just want to clear a picture on
11  the site.
12  Q. Okay. Did you change any pictures as a
13  result of this case?
14      MR. MENDE: Let me just caution the
15  witness -- You can answer that question, but I'd
16  just caution the witness not to divulge any attorney
17  advice or attorney-client communications.
18  A. Yes.
19  Q. Okay. Which pictures did you change?
20  A. I changed two. And I don't remember which
21  two.
22  Q. And when did you make that change?
23  A. I honestly don't remember.
24  Q. And why did you make those changes?

Page 25

1       MR. MENDE: I'm going to object to the
2   question and caution the witness not to divulge any
3   attorney instructions or communications. And if you
4   can't answer the question with that caveat, then you
5   can tell him that.
6   A. I can't answer the question.
7   Q. Okay. Now, the picture of the Multiquick
8   hand blender that's shown here, is that an image
9   that was taken by Photo Illustrators, the plaintiff?
10  A. I don't know.
11  Q. Is there any way that you could find out?
12  A. I could ask him.
13  Q. Other than asking Mr. Picone, is there any
14  way?
15  A. No.
16  Q. Let me just do a few more of these.
17      MR. RADER: This will be Exhibit 151.
18      (Exhibit Number 151
19      marked for identification)
20  Q. This is Exhibit 151, and it bears Bates
21  number PIC 14913. Does this document look familiar?
22  A. Yes.
23  Q. Okay. What is this one?
24  A. It's a product page from the Essentials.com.