```
                    UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 04-10913-WGY


    * * * * * * * * * * * * * * *
    PHOTOGRAPHIC ILLUSTRATORS     *
    CORPORATION,                  *
                                  *
              Plaintiff,          *
                                  *
    v.                            * MOTION HEARING
                                  *
    THE GILLETTE COMPANY,         *
                                  *
              Defendant.          *
    * * * * * * * * * * * * * * *


              BEFORE:  The Honorable William G. Young,
                              District Judge


    APPEARANCES:


              WOLF, GREENFIELD & SACKS, PC (By Michael A.
         Albert, Esq., Michael N. Rader, Esq. and Adam
         Kessel, Esq.), 600 Atlantic Avenue, Boston,
         Massachusetts 02210, on behalf of the Plaintiff


              GELB & GELB LLP (By Richard M. Gelb, Esq.),
         20 Custom House Street, Boston, Massachusetts
         02110
              - and -
              FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By
         Patrick Perkins, Esq.), 886 United Nations Plaza,
         New York, New York 10017, on behalf of the
         Defendant



                                        1 Courthouse Way
                                        Boston, Massachusetts

                                        June 1, 2005
```