IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION,<br><br>           Plaintiff,<br><br>v.<br><br>THE GILLETTE COMPANY,<br><br>           Defendant. | Civil Action No. 04-CV-10913-WGY |

## LOCAL RULE 16.4 STIPULATION TO MEDIATE CASE

The parties have agreed to mediate this case in an effort to reach a resolution without trial.  The parties believe that the most efficient course of action would be for the Court to remove this case from its immediate trial calendar pending the outcome of the mediation, and to order the parties to report the results of the mediation on a date certain.

Respectfully submitted,

| | |
|---|---|
| Dated: June 10, 2005 | Dated: June 10, 2005 |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION, | THE GILLETTE COMPANY, |
| By its counsel, | By its counsel, |
| /s/ Michael N. Rader<br>Michael A. Albert, BBO #558566<br>malbert@wolfgreenfield.com<br>Michael N. Rader, BBO # 646990<br>mrader@wolfgreenfield.com<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Ave.<br>Boston, MA 02210<br>(617) 646-8000 | /s/ Richard M. Gelb<br>Richard M. Gelb (BBO#188240)<br>rgelb@gelbgelb.com<br>GELB & GELB LLP<br>20 Custom House Street<br>Boston, MA 02110<br>(617) 345-0010<br><br>/s/ Patrick T. Perkins<br>Patrick T. Perkins<br>pperkins@frosszelnick.com<br>Fross Zelnick Lehrman & Zissu, P.C.<br>866 United Nations Plaza<br>New York, NY 10017<br>(212) 813-5900 |