# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

PHOTOGRAPHIC ILLUSTRATORS CORPORATION
        Plaintiff

CIVIL ACTION NO. 04CV10913-WGY

V.

THE GILLETTE COMPANY
        Defendant

## NOTICE OF ASSIGNMENT OF ADR PROVIDER

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to ____ADR - As soon as Possible____ for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| X | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

☐ The ADR proceeding with principals present has been scheduled for _____ at _____ in Courtroom _____ on the _____ floor of the United States Courthouse, 1 Courthouse Way, Fan Pier, Boston, Massachusetts.

☐ You will be further notified of the specific date set for the ADR proceeding by the courtroom clerk.

        SARAH A. THORNTON
        CLERK OF COURT

DATE: 6/13/05         /s/ Marie Bell
        Deputy Clerk

To:   All Counsel of Record
      and ADR Provider

(ADR Assignment.wpd - 4/12/2000)         [ntcasgnadr.]