```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF MASSACHUSETTS

                                              Civil Action
                                              No. 04-10913-WGY


     * * * * * * * * * * * * * * * *
     PHOTOGRAPHIC ILLUSTRATORS       *
     CORPORATION,                    *
                                     *
              Plaintiff,             *
                                     *
     v.                              *  STATUS CONFERENCE
                                     *
     THE GILLETTE COMPANY,           *
                                     *
              Defendant.             *
     * * * * * * * * * * * * * * * *


              BEFORE:  The Honorable William G. Young,
                            District Judge


     APPEARANCES:

              WOLF, GREENFIELD & SACKS, PC (By Michael A.
         Albert, Esq. and Adam Kessel, Esq.), 600 Atlantic
         Avenue, Boston, Massachusetts 02210, on behalf of
         the Plaintiff

              GELB & GELB LLP (By Richard M. Gelb, Esq.),
         20 Custom House Street, Boston, Massachusetts
         02110
              - and -
              FROSS ZELNICK LEHRMAN & ZISSU, P.C. (By
         Patrick Perkins, Esq.), 886 United Nations Plaza,
         New York, New York 10017, on behalf of the
         Defendant


                                              1 Courthouse Way
                                              Boston, Massachusetts

                                              June 13, 2005
```