UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION<br><br>Plaintiff,<br><br>vs.<br><br>THE GILLETTE COMPANY,<br><br><br>Defendant. | Civil Action No. 04-10913 WGY<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |
| THE GILLETTE COMPANY,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE,<br><br>Counterclaim Defendants. | |

The parties to this matter, having resolved all claims and counterclaims asserted in this action, hereby stipulate, by and through their counsel, to a dismissal with prejudice of this action in its entirety, including all counterclaims, pursuant to Fed. R. Civ. P. 41(a)(1). Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: August 3, 2005 | Dated: August 3, 2005 |
| PHOTOGRAPHIC ILLUSTRATORS CORPORATION and PAUL PICONE, | THE GILLETTE COMPANY, |
| By their counsel, | By its counsel, |
| /s/ Michael A. Albert<br>Michael A. Albert, BBO #558566 | /s/ Richard M. Gelb<br>Richard M. Gelb (BBO#188240) |

malbert@wolfgreenfield.com
Michael N. Rader, BBO # 646990
mrader@wolfgreenfield.com
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Ave.
Boston, MA 02210
(617) 646-8000

rgelb@gelbgelb.com
GELB & GELB LLP
20 Custom House Street
Boston, MA 02110
(617) 345-0010

 /s/ Marie V. Driscoll
Marie V. Driscoll
mdriscoll@frosszelnick.com
David Donahue
ddonahue@frosszelnick.com
Fross Zelnick Lehrman & Zissu, P.C.
866 United Nations Plaza
New York, NY 10017
(212) 813-5900